UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER BUENO; and RICHARD PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ORGANON & CO.; ORAGNON LLC; and DOES 1 through 10,<br><br>Defendants. | Case No.:   22CV522-H(BLM)<br><br>**ORDER DENYING JOINT MOTION FOR FOURTH EXTENSION TO COMPEL DEFENDANTS' DISCOVERY RESPONSES; DENYING FOURTH JOINT MOTION TO EXTEND TIME TO MOVE TO COMPEL FURTHER RESPONSES FROM PLAINTIFFS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION; AND SETTING BRIEFING SCHEDULE**<br><br>**[ECF NOS. 47 & 48]** |

On April 10, 2023, the parties filed a Joint Motion for Fourth Extension of Time to Move to Compel Defendants' Discovery Responses [ECF No. 47] and a Joint Motion for Fourth Extension of Time to Move to Compel Defendants' Discovery Responses [ECF No. 48]. The parties seek to extend their respective deadlines to file a motion to compel an additional thirty (30) days from April 11, 2023 to May 12, 2023. ECF No. 47 at 2; ECF No. 48 at 5. The Court previously has extended each parties' motion deadline three times. See ECF Nos. 34, 36, 39, 42, 45.

The parties fail to demonstrate good cause for an additional thirty-day extension. The parties merely state they need additional time to meet and confer, but do not indicate the purpose of these additional meet and confer efforts to justify a month extension. See ECF No. 47-1, Declaration of Kimberly L. Beck in Support of Joint Motion for Fourth Extension of Time to Move to Compel Defendants' Discovery Responses ("Beck Decl."), at 3; see also Declaration of Susan V. Vargas in Support of Fourth Joint Motion to Extend Time to Move to Compel Further Responses from Plaintiffs to Defendants' First Set of Interrogatories and Requests for Production ("Vargas Decl."), at 4. The Court notes that the parties have had nearly four months to resolve their potential discovery disputes.[1] Accordingly, the Court **DENIES** the parties' motions [ECF Nos. 47 & 48].

The Court further **ORDERS** as follows:

1. Each party shall file their respective motion, if any, on or before **April 25, 2023**.
2. Each party shall file their respective opposition, if any, on or before **May 2, 2023**.
3. Each party shall file their reply, if any, on or before **May 8, 2023**.

Upon completion of briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1), and no personal appearances will be required.

There will be no further extensions of this deadline.

**IT IS SO ORDERED**.

Dated:  4/11/2023

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] Defendants produced their initial responses to Plaintiffs on January 12, 2023. Beck Decl. at 2. Plaintiffs produced their initial responses to Defendants on January 20, 2023. Vargas Decl. at 2.