ALEXANDER G. CALFO, SBN 152891
acalfo@kslaw.com
SUSAN V. VARGAS, SBN 177972
svargas@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER BUENO, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>      Defendants. | Case No. 3:22-cv-00522-H-BLM<br><br>**DECLARATION OF SUSAN V. VARGAS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE OPINION TESTIMONY OF DAVID HEALY**<br><br>**Hearing Date:**  July 1, 2024<br>**Hearing Time:**  10:30 a.m.<br>**Courtroom:**   12A<br><br>Action Filed:   March 3, 2022<br>Action Removed: April 15, 2022<br>Trial Date:    None Set |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

I, Susan V. Vargas, hereby declare and state as follows:

1. I am an attorney licensed to practice law in California, including in the United States District Court for the Southern District of California, and am an attorney at King & Spalding LLP, counsel of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC, Organon & Co., and Organon LLC (collectively, "Defendants"). I have personal knowledge of the matters stated below and, if called upon, could and would testify competently thereto.

2. This declaration is submitted in support of Defendants' Motion to Exclude or Limit the Opinion Testimony of David Healy.

3. Attached hereto as **Exhibit A** is a true and correct copy of a medical record dated October 2, 2019 by Dr. Pablo Arango regarding Plaintiff that was produced in this action by Miami Family E.N.T. with Bates label BuenoS-MiamiFamilyENTMR-00008 - BuenoS-MiamiFamilyENTMR-00009.

4. Attached hereto as **Exhibit B** is a true and correct copy of a medical record dated October 23, 2019 by Dr. Pablo Arango regarding Plaintiff that was produced in this action by Miami Family E.N.T. with Bates label BuenoS-MiamiFamilyENTMR-00011 - BuenoS-MiamiFamilyENTMR-00012.

5. Attached hereto as **Exhibit C** is a true and correct copy of pharmacy records dated April 7, 2020 through October 3, 2021 regarding Plaintiff that were produced in this action by Walgreens with Bates label BuenoS-WalgreensCorpOfc-00001 - BuenoS-WalgreensCorpOfc-00016.

6. Attached hereto as **Exhibit D** is a true and correct copy of a medical record dated April 21, 2021 by Dr. Sarah Shah regarding Plaintiff that was produced in this action by Mindful Health Solutions with Bates label BuenoS-MndflHlthSltns-00060 - BuenoS-MndflHlthSltns-00069.

7. Attached hereto as **Exhibit E** is a true and correct copy of a medical record dated April 13, 2011 by Dr. Jack Schim regarding Plaintiff that was produced in this action by The Neurology Center of Southern California with Bates label BuenoS-

NeuroCntrSthrnCAMR-00010 - NeuroCntrSthrnCAMR-00012.

8. Attached hereto as **Exhibit F** is a true and correct copy of a medical record dated January 14, 2019 by Rose Aime, APRN regarding Plaintiff that was produced in this action by Complete Local Specialty Care Boca with Bates label BuenoS-CmpltLclSpctyCrMR-00002 - BuenoS-CmpltLclSpctyCrMR-00007.

9. Attached hereto as **Exhibit G** is a true and correct copy of a prescription dated February 8, 2019 by Dr. Oscar Ruelas Lopez regarding Plaintiff that was produced in this action by Pronto Urgent Care with Bates label BuenoS-PrntoUrgntCare-00017.

10. Attached hereto as **Exhibit H** is a true and correct copy of a medical record dated March 22, 2020 by Dr. Maria Game regarding Plaintiff that was produced in this action by Pronto Urgent Care with Bates label BuenoS-PrntoUrgntCare-00025 - BuenoS-PrntoUrgntCare-00029.

11. Attached hereto as **Exhibit I** is a true and correct copy of a medical record dated April 7, 2020 by Dr. Jessica Schwartz regarding Plaintiff that was produced in this action by Tenet Healthcare with Bates label BuenoS-TenetHealthcare-00024 - BuenoS-TenetHealthcare-00028.

12. Attached hereto as **Exhibit J** is a true and correct copy of a medical record dated September 29, 2020 by Dr. Jessica Schwartz regarding Plaintiff that was produced in this action by Tenet Healthcare with Bates label BuenoS-TenetHealthcare-00021 - BuenoS-TenetHealthcare-00024.

13. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of Dr. Jessica Schwartz taken on July 12, 2023.

14. Attached hereto as **Exhibit L** is a true and correct copy of a medical record dated December 10, 2020 by Dr. Jessica Schwartz that was produced in this action by Tenet Healthcare with Bates label BuenoS-TenetHealthcare-00017 - BuenoS-TenetHealthcare-00021.

15. Attached hereto as **Exhibit M** is a true and correct copy of a medical record dated March 3, 2022 regarding Plaintiff that was produced in this action by Mindful

Health Solutions with Bates label BuenoS-MndflHlthSltns-00038 - BuenoS-MndflHlthSltns-00048.

16. Attached hereto as **Exhibit N** is a true and correct copy of a medical record dated October 26, 2021 by Dr. Sarah Shah regarding Plaintiff that was produced in this action by Mindful Health Solutions with Bates label BuenoS-MndflHlthSltns-00049 - BuenoS-MndflHlthSltns-00058.

17. Attached hereto as **Exhibit O** is a true and correct copy of records dated December 17, 2021 regarding Plaintiff that was produced in this action by Pronto Urgent Care with Bates label BuenoS-PrntoUrgntCare-00019- BuenoS-PrntoUrgntCare-00022 (patient registration form) and BuenoS-PrntoUrgntCare-00030 - BuenoS-PrntoUrgntCare-00034 (medical records prepared by Dr. Maria Game).

18. Attached hereto as **Exhibit P** is a true and correct copy of a medical record dated February 1, 2022 by Amy Supernaw, P.A. regarding Plaintiff that was produced in this action by Perlman Clinic Hillcrest with Bates label BuenoS-PerlmanClinic-00013 - BuenoS-PerlmanClinic-00016.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a medical record dated June 27, 2023 by Dr. Sarah Shah regarding Plaintiff that was produced in this action by Psychiatric Alternatives with Bates label BuenoS-PsychiatricAlternatives-00115 - BuenoS-PsychiatricAlternatives-00119.

20. Attached hereto as **Exhibit R** is a true and correct copy of Clarridge K, Chin S, Eworuke E, Seymour S. A Boxed Warning for Montelukast: The FDA Perspective. J Allergy Clin Immunol Pract. 2021 Jul;9(7):2638-2641. doi: 10.1016/j.jaip.2021.02.057. Epub 2021 Mar 17. PMID: 33744471.

21. Attached hereto as **Exhibit S** is a true and correct copy of information published on the U.S. Food and Drug Administration's website titled "FDA's Sentinel Initiative - Background" dated February 4, 2022 and available at www.fda.gov/safety/fdas-sentinel-initiative/fdas-sentinel-initiative-background (URL last accessed May 28, 2024).

22. Attached hereto as **Exhibit T** is a true and correct copy of Apata J, Lyons JG, Bradley MC, Ma Y, Kempner ME, Kim I, Eworuke E, Pennap D, Mosholder A. Assessing the risk of intentional self-harm in montelukast users: an updated Sentinel System analysis using ICD-10 coding. J Asthma. 2023 Dec 14:1-10. doi: 10.1080/02770903.2023.2293064. Epub ahead of print. PMID: 38064517.

23. Dr. David Healy was deposed in a now-dismissed case in the United States District Court for the District of Massachusetts captioned *McLaughlin v. Merck & Co., Inc., et al.* (D. Mass. Case No. 4:22-cv-40041-MRG) ("*McLaughlin*"). Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the deposition transcript of Dr. Healy in the *McLaughlin* matter taken on February 20, 2024.

24. Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the deposition transcript of Dr. Healy related to Plaintiff Spencer Bueno taken on February 21, 2024.

25. Attached hereto as **Exhibit W** is a true and correct copy of Dr. Healy's report dated January 5, 2024 as to Plaintiff Spencer Bueno, which Plaintiff served on Defendants in this matter.

26. Attached hereto as **Exhibit X** is a true and correct copy of excerpts from the deposition transcript of Dr. Healy related to plaintiff Richard Parker, which was taken on February 22, 2024. (Richard Parker's claims were severed from the claims of Spencer Bueno and re-filed in this Court as Case No. 3:24-cv-00916-CAB-MSB on May 23, 2024.)

27. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the deposition transcript of Dr. Mandana Torabi taken on July 10, 2023.

28. Attached hereto as **Exhibit Z** is a true and correct copy of excerpts from the deposition transcript of Plaintiff's expert, Dr. Dima Qato, taken on February 26, 2024.

29. Attached hereto as **Exhibit AA** is a true and correct copy of information published on the Center for Disease Control's website titled "Risk and Protective Factors

for Suicide" dated April 25, 2024 and available at https://www.cdc.gov/suicide/risk-factors/index.html (URL last accessed May 28, 2024).

30. Attached hereto as **Exhibit AB** is a true and correct copy of information published on the World Health Organization's website titled "Depressive disorder (depression)" dated March 31, 2023 and available at https://www.who.int/news-room/fact-sheets/detail/depression (URL last accessed May 28, 2024).

31. Attached hereto as **Exhibit AC** is a true and correct copy of information published on Mayo Clinic's website titled "Mental illness" dated December 13, 2022 and available at https://www.mayoclinic.org/diseases-conditions/mental-illness/symptoms-causes/syc-20374968 (URL last accessed May 28, 2024).

32. Attached hereto as **Exhibit AD** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Spencer Bueno taken on May 12, 2023.

33. Attached hereto as **Exhibit AE** is a true and correct copy of a medical record dated October 4, 2023 by Emily Ence, P.A. regarding Plaintiff that was produced in this action by Perlman Clinic Hillcrest with Bates label BuenoS-CmpltLclSpctyCrMR-00100 - BuenoS-CmpltLclSpctyCrMR-00103.

34. Attached hereto as **Exhibit AF** is a true and correct copy of information published on the World Health Organization's website titled "COVID-19 pandemic triggers 25% increase in prevalence of anxiety and depression worldwide" dated March 2, 2022 and available at https://www.who.int/news/item/02-03-2022-covid-19-pandemic-triggers-25-increase-in-prevalence-of-anxiety-and-depression-worldwide (URL last accessed May 28, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of May, 2024, in Los Angeles, California.

    */s/ Susan V. Vargas*
    Susan V. Vargas