000001

# EXHIBIT A

# Guidance for Industry

## Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**

**March 2005**
**Clinical Medical**

*J:\!GUIDANC\6359OCC.doc*
*03/22/05*

**Exhibit 17**

Exhibit A-2

# Guidance for Industry

## Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

*Additional copies are available from:*
*Office of Training and Communication*
*Division of Drug Information, HFD-240*
*Center for Drug Evaluation and Research*
*Food and Drug Administration*
*5600 Fishers Lane*
*Rockville, MD  20857*
*(Tel) 301-827-4573*
*http://www.fda.gov/cder/guidance/index.htm*
*or*
*Office of Communication, Training, and*
*Manufacturers Assistance, HFM-40*
*Center for Biologics Evaluation and Research*
*Food and Drug Administration*
*1401 Rockville Pike, Rockville, MD 20852-1448*
*http://www.fda.gov/cber/guidelines.htm*
*(Tel) Voice Information System at 800-835-4709 or 301-827-1800*

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**
**March 2005**
**Clinical Medical**

*J:\!GUIDANC\6359OCC.doc*
*03/22/05*

*Contains Nonbinding Recommendations*

# TABLE OF CONTENTS

I.   INTRODUCTION ................................................................................................................1

II.   BACKGROUND ..............................................................................................................1
    A.   PDUFA III's Risk Management Guidance Goal ............................................................2
    B.   Overview of the Risk Management Guidances ..............................................................2

III.   THE ROLE OF PHARMACOVIGILANCE AND PHARMACOEPIDEMIOLOGY IN RISK MANAGEMENT .......................................................................................................3

IV.   IDENTIFYING AND DESCRIBING SAFETY SIGNALS:  FROM CASE REPORTS TO CASE SERIES ...........................................................................................................4
    A.   Good Reporting Practice ...............................................................................................4
    B.   Characteristics of a Good Case Report ........................................................................5
    C.   Developing a Case Series ..............................................................................................6
    D.   Summary Descriptive Analysis of a Case Series ...........................................................7
    E.   Use of Data Mining to Identify Product-Event Combinations .......................................8
    F.   Safety Signals That May Warrant Further Investigation .............................................10
    G.   Putting the Signal into Context:  Calculating Reporting Rates vs. Incidence Rates ...............10

V.   BEYOND CASE REVIEW:  INVESTIGATING A SIGNAL THROUGH OBSERVATIONAL STUDIES ......................................................................................................................12
    A.   Pharmacoepidemiologic Studies ................................................................................12
    B.   Registries ....................................................................................................................15
    C.   Surveys .......................................................................................................................16

VI.   INTERPRETING SAFETY SIGNALS:  FROM SIGNAL TO POTENTIAL SAFETY RISK ...............17

VII.   BEYOND ROUTINE PHARMACOVIGILANCE:  DEVELOPING A PHARMACOVIGILANCE PLAN ......................................................................................................................18

*Contains Nonbinding Recommendations*

# Guidance for Industry[1]
# Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

> This guidance represents the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. You can use an alternative approach if the approach satisfies the requirements of the applicable statutes and regulations. If you want to discuss an alternative approach, contact the FDA staff responsible for implementing this guidance. If you cannot identify the appropriate FDA staff, call the appropriate number listed on the title page of this guidance.

## I.    INTRODUCTION

This document provides guidance to industry on good pharmacovigilance practices and pharmacoepidemiologic assessment of observational data regarding drugs, including biological drug products (excluding blood and blood components).[2] Specifically, this document provides guidance on (1) safety signal identification, (2) pharmacoepidemiologic assessment and safety signal interpretation, and (3) pharmacovigilance plan development.

FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities. Instead, guidances describe the Agency's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited. The use of the word *should* in Agency guidances means that something is suggested or recommended, but not required.

## II.    BACKGROUND

---

[1] This guidance has been prepared by the PDUFA III Pharmacovigilance Working Group, which includes members from the Center for Drug Evaluation and Research (CDER) and the Center for Biologics Evaluation and Research (CBER) at the Food and Drug Administration.

[2] For ease of reference, this guidance uses the term *product* or *drug* to refer to all products (excluding blood and blood components) regulated by CDER and CBER. Similarly, for ease of reference, this guidance uses the term *approval* to refer to both drug approval and biologic licensure.

**Paperwork Reduction Act Public Burden Statement:** This guidance contains information collection provisions that are subject to review by the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1995 (PRA) (44 U.S.C. 3501-3520). The collection(s) of information in this guidance were approved under OMB Control No. 0910-0001 (until March 31, 2005) and 0910-0338 (until August 31, 2005).

*J:\!\GUIDANC\6359OCC.doc*
*03/22/05*

Exhibit A-5

*Contains Nonbinding Recommendations*

### A.     PDUFA III's Risk Management Guidance Goal

On June 12, 2002, Congress reauthorized, for the second time, the Prescription Drug User Fee Act (PDUFA III).  In the context of PDUFA III, FDA agreed to satisfy certain performance goals.  One of those goals was to produce guidance for industry on risk management activities for drug and biological products.  As an initial step towards satisfying that goal, FDA sought public comment on risk management.  Specifically, FDA issued three concept papers.  Each paper focused on one aspect of risk management, including (1) conducting premarketing risk assessment, (2) developing and implementing risk minimization tools, and (3) performing postmarketing pharmacovigilance and pharmacoepidemiologic assessments.  In addition to receiving numerous written comments regarding the three concept papers, FDA held a public workshop on April 9 – 11, 2003, to discuss the concept papers.  FDA considered all of the comments received in developing three draft guidance documents on risk management activities. The draft guidance documents were published on May 5, 2004, and the public was provided with an opportunity to comment on them until July 6, 2004.  FDA considered all of the comments received in producing the final guidance documents.

1.   *Premarketing Risk Assessment (Premarketing Guidance)*
2.   *Development and Use of Risk Minimization Action Plans (RiskMAP Guidance)*
3.   *Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (Pharmacovigilance Guidance)*

### B.     Overview of the Risk Management Guidances

Like the concept papers and draft guidances that preceded them, each of the three final guidance documents focuses on one aspect of risk management.  The *Premarketing Guidance* and the *Pharmacovigilance Guidance* focus on premarketing and postmarketing risk assessment, respectively.  The *RiskMAP Guidance* focuses on risk minimization.  Together, risk assessment and risk minimization form what FDA calls *risk management*.  Specifically, risk management is an iterative process of (1) assessing a product's benefit-risk balance, (2) developing and implementing tools to minimize its risks while preserving its benefits, (3) evaluating tool effectiveness and reassessing the benefit-risk balance, and (4) making adjustments, as appropriate, to the risk minimization tools to further improve the benefit-risk balance.  This four-part process should be continuous throughout a product's lifecycle, with the results of risk assessment informing the sponsor's decisions regarding risk minimization.

When reviewing the recommendations provided in this guidance, sponsors and applicants should keep the following points in mind:

- Many recommendations in this guidance are ***not*** intended to be generally applicable to all products.

    Industry already performs risk assessment and risk minimization activities for products during development and marketing.  The Federal Food, Drug, and Cosmetic Act (FDCA) and FDA implementing regulations establish requirements for ***routine*** risk assessment and risk minimization (see e.g., FDA requirements for professional labeling, and adverse

*Contains Nonbinding Recommendations*

event monitoring and reporting). As a result, many of the recommendations presented here focus on situations when a product may pose a clinically important and unusual type or level of risk. To the extent possible, we have specified in the text whether a recommendation is intended for all products or only this subset of products.

- It is of critical importance to protect patients and their privacy during the generation of safety data and the development of risk minimization action plans.

  During all risk assessment and risk minimization activities, sponsors must comply with applicable regulatory requirements involving human subjects research and patient privacy.[3]

- To the extent possible, this guidance conforms with FDA's commitment to harmonize international definitions and standards as appropriate.

  The topics covered in this guidance are being discussed in a variety of international forums. We are participating in these discussions and believe that, to the extent possible, the recommendations in this guidance reflect current thinking on related issues.

- When planning risk assessment and risk minimization activities, sponsors should consider input from health care participants likely to be affected by these activities (e.g., from consumers, pharmacists and pharmacies, physicians, nurses, and third party payers).

- There are points of overlap among the three guidances.

  We have tried to note in the text of each guidance when areas of overlap occur and when referencing one of the other guidances might be useful.

## III.    THE ROLE OF PHARMACOVIGILANCE AND PHARMACOEPIDEMIOLOGY IN RISK MANAGEMENT

Risk assessment during product development should be conducted in a thorough and rigorous manner; however, it is impossible to identify all safety concerns during clinical trials. Once a product is marketed, there is generally a large increase in the number of patients exposed, including those with co-morbid conditions and those being treated with concomitant medical products. Therefore, postmarketing safety data collection and risk assessment based on observational data are critical for evaluating and characterizing a product's risk profile and for making informed decisions on risk minimization.

---

[3] See 45 CFR part 46 and 21 CFR parts 50 and 56. See also the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (Public Law 104-191) and the Standards for Privacy of Individually Identifiable Health Information (the Privacy Rule) (45 CFR part 160 and subparts A and E of part 164). The Privacy Rule specifically permits covered entities to report adverse events and other information related to the quality, effectiveness, and safety of FDA-regulated products both to manufacturers and directly to FDA (45 CFR 164.512(b)(1)(i) and (iii), and 45 CFR 164.512(a)(1)). For additional guidance on patient privacy protection, see http://www.hhs.gov/ocr/hipaa.

Exhibit A-7

*Contains Nonbinding Recommendations*

This guidance document focuses on pharmacovigilance activities in the post-approval period. This guidance uses the term *pharmacovigilance* to mean all scientific and data gathering activities relating to the detection, assessment, and understanding of adverse events. This includes the use of pharmacoepidemiologic studies. These activities are undertaken with the goal of identifying adverse events and understanding, to the extent possible, their nature, frequency, and potential risk factors.

Pharmacovigilance principally involves the identification and evaluation of safety signals. In this guidance document, *safety signal* refers to a concern about an excess of adverse events compared to what would be expected to be associated with a product's use. Signals can arise from postmarketing data and other sources, such as preclinical data and events associated with other products in the same pharmacologic class. It is possible that even a single well-documented case report can be viewed as a signal, particularly if the report describes a positive rechallenge or if the event is extremely rare in the absence of drug use. Signals generally indicate the need for further investigation, which may or may not lead to the conclusion that the product caused the event. After a signal is identified, it should be further assessed to determine whether it represents a potential safety risk and whether other action should be taken.

## IV.    IDENTIFYING AND DESCRIBING SAFETY SIGNALS: FROM CASE REPORTS TO CASE SERIES

Good pharmacovigilance practice is generally based on acquiring complete data from spontaneous adverse event reports, also known as case reports. The reports are used to develop case series for interpretation.

### A.    Good Reporting Practice

Spontaneous case reports of adverse events submitted to the sponsor and FDA, and reports from other sources, such as the medical literature or clinical studies, may generate signals of adverse effects of drugs. The quality of the reports is critical for appropriate evaluation of the relationship between the product and adverse events. FDA recommends that sponsors make a reasonable attempt to obtain complete information for case assessment during initial contacts and subsequent follow-up, especially for serious events,[4] and encourages sponsors to use trained health care practitioners to query reporters. Computer-assisted interview technology, targeted questionnaires, or other methods developed to target specific events can help focus the line of questioning. When the report is from a consumer, it is often important to obtain permission to contact the health care practitioner familiar with the patient's adverse event to obtain further medical information and to retrieve relevant medical records, as needed.

---

[4] Good reporting practices are extensively addressed in a proposed FDA regulation and guidance documents. See (1) Safety Reporting Requirements for Human Drug and Biological Products, Proposed Rule, 68 FR 12406 (March 14, 2003), (2) FDA guidance for industry on *Postmarketing Reporting of Adverse Experiences*, (3) FDA guidance for industry on *E2C Clinical Safety Data Management: Periodic Safety Update Report (PSUR)*, (4) FDA guidance for industry on *Postmarketing Adverse Experience Reporting for Human Drug and Licensed Biological Products: Clarification of What to Report.*

*Contains Nonbinding Recommendations*

FDA suggests that the intensity and method of case follow-up be driven by the seriousness of the event reported, the report's origin (e.g., health care practitioner, patient, literature), and other factors. FDA recommends that the most aggressive follow-up efforts be directed towards serious adverse event reports, especially of adverse events not known to occur with the drug.

### B.   Characteristics of a Good Case Report

Good case reports include the following elements:

1. Description of the adverse events or disease experience, including time to onset of signs or symptoms;

2. Suspected and concomitant product therapy details (i.e., dose, lot number, schedule, dates, duration), including over-the-counter medications, dietary supplements, and recently discontinued medications;

3. Patient characteristics, including demographic information (e.g., age, race, sex), baseline medical condition prior to product therapy, co-morbid conditions, use of concomitant medications, relevant family history of disease, and presence of other risk factors;

4. Documentation of the diagnosis of the events, including methods used to make the diagnosis;

5. Clinical course of the event and patient outcomes (e.g., hospitalization or death);[5]

6. Relevant therapeutic measures and laboratory data at baseline, during therapy, and subsequent to therapy, including blood levels, as appropriate;

7. Information about response to dechallenge and rechallenge; and

8. Any other relevant information (e.g., other details relating to the event or information on benefits received by the patient, if important to the assessment of the event).

For reports of medication errors, good case reports also include full descriptions of the following, when such information is available:

1. Products involved (including the trade (proprietary) and established (proper) name, manufacturer, dosage form, strength, concentration, and type and size of container);

2. Sequence of events leading up to the error;

3. Work environment in which the error occurred; and

4. Types of personnel involved with the error, type(s) of error, and contributing factors.

---

[5] Patient outcomes may not be available at the time of initial reporting. In these cases, follow-up reports can convey important information about the course of the event and serious outcomes, such as hospitalization or death.

Exhibit A-9

*Contains Nonbinding Recommendations*

FDA recommends that sponsors capture in the case narrative section of a medication error report all appropriate information outlined in the National Coordinating Council for Medication Error Reporting and Prevention (NCC MERP) Taxonomy.[6] Although sponsors are not required to use the taxonomy, FDA has found the taxonomy to be a useful tool to categorize and analyze reports of medication errors. It provides a standard language and structure for medication error-related data collected through reports.

### C.    Developing a Case Series

FDA suggests that sponsors initially evaluate a signal generated from postmarketing spontaneous reports through a careful review of the cases and a search for additional cases. Additional cases could be identified from the sponsor's global adverse event databases, the published literature, and other available databases, such as FDA's Adverse Event Reporting System (AERS) or Vaccine Adverse Events Reporting System (VAERS), using thorough database search strategies based on updated coding terminology (e.g., the Medical Dictionary for Regulatory Activities (MedDRA)). When available, FDA recommends that standardized case definitions (i.e., formal criteria for including or excluding a case) be used to assess potential cases for inclusion in a case series.[7] In general, FDA suggests that case-level review occur before other investigations or analyses. FDA recommends that emphasis usually be placed on review of serious, unlabeled adverse events, although other events may warrant further investigation (see section IV.F. for more details).

As part of the case-level review, FDA suggests that sponsors evaluate individual case reports for clinical content and completeness, and follow up with reporters, as necessary. It is important to remove any duplicate reports. In assessing case reports, FDA recommends that sponsors look for features that may suggest a causal relationship between the use of a product and the adverse event, including:

1. Occurrence of the adverse event in the expected time (e.g., type 1 allergic reactions occurring within days of therapy, cancers developing after years of therapy);

2. Absence of symptoms related to the event prior to exposure;

3. Evidence of positive dechallenge or positive rechallenge;

4. Consistency of the event with the established pharmacological/toxicological effects of the product, or for vaccines, consistency with established infectious or immunologic mechanisms of injury;

5. Consistency of the event with the known effects of other products in the class;

---

[6] See http://www.nccmerp.org for the definition of a medication error and taxonomy of medication errors.

[7] See, for example, Institute of Medicine (IOM) Immunization Safety Review on Vaccines and Autism, 2004.

Exhibit A-10

*Contains Nonbinding Recommendations*

6.  Existence of other supporting evidence from preclinical studies, clinical trials, and/or pharmacoepidemiologic studies; and

7.  Absence of alternative explanations for the event (e.g., no concomitant medications that could contribute to the event; no co- or pre-morbid medical conditions).

Confounded cases are common, especially among patients with complicated medical conditions. Confounded cases (i.e., cases with adverse events that have possible etiologies other than the product of concern) could still represent adverse effects of the product under review. FDA recommends that sponsors carefully evaluate these cases and not routinely exclude them. Separate analyses of unconfounded cases may be useful.

For any individual case report, it is rarely possible to know with a high level of certainty whether the event was caused by the product. To date, there are no internationally agreed upon standards or criteria for assessing causality in individual cases, especially for events that often occur spontaneously (e.g. stroke, pulmonary embolism). Rigorous pharmacoepidemiologic studies, such as case-control studies and cohort studies with appropriate follow-up, are usually employed to further examine the potential association between a product and an adverse event.

FDA does not recommend any specific categorization of causality, but the categories *probable, possible,* or *unlikely* have been used previously.[8] If a causality assessment is undertaken, FDA suggests that the causal categories be specified and described in sufficient detail to understand the underlying logic in the classification.

If the safety signal relates to a medication error, FDA recommends that sponsors report all known contributing factors that led to the event. A number of references are available to assist sponsors in capturing a complete account of the event.[9] FDA recommends that sponsors follow up to the extent possible with reporters to capture a complete account of the event, focusing on the *medication use systems* (e.g., prescribing/order process, dispensing process, administration process). This data may be informative in developing strategies to minimize future errors.

D.   **Summary Descriptive Analysis of a Case Series**

In the event that one or more cases suggest a safety signal warranting additional investigation, FDA recommends that a case series be assembled and descriptive clinical information be summarized to characterize the potential safety risk and, if possible, to identify risk factors. A case series commonly includes an analysis of the following:

1.  The clinical and laboratory manifestations and course of the event;

---

[8] See World Health Organization, the Uppsala Monitoring Center, 2000, *Safety Monitoring of Medicinal Product,* for additional categorizations of causality.

[9] See Cohen MR (ed), 1999, *Medication Errors,* American Pharmaceutical Association, Washington DC; Cousins DD (ed), 1998, *Medication Use: A Systems Approach to Reducing Errors,* Joint Commission on Accreditation of Healthcare Organizations, Oakbrook Terrace, IL.

*Contains Nonbinding Recommendations*

2.  Demographic characteristics of patients with events (e.g., age, gender, race);

3.  Exposure duration;

4.  Time from initiation of product exposure to the adverse event;

5.  Doses used in cases, including labeled doses, greater than labeled doses, and overdoses;

6.  Use of concomitant medications;

7.  The presence of co-morbid conditions, particularly those known to cause the adverse event, such as underlying hepatic or renal impairment;

8.  The route of administration (e.g., oral vs. parenteral);

9.  Lot numbers, if available, for products used in patients with events; and

10. Changes in event reporting rate over calendar time or product life cycle.

### E.   Use of Data Mining to Identify Product-Event Combinations

At various stages of risk identification and assessment, systematic examination of the reported adverse events by using statistical or mathematical tools, or so-called *data mining*, can provide additional information about the existence of an excess of adverse events reported for a product. By applying data mining techniques to large adverse event databases, such as FDA's AERS or VAERS, it may be possible to identify unusual or unexpected product-event combinations warranting further investigation. Data mining can be used to augment existing signal detection strategies and is especially useful for assessing patterns, time trends, and events associated with drug-drug interactions. Data mining is not a tool for establishing causal attributions between products and adverse events.

The methods of data mining currently in use usually generate a score comparing (1) the fraction of all reports for a particular event (e.g., liver failure) for a specific drug (i.e., the "observed reporting fraction") with (2) the fraction of reports for the same particular event for all drugs (i.e., "the expected reporting fraction").[10] This analysis can be refined by adjusting for aspects of reporting (e.g., the reporting year) or characteristics of the patient (e.g., age or gender) that might influence the amount of reporting. In addition, it may be possible to limit data mining to an analysis for drugs of a specific class or for drugs that are used to treat a particular disease.

The score (or statistic) generated by data mining quantifies the disproportionality between the observed and expected values for a given product-event combination. This score is compared to a threshold that is chosen by the analyst. A potential excess of adverse events is operationally defined as any product-event combination with a score exceeding the specified threshold. When

---

[10] Evans SJ, 2000, Pharmacovigilance: A science or fielding emergencies? *Statistics in Medicine* 19(23):3199-209; Evans SJW, Waller PC, and Davis S, 2001, Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports, *Pharmacoepidemiology and Drug Safety* 10:483-6.

Exhibit A-12

*Contains Nonbinding Recommendations*

applying data mining to large databases (such as AERS), it is not unusual for a product to have several product-event combinations with scores above a specified threshold. The lower the threshold, the greater the likelihood that more combinations will exceed the threshold and will warrant further investigation.

Several data mining methods have been described and may be worth considering, such as the Multi-Item Gamma Poisson Shrinker (MGPS) algorithm[11,12], the Proportional Reporting Ratio (PRR) method[13,14]and the Neural Network approach.[15] Except when the observed number of cases with the drug event combination is small (e.g., less than 20) or the expected number of cases with the drug event combination is < 1, the MGPS and PRR methods will generally identify similar drug event combinations for further investigation.[16]

Although all of these approaches are inherently exploratory or hypothesis generating, they may provide insights into the patterns of adverse events reported for a given product relative to other products in the same class or to all other products. FDA exercises caution when making such comparisons, because voluntary adverse event reporting systems such as AERS or VAERS are subject to a variety of reporting biases (e.g., some observations could reflect concomitant treatment, not the product itself, and other factors, including the disease being treated, other co-morbidities or unrecorded confounders, may cause the events to be reported). In addition, AERS or VAERS data may be affected by the submission of incomplete or duplicate reports, under-reporting, or reporting stimulated by publicity or litigation. As reporting biases may differ by product and change over time, and could change differently for different events, it is not possible to predict their impact on data mining scores.

Use of data mining techniques is not a required part of signal identification or evaluation. If data mining results are submitted to FDA, they should be presented in the larger appropriate clinical epidemiological context. This should include (1) a description of the database used, (2) a description of the data mining tool used (e.g., statistical algorithm, and the drugs, events and

[11] DuMouchel W and Pregibon D, 2001, Empirical Bayes screening for multi-item associations, *Seventh ACM SigKDD International Conference on Knowledge Discovery and Data Mining.*

[12] Szarfman A, Machado SG, and O'Neill RT, 2002, Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database, *Drug Safety* 25(6): 381-92.

[13] Evans SJW, Waller P, and Davis S, 1998, Proportional reporting ratios: the uses of epidemiological methods for signal generation [abstract], *Pharmacoepidemiology and Drug Safety* 7:S102.

[14] Evans SJ, 2000, Pharmacovigilance: A science or fielding emergencies? *Statistics in Medicine* 19(23):3199-209; Evans SJW, Waller PC, and Davis S, 2001, Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports, *Pharmacoepidemiology and Drug Safety* 10:483-6.

[15] Bate A et al., 1998, A Bayesian neural network method for adverse drug reaction signal generation, *European Journal of Clinical Pharmacology* 54:315-21.

[16] This conclusion is based on the experience of FDA and of William DuMouchel, Ph.D., Chief Scientist, Lincoln Technologies, Wellsley, MA, as summarized in an email communication from Dr. DuMouchel to Ana Szarfman, M.D., Ph.D., Medical Officer, OPaSS, CDER, on October 13, 2004.

Exhibit A-13

*Contains Nonbinding Recommendations*

stratifications selected for the analyses) or an appropriate reference, and (3) a careful assessment of individual case reports and any other relevant safety information related to the particular drug-event combination of interest (e.g., results from preclinical, clinical, pharmacoepidemiologic, or other available studies).

### F.   Safety Signals That May Warrant Further Investigation

FDA believes that the methods described above will permit a sponsor to identify and preliminarily characterize a safety signal. The actual risk to patients cannot be known from these data because it is not possible to characterize all events definitively and because there is invariably under-reporting of some extent and incomplete information about duration of therapy, numbers treated, etc. Safety signals that may warrant further investigation may include, but are not limited to, the following:

1.   New unlabeled adverse events, especially if serious;

2.   An apparent increase in the severity of a labeled event;

3.   Occurrence of serious events thought to be extremely rare in the general population;

4.   New product-product, product-device, product-food, or product-dietary supplement interactions;

5.   Identification of a previously unrecognized at-risk population (e.g., populations with specific racial or genetic predispositions or co-morbidities);

6.   Confusion about a product's name, labeling, packaging, or use;

7.   Concerns arising from the way a product is used (e.g., adverse events seen at higher than labeled doses or in populations not recommended for treatment);

8.   Concerns arising from potential inadequacies of a currently implemented risk minimization action plan (e.g., reports of serious adverse events that appear to reflect failure of a RiskMAP goal);[17] and

9.   Other concerns identified by the sponsor or FDA.

### G.   Putting the Signal into Context:  Calculating Reporting Rates vs. Incidence Rates

If a sponsor determines that a concern about an excess of adverse events or safety signal warrants further investigation and analysis, it is important to put the signal into context. For this reason, calculations of the rate at which new cases of adverse events occur in the product-exposed population (i.e., the incidence rate) are the hallmark of pharmacoepidemiologic risk assessment.

---

[17] For a detailed discussion of risk minimization action plan evaluation, please consult the *RiskMAP Guidance.*

*Contains Nonbinding Recommendations*

In pharmacoepidemiologic studies (see section V.A), the numerator (number of new cases) and denominator (number of exposed patients and time of exposure or, if known, time at risk) may be readily ascertainable. In contrast, for spontaneously reported events, it is not possible to identify all cases because of under-reporting, and the size of the population at risk is at best an estimate. Limitations in national denominator estimates arise because:

1. Accurate national estimates of the number of patients exposed to a medical product and their duration of exposure may not be available;

2. It may be difficult to exclude patients who are not at risk for an event, for example, because their exposure is too brief or their dose is too low;[18] and

3. A product may be used in different populations for different indications, but use estimates are not available for the specific population of interest.

Although we recognize these limitations, we recommend that sponsors calculate crude adverse event reporting rates as a valuable step in the investigation and assessment of adverse events. FDA suggests that sponsors calculate reporting rates by using the total number of spontaneously reported cases in the United States in the numerator and estimates of national patient exposure to product in the denominator.[19,20] FDA recommends that whenever possible, the number of patients or person time exposed to the product nationwide be the estimated denominator for a reporting rate. FDA suggests that other surrogates for exposure, such as numbers of prescriptions or kilograms of product sold, only be used when patient-level estimates are unavailable. FDA recommends that sponsors submit a detailed explanation of the rationale for selection of a denominator and a method of estimation.

Comparisons of reporting rates and their temporal trends can be valuable, particularly across similar products or across different product classes prescribed for the same indication. However, such comparisons are subject to substantial limitations in interpretation because of the inherent uncertainties in the numerator and denominator used. As a result, FDA suggests that a comparison of two or more reporting rates be viewed with extreme caution and generally considered exploratory or hypothesis-generating. Reporting rates can by no means be considered incidence rates, for either absolute or comparative purposes.

To provide further context for incidence rates or reporting rates, it is helpful to have an estimate of the background rate of occurrence for the event being evaluated in the general population or, ideally, in a subpopulation with characteristics similar to that of the exposed population (e.g., premenopausal women, diabetics). These background rates can be derived from: (1) national health statistics, (2) published medical literature, or (3) ad hoc studies, particularly of

---

[18] See *Current Challenges in Pharmacovigilance: Pragmatic Approaches*, Report of the Council for International Organizations of Medical Sciences (CIOMS) Working Group V, Geneva, 2001.

[19] See Rodriguez EM, Staffa JA, Graham DJ, 2001, *The role of databases in drug postmarketing surveillance*, Pharmacoepidemiology and Drug Safety, 10:407-10.

[20] In addition to U.S. reporting rates, sponsors can provide global reporting rates, when relevant.

Exhibit A-15

*Contains Nonbinding Recommendations*

subpopulations, using large automated databases or ongoing epidemiologic investigations with primary data collection. FDA suggests that comparisons of incidence rates or reporting rates to background rate estimates take into account potential differences in the data sources, diagnostic criteria, and duration of time at risk.

While the extent of under-reporting is unknown, it is usually assumed to be substantial and may vary according to the type of product, seriousness of the event, population using the product, and other factors. As a result, a reporting rate higher than the background rate may, in some cases, be a strong indicator that the true incidence rate is sufficiently high to be of concern. However, many other factors affect the reporting of product-related adverse events (e.g., publicity, newness of product to the market) and these factors should be considered when interpreting a high reporting rate. Also, because of under-reporting, the fact that a reporting rate is less than the background rate does not necessarily show that the product is not associated with an increased risk of an adverse event.

## V. BEYOND CASE REVIEW: INVESTIGATING A SIGNAL THROUGH OBSERVATIONAL STUDIES

FDA recognizes that there are a variety of methods for investigating a safety signal. Signals warranting additional investigation can be further evaluated through carefully designed non-randomized observational studies of the product's use in the "real world" and randomized trials. The *Premarketing Guidance* discusses a number of types of randomized trials, including the large simple safety study, which is a risk assessment method that could be used either pre- or post-approval.

This document focuses on three types of non-randomized observational studies: (1) pharmacoepidemiologic studies, (2) registries, and (3) surveys. By focusing this guidance on certain risk assessment methods, we do not intend to advocate the use of these approaches over others. FDA encourages sponsors to consider all methods to evaluate a particular safety signal. FDA recommends that sponsors choose the method best suited to the particular signal and research question of interest. Sponsors planning to evaluate a safety signal are encouraged to communicate with FDA as their plans progress.

### A. Pharmacoepidemiologic Studies

Pharmacoepidemiologic studies can be of various designs, including cohort (prospective or retrospective), case-control, nested case-control, case-crossover, or other models.[21] The results of such studies may be used to characterize one or more safety signals associated with a product, or may examine the natural history of a disease or drug utilization patterns. Unlike a case series, a pharmacoepidemiologic study which is designed to assess the risk attributed to a drug exposure has a protocol and control group and tests prespecified hypotheses. Pharmacoepidemiologic studies can allow for the estimation of the relative risk of an outcome associated with a product, and some (e.g., cohort studies) can also provide estimates of risk (incidence rate) for an adverse

---

[21] *Guidelines for Good Pharmacoepidemiology*, , International Society for Pharmacoepidemiology, 2004 (http://www.pharmacoepi.org/resources/guidelines_08027.cfm)

Exhibit A-16

*Contains Nonbinding Recommendations*

event. Sponsors can initiate pharmacoepidemiologic studies at any time. They are sometimes started at the time of initial marketing, based on questions that remain after review of the premarketing data. More often, however, they are initiated when a safety signal has been identified after approval. Finally, there may also be occasions when a pharmacoepidemiologic study is initiated prior to marketing (e.g., to study the natural history of disease or patterns of product use, or to estimate background rates for adverse events).

For uncommon or delayed adverse events, pharmacoepidemiologic studies may be the only practical choice for evaluation, even though they can be limited by low statistical power. Clinical trials are impractical in almost all cases when the event rates of concern are less common than 1:2000-3000 (an exception may be larger trials conducted for some vaccines, which could move the threshold to 1:10,000). It may also be difficult to use clinical trials: (1) to evaluate a safety signal associated with chronic exposure to a product, exposure in populations with co-morbid conditions, or taking multiple concomitant medications, or (2) to identify certain risk factors for a particular adverse event. On the other hand, for evaluation of more common events, which are seen relatively often in untreated patients, clinical trials may be preferable to observational studies.

Because pharmacoepidemiologic studies are observational in nature, they may be subject to confounding, effect modification, and other bias, which may make results of these types of studies more difficult to interpret than the results of clinical trials. Some of these problems can be surmounted when the relative risk to exposed patients is high.

Because different products pose different benefit-risk considerations (e.g., seriousness of the disease being treated, nature and frequency of the safety signal under evaluation), it is impossible to delineate a universal set of criteria for the point at which a pharmacoepidemiologic study should be initiated, and the decision should be made on a case-by-case basis. When an important adverse event–product association leads to questions on the product's benefit-risk balance, FDA recommends that sponsors consider whether the particular signal should be addressed with one or more pharmacoepidemiologic studies. If a sponsor determines that a pharmacoepidemiologic study is the best method for evaluating a particular signal, the design and size of the proposed study would depend on the objectives of the study and the expected frequency of the events of interest.

When performing a pharmacoepidemiologic study, FDA suggests that investigators seek to minimize bias and to account for possible confounding. Confounding by indication is one example of an important concern in performing a pharmacoepidemiologic study.[22] Because of the effects of bias, confounding, or effect modification, pharmacoepidemiologic studies evaluating the same hypothesis may provide different or even conflicting results. It is almost always prudent to conduct more than one study, in more than one environment and even use different designs. Agreement of the results from more than one study helps to provide reassurance that the observed results are robust.

---

[22] See, for example, Strom BL (ed), 2000, *Pharmacoepidemiology*, 3rd edition, Chichester: John Wiley and Sons, Ltd; Hartzema AG, Porta M, and Tilson HH (eds), 1998, *Pharmacoepidemiology: An Introduction*, 3rd edition, Cincinnati, OH: Harvey Whitney Books.

*Contains Nonbinding Recommendations*

There are a number of references describing methodologies for pharmacoepidemiologic studies, discussing their strengths and limitations,[23] and providing guidelines to facilitate the conduct, interpretation, and documentation of such studies.[24]  Consequently, this guidance document does not comprehensively address these topics.  However, a protocol for a pharmacoepidemiologic study generally includes:

1.   Clearly specified study objectives;
2.   A critical review of the literature; and
3.   A detailed description of the research methods, including:
   - the population to be studied;
   - the case definitions to be used;
   - the data sources to be used (including a rationale for data sources if from outside the U.S.);
   - the projected study size and statistical power calculations; and
   - the methods for data collection, management, and analysis.

Depending on the type of pharmacoepidemiologic study planned, there are a variety of data sources that may be used, ranging from the prospective collection of data to the use of existing data, such as data from previously conducted clinical trials or large databases.  In recent years, a number of pharmacoepidemiologic studies have been conducted in automated claims databases (e.g., HMO, Medicaid) that allow retrieval of records on product exposure and patient outcomes.  In addition, recently, comprehensive electronic medical record databases have also been used for studying drug safety issues. Depending on study objectives, factors that may affect the choice of databases include the following:

1.   Demographic characteristics of patients enrolled in the health plans (e.g., age, geographic location);

2.   Turnover rate of patients in the health plans;

3.   Plan coverage of the medications of interest;

4.   Size and characteristics of the exposed population available for study;

5.   Availability of the outcomes of interest;

6.   Ability to identify conditions of interest using standard medical coding systems (e.g., International Classification of Diseases (ICD-9)), procedure codes or prescriptions that could be used as markers;

---

[23] Ibid.

[24] *Guidelines for Good Pharmacoepidemiology*, International Society for Pharmacoepidemiology, 2004 (http://www.pharmacoepi.org/resources/guidelines_08027.cfm).

Exhibit A-18

*Contains Nonbinding Recommendations*

7.   Access to medical records; and

8.   Access to patients for data not captured electronically.

For most pharmacoepidemiologic studies, FDA recommends that sponsors validate diagnostic findings through a detailed review of at least a sample of medical records. If the validation of the specific outcome or exposure of interest using the proposed database has been previously reported, FDA recommends that the literature supporting the validity of the proposed study be submitted for review.

FDA encourages sponsors to communicate with the Agency when pharmacoepidemiologic studies are being developed.

**B.      Registries**

The term *registry* as used in pharmacovigilance and pharmacoepidemiology can have varied meanings. In this guidance document, a registry is "an organized system for the collection, storage, retrieval, analysis, and dissemination of information on individual persons exposed to a specific medical intervention who have either a particular disease, a condition (e.g., a risk factor) that predisposes [them] to the occurrence of a health-related event, or prior exposure to substances (or circumstances) known or suspected to cause adverse health effects."[25]  Whenever possible, a control or comparison group should be included, (i.e., individuals with a disease or risk factor who are not treated or are exposed to medical interventions other than the intervention of interest).[26]

Through the creation of registries, a sponsor can evaluate safety signals identified from spontaneous case reports, literature reports, or other sources, and evaluate factors that affect the risk of adverse outcomes, such as dose, timing of exposure, or patient characteristics.[27] Registries can be particularly useful for:

1.   Collecting outcome information not available in large automated databases; and

2.   Collecting information from multiple sources (e.g., physician records, hospital summaries, pathology reports, vital statistics), particularly when patients receive care from multiple providers over time.

A sponsor can initiate a registry at any time. It may be appropriate to initiate the registry at or before initial marketing, when a new indication is approved, or when there is a need to evaluate

---

[25] See Frequently Asked Questions About Medical and Public Health Registries, The National Committee on Vital and Health Statistics, at http://www.ncvhs.hhs.gov.

[26] See for example, FDA Guidance for Industry, *Establishing Pregnancy Exposure Registries*, August 2002 http://www.fda.gov/cder/guidance/3626fnl.pdf.

[27] Ibid.

*Contains Nonbinding Recommendations*

safety signals identified from spontaneous case reports. In deciding whether to establish a registry, FDA recommends that a sponsor consider the following factors:

1.   The types of additional risk information desired;
2.   The attainability of that information through other methods; and
3.   The feasibility of establishing the registry.

Sponsors electing to initiate a registry should develop written protocols that provide: (1) objectives for the registry, (2) a review of the literature, and (3) a summary of relevant animal and human data. FDA suggests that protocols also contain detailed descriptions of: (1) plans for systematic patient recruitment and follow-up, (2) methods for data collection, management, and analysis, and (3) conditions under which the registry will be terminated. A registry-based monitoring system should include carefully designed data collection forms to ensure data quality, integrity, and validation of registry findings against a sample of medical records or through interviews with health care providers. FDA recommends that the size of the registry and the period during which data will be collected be consistent with the safety questions under study and we encourage sponsors to discuss their registry development plans with FDA.

### C.   Surveys

Patient or health care provider surveys can gather information to assess, for example:

1.   A safety signal;

2.   Knowledge about labeled adverse events;

3.   Use of a product as labeled, particularly when the indicated use is for a restricted population or numerous contraindications exist;

4.   Compliance with the elements of a RiskMAP (e.g., whether or not a Medication Guide was provided at the time of product dispensing); and [28]

5.   Confusion in the practicing community over sound-alike or look-alike trade (or proprietary) names.

Like a registry, a survey can be initiated by a sponsor at any time. It can be conducted at the time of initial marketing (i.e., to fulfill a postmarketing commitment) or when there is a desire to evaluate safety signals identified from spontaneous case reports.

FDA suggests that sponsors electing to initiate a survey develop a written protocol that provides objectives for the survey and a detailed description of the research methods, including: (1) patient or provider recruitment and follow-up, (2) projected sample size, and (3) methods for data collection, management, and analysis. [29] FDA recommends that a survey-based monitoring

---

[28] For a detailed discussion of RiskMAP evaluation, please consult the *RiskMAP Guidance*.

[29] See 21 CFR parts 50 and 56 for FDA's regulations governing the protection of human subjects.

Exhibit A-20

*Contains Nonbinding Recommendations*

system include carefully designed survey instruments and validation of survey findings against a sample of medical or pharmacy records or through interviews with health care providers, whenever possible. FDA recommends that survey instruments be validated or piloted before implementation. FDA suggests that sponsors consider whether survey translation and cultural validation would be important.

Sponsors are encouraged to discuss their survey development plans with FDA.

## VI.   INTERPRETING SAFETY SIGNALS:  FROM SIGNAL TO POTENTIAL SAFETY RISK

After identifying a safety signal, FDA recommends that a sponsor conduct a careful case level review and summarize the resulting case series descriptively. To help further characterize a safety signal, a sponsor can also: (1) employ data mining techniques, and (2) calculate reporting rates for comparison to background rates. Based on these findings and other available data (e.g., from preclinical or other sources), FDA suggests that a sponsor consider further study (e.g., observational studies) to establish whether or not a potential safety risk exists.

When evaluation of a safety signal suggests that it may represent a potential safety risk, FDA recommends that a sponsor submit a synthesis of all available safety information and analyses performed, ranging from preclinical findings to current observations. This submission should include the following:

1.   Spontaneously reported and published case reports, with denominator or exposure information to aid interpretation;

2.   Background rate for the event in general and specific patient populations, if available;

3.   Relative risks, odds ratios, or other measures of association derived from pharmacoepidemiologic studies;

4.   Biologic effects observed in preclinical studies and pharmacokinetic or pharmacodynamic effects;

5.   Safety findings from controlled clinical trials; and

6.   General marketing experience with similar products in the class.

After the available safety information is presented and interpreted, it may be possible to assess the degree of causality between use of a product and an adverse event. FDA suggests that the sponsor's submission provide an assessment of the benefit-risk balance of the product for the population of users as a whole and for identified at-risk patient populations, and, if appropriate, (1) propose steps to further investigate the signal through additional studies, and (2) propose risk

Exhibit A-21

*Contains Nonbinding Recommendations*

minimization actions.[30]  FDA will make its own assessment of the potential safety risk posed by the signal in question, taking into account the information provided by the sponsor and any additional relevant information known to FDA (e.g., information on other products in the same class) and will communicate its conclusions to the sponsor whenever possible.  Factors that are typically considered include:

1.  Strength of the association (e.g., relative risk of the adverse event associated with the product);

2.  Temporal relationship of product use and the event;

3.  Consistency of findings across available data sources;

4.  Evidence of a dose-response for the effect;

5.  Biologic plausibility;

6.  Seriousness of the event relative to the disease being treated;

7.  Potential to mitigate the risk in the population;

8.  Feasibility of further study using observational or controlled clinical study designs; and

9.  Degree of benefit the product provides, including availability of other therapies.

As noted in section II, risk management is an iterative process and steps to further investigate a potential safety risk, assess the product's benefit-risk balance, and implement risk minimization tools would best occur in a logical sequence, not simultaneously.  Not all steps may be recommended, depending on the results of earlier steps.[31]  FDA recommends that assessment of causality and of strategies to minimize product risk occur on an ongoing basis, taking into account the findings from newly completed studies.

## VII.   BEYOND ROUTINE PHARMACOVIGILANCE:  DEVELOPING A PHARMACOVIGILANCE PLAN

For most products, routine pharmacovigilance (i.e., compliance with applicable postmarket requirements under the FDCA and FDA implementing regulations) is sufficient for postmarketing risk assessment.  However, in certain limited instances, unusual safety risks may become evident before approval or after a product is marketed that could suggest that consideration by the sponsor of a pharmacovigilance plan may be appropriate.  A

---

[30] In the vast majority of cases, risk communication that incorporates appropriate language into the product's labeling will be adequate for risk minimization.  In rare instances, however, a sponsor may consider implementing a RiskMAP.  Please refer to the *RiskMAP Guidance* for a complete discussion of RiskMAP development.
[31] For additional discussion of the relationship between risk assessment and risk minimization, please consult the *RiskMAP Guidance.*

*Contains Nonbinding Recommendations*

pharmacovigilance plan is a plan developed by a sponsor that is focused on detecting new safety risks and/or evaluating already identified safety risks. Specifically, a pharmacovigilance plan describes pharmacovigilance efforts above and beyond routine postmarketing spontaneous reporting, and is designed to enhance and expedite the sponsor's acquisition of safety information.[32] The development of pharmacovigilance plans may be useful at the time of product launch or when a safety risk is identified during product marketing. FDA recommends that a sponsor's decision to develop a pharmacovigilance plan be based on scientific and logistical factors, including the following:

1. The likelihood that the adverse event represents a potential safety risk;

2. The frequency with which the event occurs (e.g., incidence rate, reporting rate, or other measures available);

3. The severity of the event;

4. The nature of the population(s) at risk;

5. The range of patients for which the product is indicated (broad range or selected populations only); and

6. The method by which the product is dispensed (through pharmacies or performance linked systems only).[33]

A pharmacovigilance plan may be developed by itself or as part of a Risk Minimization Action Plan (RiskMAP), as described in the *RiskMAP Guidance*. Sponsors may meet with representatives from the appropriate Office of New Drugs review division and the Office of Drug Safety in CDER, or the appropriate Product Office and the Division of Epidemiology, Office of Biostatistics and Epidemiology in CBER regarding the specifics of a given product's pharmacovigilance plan.

FDA believes that for a product without safety risks identified pre- or post-approval and for which at-risk populations are thought to have been adequately studied, routine spontaneous reporting will be sufficient for postmarketing surveillance. On the other hand, pharmacovigilance plans may be appropriate for products for which: (1) serious safety risks have been identified pre- or post-approval, or (2) at-risk populations have not been adequately studied.

---

[32] As used in this document, the term "pharmacovigilance plan" is defined differently than in the ICH draft E2E document (version 4.1). As used in the ICH document, a "pharmacovigilance plan" would be routinely developed (i.e., even when a sponsor does not anticipate that enhanced pharmacovigilance efforts are necessary). In contrast, as discussed above, FDA is only recommending that pharmacovigilance plans be developed when warranted by unusual safety risks. This ICH guidance is available on the Internet at http://www.fda.gov/cder/guidance/index.htm under the topic ICH Efficacy. The draft E2E guidance was made available on March 30, 2004 (69 FR 16579). ICH agreed on the final version of the E2E guidance in November, 2004.

[33] For a detailed discussion of controlled access systems, please consult the *RiskMAP Guidance*.

*Contains Nonbinding Recommendations*

Sponsors may discuss with the Agency the nature of the safety concerns posed by such a product and the determination whether a pharmacovigilance plan is appropriate.

A pharmacovigilance plan could include one or more of the following elements:

1.   Submission of specific serious adverse event reports in an expedited manner beyond routine required reporting (i.e., as 15-day reports);

2.   Submission of adverse event report summaries at more frequent, prespecified intervals (e.g., quarterly rather than annually);

3.   Active surveillance to identify adverse events that may or may not be reported through passive surveillance. Active surveillance can be  (1) drug based:  identifying adverse events in patients taking certain products,  (2) setting based:  identifying adverse events in certain health care settings where they are likely to present for treatment (e.g., emergency departments, etc.), or (3) event based:  identifying adverse events that are likely to be associated with medical products (e.g., acute liver failure);

4.   Additional pharmacoepidemiologic studies (for example, in automated claims databases or other databases) using cohort, case-control, or other appropriate study designs (see section V);

5.   Creation of registries or implementation of patient or health care provider surveys (see section V); and

6.   Additional controlled clinical trials.[34]

As data emerges, FDA recommends that a sponsor re-evaluate the safety risk and the effectiveness of its pharmacovigilance plan.  Such re-evaluation may result in revisions to the pharmacovigilance plan for a product.  In some circumstances, FDA may decide to bring questions on potential safety risks and pharmacovigilance plans before its Drug Safety and Risk Management Advisory Committee or the FDA Advisory Committee dealing with the specific product in question.  Such committees may be convened when FDA seeks: (1) general advice on the design of pharmacoepidemiologic studies, (2) comment on specific pharmacoepidemiology studies developed by sponsors or FDA for a specific product and safety question, or (3) advice on the interpretation of early signals from a case series and on the need for further investigation in pharmacoepidemiologic studies.  While additional information is being developed, sponsors working with FDA can take interim actions to communicate information about potential safety risks (e.g., through labeling) to minimize the risk to users of the product.

---

[34] For a discussion of risk assessment in controlled clinical trials, please consult the *Premarketing Guidance*.

# EXHIBIT B

# Reviewer Guidance

## Conducting a Clinical Safety Review of a New Product Application and Preparing a Report on the Review

*Additional copies are available from:*

*Office of Training and Communication*
*Division of Drug Information, HFD-240*
*Center for Drug Evaluation and Research*
*Food and Drug Administration*
*5600 Fishers Lane*
*Rockville, MD  20857*
*(Tel) 301-827-4573*
*http://www.fda.gov/cder/guidance/index.htm*

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research (CDER)

February 2005
Good Review Practices

Exhibit B-26

## TABLE OF CONTENTS

I.  INTRODUCTION ............................................................................................ 1

II.  GENERAL GUIDANCE ON THE CLINICAL SAFETY REVIEW ......................... 2

  A.  Introduction ........................................................................................... 2

  B.  Explanation of Terms ............................................................................. 3

  C.  Overview of the Safety Review ............................................................... 4

  D.  Differences in Approach to Safety and Effectiveness Data ..................... 4

  E.  Identifying and Assembling Source Materials for the Safety Review ....... 6

  F.  Identifying Major Concerns at the Outset .............................................. 7

  G.  Auditing Source Materials ..................................................................... 8

  H.  The Purpose of Individual Case Review/"Drug-relatedness" .................. 8

III.  SPECIFIC GUIDANCE ON THE CONTENT OF THE SAFETY REVIEW ........... 9

  7.1  Methods and Findings ........................................................................ 11

  7.1.1  Deaths ............................................................................................ 11

  7.1.2  Other Serious Adverse Events ......................................................... 15

  7.1.3  Dropouts and Other Significant Adverse Events ............................... 16

  7.1.3.1  Overall Profile of Dropouts ......................................................... 16

  7.1.3.2  Adverse Events Associated with Dropouts ................................... 18

  7.1.3.3  Other Significant Adverse Events ................................................ 19

  7.1.4  Other Search Strategies .................................................................. 19

  7.1.5  Common Adverse Events ................................................................. 19

  7.1.5.1  Applicant's Approach to Eliciting Adverse Events in the Development Program ........... 20

  7.1.5.2  Establishing Appropriate Adverse Event Categories and Preferred Terms ................. 20

  7.1.5.3  Incidence of Common Adverse Events — Assessment of Various Databases ............. 22

  7.1.5.4  Common Adverse Event Tables ................................................... 23

  7.1.5.5  Identifying Common and Drug-Related Adverse Events ................. 23

  7.1.5.6  Additional Analyses and Explorations ......................................... 24

  7.1.6  Less Common Adverse Events ......................................................... 25

  7.1.7  Laboratory Findings ....................................................................... 25

  7.1.7.1  Overview of Laboratory Testing in the Development Program ........ 26

  7.1.7.2  Selection of Studies/Analyses for Drug-Control Comparisons of Laboratory Values ..... 26

7.1.7.3  Standard Analyses and Explorations of Laboratory Data ................................. 27

7.1.7.3.1  Analyses Focused on Measures of Central Tendency ................................. 27

7.1.7.3.2  Analyses Focused on Outliers or Shifts from Normal to Abnormal ................ 27

7.1.7.3.3  Marked Outliers and Dropouts for Laboratory Abnormalities ...................... 28

7.1.7.4  Additional Analyses and Explorations ..................................................... 29

7.1.7.5  Special Assessments: Hepatotoxicity, QTc, Others ................................. 29

7.1.8  Vital Signs ........................................................................................ 30

7.1.8.1  Extent of Vital Signs Testing in the Development Program ......................... 30

7.1.8.2  Selection of Studies and Analyses for Overall Drug-Control Comparisons ...... 30

7.1.8.3  Standard Analyses and Explorations of Vital Signs Data ........................... 30

7.1.8.3.1  Analyses Focused on Measures of Central Tendency ................................. 30

7.1.8.3.2  Analyses Focused on Outliers or Shifts from Normal to Abnormal ................ 30

7.1.8.3.3  Marked Outliers and Dropouts for Vital Signs Abnormalities ...................... 30

7.1.8.4  Additional Analyses and Explorations ..................................................... 30

7.1.9  Electrocardiograms (ECGs) .................................................................. 30

7.1.9.1  Extent of ECG Testing in the Development Program, Including Brief Review of Preclinical Results ........................................................................................ 30

7.1.9.2  Selection of Studies and Analyses for Overall Drug-Control Comparisons ...... 31

7.1.9.3  Standard Analyses and Explorations of ECG Data ................................... 31

7.1.9.3.1  Analyses Focused on Measures of Central Tendency ................................. 31

7.1.9.3.2  Analyses Focused on Outliers or Shifts from Normal to Abnormal ................ 31

7.1.9.3.3  Marked Outliers and Dropouts for ECG Abnormalities .............................. 31

7.1.9.4  Additional Analyses and Explorations ..................................................... 31

7.1.10  Immunogenicity ................................................................................ 31

7.1.11  Human Carcinogenicity ...................................................................... 31

7.1.12  Special Safety Studies ........................................................................ 32

7.1.13  Withdrawal Phenomena/Abuse Potential ................................................ 32

7.1.14  Human Reproduction and Pregnancy Data .............................................. 32

7.1.15  Assessment of Effect on Growth .......................................................... 32

7.1.16  Overdose Experience .......................................................................... 33

7.1.17  Postmarketing Experience .................................................................. 34

7.2  Adequacy of Patient Exposure and Safety Assessments ............................... 34

7.2.1   Description of Primary Clinical Data Sources (Populations Exposed and Extent of Exposure) Used to Evaluate Safety ................................................................................ 34

7.2.1.1   Study Type and Design/Patient Enumeration.................................................. 35

7.2.1.2   Demographics ................................................................................................ 36

7.2.1.3   Extent of Exposure (Dose/Duration)............................................................. 36

7.2.2   Description of Secondary Clinical Data Sources Used to Evaluate Safety ........... 36

7.2.2.1   Other Studies ................................................................................................ 37

7.2.2.2   Postmarketing Experience ............................................................................ 37

7.2.2.3   Literature ...................................................................................................... 37

7.2.3   Adequacy of Overall Clinical Experience............................................................. 37

7.2.4   Adequacy of Special Animal and/or In Vitro Testing .......................................... 38

7.2.5   Adequacy of Routine Clinical Testing .................................................................. 38

7.2.6   Adequacy of Metabolic, Clearance, and Interaction Workup .............................. 39

7.2.7   Adequacy of Evaluation for Potential Adverse Reactions for Any New Drug and Particularly for Drugs in the Class Represented by New Drug; Recommendations for Further Study ............................................................................................................................ 39

7.2.8   Assessment of Quality and Completeness of Data ................................................ 41

7.2.9   Additional Submissions, Including Safety Update ................................................ 42

7.3   Summary of Selected Adverse Reactions, Important Limitations of Data, and Conclusions 42

7.4   General Methodology ................................................................................................ 44

7.4.1   Pooling Data Across Studies to  Estimate and Compare Incidence ...................... 44

7.4.1.1   Pooled Data vs. Individual Study Data ......................................................... 44

7.4.1.2   Combining Data ............................................................................................ 45

7.4.2   Explorations for Predictive Factors ...................................................................... 45

7.4.2.1   Explorations for Dose Dependency for Adverse Findings ............................. 45

7.4.2.2   Explorations of Time-Dependency for Adverse Findings .............................. 46

7.4.2.3   Explorations for Drug-Demographic Interactions ......................................... 47

7.4.2.4   Explorations for Drug-Disease Interactions .................................................. 48

7.4.2.5   Explorations for Drug-Drug Interactions ...................................................... 48

7.4.3   Causality Determination ...................................................................................... 49

List of Tables ..................................................................................................................... 51

*Contains Nonbinding Recommendations*

# Reviewer Guidance[1]
# Conducting a Clinical Safety Review of a New Product Application and Preparing a Report on the Review

> This guidance represents the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. You can use an alternative approach if the approach satisfies the requirements of the applicable statutes and regulations. If you want to discuss an alternative approach, contact the FDA staff responsible for implementing this guidance. If you cannot identify the appropriate FDA staff, call the appropriate number listed on the title page of this guidance.

## I.     INTRODUCTION

This good review practice (GRP) guidance is intended to assist reviewers conducting the clinical safety reviews as part of the NDA and BLA review process, provide standardization and consistency in the format and content of safety reviews, and ensure that critical presentations and analyses will not be inadvertently omitted. The standardized structure also enables subsequent reviewers and other readers to readily locate specific safety information.

This guidance is an expansion of section 7 of the clinical review template and is entirely compatible with that template. The structure of this guidance, as an annotated outline, is meant to correlate exactly with the section headings of the review template, providing the pertinent guidance under each heading. The guidance also provides, as attachments, illustrations of displays and graphs that have been used successfully in the past. These are not requirements, but examples, and reviewers can substitute for, or modify, them, or simply find them unnecessary in particular cases. It is expected that new attachments will be added as examples become available.

The commentary and suggestions under each section of the guidance, together with appended examples, provide suggested analyses, methods of presentations, and discussion of special cases and potential difficulties. Some flexibility in implementing the guidance will be needed, as different types of applications and datasets may require modifications to the structure outlined in

---

[1] This guidance has been prepared by the Integrated Summary of Safety group, a subcommittee of Good Review Practices Track 8. The Track 8 Committee has been charged with developing a guidance for the clinical review of a marketing application under the Good Review Practices (GRP) initiative.

1

*Contains Nonbinding Recommendations*

this guidance.  If sections are omitted, the review should briefly explain the reason for the omission.

FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities.  Instead, guidances describe the Agency's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited.  The use of the word *should* in Agency guidances means that something is suggested or recommended, but not required.

## II.    GENERAL GUIDANCE ON THE CLINICAL SAFETY REVIEW

### A.    Introduction

This Good Review Practice (GRP) Guidance provides an annotated outline of the safety component of a clinical review of an application (NDA, BLA) and guidance on how to conduct and organize the safety review.[2]  It is usually most efficient and informative to include all the safety findings, whatever the source, in the safety section of the clinical review (i.e., apart from the description of individual studies in the efficacy review).  In some cases, however, it may be more appropriate to discuss some or all aspects of safety as part of the discussion of individual efficacy studies and reference them in this section (e.g., studies with mortality outcomes, development programs in which most of the safety data come from one or two large multi-center studies, and when evaluation and review of safety data may be more convenient or informative study by study).

The safety review has two distinct components:  (1) identification and assessment of the significance of the adverse events reported in clinical trials (controlled or uncontrolled) and (2) evaluation of the adequacy of the applicant's safety evaluation.  This guidance describes an approach that integrates safety findings across all studies and other clinical experience.  Consideration of the safety findings in individual studies, without a thoughtful integration of the overall safety experience, is not adequate for a safety review.[3]

Although much of the guidance in this document is directed primarily toward the clinical reviewer and toward the analysis of particular events, the evaluation of safety data also involves analyses of event rates, estimation of risk over time, exploration of possible subgroup differences, and identification of risk factors associated with serious events, all analyses that

---

[2] It is recognized that no drug is safe in the sense of being entirely free of adverse effects.  Reference in the Food, Drug and Cosmetic Act to the "safety" of a drug for the uses recommended in labeling has been interpreted as meaning that the benefits of a drug outweigh its risks for those uses.  The safety review, however, is not a risk benefit analysis, but rather, is the part of the NDA review that assesses and describes the risks of the drug.

[3] It is important to distinguish between the concept of performing an integrated safety review and the separate question of whether or not to pool data across studies in the conduct of that review.  For the purpose of this document, an integrated safety review refers to the principle of bringing together in one place in the review all data and analyses pertinent to a particular safety issue (e.g., liver toxicity).  Whether one looks primarily at data from individual studies or at datasets resulting from pooling of certain studies to address a particular safety concern is not critical to the concept of an integrated review.  Either approach, or both approaches, will usually be used by a reviewer in carrying out an integrated review.

Exhibit B-31

*Contains Nonbinding Recommendations*

involve substantial knowledge of methods of validly quantifying risk and providing measures of uncertainty. Clinical reviewers should therefore collaborate with their biostatistical colleagues when necessary in the preparation of reviews and consider when it may be appropriate to conduct a joint statistical and clinical review for particularly important safety issues.

The conceptual framework of this guidance is similar to the framework used for advising manufacturers on submitting safety data in FDA's *Guideline for the Format and Content of the Clinical and Statistical Section for New Drug Applications* (Clinical/Statistical guidance)[4] as well as in the guidance *M4: The Common Technical Document for the Conduct of Human Clinical Trials for Pharmaceuticals — Efficacy.*

**B.      Explanation of Terms**

Because several related terms are used in this guidance that could cause some confusion, the following explanations are intended as clarification.

For purposes of this guidance, the term *adverse reaction* is used to refer to an undesirable effect, reasonably associated with the use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This term does not include all adverse events observed during use of a drug, only those for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event. The term *adverse event* is used here to refer to any untoward medical event associated with the use of a drug in humans, whether or not it is considered drug-related. The phrases *serious adverse drug experience* and *serious adverse event* are used in this guidance to refer to any event occurring at any dose, whether or not considered drug-related, that results in any of the following outcomes:

- Death
- A life-threatening adverse experience
- Inpatient hospitalization or prolongation of existing hospitalization
- A persistent or significant disability/incapacity
- A congenital anomaly or birth defect.

Important medical events that may not result in death, be life-threatening, or require hospitalization may be considered serious adverse drug events when, based upon appropriate medical judgment, they may jeopardize the patient or subject and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse. Documents developed by the International Conference on Harmonisation (e.g., E2) add to serious events those that prolong hospitalization but do not include cancer and overdose.

---

[4] See http://www.fda.gov/cder/guidance/statnda.pdf.

3

*Contains Nonbinding Recommendations*

Finally, the term *adverse dropout* is used in this guidance to refer to subjects who did not complete the study because of an adverse event, whether or not considered drug-related; adverse dropouts include subjects who received the test drug, reference drugs, or placebo.

### C.    Overview of the Safety Review

The safety review has four principal tasks:

1)  To identify and closely examine serious adverse events that suggest, or could suggest, important problems with a drug-- specifically, adverse reactions severe enough to prevent its use altogether, to limit its use, or require special risk management efforts

2)  To identify and estimate the frequency of the common (usually nonserious) adverse events that are, or may be, causally related to the use of the drug;

3)  To evaluate the adequacy of the data available to support the safety analysis and to identify the limitations of those data.  At a minimum, this includes assessments of whether the extent of exposure at relevant doses is adequate

4)  To identify unresolved safety concerns that will need attention prior to approval or that should be assessed in the postmarketing period, including such concerns as the absence of data from high-risk populations or potential interactions

In addition, the safety review should:

- Identify factors that predict the occurrence of adverse reactions, including patient-related factors (e.g., age, gender, ethnicity, race, target illness, abnormalities of renal or hepatic function, co-morbid illnesses, genetic characteristics, such as metabolic status, environment) and drug-related factors (e.g., dose, plasma level, duration of exposure, concomitant medication)

- Identify, where possible, ways to avoid adverse reactions (dosing, monitoring) and ways to manage them when they occur

- For a drug that is to be approved, provide a comprehensive evaluation of risk information adequate to support a factual and sufficient summary of the risk information in labeling.

### D.    Differences in Approach to Safety and Effectiveness Data

Approaches to evaluation of the safety of a drug generally differ substantially from methods used to evaluate effectiveness.  Most of the studies in phases 2-3 of a drug development program are directed toward establishing effectiveness. In designing these trials, critical efficacy endpoints are identified in advance, sample sizes are estimated to permit an adequate assessment of effectiveness, and serious efforts are made, in planning interim looks at data or in controlling multiplicity, to preserve the type 1 error (alpha error) for the main end point.  It is also common to devote particular attention to examining critical endpoints by defining them with great care

4

*Contains Nonbinding Recommendations*

and, in many cases, by using blinded committees to adjudicate them. In contrast, with few exceptions, phase 2-3 trials are not designed to test specified hypotheses about safety nor to measure or identify adverse reactions with any pre-specified level of sensitivity. The exceptions occur when a particular concern related to the drug or drug class has arisen and when there is a specific safety advantage being studied. In these cases, there will often be safety studies with primary safety endpoints that have all the features of hypothesis testing, including blinding, control groups, and pre-specified statistical plans.

In the usual case, however, any apparent finding emerges from an assessment of dozens of potential endpoints (adverse events) of interest, making description of the statistical uncertainty of the finding using conventional significance levels very difficult. The approach taken is therefore best described as one of exploration and estimation of event rates, with particular attention to comparing results of individual studies and pooled data. It should be appreciated that *exploratory analyses* (e.g., subset analyses, to which a great caution is applied in a hypothesis testing setting) are a critical and essential part of a safety evaluation. These analyses can, of course, lead to false conclusions, but need to be carried out nonetheless, with attention to consistency across studies and prior knowledge. The approach typically followed is to screen broadly for adverse events and to expect that this will reveal the common adverse reaction profile of a new drug and will detect some of the less common and more serious adverse reactions associated with drug use.

With respect to assessment of serious events, there are two distinct situations. First, there are the events readily recognized as consequences, or at least potential consequences, of the treatment (i.e., adverse reactions) because they would be unusual in the population under study. Second, and particularly critical, are serious events that are not so readily attributed to the drug because they can occur even without the drug, for example, because they are known to result from the underlying disease or are relatively common in the population being studied (e.g., heart attacks, strokes in an elderly population) and could therefore represent intercurrent illness. Adverse events that do not seem typical of what drugs do (that is, that are not hematologic, hepatic, renal, dermatologic or pro-arrhythmic) can be especially difficult to attribute to a drug. The history of the relatively late recognition of the practolol syndrome (sclerosing peritonitis, oculomucocutaneous syndrome), retroperitoneal fibrosis with methylsergide (Sansert), pulmonary hypertension with aminorex and other appetite suppressants, thromboembolic disease with oral contraceptives, endometrial cancer with post-menopausal estrogens, suicidal ideation with interferons, and more recently, cardiac valvular disorders with fenfluramine, illustrates this problem. Perhaps most difficult of all is the situation where the adverse event is, or could be, a consequence of the disease being treated. Thus, it was extremely difficult to discover that many drugs for heart failure (beta agonists, phosphodiesterase inhibitor inotropes, and a vasodilator, flosequinan) caused increased rates of the same kinds of death seen with the underlying disease (i.e., due to progressive heart failure or arrhythmias), that anti-arrhythmics could provoke new arrhythmias, and that interferon could cause depression in patients with cancer or multiple sclerosis, conditions that are themselves associated with mood alteration. Distinguishing the effects of a drug on the immune or other impaired systems in patients with cancer or HIV infection can also be difficult. Many years ago, a last resort drug for rheumatoid arthritis, azaribine (Triazure), was approved despite a number of arterial thrombi seen during development because those were thought to be more common in patients with RA (the drug was

5

*Contains Nonbinding Recommendations*

removed from the market shortly after approval, however, when unusual thrombotic events (e.g., thrombosis of a digital artery) became apparent). Drugs for seizure disorders and schizophrenia can be difficult to assess with respect to causing sudden death because patients with the disorders they treat have a relatively high rate of this event. Usually, the only way to establish that these are adverse reactions is through controlled trials of significant size. Sometimes, the controlled trials to evaluate effectiveness will be large enough to address these issues, but sometimes, where there is a significant concern, special, large safety studies may be needed.

There is no simple answer to these difficult assessments, but this guidance, similar to section H of the Clinical/Statistical guideline *(Guideline for the Format and Content of the Clinical and Statistical Sections of New Drug Applications)*[5] and the guidance *M4 The CTD − Efficacy,* suggest an approach, namely, close examination of all patients who die or who leave a study prematurely because of any adverse event (whether or not thought drug-related),[6] with explicit consideration of the possibility that the event was drug-related (the "prepared mind" approach). With respect to discovering that a drug causes a modestly increased rate of serious events that are relatively common in the population, only large controlled trials can provide a satisfactory answer and the reviewer needs to consider whether such trials are needed. In some cases, there are reasonably well-established surrogate markers that can predict severe injury. For example, an increased rate of transaminase elevations accompanied by a small number of cases in which bilirubin elevation accompanies the transaminase elevation can predict the occurrence of more severe liver injuries in some patients, and visual field defects may portend irreversible peripheral vision loss. Similarly, substantial QT interval prolongation on the electrocardiogram predicts the occurrence of Torsade de Pointes-type ventricular tachycardia.

### E.   Identifying and Assembling Source Materials for the Safety Review

Before beginning the safety review, the reviewer should identify and assemble (or locate electronically) all available materials for the review. These materials include:

- The applicant's Integrated Summary/Analysis of Safety (ISS)

- Adverse event tables in the NDA/BLA submission[7]

- Case report forms (CRFs) for patients who experienced serious adverse events or who dropped out of a study because of an adverse event. The reviewer should request these CRFs

---

[5] See http://www.fda.gov/cder/guidance/statnda.pdf.

[6] 21 CFR 314.50(f)(2) requires that CRFs be submitted for each patient who died during a clinical study or who did not complete the study because of an adverse event, whether believed to be drug related or not. It should be clear from the application that the ISS and other safety reports include all adverse events that were seen during development, not just those judged by investigators or the applicant to have been potentially drug-related. This is also a useful point to make at a pre-NDA/BLA meeting.

[7] If the reviewer determines that adverse event tables provided by the applicant are accurate and fairly represent the data they purport to display, the tables may be included in the safety review as appendices. If applicant-generated tables are used, the review should identify the applicant as the source.

*Contains Nonbinding Recommendations*

if the applicant does not include them in the submission (although they are required under 21 CFR 314.50). If the number of cases is very large (e.g., for dropouts) and many of the events are similar, it may be reasonable to request only a sample of CRFs.[8] Note that, in some cases, dropouts attributed to other reasons will upon review be associated with an adverse event.

- Individual patient adverse reaction data listings, laboratory listings, and baseline listings, usually accessible electronically[8]

- The applicant's narrative summaries of deaths, serious adverse events, and other events that resulted in dropouts

- If available, displays of individual patient safety data over time for patients who experienced serious adverse events

- The safety sections of the sponsor's proposed labeling

- Common Technical Document (CTD) safety-related sections (module 2, Sections 2.5.5, 2.7.4), which give an overview of the applicant's approach to the safety evaluation and a detailed summary of the safety data

- Any other safety-related documents, such as discussions of related drugs, descriptions of use of adverse drug reactions (ADR) coding dictionaries to combine data across studies, specific studies of safety hypotheses

### F.     Identifying Major Concerns at the Outset

Although the review will assess the data submitted, it may be useful to identify at the outset particular concerns that will be explored because they are suggested by the pharmacology of the drug or by safety concerns with pharmacologically related drugs. Thus, the clearance pathway of a drug will suggest certain potential drug-drug interactions or certain effects of decreased renal or hepatic function. Similarly, the pharmacologic class, and prior experience, could lead to focus on particular laboratory or clinical abnormalities (e.g., muscle or liver abnormalities with HMGCoA reductase inhibitors, QT prolongation with fluoroquinolone anti-infectives, gastrointestinal, renal, and cardiovascular effects of nonsteroidal anti-inflammatory drugs, liver abnormalities with endothelin receptor antagonists, cognitive impairment with sedating drugs, sexual dysfunction with selective serotonin reuptake inhibitors). These concerns are considered further in section 7.2.5.

---

[8]The reviewer should be able to easily access individual patient information. The reviewer may want to clarify formatting and accessibility concerns at the pre-NDA meeting. For hardcopy submissions, an index that directs the reviewer to the exact location (volume and page number) of the CRF, the narrative summary, and the individual patient safety data display is essential (for sample index see Table 8.0.1). For electronic submissions, the PDF files should have sufficiently detailed *bookmarks* to offer easy navigation by the reviewer. For example, narratives should be bookmarked by patient ID number, not just by study treatment or treatment assignment.

Exhibit B-36

*Contains Nonbinding Recommendations*

### G.    Auditing Source Materials

Although there are no established standards for auditing safety data in a submission, the review should describe efforts to assess consistency of the data provided (e.g., comparing information included in case report forms, case report tabulations, and narrative summaries for individual patients).  For important adverse events, for example, it is generally important to consider not only the applicant's narrative description, but the associated CRF or hospital records and submitted laboratory, radiology, or pathology results.

### H.    The Purpose of Individual Case Review/"Drug-relatedness"

An important part of the safety review is reviewing individual cases of death, serious adverse events, adverse events leading to discontinuation (adverse drop-outs), and discontinued patients who are lost to follow-up. One reason to review the details of individual cases is to determine whether the event was coded to the correct preferred term.  The assessment of causality for specific adverse events in NDAs/BLAs is heavily dependent on comparisons of event rates between treatment groups, and the numerator of these rate calculations includes events coded to the same preferred term.  A case might be incorrectly included in the numerator of a rate calculation if the event is incorrectly coded to a specific preferred term.  Events may be incorrectly coded to preferred term by the applicant when they summarize the data or because an investigator used a verbatim term incorrectly when recording the event in the case report form. An example of incorrect coding would be if an investigator used the verbatim term *acute liver failure* for a case of increased ALT and the applicant coded the event to acute liver failure.  One would not want to include such a case in the numerator of a risk calculation for acute liver failure.  Similarly, a case could be incorrectly excluded from a numerator.  Inconsistent coding (e.g., peripheral edema coded as "heart failure" for one patient, but "metabolic abnormality" for another) could result in an inappropriately low numerator.

A second reason to conduct individual case review of deaths, serious adverse events, and adverse events leading to discontinuation is to determine whether there is a likely explanation for the event other than the drug that is the subject of the application, such as another drug or concomitant illness (e.g., documented acetaminophen overdose in a case of acute liver failure would argue against attribution to the test drug; documented cholecystitis would argue against attribution of cholestasis to the test drug).  If there is no likely alternative explanation for the event, the event must be considered at least possibly drug-related, and should be included in a rate calculation.

A third reason for individual case review of deaths, serious adverse events, and adverse events leading to discontinuation is to look for other reasons that might exclude the drug as a cause of the event.  One example would be when an adverse event occurred during a placebo washout period before exposure to study drug occurred.  Events that occur prior to exposure would not be included in the numerator of risk calculations.  Events that begin long after discontinuation of the drug might also be considered unlikely to be drug-related, but care must be taken in excluding them, as there are examples of such late drug-caused reactions (e.g., FIAU (fialuridine, a nucleoside analog) where liver failure was seen well after the drug was stopped, probably

Exhibit B-37

*Contains Nonbinding Recommendations*

because it induced mitochondrial DNA damage that became a problem only when mitochondria tried to replicate) and because some chronic reactions might not be detected immediately.

A fourth reason for individual case review of deaths, serious adverse events, and adverse events leading to discontinuation is to look for results of rechallenge. A potentially important source of information about causality is when an individual is rechallenged with drug, accidentally or deliberately. Recurrence with rechallenge is a potentially strong indicator of causality, but interpretation of the results of rechallenge is highly dependent on the natural course of the event being considered. For noncyclical events that are exceedingly rare in the background (e.g., acute liver failure, aplastic anemia) recurrence of the event upon rechallenge (i.e., positive rechallenge) provides strong evidence of causality. Positive rechallenges are less definitive for diagnoses/events that can occur in cyclical or recurrent fashion (e.g., worsening glucose control in a subject with diabetes mellitus), but close observation of the patient's whole course (i.e., both challenge periods and dechallenge periods) may be helpful. Rechallenges that do not result in recurrence of the event (i.e., negative rechallenge) suggest (but do not prove) that the drug did not cause the event. One must consider such factors as whether it was possible for the event to recur, the dose of drug and duration of exposure at which the subject was rechallenged, and whether the length of observation following rechallenge was sufficient to allow recurrence of the event of interest.

It is important to distinguish the processes described above from the causality analyses of drug-related events often provided by investigators and applicants in NDA/BLA submissions. The analyses of drug-related adverse events presented by applicants are usually based on assessments made by investigators at the time of an event, are highly dependent on information about the side effect profile of the drug available at the time of the study (e.g., what is in the investigator's brochure), and are not informed by awareness of the entire safety database. These analyses are generally not expected to provide much useful information in assessing causality.

Assessment of the drug-relatedness of an adverse event is fundamentally different for relatively frequent and relatively rare events. For the former, a reviewer would compare the incidence of adverse events occurring in the study drug group to that in the placebo (or other control) group (in RCT). For rare events, the expected rate in a clinical trial database would be zero. Thus, if even a few cases (sometimes even a single case) of a rare life-threatening event occurred when none was expected, that would represent a serious safety problem for a drug product that does not provide unique efficacy or some other advantage over available treatments.

## III.   SPECIFIC GUIDANCE ON THE CONTENT OF THE SAFETY REVIEW

The following sections bear the same names and numbers of the section of the clinical review template that contains the safety review (Section 7.0).

This guidance organizes the safety review into three main sections:

- Methods and Findings (Section 7.1)

Exhibit B-38

*Contains Nonbinding Recommendations*

This section contains 17 subsections.  Overall, this section should describe the relevant data sources, the safety assessments that were carried out, and the major findings of the detailed safety review.  Section 7.1 should use a systematic approach to describing available data.  It should focus first on the serious and potentially serious reactions, the kind that can affect the approval decision or severely limit the use of the drug (see Subsections 7.1.1 to 7.1.4).  Focus should then move to the more common reactions that rarely influence approval but are often critical to patient and physician acceptance of the drug.  Section 7.1 should then consider less common events, laboratory findings, vital signs, electrocardiograms (ECGs), immunogenicity, human carcinogenicity, human reproductive toxicity, withdrawal phenomena, abuse potential, and overdose (Subsections 7.1.5 to 7.1.17).

- Adequacy of Patient Exposure and Safety Assessments (Section 7.2)

  This section should address the adequacy of exposure (e.g., overall patient numbers and numbers for specific demographic subsets, duration of exposure, the dose levels at which exposure took place,[9] the quality and completeness of safety evaluations, whether all necessary evaluations were conducted (e.g., animal tests, in vitro tests, long-term safety testing, specific assessments of ECG effects), and whether any additional safety assessments are needed (either pre- or postapproval). This section should also include a subsection on additional submissions of safety data, including safety update(s).

- Summary of Selected Drug-Related Adverse Events, Important Limitations of the Data, and Conclusions (Section 7.3)

  This section should identify and briefly summarize the critical findings of the safety review, including the adverse events the reviewer considers to be important and drug-related and any important limitations of the safety database.

This guidance also discusses general analytical methods that may be useful for multiple aspects of the safety assessment in section 7.4 (see page 45).  This section discusses pooling of data, explorations for adverse reaction predictive factors, dose-dependency evaluations, time dependency evaluations, duration of adverse reactions, drug-demographic interactions, drug-disease interactions, and drug-drug interactions.

The annotated outline of the review begins here:

## 7.0   Integrated Review of Safety

---

[9] The proportion of patients exposed to the dose range that is effective should be considered.  A total exposure consistent with ICH recommendations (1500 total with 300-600 for 6 months and 100 for one year), may, on examination, reveal far fewer who received an effective dose (i.e., the dose that would be used). ICH E-1 ([The *Extent of Population Exposure to Assess Clinical Safety: For Drugs Intended for Long-Term Treatment of Non-Life-Threatening Conditions, March 1995 (http://www.fda.gov/cder/guidance/iche1a.pdf)])* is clear in its expectation that the 6-month and one year exposures should be at dosage levels intended for clinical use.  Although it is silent with respect to the 1500 figure, exposure at lower doses would not be expected to be informative about the safety of the clinically useful dose.

Exhibit B-39

*Contains Nonbinding Recommendations*

### 7.1   Methods and Findings

This section consists of 17 subsections (e.g., death, other serious adverse events, laboratory findings). Each of these subsections is organized somewhat differently, depending on the content. In presenting analyses in the safety review, it is important to clearly distinguish between the applicant's analyses and conclusions and those of the reviewer.

In discussing serious adverse events and dropouts (Sections 7.1.1, 7.1.2, and 7.1.3), it is critical that the reviewer identify individual patients in a way that enables subsequent readers to readily access data and supporting information if needed (e.g., study #, investigator #, patient ID#).

### 7.1.1   Deaths

Identifying Deaths Relevant to the Safety Review

Deaths occurring during the following time periods or under the following conditions should be assessed:

- Deaths occurring during participation in any study, or during any other period of drug exposure
- Deaths occurring after a patient leaves a study, or otherwise discontinues study drug, whether or not the patient completes the study to the nominal endpoint, if the death:
  - is the result of a process initiated during the study or other drug exposure, regardless of when it actually occurs; or
  - occurs within a time period that might reflect drug toxicity for a patient leaving a study or otherwise discontinuing drug. For drugs with prompt action and relatively short elimination half-lives, 4 weeks is a reasonable time period. For drugs with particularly long elimination half-lives or drug classes with recognized potential to cause late occurring effects (e.g., nucleoside analogs, gene therapies, or cell transplants), deaths occurring at longer times after drug discontinuation should be evaluated.

The reviewer should consider all deaths that occurred in a drug's development program and any other reports of deaths from secondary sources (e.g., postmarketing or literature reports), without regard to investigator or applicant judgment about causality. It is also important to consider deaths on control treatments for comparison, even though they are obviously not related to the drug in the application. Individual deaths should be listed in a table (see Table 7.1.1.1), unless they are an effectiveness study outcome.

Applicants will provide line listings of all patients who died in studies, together with a brief narrative. (See *E3 Structure and Contents of Clinical Reports*, Section 12.3.[10] The narratives may also be placed in the Integrated Summary of Safety.)

---

[10] The International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH) *E3 Structure and Contents of Clinical Study Reports.*

Exhibit B-40

*Contains Nonbinding Recommendations*

Distinguishing Expected from Unexpected Deaths

Certain causes of death are sufficiently unusual in the absence of drug therapy, even in large databases, that they would almost always be considered unexpected (e.g., aplastic anemia or acute hepatic necrosis) and deserve detailed individual discussion. Other fatal events occur at such frequency in the general population that they would be expected to occur in any large database absent drug therapy (e.g., fatal strokes and heart attacks), especially in the elderly.[11] In most cases, these events need to be examined for frequency but discussion of individual cases is not helpful. Expected deaths would include:

- Deaths in studies in which mortality is an endpoint and the cause of death is expected for the disease or condition
- Deaths in studies in diseases where high mortality rates are expected and the cause of death is expected (e.g., cancers). Note, however, that early deaths in cancer studies are a concern as patients are usually selected for clinical trials because they were not expected to die soon.
- Coincidental deaths resulting from progression of underlying disease present at enrollment in a study (e.g., a patient who dies from progression of cancer or Alzheimer's Disease or an acute myocardial infarction attributed to underlying coronary artery disease present prior to study entry
- Deaths from intercurrent long-term illness. These include the wide variety of fatal events that can be seen in any population, especially a relatively elderly population, such as sudden death (presumably representing an arrhythmia), fatal infections, surgical emergencies, or intracranial hemorrhage).

Even though fatal events may be expected in a population, the reviewer should not without further consideration readily accept the conclusion that a fatal event is due to the underlying disease or an intercurrent illness and not the drug. For each fatal event, the reviewer should specifically consider the possibility that the event represents an as yet unsuspected adverse reaction. Even if there is nothing about these deaths to suggest a drug cause, it is critical to assess whether the rate of these events is increased. The best way to do this, of course, is by comparison with a control group (a single trial or pooled), but if no control group is available, it may be of value to look at databases of other drugs used in the same population.

When distinguishing between unexpected and expected deaths, the reviewer should make clear the bases for the distinctions (e.g., early deaths in cancer patients are unexpected if the entered patients were chosen because they were not expected to die soon; hematologic deaths are unexpected in a postinfarction study). For unexpected deaths, the individual medical events associated with the death should be carefully evaluated and discussed in detail in the review. Expected deaths should be classified as to type of death, but it is usually not necessary to discuss in detail the individual medical events associated with those deaths. What is critical is to consider whether there is a suggestion that their rate is increased, the adequacy of the data to evaluate this, and the need to know more (e.g., because of experience with related drugs).

---

[11]Note that *unexpected* is used differently from its use in 21 CFR 312.32, where it refers to adverse events not identified in the investigator's brochure and therefore reportable in an IND Safety Report.

*Contains Nonbinding Recommendations*

<u>Pooling of Relevant Data</u>

Before conducting any mortality analyses, the reviewer must consider the poolability of the data pertinent to deaths. If data are not poolable, analyses should be conducted for separate databases, then examined together. See section 7.4.1. for discussion of pooling.

<u>Overall Mortality Analysis</u>

The review should include an analysis of overall mortality for all phase 2 and 3 exposures across treatment groups as well as cause-specific mortality to the extent possible. The *fineness* of classification depends on the quality of data and the number of events (cardiovascular (broad) vs. AMI, sudden death, CHF (more specific)), recognizing that assessing cause-specific mortality is very difficult even in the best circumstances, such as a study in which there is an attempt to describe such endpoints prospectively.[12] Death from an acute myocardial infarction can be indistinguishable from death resulting from an arrhythmia, for example. Analyses should be corrected for differences in drug exposure using person-time in the denominator to calculate mortality rates.[13] If person-time exposure is not included in the submission (ideally, it should be requested at the pre-NDA/pre-BLA meeting), it should be requested as soon as the need is recognized. This correction can be done only for those deaths for which person-time data are available. It may be useful to present both crude mortality and mortality expressed in person-time in an appendix table (see Table 7.1.1.2 for sample display). Life table approaches may be helpful in cases when there are more than a few deaths, and when the direction of different studies varies significantly. Ideally, one would have mortality data from other databases for comparison (e.g., from other drugs in the same class).

<u>Discussion of Applicant's Assessment of Deaths</u>

The reviewer should describe and evaluate the applicant's assessment of deaths, including the following:

- The applicant's criteria for including deaths in the NDA/BLA (e.g., whether the criteria were reasonable, whether the criteria were met)
- The methods used by the applicant to detect and classify deaths
- The applicant's method of analyzing overall mortality and cause-specific mortality
- The applicant's judgments on the drug-relatedness of events associated with deaths

<u>Reviewer's Assessment of Deaths</u>

---

[12] Temple R, G Pledger, The FDA's Critique of the Anturane Reinfarction Trial, *N Engl J Med* 303:1488-1492, 1980.

[13] Since placebo and active control patients can generally have had shorter durations of exposures than patients given the new drug, they may have had less opportunity for serious events to have occurred.

Exhibit B-42

*Contains Nonbinding Recommendations*

The reviewer's assessment of deaths, reflecting both the applicant's and the reviewer's analyses, should include the following:

- Listing of information upon which reviewer assessment is based (e.g., CRFs, narrative summaries, consultant reports, autopsy reports)

- Tabular Summary of Deaths. Deaths should be summarized in an appendix table, as illustrated in Table 7.1.1.1. It may be useful to distinguish between those deaths for which exposure data are available and those for which such data are unavailable (e.g., for postmarketing deaths, exposure data may never be available). In the table and subsequent discussion, there should be a clear identifier so that subsequent reviewers can identify the particular patient.

- Analysis of overall mortality for Phase 2 and 3 drug exposures across treatment groups (see Table 7.1.1.2)

- Analysis of cause-specific mortality across treatment groups (this could use a table similar to Table 7.1.1.2)

- The reviewer's overall judgment about the drug-relatedness of medical events associated with death (i.e., which deaths were probably explained by factors other than the study drug (e.g., another drug, underlying illness, another illness common in the population) and which could not reasonably be explained by such factors). Differences from the applicant's evaluation should be noted and discussed.

- Further discussion of the individual events associated with death and believed to be potentially drug-related, either because they are increased in rate compared to control or because of the nature of the event (e.g., events typically drug-related, such as aplastic anemia or acute hepatic necrosis, or events that would not be expected in the population studied such as sclerosing abdominal or pulmonary conditions or rapidly progressive unexplained renal failure). Any uncertainty about drug-relatedness should lead to inclusion of the event. For each of these individual events, brief narratives should be included in the review or (if numerous) attached in an appendix.

- Other relevant analyses, such as analysis of dose response (administered dose, body weight and surface area adjusted dose, cumulative dose, schedule (including duration of infusion for IV drugs) analysis of mortality within critical subgroups (e.g., demographic, disease severity, excretory function, concomitant therapy), drug-demographic, drug-disease, and drug-drug interactions (see section 7.4)

- When deaths occur in uncontrolled studies, best available estimates of mortality in the population studied, in the absence of the treatment (see Section 7.4.3)

14

*Contains Nonbinding Recommendations*

- When deaths are relatively frequent, the reviewer should consider some of the approaches described for Common Adverse Events (see section 7.1.5)

## 7.1.2   Other Serious Adverse Events

Identification of Nonfatal, Serious Adverse Events

The reviewer should identify, without regard to the applicant's causality judgment, all serious adverse events that occurred in the drug's development program or were reported from secondary sources (e.g., postmarketing or literature reports).  Serious adverse events may, in addition to signs, symptoms, and diagnosable events, include changes in laboratory parameters, vital signs, ECG, or other parameters of sufficient magnitude to meet the regulatory definition of a serious adverse drug experience.[14]

Applicants generally provide a line listing of all patients in phase 2 and 3 of the development program who had an event meeting FDA's criteria for a serious adverse event.  For each such event, the applicant should also provide a brief narrative (see ICH *E3 Structure and Content of Clinical Study Reports*, Section 12.3.2).  Because the definition of *serious* is subject to some interpretation, the reviewer should make clear how the applicant created the list.  For example, applicants may include events considered serious by investigators, even if they do not technically meet the FDA or ICH definition for a serious event.  If such events are included, the inclusion parameters should be noted.

Discussion of Nonfatal Serious Adverse Events

This section of the review should contain the following:

- A brief description of data sources used in the review of individual cases (e.g., case report forms, applicant's narrative summaries, hospital records).

- The Tabular Summary of serious adverse events (see sample listing, Table 7.1.2.1)

- An analysis of overall rate of serious events and rate of specific serious events, for each treatment group in critical subgroups (e.g., demographic, disease severity, excretory function, concomitant therapy), and by dose.  The median duration of exposure should be examined across treatment groups.  If there is a substantial difference in exposure across treatment groups, incidence rates should be calculated using person-time exposure in the denominator, rather than number of patients in the denominator, similar to the presentation for deaths in Table 7.1.1.2.

- Reviewer's overall assessment of which serious adverse events were probably explained by factors other than the study drug (e.g., another drug, underlying illness, another illness common in the population) and which could not reasonably be explained by such factors)

---

[14] See 21 CFR 312.32(a); 314.80(a); 600.80(a).

*Contains Nonbinding Recommendations*

including any pertinent information from ***non-serious*** events (e.g., seizures not leading to hospitalization, all syncope) that may be related to the serious event.

- Further discussion of each individual serious adverse event judged to be drug related (i.e., each adverse reaction), as needed, including any relationship of the reaction to death. For each of these reactions, brief narratives should be included in the review or (if numerous) attached in an Appendix.

- A discussion or listing of serious events considered unlikely to be drug-related (may be identified in the Tabular Summary, illustrated in Table 7.1.1.1).

If serious nonfatal adverse events are relatively frequent, the reviewer should consider some of the approaches described for Common Adverse Events (see section 7.1.5).

### 7.1.3  Dropouts and Other Significant Adverse Events

FDA regulations require that the CRFs from patients who discontinue treatment in association with an adverse event (adverse drop-out) be submitted with the application (21 CFR 314.50(f)(2)) and their analysis constitutes a critical part of the safety evaluation (see Section 7.1.3.2).

ICH *E3* (*Guideline on Structure and Content of Clinical Study Reports*) defines a new category of *other significant adverse events*. It includes:

- Marked hematological or other lab abnormalities not meeting the definition of serious. This will need to be an individual judgment, probably depending on the drug (e.g., CPK elevation could have a different implication for a statin and a different drug)

- Any events that led to an adverse dropout or any other intervention such as dose reduction or significant additional concomitant therapy (an expansion of the *adverse dropout* concept that appears in 21 CFR 314.50(f)(2), and in the Clinical/Statistical guideline, *and M4:  The CTD — Efficacy)*

- Potentially important abnormalities not meeting the above definition of serious and not leading to death or modification of therapy (e.g., a single seizure, syncopal episode, orthostatic symptoms)

If the applicant has included listings for *other significant adverse events* these may be described here, under a subsection separate from the discussion of dropouts (see Section 7.1.3.3). Alternatively, marked laboratory changes may be described under Laboratory Findings (Section 7.1.6).

### 7.1.3.1  Overall Profile of Dropouts

The review should contain an overall profile of dropouts from clinical trials. The profile should classify dropouts from the overall phase 2 and 3 study pool by reason for dropping out (e.g.,

16

*Contains Nonbinding Recommendations*

adverse event, treatment failure, lost to follow-up). Where there are clinically relevant differences in dropout rates for certain subsets (e.g., dropouts in placebo-controlled trials vs. dropouts in other studies; dropouts in certain demographic or disease-related subgroups), the profile should also classify dropouts for those subsets. The reviewer should explain the basis for selecting identified subsets and provide mutually exclusive tabulations in which individual patients are counted only once.[15] Ordinarily, the dropouts should be categorized in a table or tables appended to the safety review (see Table 7.1.3.1.1). It can be useful to display, graphically or in tables, the cumulative dropout rates for each treatment group within each study, especially for cause-specific reasons, when this information is available and to assess patient baseline risk factors that contribute to differential cumulative dropout patterns. When pooling data, consideration of dropout patterns over all studies may reveal information that is useful to the overall safety evaluation.

When classifying dropouts, the reviewer should carefully examine the reasons identified by the applicant for subjects dropping out. Heightened scrutiny is warranted for:

- Dropouts classified as administrative, lost to follow-up, or a similar term

- Dropouts for which the applicant changed the investigator's determination of the reason for the drop out.

Discontinuations attributed to adverse events require submission of the corresponding CRF but CRFs may not be submitted for dropouts classified as administrative or lost to follow-up. If such CRFs are not available, the reviewer may need to request at least a sample of them to determine whether these dropouts may have occurred in association with an adverse event. Where dropouts are reclassified by an applicant (i.e., assigned a reason for dropping out other than the one given in the CRF), the review should indicate how and by whom such reclassifications were made and comment on the appropriateness of decisions.

Ordinarily, the reviewer should combine patients categorized as dropping out for intercurrent illness and patients categorized as dropping out for adverse drug reactions (if the applicant makes that distinction) under the general category of dropouts for adverse clinical events (CRFs should be provided for both of these categories). This categorization is neutral from the standpoint of causality judgment, recognizes the great difficulty in making distinctions between adverse drug reactions and intercurrent illness, and encourages the reviewer to consider the possibility that what seemed to be another illness or a consequence of the underlying illness was, in fact, an adverse drug reaction.

The reviewer should examine the number and distribution of dropouts to identify potential problems with study conduct or analyses (e.g., a substantial number of dropouts due to *lost to follow-up* and sites with disproportionately high dropout rates should be a sign of concern). For example, early dropouts generally, and differential (drug group vs placebo group) early dropouts

---

[15]*Mutually exclusive* refers to the reason for dropping out. Patients should be identified with only one of the reasons. However, patients may be represented in more than one column (treatment group) of a table (e.g., patients in a crossover study may have survived several treatment arms and then dropped out).

Exhibit B-46

*Contains Nonbinding Recommendations*

in particular, often present difficulties in conducting and interpreting the effectiveness analysis and may suggest breakdown of blinding. The review should discuss any concerns about dropouts and the methods employed by the reviewer to address them.

### 7.1.3.2 Adverse Events Associated with Dropouts

The analysis of adverse events associated with dropouts is important for two distinct reasons. First, it identifies the type and frequency of adverse events that patients were unable to tolerate even in a clinical trial setting, where there is arguably more support for enduring adverse events than in a clinical practice setting. This provides important prescribing information that can contribute to dose selection, and in some cases, to choosing a method of titration. In most cases, there will be little doubt about which of these events are attributable to the drug because the events will be of relatively high frequency, even if withdrawals because of them are not, and the main issue will be their frequency and importance. It is usually not necessary to review these events case by case.

Second, and the reason CRFs for dropouts due to adverse events are provided automatically to reviewers, these adverse dropouts may provide a clue to unexpected, but important, adverse reactions, (e.g., fibrosing intra-abdominal or pulmonary illnesses, progressive liver or kidney diseases, cardiac valve damage, neurological diseases, arteritis, thromboembolic diseases, all of which can easily be dismissed as intercurrent illness. The frequency of these events is likely to be very low, and the review should contain an analysis of each such adverse event that resulted in withdrawal from the study, whether or not the event was attributed to the drug. The reviewer should avoid dismissing such events as intercurrent illness and specifically consider the possibility that each dropout not due to a known effect of the drug might reflect an unexpected effect of the drug. The applicant will usually provide a line listing of adverse dropouts (Table 7.1.3.2.1) and this listing (which need not be attached to the review) can serve to identify events needing further scrutiny. Review of the CRFs can often provide critical insights. The reviewer should describe how she or he analyzed these events.

With respect to the more common adverse events leading to discontinuation of treatment, the review should present:

- The incidence of adverse events associated with dropouts. Ideally, incidence would be presented in a table or tables appended to the safety review with separate tables for subsets of the overall clinical data pool in which there were clinically meaningful differences in dropout incidence (Table 7.1.3.2.2). Tables displaying incidence of events should include each event that led to a dropout even if a single patient had more than one such event.

- Whether the event can reasonably be considered drug-related; this conclusion will be based on comparisons between treatment groups in controlled trials and can be informed by the overall rate of the adverse event (Section 7.1.5), and the known pharmacology of the drug.

- The dose response and time dependency of the drop-outs and drug-demographic, drug-disease, and drug-drug interactions (see section 7.4 General Methodology).

18

*Contains Nonbinding Recommendations*

For the rarer events that could suggest an important adverse reaction, the critical review determination is whether any of these events suggest drug-induced injury. These events need to be considered individually, with narratives and reference to other databases as appropriate.

Where the review contains applicant-generated tables, it is important for the reviewer to determine and describe how the tables were created. A table may identify one or more adverse events as having caused a particular patient to withdraw, in which case it would represent the actual incidence of specific adverse events that led to dropout. This approach is preferred. Alternatively, a table may list the adverse events that a subject experienced at the time of dropout and not identify any event (or events) as causing the dropout. This approach does not provide the actual incidence of adverse events associated with dropouts and is of less value. The reviewer should make clear in the review which of these approaches was used, or whether an alternative approach was used.

### 7.1.3.3   Other Significant Adverse Events

If a submission separates out information on adverse events that led to dose reduction or significant additional concomitant therapy,[16] but not to discontinuation of treatment, those findings should be described using an approach similar to that proposed above for adverse dropouts.

### 7.1.4   Other Search Strategies

In addition to reviewing deaths, serious adverse events, and adverse events associated with dropouts, it may be useful to construct algorithms involving combinations of clinical findings that may be a marker for a particular toxicity (e.g. serotonin syndrome, cough, chest congestion and shortness of breath that may constitute drug-related bronchospasm, or drug-induced Parkinsonism). When such algorithms are used, the algorithm and results of the search using the algorithm should be described in the review. Generally, and where possible, such searches should be done while the reviewer is blinded to treatment, as this will minimize bias when identifying cases.

It should be noted that the causal relation of a drug to uncommon serious adverse events may be supported by less serious events that are more common. For example, the likelihood that a drug caused a small number of cases of serious liver toxicity may be supported by a higher rate of transaminase elevation.

### 7.1.5   Common Adverse Events

This section of the review focuses on establishing the common adverse reaction profile for the drug and determining the content of the adverse reaction table(s) to be included in labeling. NDAs typically contain numerous tables and analyses of adverse event incidence (e.g., by study, by various pools of studies, and for the overall database). In general, what are included are *TESS*, treatment emergent signs and symptoms (i.e., signs and symptoms not present at baseline,

---

[16] This is recommended in the ICH *E3* guidance.

*Contains Nonbinding Recommendations*

or not present at the severity seen on treatment). To approach these data, the reviewer should generally go through the steps outlined in sections 7.1.5.1-7.1.5.5.

### 7.1.5.1  Applicant's Approach to Eliciting Adverse Events in the Development Program

Adverse events can be elicited by open-ended questions or checklists with varying degrees of specification. Each approach has advantages and disadvantages, but results can differ greatly and may lead to marked differences in reported adverse event rates across studies (it would not usually be appropriate to pool results obtained using both methods). The reviewer should describe the applicant's method or methods of eliciting adverse event data in clinical trials, including whether checklists were used, the frequency with which patients were assessed, and whether the approaches differed among studies. Identification of signs (abnormal findings observed by a clinician) would seem to be less of a problem, as these are elicited by physical examination, but use of a physician exam checklist could lead to a different result from a more general requirement for physical exam. If different approaches were used (e.g., checklists in studies conducted in the United States, open-ended inquiries in European studies), the reviewer should consider and discuss in the review the effect, if any, on the adequacy of adverse event information collected.

### 7.1.5.2  Establishing Appropriate Adverse Event Categories and Preferred Terms

Although investigator adverse reaction terms are provided as part of study reports and are listed in case report tabulations, the integrated analysis of the ISS requires the applicant to use some way of grouping closely related events to obtain an overall rate for a category of events. This is accomplished by using a so-called *dictionary* of preferred terms, such as COSTART,[17] MedDRA,[18] the latter a more granular listing developed under the auspices of ICH. These *dictionaries* are in fact lists of preferred terms and leave (especially COSTART and other older dictionaries) considerable discretion to the classifier to choose the term that best reflects the verbatim term reported by the investigator. The categorization of such systems, however, may not capture, or can dilute, the true meaning of certain events. In addition, terms used in COSTART may not be informative (e.g., pain, tooth disorder). It is expected that as MedDRA becomes more widespread, this will no longer be such a problem. It is critical that the reviewer assess the appropriateness of the applicant's categories and the coding of adverse event verbatim terms to preferred terms and understand how the verbatim terms (including terms in languages other than English) were classified.

In assessing the applicant's coding of events, the reviewer should compare the applicant's preferred terms to the verbatim terms used by investigators and patients, focusing on the events leading to dropouts or other changes in treatment as well as to serious adverse events. The applicant will usually provide (ideally this will have been agreed to at the pre-NDA/BLA meeting, but if not, it should be sought early in the review) the following tables and listings for

---

[17]Food and Drug Administration, *Coding Symbols for Thesaurus of Adverse Reaction Terms*, 5th ed., FDA, Rockville, MD, 1995.

[18] MedDRA (Medical Dictionary for Regulatory Activities), http://www.meddramsso.com/NewWeb2003/index.htm.

Exhibit B-49

*Contains Nonbinding Recommendations*

assistance with this assessment; they should be provided in a form the reviewer can manipulate, such as a SAS transport file, not just in PDF format:

- Adverse event tables in individual study reports based on investigator terms for events

- A comprehensive line listing of all adverse events in phase 2 and 3 studies with a column containing investigator terms coded under a preferred term (see Table 7.1.5.2.1. This table is for reference only; it would not be included in the review)

- Listing of preferred terms and the investigator and patient terms that were subsumed under the preferred term. This table is for reference only; it would not be included in the review, although parts of it might be).

The reviewer should consider the following:

- Whether terms are too narrow (*splitting*), resulting in an underestimation of the true incidence for a particular event or syndrome (e.g., somnolence, drowsiness, sedation, and sleepiness probably all refer to the same event)

- Whether the terms are too broad or over-inclusive (*lumping*), so that important events that should be examined separately are diluted by less important events (e.g., loss of consciousness and syncope subsumed under hypotensive events or hypotension)

- Whether terms used lack a commonly understood meaning (e.g., mouth disorder, tooth disorder, GI disorder) and, if so, whether the incidence of individual events subsumed under these terms should be expressed separately or mapped to a different preferred term

- Whether terms exaggerate a finding (acute liver failure for a transaminase elevation) or minimize the importance of an event (hypotension for a syncope episode)

- Whether the coding of adverse events is similar across treatment groups

In any of these cases, the reviewer (or the applicant at the request of the reviewer) may have to recalculate rates using alternative terms or different groups of terms.

Usually it will be impossible to evaluate all or even most adverse event terms in this much detail. However, certain preferred terms should always have the subsumed verbatim terms examined because they may conceal important events. For example, *accidental injury* often includes fractures and/or lacerations related to falls. The fall, itself, however, may not have been captured as an adverse event. Additionally, *edema* may sometimes include *facial edema*. Since facial edema often represents an allergic reaction, one would not want allergic events lumped together with peripheral edema events. In general, adverse event terms associated with discontinuation or serious consequences deserve the closest scrutiny, but other classifications should be at least spot-checked. The review should comment on how this issue was addressed.

*Contains Nonbinding Recommendations*

### 7.1.5.3   Incidence of Common Adverse Events — Assessment of Various Databases

Applicants typically prepare a wide variety of tables of adverse event rates for individual studies and pools of various studies.  Those tables generally include investigator causality assessments and severity ratings.  The tables the reviewer considers useful should be appended to the review. Incidence rates for common adverse events may be estimated from the relatively small portion of the overall database that is contained in the controlled (especially placebo-controlled) trials. For these more common events, the ability to compare rates on drug with a control outweighs the disadvantage of basing the rate estimates on fewer subjects.  In determining incidence rates for common adverse events, the reviewer should identify the subset of trials in the phase 2 and 3 database that will provide the best estimate of rates and develop tables of event rates based on that judgment.

- If possible, the reviewer should rely on pooled data from studies using the same comparator group (e.g., only placebo-controlled trials) and of roughly similar duration.  If some of the trials also had an active control, rates for that group (pooled) can also be included (see Table 7.1.5.3.1).  If different doses were used, both a pooled all doses group and individual dose groups can be shown.  The best comparison is of the groups included in all studies (drug at a particular dose and placebo), but the others (active controls, individual dose groups) may also be useful (also see Section 7.4 for broader discussion of pooling).

- If there are not adequate numbers of patients in such trials to give meaningful rate estimates, the reviewer should consider pooling placebo-controlled trials, active control trials, and three arm trials (i.e., trials that do not all have the same control group).  Even when this approach is needed overall, smaller subsets of studies, or even individual studies, can be used to examine high-frequency events.

- Most applicants will construct adverse event tables by compiling and presenting the numbers and/or percentages of patients experiencing an adverse event in a study (or the absolute number of adverse events experienced in a group), without regard to the duration of treatment received.  This is often satisfactory for relatively short-term studies.  If studies of significantly different durations are pooled, however, or if there is a different discontinuation rate in the treatment arms and the risk of the adverse reaction persists over time, one must consider these durations to understand the real occurrence rate that patients will experience. One way to deal with the problem of different durations is to use the total person-time exposure for each treatment group and calculate the rate of the adverse event per period of exposure (# of patients with adverse event total person-time exposure), rather than the risk (# of patients with adverse event total number of patients).  This is particularly useful for the more important adverse reactions and reactions that occur at a fairly constant rate over time, but the person-time approach can also be used when the hazard rate changes over time.  In this case, however, the observation period must be broken into component periods (e.g., evaluating person-time rates for each treatment for month 1, month 2, ....).

- If concurrently controlled data are unavailable, overall rates from well-monitored, single-arm databases can be used to provide some indication of rates that were observed in treated

*Contains Nonbinding Recommendations*

patients, but there is little ability to establish causality except insofar as reactions are predicted by the known pharmacology of the drug.

For the most part, attributions of causality by the investigators should be discounted, and adverse events should be assessed without regard to attribution. Also, in general, tables should give rates for all severities of a given effect, although in some cases (notably cytotoxic drugs), it is important to distinguish more and less severe reactions, as the former may be therapy-limiting or may affect the overall benefit-risk conclusion for the drug. For events with high background rates (e.g., headache, fatigue, and other events that occur frequently independent of drug therapy), however, display of all reported events can result in a high event rate that obscures drug-relatedness. This can be a particular problem when time on drug is prolonged. For example, it is common for studies of 4 to 6 weeks duration to report headache at a high (20 to 25 percent) rate. In that case, considering the severity or causality assessment of such events may allow a better assessment (e.g., if severe headaches are found only in the drug-treated group). Events that are more severe and for which subjects have multiple occurrences while on drug therapy are more likely drug-related. In determining incidence, however, both single occurrence and multiple occurrence events should be counted as one event.

Some categories of adverse events (e.g., decreased cognitive or sexual function) are notoriously difficult to detect without special efforts, such as targeted questionnaires. If the database includes special studies intended to identify these events, they should generally be given more credence than nontargeted studies, which tend to substantially underestimate rates (See Section 7.1.9). Incidence rates should be based on findings from the targeted studies.

### 7.1.5.4 Common Adverse Event Tables

The review should contain a table (or tables) that presents the best overall display of commonly occurring adverse events, generally those occurring at a rate of 1 percent or more (but lower rates can be presented for very large databases). The table, or tables, will form the basis for the adverse reaction table in labeling. The table may use a higher cut off than 1 percent if doing this does not lose important information. Adverse events that are equally common on drug and placebo, or more common on placebo, are usually omitted. The frequency cut-off for inclusion of adverse events in the table (e.g., > 1%) is inherently arbitrary. If one is used, the review should explain how the threshold was determined. It may also be informative to include tables that distinguish between common adverse events on the basis of severity. It is most common to group adverse events within body systems, but a display by descending frequency may also be useful.

### 7.1.5.5 Identifying Common and Drug-Related Adverse Events

For common adverse events, the reviewer should attempt to identify those events that can reasonably be considered drug related. Although it is tempting to use hypothesis-testing methods, any reasonable correction for multiplicity would make a *finding* almost impossible, and studies are almost invariably underpowered for statistically valid detection of small differences. The most persuasive evidence for causality is a consistent difference from control across studies, and evidence of dose response. The reviewer may also consider specifying criteria for the

*Contains Nonbinding Recommendations*

minimum rate and the difference between drug and placebo rate that would be considered sufficient to establish that an event is drug related (e.g., for a given dataset, events occurring at an incidence of at least 5 percent and for which the incidence is at least twice, or some other percentage greater than, the placebo incidence would be considered common and drug related). The reviewer should be mindful that such criteria are inevitably arbitrary and sensitive to sample size.

### 7.1.5.6  Additional Analyses and Explorations

For adverse events that seem drug related (the analyses suggested can have no value for unrelated events), the reviewer should perform the following additional analyses (see Section 7.4, General Methodology, for discussion of methods for the explorations and analyses identified below), as appropriate:

- Explorations for dose dependency.  These are important.  The reviewer should ordinarily rely on fixed dose studies, as titration studies tend to show that those who tolerate higher doses have lower adverse reaction rates, but in some cases titration studies may show a clearly increased rate of adverse reactions with dose.  It may also be useful to evaluate safety as a function of weight-adjusted dose, body surface-adjusted dose, or cumulative dose.  Dose increases may be associated with adverse reactions or the severity of adverse reactions.

- For events that occur commonly, explorations of time to onset

- For common, troublesome events (e.g., somnolence, nausea) explorations of adaptation to develop information on the time course of, and tolerance for, such events

- Explorations for demographic interactions (rates and comparisons with control for demographic and other subsets) for at least the more common and important adverse events.  The applicant will have provided such analyses under 21 CFR 314.50(d)(5)(vi).  Note that this analysis may require use of less optimal tables of pooled results (see section 7.1.5.3).

- Explorations for drug disease and drug-drug interactions if there is a strong signal for an interaction or good rationale for expecting an interaction

- Selective exploration of certain adverse events in an attempt to better characterize them.  For example, if rash appears to be drug related, the reviewer may want to look more closely at individual cases of rash.  The applicant's line listing of all adverse events across the entire phase 2 to 3 databases would be a good source for identifying individual cases of rash. If a subject dropped out because of rash, the applicant should have provided a narrative discussion of the event, which would also be a good source for attempting to better characterize the event.  Although the data collected on nonserious adverse events is usually sparse, the reviewer could still request additional information from the applicant on commonly occurring adverse events that require further characterization.

24

*Contains Nonbinding Recommendations*

- When adverse events of a given type vary markedly in severity, separate analyses of each severity may be useful.

A description of the methods used in such additional explorations should be provided, with all results, interpretations, and pertinent discussion. Where an applicant's analysis is considered inadequate, this should be noted and an alternate developed by the reviewer or requested from the applicant.

### 7.1.6  Less Common Adverse Events

In general, a fairly large database is needed to evaluate less common adverse events. To identify relatively rare events of significant concern, the reviewer has to examine the occurrence of adverse events over the entire phase 2 to 3 database, including data for which there is no useful concurrent control. The overall database is typically heterogeneous, including uncontrolled exposure for varying durations and at varying doses, and is unlikely to lend itself to meaningful estimates of rates or assessment of causality (except where there has been rechallenge). Thus, it may be sufficient for the reviewer to group these data in gross categories of incidence and by body system. For example, it may be useful to categorize less common events in order of decreasing frequency within the following incidence ranges:

- Adverse events occurring at rates less than or equal to 1/100
- Adverse events estimated to occur at rates between 1/100 and 1/1000
- Adverse events estimated to occur at rates less than 1/1000

The reviewer should then develop a condensed list of reactions to be included in the Adverse Reactions section of labeling.[19] This list should eliminate events that are common in the general population and not likely to be drug related and adverse events characterized by terms that are too vague to be helpful, unless the reviewer is able to identify a more meaningful term that was subsumed into the vague term when the adverse event was coded by the applicant (see Section 7.1.5.2 above).

Some of the reactions in the condensed list may be of particular concern, but insufficiently clear as to whether they are caused by the drug to lead to a Warning/Precaution in the labeling. In that case, it is useful to notify the safety evaluator in the Office of Drug Safety who will be monitoring the drug after marketing.

### 7.1.7  Laboratory Findings

The approach to review of laboratory findings (chemistry, hematology, and urinalysis) is generally similar to that suggested for the other categories of safety data. As considered in greater detail below, the review should identify laboratory tests performed in the clinical studies, describe the dataset from which laboratory findings information is obtained, describe the

---

[19] A draft guidance for industry and reviewers, *Content and Format of the Adverse Reactions Section of Labeling for Human Prescription Drugs and Biologics*, was issued in June 2000. Once finalized, it will represent the Agency's thinking on this topic.

Exhibit B-54

*Contains Nonbinding Recommendations*

methods used to assess findings, discuss pertinent findings, and review the more important findings in depth.  Laboratory findings discussed in detail in other sections of the review (e.g., Section 7.1.2 Other Serious Adverse Events, Section 7.1.3 Dropouts and Other Significant Adverse Events) need not be discussed in detail in this section.  This section should refer to the more detailed discussions of such findings elsewhere in the review.

### 7.1.7.1  Overview of Laboratory Testing in the Development Program

The review should provide an overview of what laboratory testing (chemistry, hematology, and urinalysis) was carried out.  It is preferable to summarize the overall approach, rather than provide detailed comments about laboratory testing for each study.  The review should contain the following to the extent relevant to the data:

- Discussion of any discrepancies between planned analyses and analyses that were done (e.g., tests omitted or added, changes in planned frequency of testing)

- Discussion of procedures used to evaluate abnormal values (e.g., whether patients were followed until their values normalized, whether any patients were rechallenged, the procedures used for sample analysis (i.e., central or local labs, *windows* of time in which lab values were considered[20])

- A summary table identifying the numbers of patients exposed to test drug who had baseline laboratory values and follow-up assessments

- Whether results of unscheduled lab tests were included in the principal analyses and tables

The reviewer should note that laboratory tests obtained at *unscheduled visits* (e.g., when a patient is hospitalized for an adverse event) are often not included in the NDA/BLA laboratory database. In those cases, the only place a reviewer would learn of an abnormal laboratory value might be a narrative summary (or occasionally a CRF). Too often, however, the narrative summary includes only a preferred or verbatim term (e.g., *acute renal failure*) and does not include the laboratory value of interest (e.g., BUN/creatinine). In such cases, the laboratory data of interest should be requested from the applicant.

### 7.1.7.2  Selection of Studies/Analyses for Drug-Control Comparisons of Laboratory Values

Controlled comparisons generally provide the best data for deciding whether there is a signal of an effect of a drug on a laboratory test.  Placebo-controlled trials are generally short term, however, and therefore unsuitable for assessing late-developing abnormalities, so that longer term data also need to be examined.  If there is no concomitant control, comparison may need to be made with similar populations outside the NDA (e.g., in other applications).  In identifying the sample population for comparison of laboratory values, the reviewer should pool relevant

---

[20] Applicants may consider only lab values obtained within a certain window around the protocol-specified date for collection.  In some cases, the laboratory data obtained outside the window may be available, but the applicant may choose not to include it.

*Contains Nonbinding Recommendations*

studies. The review should explain how the studies to be pooled were selected.  In comparing laboratory values, there are additional considerations when using pooled data (in addition to those discussed in Section 7.4.1 Methodology, Pooling), including:

- The methods of sample collection and handling in different studies
- The assay methods used in different studies
- The reference ranges used in different studies

Several analyses may be needed.  Separate analyses should be performed for patients with normal values at baseline, for patients with abnormal values at baseline, and for patients without baseline values.   In general, there will need to be at least one analysis that includes all data (data from planned or unplanned visits, values collected as follow-up to abnormal findings).

### 7.1.7.3   Standard Analyses and Explorations of Laboratory Data

This review should generally include three standard approaches to the analysis of laboratory data. The first two analyses are based on comparative trial data.  The third analysis should focus on all patients in the phase 2 to 3 experience.  Analyses are intended to be descriptive and should not be thought of as hypothesis testing.  P-values or confidence intervals can provide some evidence of the strength of the finding, but unless the trials are designed for hypothesis testing (rarely the case), these should be thought of as descriptive.  Generally, the magnitude of change is more important than the p-value for the difference.

### 7.1.7.3.1   Analyses Focused on Measures of Central Tendency

The central tendency analysis generally compares mean or median changes from baseline across treatment groups, and the review should contain the results of these analyses for all laboratory measurements.  Although marked outliers are typically of greatest interest from a safety standpoint (see below), at times a potentially important effect may be revealed only in analyses looking at differences in mean change from baseline.  For example, several drugs that cause modest decreases in uric acid because of a uricosuric effect have caused acute renal failure (ticrynafen, suprofen) in inadequately hydrated patients.  Suprofen was withdrawn from the market for this reason.  Mean changes in electrolyte levels can also signal risks.

It  is generally useful to include as appendices tables providing data on central tendency (see Table 7.1.7.3.1.1).  The reviewer should note and discuss signals that emerge from these tables and indicate those for which further study is needed, if any.

### 7.1.7.3.2   Analyses Focused on Outliers or Shifts from Normal to Abnormal

The review should focus on patients whose laboratory values deviate substantially from the reference range.  Applicants usually include displays and analyses designed to detect such outliers. The relevant data would come from shift tables, scatter plots, box plots, cumulative distribution displays, and tables providing incidence of patients across treatment groups who had a potentially clinically important deviation from normal on one or more laboratory parameters

Exhibit B-56

*Contains Nonbinding Recommendations*

while on treatment (see Tables 7.1.7.3.2.1). In analyzing outliers, the reviewer should be aware of the following:

- Regression to the mean (and an apparent upward shift) can be expected if patients are screened for normality, giving a shift even if there is no drug effect; comparison with control groups is critical.
- If there are more measurements performed during treatment than baseline and abnormal values are randomly occurring, there is more opportunity for outliers during treatment. Again, comparison with a control group is critical.
- For important laboratory parameters, the reviewer should carefully consider the cut-points used by the applicant to define *normal* and *abnormal.*
- If values used to identify outliers are too extreme, important findings may not be identified.
- If values used to identify outliers are not large enough, important findings may be obscured by grouping important outliers and trivial findings (e.g., values greater than two times upper limit of normal for transaminase are common in many datasets and may not distinguish hepatotoxic from non-hepatotoxic agents; 3-fold and higher elevations appear to be more discriminating).

Decisions about what criteria to use to identify outliers should, if possible, be made at the pre-NDA meeting. Because it is not possible to know in advance what criteria will be optimal for detecting between-group differences, it may be useful to conduct analyses using cut points other than those chosen by the applicant. In addition, it may be useful to consider between-group comparisons of the following:

- Cumulative or other distributions of data, rather than solely proportions of patients meeting some arbitrary criterion
- Patients with large shifts within the normal reference range
- Patients who meet outlier criteria for more than 1 variable simultaneously (e.g., transaminase and bilirubin)
- Patients having persistent abnormalities (more likely to be real deviations)

Analyses of outliers should serve as a source of signals for events to explore in more depth. The reviewer should discuss signals that emerge and indicate those for which further exploration is needed. The details of the explorations carried out and the results should be provided in subsection 7.1.6.4 as described below.

### 7.1.7.3.3 Marked Outliers and Dropouts for Laboratory Abnormalities

The reviewer should carefully analyze individual patients with large changes in laboratory values. These changes are much more likely to identify significant problems than mean or median changes from baseline. Applicants typically provide a list that identifies patients with extreme changes, usually specified in advance. Individual patient data displays should be available to the reviewer for all such patients. Even for relatively uncommon events, it is helpful to compare rates in treatment and control groups.

28

*Contains Nonbinding Recommendations*

Discontinuation of treatment for a laboratory abnormality may be considered a marker of perceived clinical importance of the finding. It is again useful to compare treatment groups, taking into account duration of treatments, for rates of discontinuation for particular laboratory abnormalities. Because of the importance of looking at dropouts for laboratory changes (even a small number of marked abnormalities, such as liver function or WBC count, may signal major problems), all such dropouts in the phase 2 to 3 population should be identified. The reviewer should generally analyze and comment on each individual patient identified as dropping out for any significant laboratory abnormalities. In some cases, it is critical to note whether appropriate testing has been carried out to rule out non-drug-related mechanisms (e.g., viral hepatitis serological testing in patients with transaminase elevation or more severe liver injury) and whether appropriate additional tests have been performed (e.g., bilirubin in patients with transaminase elevation).

### 7.1.7.4   Additional Analyses and Explorations

Additional analyses may be appropriate for certain laboratory findings, including analyses for dose dependency, time dependency, and also drug-demographic, drug-disease, and drug-drug interactions (see Section 7.4 Methodology). The review should discuss the rationale for additional explorations, the methods used, and the results and interpretations.

### 7.1.7.5   Special Assessments:  Hepatotoxicity, QTc, Others

Certain laboratory assessments are so critical to the safety assessment that they deserve special attention in any review. For example, hepatotoxicity has been an important cause of drug marketing withdrawals from the 1950s (iproniazid) to the present (ticrynafen, benoxaprofen, troglitizone, bromfenac) and has led to important limitations on the use of many more drugs (isoniazid, labetalol, trovafloxacin, tolcapone, nefazodone, felbamate). At present, it appears that a potential for severe hepatotoxicity may be signaled by a set of findings sometimes called *Hy's Law*, based on the observation by Hy Zimmerman, a major scholar of drug-induced liver injury, that a pure hepatocellular injury leading to jaundice had serious implications, a 10 to 50 percent mortality. Over the years, this observation has led to the following proposition: In a drug development database, a potential for severe hepatotoxicity is signaled by the following set of findings:

1. An increased rate of transaminase elevations (3x ULN, 5x ULN, 10x ULN, etc.) in treated patients compared to control

2. No significant evidence of obstruction (elevated AP), although some elevation may follow severe hepatocellular injury

3. A very small number of cases (two, perhaps even one) of transaminase elevation accompanied by a rise in bilirubin to 2x ULN

The explanation for the usefulness of this signal is the high capacity of the liver for bilirubin excretion; it takes a good deal of damage to the liver to impair bilirubin excretion (in the absence

29

*Contains Nonbinding Recommendations*

of obstruction). This signal has been present for troglitizone, bromfenac, and dilevalol (never approved in the United States, but hepatotoxic in Portugal).

Table 7.1.7.5.1 is an outline of a comprehensive assessment of available data pertinent to potential hepatotoxicity. A similar outline will be developed for assessment of electrocardiographic QT abnormalities, a risk factor for potentially fatal arrhythmias (see section 7.1.9).

### 7.1.8   Vital Signs

Vital signs can be analyzed and reported using an approach essentially identical to that taken for laboratory data. This section should be organized in a similar manner to the laboratory section.

#### 7.1.8.1   Extent of Vital Signs Testing in the Development Program

#### 7.1.8.2   Selection of Studies and Analyses for Overall Drug-Control Comparisons

#### 7.1.8.3   Standard Analyses and Explorations of Vital Signs Data

##### 7.1.8.3.1   Analyses Focused on Measures of Central Tendency

##### 7.1.8.3.2   Analyses Focused on Outliers or Shifts from Normal to Abnormal

##### 7.1.8.3.3   Marked Outliers and Dropouts for Vital Signs Abnormalities

#### 7.1.8.4   Additional Analyses and Explorations

### 7.1.9   Electrocardiograms (ECGs)

ECG data can be analyzed and reported using an essentially identical approach to that taken for laboratory data. The adequacy of the assessment (see 7.2) may be especially important in this case, given recent experience with drugs that prolong the QT interval and cause the ventricular tachycardia known as Torsade de Pointes (TdP). A guidance document on the design, conduct and interpretation of clinical studies assessing the effects of drugs on the QT interval is under development as a part of the ICH effort. The current version, a step 2 guidance (E14: Clinical Evaluation of QT/QTc Interval Prolongation and Proarrhythmic Potential for Non-Antiarrhythmic Drugs) can be found at http://www.ich.org. The safety review should provide in this section an overview of effects on the QT interval, organized in a similar manner to the laboratory section. This section of the safety review should summarize the results of any studies designed specifically to assess the effects of the drug on the QT interval.

#### 7.1.9.1   Extent of ECG Testing in the Development Program, Including Brief Review of Preclinical Results

This section should describe the number of baseline and on-study ECGs obtained, who read the ECGs, and what methodology was used (e.g., automatic, blinded cardiologists).

30

*Contains Nonbinding Recommendations*

**7.1.9.2   Selection of Studies and Analyses for Overall Drug-Control Comparisons**

**7.1.9.3   Standard Analyses and Explorations of ECG Data**

**7.1.9.3.1   Analyses Focused on Measures of Central Tendency**

**7.1.9.3.2   Analyses Focused on Outliers or Shifts from Normal to Abnormal**

**7.1.9.3.3   Marked Outliers and Dropouts for ECG Abnormalities**

**7.1.9.4   Additional Analyses and Explorations**

**7.1.10   Immunogenicity**

Data on the impact of immunogenicity (if applicable) on safety, efficacy, and/or clinical pharmacology and pharmacokinetics may be summarized in this section and referenced throughout the review.

All therapeutic proteins have the potential to elicit antibody responses. An antibody response to a protein may have no consequences or, in some cases, can lead to potentially serious sequelae. Adverse immune responses to a protein drug could result in one or more of the following outcomes:

- For a product that is intended as replacement for a missing endogenous substance, antibodies could neutralize the replacement product and generate a clinical deficiency syndrome.
- Neutralization of a protein product by *blocking* antibodies could reduce the efficacy of a life-saving product.
- Antibody development could result in a life-threatening hypersensitivity response.

Factors that tend to increase the likelihood of an immune response include whether the protein is highly conserved in nature (less likely if it is), whether the protein product is administered via the subcutaneous route (more likely if it is), and whether the protein intended for chronic use. This section of the review should assess the adequacy of the immunogenicity data provided to address these issues.

**7.1.11   Human Carcinogenicity**

Although formal studies in humans of the carcinogenic effects of drugs and biologics are uncommon, reflecting the expectation that induction of cancer would occur over a very long period of exposure, a systematic assessment of human tumors reported during drug development can provide useful safety information in some cases.  Such an assessment would be appropriate where controlled studies are of long duration (e.g., more than a year), especially for drugs or biologics that have positive genotoxicity or animal carcinogenicity findings or are known immune modulators.

Exhibit B-60

*Contains Nonbinding Recommendations*

### 7.1.12  Special Safety Studies

The review should describe and discuss results of any studies designed to evaluate a specific safety concern or concerns.  These studies may include:

- Studies to assess whether a drug has safety concerns common to its pharmacologic class (e.g., a study to assess effects of a benzodiazepine hypnotic on driving, respiration, memory, or next day psychomotor functioning)
- Studies in topical products (including systemic products delivered by a patch) to assess cumulative irritancy, contact sensitizing potential, photosensitivity, and photoallergenicity
- Studies to characterize a drug's effect on QT interval, part of most modern development efforts
- Studies intended to demonstrate a safety advantage over therapeutic alternatives (less extrapyramidal effect for an antipsychotic, less sedation for an anti-histamine, less cough from an angiotensin II blocker than an ACE inhibitor).  Such studies must include the comparator agent (a failure to see the side effect in a placebo-controlled study is usually not informative without the active control to demonstrate assay sensitivity).
- Studies in special populations thought to be at increased risk and likely to use the drug.

In labeling, the results of these studies should, as appropriate, supersede data from less targeted studies (e.g., observational safety data collected from efficacy trials).

### 7.1.13  Withdrawal Phenomena/Abuse Potential

The review should contain a discussion of abuse potential and any apparent withdrawal symptoms.  For therapeutic classes with a history of abuse potential and withdrawal phenomena (e.g., sedative/hypnotics and anxiolytics), studies are usually performed to assess these issues. The review should comment on the adequacy and findings of these studies.  For other drugs, adverse events that emerge after discontinuation of the drug should be assessed to determine whether they may indicate a withdrawal phenomenon.  If the applicant evaluated the potential for withdrawal phenomena, the review should indicate whether there was a prospective or post-hoc assessment of withdrawal emergent signs and symptoms (during drug taper or following discontinuation) and discuss the implications of the approach used on the reliability of the findings.

### 7.1.14  Human Reproduction and Pregnancy Data

Although formal studies in humans of the effects of drugs on reproduction, pregnancy, or lactation are uncommon, the review should summarize any drug exposure in pregnant or nursing women, including any inadvertent exposure during the drug's development and exposure identified from secondary sources (e.g., postmarketing surveillance).  If there is no information on drug exposure in pregnant or lactating women, the review should acknowledge that fact.  The review should discuss positive and negative findings.

### 7.1.15  Assessment of Effect on Growth

*Contains Nonbinding Recommendations*

Increasingly, clinical reviewers are presented with analyses of height and weight data collected during studies of pediatric subjects. These data are generally inadequate to allow for definitive conclusions about an effect of drug on growth for several reasons. Assessment of the effect of drug on growth requires accurate measurements, particularly for height, and in most studies, height is not measured accurately. Growth is a process that occurs over long periods of time, and controlled trials of several weeks duration may not provide a sufficient period of observation to assess the effect of drug on growth. Open label studies can offer longer periods of time to observe effects on growth, but the lack of a control group limits the ability to separate the effect of drug and underlying disease on growth. Review of height and weight data for possible effects on growth makes use, in part, on approaches described above in the laboratory data section. Analysis of changes in central tendency and outlier analysis, for example, apply to the evaluation of the effect of a drug on growth. There are, however, some distinctive issues that must be considered.

First, the sponsor should describe how weight and height were measured. The manner in which these measurements were made will bear on how much confidence the reviewer can have in the data provided. For example, a development program in which the measurement schedule and methodology were standardized and in which the study staff were trained in measurement, will result in more reliable data than a development program that did not standardize procedures. The review should therefore include a description of the measurement methodology.

Second, growth is not constant throughout childhood and varies by age and sex. Without consideration of these factors at baseline, absolute mean changes in weight and height can give misleading results. Adjustment of growth for age and sex can be done by conversion of a child's height and weight to a z-score, which is the number of standard deviations that an individual's measurement is from the mean for age and sex matched children in the general population. A decrease in mean z-score for a group is interpreted as evidence of a lag in growth compared to what would be predicted using general population data. In a controlled trial, differences in mean z-score changes from baseline between treatment groups may provide evidence of an effect of drug on growth. Declines in mean z-scores in open label studies are less easily interpreted because these could result from the effect of drug or could be caused by the disease for which the treatment is being studied.

Sponsors should provide analyses of height and weight data that assess measures of central tendency and outlier analyses using height and weight z-scores. Although results from these analyses will not provide definitive proof of drug related effects on growth in most cases, they may help identify candidates for prospective studies of the effect of drug on growth in children. The review team should request such analyses at the pre-NDA meeting.

### 7.1.16  Overdose Experience

The review should summarize all overdose experience with a drug in humans (including both information provided by the applicant and information obtained from secondary sources) and describe the constellation of signs, symptoms, and other abnormalities one might expect to see in association with overdose. Phase 1 data should be reviewed to identify subjects who may have received higher doses than those used in later phases of study. In addition, patients with certain

33

*Contains Nonbinding Recommendations*

physiological differences that would compromise their ability to clear a drug (e.g., renal impairment, hepatic impairment, limited CYP4502D6 activity for a drug cleared by this isozyme) may provide data relevant to the clinical implications of overdose.

### 7.1.17 Postmarketing Experience

Relevant findings from postmarketing experience, if any, should be described briefly here and referenced in the summary section (Section 7.3).

### 7.2 Adequacy of Patient Exposure and Safety Assessments

Section 7.1 is an assessment of the adverse events seen during the development program. Section 7.2 should provide the reviewer's comments on the adequacy of drug exposure and the safety evaluations performed as part of the development program. This section addresses the regulatory question of whether or not *all tests reasonably applicable* were conducted to assess the safety of the new drug. Was there adequate experience with the drug in terms of overall numbers of patients and in appropriate demographic subsets of patients? Were doses and durations of exposure appropriate? Were all (or not all) appropriate tests performed in the exposed patients? Were all necessary and appropriate animal tests performed? Were all the appropriate clinical tests carried out (e.g., electrocardiographic assessment of effects on QT interval)? Was the drug adequately worked up metabolically? Were appropriate in vitro studies of drug-drug interaction carried out according to current guidelines? Were all potentially important findings adequately explored: for example, to what extent was psychomotor impairment specifically assessed in a drug that is sedating?

If important data are missing, this could influence the regulatory action on the drug. A critical task of the reviewer in this section is identification of specific concerns that need to be addressed by the applicant, either before approval or postapproval. Even more than for most other parts of the review, the reviewer needs to be conscious of recent developments and discuss issues broadly. Finally, this section is the place for detailed comments on the quality and completeness of the data provided.

The review should clearly describe the studies and overall extent of the data supporting the evaluation of safety. The reviewer should then make a judgment about the adequacy of the clinical experience with the new drug for assessing safety.

### 7.2.1 Description of Primary Clinical Data Sources (Populations Exposed and Extent of Exposure) Used to Evaluate Safety

In this section the reviewer should identify and characterize the primary safety data sources used in conducting the review. If these are described elsewhere in the review, this section can reference those sections. The primary source is generally the database derived from the applicant's development program. Studies in this program will generally have full study reports related to safety, or studies that are grouped for analysis of safety in an Integrated Summary of Safety; case report forms will be available. These studies usually will have been closely monitored. Secondary sources may also be available and may be of critical importance (e.g., for

*Contains Nonbinding Recommendations*

a drug already available in other countries), and there may be some parts of the database that have had limited analyses (i.e., only for deaths and adverse dropouts); these are described in section 7.2.2.

Tables and graphs are useful in describing the data sources for the safety review. Generally, the reviewer should use the tables and graphs in this section to characterize the overall database. The detailed tables and other displays for this subsection may be included in an appendix to the review, but summary tables and narrative statements should be included here. The reviewer should also characterize the per patient data (narratives, CRFs, CRTs and electronically accessible databases for baseline information. See section 7.4 for discussion of ability to link databases.

### 7.2.1.1 Study Type and Design/Patient Enumeration

The reviewer should include in an appendix a table, such as that illustrated in Table 7.2.1.1.1, enumerating all subjects and patients across the entire development program, phases 1 to 3. This is a critical table that identifies the important patient pools and denominators for subsequent analyses and incidence estimates.

The reviewer should also include an appendix table that provides brief descriptive information for all individual studies, including study design (fixed dose vs. flexible dose, parallel vs. crossover), dosing schedule, study location (foreign vs. domestic), treatment groups and doses, sample sizes, patient population (elderly). Studies that were designed to assess a particular aspect of safety (e.g., ECG, ophthalmic) should be noted. Most NDAs/BLAs will include a table of all studies, as such a table is called for in the Clinical/Statistical guidline *and in the Common Technical Document.*

Applicants sometimes segregate certain clinical trials from their primary source data (see 7.2.2, secondary source data), especially foreign data. This may be appropriate, especially if there is a basis for believing that these data differ substantially in quality and/or completeness or in critical aspects of investigator practice from the data included in the primary source database. This is a matter of judgment, however, and cannot be assumed to be valid. An explanation should be provided in the review describing the basis for decisions about what data were included and what excluded from the primary source data.

An NDA/BLA generally includes data from patient samples that are at different levels of completeness in terms of data entry, information collected, and validation. Table 7.2.1.1.1 should include patient counts (or estimates) from all studies contributing data, regardless of these factors. Data cutoff dates or database *lock dates* for the various databases comprising the NDA/BLA should be identified at this point in the review. For example, the cutoff date for the overall safety database derived from completed studies might be more distant, while the cutoff date for submitting serious adverse events from all studies may generally be more recent. These dates may likely need updating during the course of NDA/BLA review as more data become available.

Exhibit B-64

*Contains Nonbinding Recommendations*

### 7.2.1.2  Demographics

The reviewer should include appendix tables in a format similar to that illustrated in Table 7.2.1.2.1 (showing percent distribution within treatments of patients by age, gender, and race as well as weight in various groups), providing overall demographic information for phase 1 and phase 2 to 3 study pools separately. It may be appropriate to provide demographic displays for subsets within these larger pools at other points in the review.

### 7.2.1.3  Extent of Exposure (Dose/Duration)

There are many ways to summarize the dose and duration experience with a new drug. Either can be expressed as mean, median, maximum, with histograms or other displays that give the numbers exposed at various doses or for various durations. A particularly useful approach is to provide combined dose and duration information. It is suggested that the review contain tables in the format illustrated in Table 7.2.1.3, enumerating patients on the basis of mean daily dose of the NDA/BLA drug and duration of administration for phase 1 and phase 2 to 3 study pools separately. If the study used a titration design, the modal dose (if 2 different doses were used for the same duration, the larger, or maximal modal dose) may be the more useful summary statistic. It is particularly important to examine the subgroup of patients who received a dose at least as large as the dose intended for marketing.

It may also be useful to provide similar tables based on maximum dose, modal dose, dose expressed as mg/kg or mg/m$^2$ or even plasma concentrations, if such data are available.

It may also be useful to provide similar tables for various subgroups (e.g., males and females separately, various age groups separately, and patients with various comorbid illnesses of interest separately). There should be similar displays for active control drugs if any were included in trials for the new drug.

Finally, it may be useful for the review to include an appendix table providing total person time exposure data for the NDA/BLA drug, active control, and placebo, for the phase 2 to 3 database.

### 7.2.2  Description of Secondary Clinical Data Sources Used to Evaluate Safety

Secondary source data are (1) data derived from studies not conducted under the applicant's IND and for which CRFs and full study reports are not available,[21] or studies so poorly conducted (e.g., poor ascertainment for adverse events), that they cannot be reasonably included in the primary source database, (2) postmarketing data, and (3) literature reports on studies not conducted under the IND. Often the applicant may have made the distinction between the data considered primary source data and other data, and the reviewer needs to examine the rationale for this distinction.

---

[21] If CRFs are available from any such studies and the data quality is comparable to that of data from studies conducted under the applicant's IND, these data would ordinarily be included in the primary source database.

36

*Contains Nonbinding Recommendations*

The secondary sources should be briefly described. It is worth emphasizing that secondary source data may be a critical source of information for review, despite the generally lower quality of these data, because they often provide the larger database needed to look for less common serious adverse events and may be reliable with respect to deaths and serious adverse events.

### 7.2.2.1   Other Studies

The NDA/BLA should be clear in describing exactly what other studies provided data and what the basis was for not integrating such data with the primary source data (e.g., no CRFs, no study reports, not adequately monitored).  Lack of clarity in this should be noted by the reviewer.

### 7.2.2.2   Postmarketing Experience

If postmarketing data are available, this section should describe briefly the type of information available for review.  An example of such a description would be a comment that a line listing for (a specified number of) spontaneous reports from marketing in (country) was provided, along with narrative summaries for the serious adverse events among the reports and an estimate of product use in (country) during that time period.  As is the case for most spontaneous reports, these reports are likely to be difficult to interpret.  Important events will be described in appropriate sections (e.g., 7.1.1 and 7.1.2, Deaths and Other Serious Events).

### 7.2.2.3   Literature

Relevant literature may be incorporated in various sections of the NDA, but is ordinarily included in section 5.4 of the Common Technical Document (*M4:  The CTD  −  Efficacy*). The NDA/BLA may include a separate literature section or the literature may be provided or referenced as called for in various places in the Clinical/Statistical guidline in section II F, Other Studies and Information.  The applicant should have provided a description of the search strategy to assess the world literature (e.g., databases used, key search words), the personnel who carried it out (their credentials) and whether the search relied on abstracts or full texts (including translations) of articles.  A cutoff date for the literature search should also have been provided. A copy (translated as required) should have been submitted for any report or finding judged by the applicant to be potentially important.

This section of the review should describe what information from the literature search was provided for review, the extent to which the above description of an ideal presentation was met, and whether any missing information is important (and/or was obtained by the reviewer). Independent literature reviews conducted by the reviewer should be described here as well.

Actual safety findings should be described in appropriate sections of the safety review to present from the literature reports in this section of the review.

### 7.2.3   Adequacy of Overall Clinical Experience

*Contains Nonbinding Recommendations*

In evaluating the adequacy of clinical experience with the drug, the reviewer should refer to current ICH guidance on extent and duration of exposure needed to assess safety[22] as well as the draft guidance on *Pre-Marketing Risk Assessment*.[23]   The review should specifically address the following:

- Whether an adequate number of subjects were exposed to the drug, including adequate numbers of various demographic subsets and people with pertinent risk factors
- Whether doses and durations of exposure were adequate to assess safety for the intended use
- Whether the design of studies (open, active-control, placebo-control) was adequate to answer critical questions
- Whether potential class effects were evaluated (e.g., for anti-arrhythmic effects, evaluation of the potential for pro-arrhythmic effects) and whether problems suggested by pre-clinical data were assessed
- Whether patients excluded from the study limit the relevance of safety assessments (e.g., diabetics, people over 75, people with recent myocardial infarction, people with renal or hepatic functional impairment, or people on other therapy).  This may depend on the signals of toxicity that were observed in the patients who were studied.

## 7.2.4   Adequacy of Special Animal and/or In Vitro Testing

The clinical reviewer should not attempt a general assessment of the preclinical program, but rather, comment on whether preclinical testing was adequate to explore certain potential adverse reactions, using preclinical models based either on a drug's pharmacology or on clinical findings that emerged early in clinical development.  For example, for a drug anticipated to cause QT prolongation because of its drug class or because QT prolongation was seen in phase 1 studies, there are in vitro models to evaluate this potential.  The reviewer should note whether such studies were done.  If such studies were performed, the results would be summarized in the Pharmacology Review.

## 7.2.5   Adequacy of Routine Clinical Testing

The reviewer should comment on the adequacy of routine clinical testing of study subjects, including efforts to elicit adverse event data and monitor laboratory parameters, vital signs, and ECGs.  In assessing the adequacy of clinical testing, the reviewer should consider the adequacy of the methods and tests used and the frequency of testing.  The adequacy of specific testing intended to assess certain expected or observed reactions should be discussed under subsection 7.2.7.

---

[22]ICH *E1A The Extent of Population Exposure to Assess Clinical Safety: For Drugs Intended for Long-Term Treatment of Non-Life-Threatening Conditions* (http://www.fda.gov/cder/guidance/iche1a.pdf ) recognizes possible differences in expected exposure (e.g., more patient exposure would be expected for drugs with small effects, or drugs that are used prophylactically in well populations, where only a small fraction of patients will benefit).

[23] A draft guidance *Premarketing Risk Assessment* was issued in May 2004.  Once finalized, it will represent the Agency's thinking on this topic.

Exhibit B-67

*Contains Nonbinding Recommendations*

The reviewer should be alert to the absence of data in an NDA laboratory database for analytes that are typically included in routine laboratory monitoring. For example, it was discovered after approval that the NDA laboratory database for the anti-epileptic drug zonisamide did not have data on serum bicarbonate. It was later determined that this drug is associated with a non-anion gap metabolic acidosis. The serum bicarbonate data would have been helpful in identifying this adverse reaction earlier.

### 7.2.6  Adequacy of Metabolic, Clearance, and Interaction Workup

Knowledge of how a drug is metabolized and excreted is critical to anticipating safety problems in patients with impaired excretory or metabolic function and problems resulting from drug-drug interactions.

Drug-drug interaction assessment is a critical part of a modern drug development program and should evaluate the drug both as a substrate for interactions (interference with its clearance) and as an inducer or inhibitor of the clearance of other drugs. The reviewer should comment on the adequacy of in vitro and in vivo testing carried out by the applicant to identify the following:

- The enzymatic pathways responsible for clearance of the drug and the effects of inhibition of those pathways, notably CYP450 enzymes and p-glycoproteins
- The effect of the drug on CYP450 enzymes (inhibition, induction) and the effects of the drug on the PK of model compounds
- The major potential safety consequences of drug-drug interactions

Details of these assessments will be found in the Clinical Pharmacology Review and in the summary of that evaluation in the Medical Officer's Review.

### 7.2.7  Adequacy of Evaluation for Potential Adverse Reactions for Any New Drug and Particularly for Drugs in the Class Represented by New Drug; Recommendations for Further Study

The reviewer should discuss the adequacy of the applicant's efforts to detect specific adverse reactions that are potentially problematic and might be expected with a drug of any class (e.g., QT prolongation or hepatotoxicity) or that are predicted on the basis of the drug class (e.g., sexual dysfunction with SSRI antidepressants). The reviewer should also discuss whether the applicant should have made efforts to assess certain events that it did not assess. The reviewer should also discuss pertinent negative findings (absence of findings) for a drug in this section of the review (see examples below).

The adverse events that warrant specific attention will vary depending on the characteristics of the drug and the drug class. The known pharmacology of the drug would suggest some evaluations (e.g., first dose effects for peripheral alpha blockers, tolerance and withdrawal effects for central alpha agonists, urinary retention with anti-cholinergics, QT prolongation with type III anti-arrhythmics, extrapyramidal effects with antipsychotics, muscle pain with statins), while experience with other members of the class would suggest others (e.g., hepatotoxicity with thiazolidinedione PPAR gamma agonists (glitizones), tendon problems with fluoroquinolones).

39

*Contains Nonbinding Recommendations*

There should be a subheading for each adverse reaction that warrants special consideration (even if not observed) and, under each subheading, a discussion of what was done to detect the reaction and the adequacy of the approach.  The following list of potential adverse reactions, and some of the drug and therapeutic classes that might trigger higher interest in them, may be a useful starting point in assembling a list (it is also important to examine labeling for other members of the drug's pharmacologic class):

> Hepatotoxicity (NSAIDs, thiazolidinedione PPAR gamma agonists)
> Pancreatic toxicity
> QT prolongation (any antiarrhythmic, antipsychotic, antihistamine, fluoroquinolone)
> Vasodilator effects, such as hypotension (alpha blockers) or edema (dihydropyridine calcium channel blockers)
> Withdrawal effects (beta blockers, central alpha agonists, SSRIs, narcotics)
> Orthostatic hypotension (any antihypertensive, antipsychotics)
> Hypertension (any sympathomimetic or phosphodiesterase inhibitor)
> Tachycardia
> Neutropenia (drugs related to ticlopidine, procainamide, clozapine)
> Bleeding (drugs inhibiting any aspect of clotting or platelet function, NSAIDs)
> Aplastic anemia
> Increased coagulation times
> Muscle injury (any HMG CoA Reductase Inhibitor (statin) or other lipid-lowering drug)
> Sedation (any psychotropic drug)
> CNS stimulation
> Anticholinergic activity
> Allergic reactions
> Sexual dysfunction (any antidepressant, sedating drug)
> Elevated intraocular pressure
> Cataracts
> Retinopathy
> Worsening glucose tolerance/diabetes (diuretics, atypical antipsychotics)
> Pro-arrhythmic effects and increased mortality (most nonbeta blocker anti-arrhythmics)
> Increased CHF and SD mortality (any inotrope, some negative inotropes such as calcium channel blockers)
> Nephropathy (NSAIDs)

**Example 1:**  If orthostatic hypotension was an expected adverse reaction, but was not observed, the reviewer should determine whether the applicant made efforts to detect it and, if so, whether the applicant's approach (e.g., timing and frequency of vital signs testing) was adequate to detect it.

**Example 2:**  If QT prolongation was observed in phase 1 studies, the reviewer should ascertain whether the applicant made efforts, beyond routine ECG testing, in phases 2 and 3 to explore the consequences in patients of the observed QT prolongation and, if so, whether those efforts were adequate, including adequate exposure to higher doses.  For example, how did the applicant follow-up patients who experienced clinical events that may be manifestations of torsade de

40

*Contains Nonbinding Recommendations*

pointes (e.g., syncope, dizziness, or palpitations)? Holter monitoring, for example, might have been appropriate in such patients.

### 7.2.8   Assessment of Quality and Completeness of Data

The reviewer should provide general overall assessments of the quality and completeness of the data available for conducting the safety review and describe the bases for these assessments. More than that, attention to completeness and quality of assessment is important throughout the review. The reviewer should recognize that quality may *differ from* the primary source data and for data over which the applicant had less control. The following examples illustrate some of the ways in which applicants can differ in the quality and completeness of data they provide:

- Applicants may differ in what they include in a CRF. For example, if additional laboratory data are collected at unscheduled visits or after the normal end of a trial, some do not include these data. Such data may be stored in some other place (a *correspondence file*). Sometimes additional information is attached to the front of the CRF as *queries*. If CRFs do not indicate any additional testing beyond the routine assessments, the reviewer should ascertain whether additional testing was done to reassess abnormal values before the next routine visit (e.g., at an unscheduled visit). If the CRFs do not indicate that additional testing was performed, the reviewer should ask the applicant if additional laboratory data are available.

- If it is apparent that the CRF contains insufficient information about an adverse event (e.g., if a patient was hospitalized for an adverse event), the reviewer needs to determine whether there is additional information available. Such an observation also raises the general question of whether all pertinent data have been included in CRFs.

- The reviewer should be concerned about patients with abnormal clinical or laboratory findings who are lost to follow up, particularly if there are significant numbers of such patients. In these situations, the reviewer may consider asking the applicant to attempt to obtain the needed follow up information. If the information cannot be obtained, it may be appropriate to perform sensitivity analyses to assess the possible impact of missing data, assuming a worst-case outcome.

- The reviewer should be particularly alert to situations in which applicants make changes in CRFs to reclassify adverse events or reasons for subjects dropping out without the investigator's agreement. There is greater concern where serious adverse events are reclassified and reclassifications are done without blinding. The reviewer should ask the applicants about procedures used (if unclear) and attempt to assess the impact of multiple changes on the safety evaluation.

- For electronic data, the reviewer should clarify what information is, and is not, included in the electronic files. For example, if a reviewer is relying on electronic files from the case report forms, it is important to know what, if any, information from the CRFs was not included. A separate file may be needed for any missing data.

*Contains Nonbinding Recommendations*

### 7.2.9   Additional Submissions, Including Safety Update

The initial NDA/BLA submission may not contain all information pertinent to the safety evaluation. Further data submissions may be planned at the time of initial submission and filing (e.g., results of additional long-term follow-up), may represent responses to specific questions or discipline review letters, or may be part of the safety update required under regulations (21 CFR 314.50(d)(5)(vi)(b)). It is critical to review these data to determine whether safety conclusions are affected, particularly with respect to serious or fatal events.

This section should:

- Describe safety submissions, noting whether the results have been incorporated into the rest of the review or are considered in this section
- For those safety matters not incorporated into the rest of the review, discuss any data with important implications for safety. In general, this will involve deaths, adverse dropouts and other serious events, and these should be considered as in sections 7.1.1, 7.1.2, 7.1.3, as appropriate to the (usually) small numbers. Only if these events alter the overall safety picture will a more detailed discussion of the entire area (e.g., deaths, liver injury) be needed.

Any reports of important changes in foreign labeling or new studies that give insight into more common events should also be noted.

### 7.3   Summary of Selected Adverse Reactions, Important Limitations of Data, and Conclusions

This section of the review should briefly summarize each of the adverse reactions that the reviewer considers important and drug-related (i.e., this should constitute a *problem list* for the drug). For each adverse reaction, there should be a separate subheading followed by a brief summary of the reaction and references to sections of the review (e.g., other parts of the safety section, Clinical Pharmacology, studies described in the Efficacy section) containing more detailed information about the adverse reaction generally, or specific aspects of the reaction. The review should integrate by reference all relevant details about the reaction, including patient identifying numbers for certain patients (e.g., for deaths). Below is a sample summary section entry for QT prolongation:

Exhibit B-71

*Contains Nonbinding Recommendations*

---

### QT Prolongation

Dose-related QT prolongation compared to control was seen in all controlled trials, with a mean change of 20 msec at 100 mg/day (peak), the recommended maximum dose, and smaller changes at lower doses; 5 percent of patients had QTc values over 500 msec at some point, compared with ___ percent on placebo. The drug's metabolism is predominately via CYP4503A4, so that moderate inhibitors of this enzyme could lead to greater QTc prolongation. The QTc effects of doses greater than 100 mg have not been studied.

- See Section 7.1.1 (Deaths) at page __ for discussion of deaths that may be related to QT prolongation and detailed discussion of the finding
- See Section 7.1.9 (ECGs) at page __ for discussion of ECG changes
- See Section 7.1.10 (Special Studies) at page __ for dose response study of QT prolongation (doses of 10, 40 and 100 mg)
- See Section 7.2.4 (Metabolic and Interaction Workup) at page __ for discussion of the adequacy of the applicant's in vivo and in vitro assessments of the metabolism of (Drug) and potential relation of drug-drug interactions to QT prolongation
- See Section 3.2 (Animal Pharmacology/Toxicology) at page __ for discussion of the animal models used to evaluate effects on K channels, and QT prolongation
- See Section 7.2.1.1.2.3 (Literature) at page __ for published articles about similar products and methodological suggestions.
- See Section 7.1.13 (Overdose) at page __.
- Patient ID numbers for possibly relevant deaths: ___, ___, ___.

---

As the QT prolongation example shows, it is useful to identify the various sections of the clinical review that can be referenced for additional details about an identified adverse event. If the review is converted into a PDF file, bookmarking can be used to electronically link the text in the problem list to earlier sections of the review.

In addition, in this section the reviewer should provide summary recommendations for further studies, with a reference to section 7.2 for more details.

The review should also provide overall conclusions about the safety of the drug, including:

- Overall assessment of the available safety information, referring both to what it has shown and its adequacy
- The limitations of the available data
- Additional information needed, including both further analyses and additional studies.

*Contains Nonbinding Recommendations*

- Comparison, to the extent possible, of the safety of the drug under review to the safety of other available products, and the basis for that comparison (direct comparative data vs. clinical opinion)
- Whether a risk management program (beyond labeling) is needed and why
- Analysis of likely uses beyond labeling, (e.g., in more severe patients, in other diseases, in children)
- Whether there is a need for postmarketing safety studies

## 7.4   General Methodology

This section of the guidance describes analytical methods that have general application to the safety review and provides a location in the review for any general discussion of methodological issues not discussed elsewhere, organized by the subsections listed here, with additional sections as needed. It is important to consider early in the review whether the available patient level data will allow the analyses the reviewer intends. For example, in examining whether particular baseline risk factors are related to an adverse event, the reviewer will either need to extract the baseline characteristics from case report tabulations or be sure the information is available in a retrievable form. Similarly, it may be important to link individual safety observations with other on therapy data, such as dose, duration of treatment, concomitant therapy, other adverse events, lab data or effectiveness results (it is obviously best if such issues are considered at pre-NDA/BLA meetings).

### 7.4.1   Pooling Data Across Studies to  Estimate and Compare Incidence

### 7.4.1.1   Pooled Data vs. Individual Study Data

Before estimating the incidence of adverse events, the reviewer must select the patient sample of interest. Pooling data from different studies can improve the precision of an incidence estimate (i.e., narrow the confidence intervals by enlarging the sample size). Better precision is particularly important for lower frequency events, which can be difficult to detect and may not occur in some studies. Pooling can also provide the larger database that will permit explorations of possible drug-demographic or drug-disease interactions in subgroups of the population. Pooling can also, however, obscure real potentially meaningful differences between studies. The review should explain why any pooling used in the review was chosen. When making decisions about pooling, the reviewer should consider the following:

- It is most appropriate to combine data from studies that are of similar design, that is, similar in dose, duration, choice of control, methods of ascertainment, and population (checklist vs. general inquiries vs. no prompt at all; in psychiatric drug trials it is typical for obsessive compulsive patients to spontaneously report adverse events more frequently than schizophrenic patients. It is also possible that different populations may have different vulnerabilities to a drug, and therefore, different risk profiles.) When the studies are similar in design but differ in duration, it may be critical to account for exposure duration and to look for time-dependent events.

44

*Contains Nonbinding Recommendations*

- Even when the pooled analysis is the primary one, it is important to explore the range of incidences across the studies being pooled. For a specific adverse event, if the incidence differs substantially across the individual studies in a pool, the pooled value should not be used, as it is probably not meaningful and, in some cases, could obscure important information about predictors for that event. (In one case, for example, several studies were combined and a reassuringly low estimate of phototoxicity was obtained. Subsequent examination of individual study results found one study with a substantial rate of phototoxicity. The study was the only outpatient study done (i.e., the only one in which patients had an opportunity to be exposed to sunlight).) In some situations, the incidence may be best described by the range in the various studies. For the photoxicity example above, however, the most relevant data are those from the outpatient study, the only study that was conducted under conditions pertinent to intended use.

- In some cases, observed differences in rates in various studies can be explained (e.g., better ascertainment, different populations), so that a consistent rate can be determined from a subset of studies.

- Formal tests for extreme values may be useful to assess appropriateness of assay pooled data (e.g., test of heterogeneity such as the Breslow-Day Chi-Square test could be used). Alternatively, the reviewer might use a more subjective approach, such as determining if the direction of the difference is always the same across studies, or use a graphic display of incidence by study to informally consider the extent of variability and to identify outliers; outliers may be important in identifying subgroups of patients who are at particular risk for certain adverse reactions.

### 7.4.1.2   Combining Data

In pooling data, usually the numerator events and denominators for the selected studies are simply combined. Other more formal weighting methods can be used (e.g., weighting studies on the basis of study size or inversely to their variance). The review should describe how the pooling was performed, as well as the rationale for selection of the method used.

### 7.4.2   Explorations for Predictive Factors

Adverse reaction rates may differ considerably from one patient population to another and may change over time. Factors that may affect the safety profile of a drug should be explored during the review. Explorations for common predictive factors, such as dose, plasma level, duration of treatment and concomitant medications, and patient-predictive factors such as age, sex, race, concomitant illnesses, are considered below. In general, these explorations are meaningful only for adverse events that appear to be drug-related (see Section 7.4.3).

### 7.4.2.1   Explorations for Dose Dependency for Adverse Findings

If data from randomized, parallel, fixed-dose studies (or data from studies in which patients were randomized to fixed dose ranges), are available, they should be analyzed for evidence of dose dependency for any adverse reactions. If plasma concentration data are available, it may be

45

*Contains Nonbinding Recommendations*

useful to explore plasma concentration effect relationships as well. It may also be useful to reconfigure dose as mg/kg or mg/m$^2$, to decrease the effect of size or weight differences on drug exposure. Dose-response relationships should also be examined in demographic subgroups (e.g., females, blacks, elderly patients). Dose-dependency analyses are usually performed by simple inspection of incidence rates across different doses or different weight or body surface area-adjusted doses. Formal statistical testing can also be used. If formal statistical tests are performed for a study that includes placebo control as well as different doses, and a drug-placebo difference is apparent, it may be desirable to focus on between-dose group differences.

Flexible Dose Titration Studies

Although it is tempting to try to extract dose-response or plasma level-response data from flexible dose (titration) studies, and the ICH dose-response guideline[24] encourages this, there are many potential problems with such analyses. In particular, many adverse reactions show considerable time dependency, some occurring early, some late. It is easy to confound dose (or plasma concentration) with duration when dose is increased over time. In some cases, such as anticancer drugs or drugs that are known to produce anti-cholinergic or sedating reactions, the drug is dose-adjusted to toxicity, which will often obscure any dose-response relationship. In addition, if dose is increased only in patients without adverse effects (i.e., subjects who are resistant to them), the higher doses will be associated with lower adverse effect rates. On the other hand, if dose is titrated to clinical effect, and adverse reactions occur late (so that they do not affect the dose given), analysis of the rate with respect to dose may be useful. For example, erythropoietin, used to treat anemia in patients with chronic renal failure or cancer, is titrated to maintain hemoglobin within a specific range. Given the delayed therapeutic response (erythropoesis), analysis of adverse events by dose or cumulative dose prior to a reaction can give insight into dose-related toxicity.

Cumulative Dose Dependency

For certain adverse reactions, it may be possible to demonstrate a relationship between cumulative dose and the occurrence of the reaction (e.g., liver fibrosis and cirrhosis with methotrexate, cardiotoxicity with doxorubicin, renal toxicity with Amphotericin B). For drugs that are used chronically, the reviewer should consider the possibility that cumulative dose may predict toxicity and discuss this in the review.

### 7.4.2.2   Explorations of Time-Dependency for Adverse Findings

The reviewer should explore time dependency of adverse reactions in two ways — time to onset of the finding and duration of the finding:

Time of Onset

---

[24] See ICH *E4 Dose-Response Information to Support Drug Registration* (http://www.fda.gov/cder/guidance/iche4.pdf).

Exhibit B-75

*Contains Nonbinding Recommendations*

Although most adverse reactions occur early in treatment and may be best characterized by a crude incidence rate (number with the reaction divided by number exposed), others may occur only after some delay of weeks, months, or longer.  A crude incidence rate, based on a patient population exposed predominantly for short periods, will understate the importance of such adverse reactions for chronically used drugs.  For important adverse reactions that occur later in treatment, there should be explorations of the time dependency of the reaction.  Possible methods include:

- A life table (Kaplan-Meier graph) describing risk as a function of duration of exposure (i.e., cumulative incidence)

- Plotting risk for discrete time intervals over the observation period (i.e., a hazard rate curve) reveals how risk changes over time.

- Adjusting for duration of exposure by expressing the adverse reaction rate in terms of person-time (person-time is duration of exposure summed across all patients, e.g., 2 patients each exposed for 6 months = 1 patient-exposure-year).  This approach is useful only when one can safely assume that the hazard rate is constant over time.

Duration of Adverse Event

Certain adverse events that occur at initiation of treatment may *appear* to diminish in frequency with continued use.  Possible explanations for this phenomenon include adaptation or tolerance, decreased reporting of the event even by patients though it is still occurring at the same rate, and reduced dose or dropping out in patients with the event.  For drugs used chronically and for which there was an adverse event that seemed to diminish in frequency over time, it may be useful to characterize and quantify the change.  It would be important, for adverse events of interest, to determine whether the decreased rate simply reflected discontinuation by affected patients or real adaptation. One way to make this distinction is to identify a cohort that experienced an event of interest during a specified period of a trial,  but nonetheless completed the trial, and observe the rate of the event in that cohort over time. This cohort of survivors could be compared to a similar cohort of placebo recipients who experienced the same event at baseline. The same approach could be used for adverse events occurring later in treatment.  It is usually sufficient to do such analyses for those adverse reactions that are relatively common and likely to be drug related (see Section 7.1.5.4 for methods to identify drug-related events).

**7.4.2.3  Explorations for Drug-Demographic Interactions**

Numerous methods can be used to analyze age, gender, and race implications for safety, and applicants must present analyses of safety information for these population subsets.  In most cases, there will be pharmacokinetic information available for some or all of these subsets, which may help in interpreting adverse event rates. In some cases, it may be useful to construct subgroups based on more than one factor.  For example, bleeding is the principal risk associated with use of thrombolytic agents in patients with acute myocardial infarction.  Women tend to have more bleeding than men, and risk is inversely related to weight.  Thus, an analysis by

47

*Contains Nonbinding Recommendations*

gender weight subgroups can identify the group at greatest risk of bleeding (thin women). It may also be useful to consider age-gender or race-gender subgroups. Formal analysis should be limited to events considered common (e.g., occurring at an incidence of at least 2 percent) and that occur at a clearly greater rate on drug than placebo. In small studies or for low frequency events, there will usually not be sufficient power to detect differences between groups, so that these analyses will usually be based on pooled data. In general, these analyses are descriptive, comparing risk of an event in one subset with the risk in another (men vs. women, old vs. young, black vs. white); as these comparisons obviously do not reflect randomization to the subset (baseline characteristic) of interest, formal statistical comparisons are usually not warranted. For these descriptive comparisons, two approaches deserve consideration; when the control rates of adverse events differ for population subsets these approaches can provide quite different results: (1) evaluation of relative risk (RR) (cumulative risk on drug/cumulative risk on comparison drug or placebo) and (2) evaluation of attributable risk (AR) (cumulative risk on drug - cumulative risk on comparison drug or placebo).

When background event rates differ by demographic subgroup, relative risk analysis will provide a quantitative estimate of the difference in effect of the drug, but the attributable risk may be a better estimate of the importance of the risk in the subsets. To illustrate, consider a comparison of drug-induced nausea for males versus females. Suppose the rate of nausea on placebo is 1 percent for men and 3 percent for women and that on drug it is 3 percent for men and 9 percent for women. The risk ratios (RR) for both sexes are 3 and the relative risk for men and women ($RRf/RRm$) is one (no difference), yet the attributable risk is much greater for women than men (6 percent vs. 2 percent), a finding of possible importance in treatment. Such a difference has been observed for several adverse reactions of amlodipine, a calcium channel blocker, and is described in labeling as a gender difference, even though the RR's are the same.

### 7.4.2.4   Explorations for Drug-Disease Interactions

The reviewer should be alert to the possibility that co-morbidity will affect the adverse reaction profile of the drug (i.e., a drug-disease interaction). Such interactions can arise from abnormalities of excretory function (renal or hepatic disease), and typically, the applicant will have carried out formal pharmacokinetic studies in patients with hepatic and renal disease to indicate the potential for such reactions. The reviewer needs to consider, in that case, whether PK differences are manifested as differences in adverse reaction rates. Apart from differences in adverse reaction rates related to PK differences, differences in rates can also reflect true differences in susceptibility to adverse reactions (i.e., real pharmacodynamic differences). In general, the same methods described for exploring drug-demographic interactions can be applied here.

### 7.4.2.5   Explorations for Drug-Drug Interactions

The clinical reviewer should be alert to the potential of drug-drug interactions to affect the safety profile of the drug. Again, these interactions could be either pharmacokinetic (affecting elimination of the drug) or pharmacodynamic, in either case leading to observed differences in adverse reaction rates for the subgroups receiving or not receiving co-administered drugs. Typically, there will be formal interaction studies to evaluate potential pharmacokinetic effects

48

*Contains Nonbinding Recommendations*

of concomitant therapy on drugs metabolized by CYP450 enzymes, but PK interactions can also occur through effects on renal excretion and transport (P-glycoprotein) proteins. True pharmacodynamic interactions are less frequently recognized but can be important (e.g., marked hypotension when sildenafil is given with organic nitrates). In general, the same methods described for exploring drug demographic interactions can be applied here.

### 7.4.3   Causality Determination

In assessing the critical question of whether an adverse event is caused by a drug, whether the drug is capable of causing that adverse event in the population is usually of greater interest than whether the drug caused the event in each patient who reported the event, but the approach to causality is distinctly different for relatively common events and relatively rare, serious events.

Common Events

Where events are common and occur in multiple patients in controlled trials, it is usually not necessary or helpful to consider each case individually. Rather, all reported cases can be considered potentially drug-related, and causality is assessed by comparing the rates of reports in patients treated with test drug and in control groups. If an event is clearly more frequent with test drug than the control, it can be attributed to treatment with the test drug.

Uncommon, Serious Events

Causality judgments are much more difficult for uncommon (e.g., < 1/1000) serious events where there are, in most cases, no useful comparisons to control groups. The reviewer therefore must form a judgment as to the plausibility of drug-relatedness for the individual cases.

- The following questions should be considered:

    1. Was the patient in fact exposed to drug and did the adverse event occur after drug exposure?
    2. Did the patient have a clinical experience that meets the criteria for the adverse event of interest?  (Establishing a standard case definition may be helpful here.)
    3. Is there a reasonably compelling alternative explanation for the event?  (For example, recent benzene exposure for a case of aplastic anemia; the event is a well-recognized consequence of the patient's underlying illness.)
    4. Is the adverse event of a type commonly associated with drug exposure, such as hematologic, hepatic, renal, dermatologic or pro-arrhythmic events? (But also see below caution about discarding events that do not seem plausibly drug related.)

- After assessing individual cases to identify events that could be drug-related and for which there are no compelling alternative explanations, the reviewer should compare the observed rate of occurrence of the event in the database with a best estimate about the background rate for the event for the population being studied.  For an event like aplastic anemia, with a background rate of perhaps 1 per million person years, finding even one case suggests a causal relationship.  For events that occur more frequently in the absence of drug therapy

49

*Contains Nonbinding Recommendations*

(e.g., MI, stroke, sudden death, seizure, which could occur at rates of 0.1 to 1 percent, depending on the population), the finding of one or two cases may be very difficult to interpret in the absence of a substantial controlled trial database.

- The reviewer should also evaluate any other information about the drug that bears on causality including:

  1. Whether the drug is a member of a class of drugs known to be causally associated with the event of interest
  2. Presence of other adverse events in the database that may be associated with the event of interest (e.g., a general finding of drug associated transaminitis or animal findings suggestive of hepatotoxicity would substantially strengthen the signal generated by the finding of a single case of hepatic failure)
  3. Positive re-challenge with the drug (although it would be unusual to deliberately re-challenge for a serious event, there may occasionally be inadvertent re-exposures that are informative)

- Caution Concerning Relative Plausibility of Uncommon, Serious Events

The reviewer should be cautious about dismissing uncommon, serious events *that don't seem plausibly drug-related* and should consider differences in common less serious adverse reactions that might predict the uncommon serious reactions with longer use. There are numerous examples of uncommon, serious adverse reactions that are uniquely associated with a drug or drug class:

- tendon rupture associated with the quinolone antibiotics
- heart valve lesions associated with fenfluramine
- practolol syndrome
- retroperitoneal fibrosis with Sansert
- pulmonary hypertension with Aminorex (a European weight loss drug), and various other drugs
- suicidal ideation with interferons, Accutane
- intussusception with rotavirus vaccine
- pulmonary fibrosis with amiodarone

Exhibit B-79

*Contains Nonbinding Recommendations*

## List of Tables

**TABLE 7.0.1**    **INDEX FOR LINKING IDENTIFIED PATIENTS WITH SUPPLEMENTARY PATIENT INFORMATION IN THE NDA (CRFS, NARRATIVE SUMMARIES, AND PATIENT DATA LISINGS)** ..................................... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.1.1**    **DEATHS LISTING** ...................... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.1.2**    **MORTALITY BY TREATMENT GROUP FOR POOL OF PHASE 2-3 STUDIES WITH NEW DRUG** .. ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.2.1**    **SERIOUS ADVERSE EVENT LISTING** ..... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.3.1.1**    **DROPOUT PROFILE: INCIDENCE OF DROPOUT BY TREATMENT GROUP AND REASON FOR PHASE 2 TO 3 STUDIES WITH NEW DRUG** .. ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.3.2.1**    **ADVERSE EVENT DROPOUT LISTING** . ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.5.2.1**    **TREATMENT EMERGENT ADVERSE EVENT LISTING** ..... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.5.3.1**    **TREATMENT EMERGENT ADVERSE EVENT INCIDENCE FOR POOL OF 6-WEEK PLACEBO-CONTROLLED TRIALS** ....... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.7.3.1.1**    **MEAN CHANGE FROM BASELINE FOR SERUM CHEMISTRY PARAMETERS IN POOL OF PLACEBO-CONTROLLED STUDIES** . ................................................... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.7.3.2.1**    **INCIDENCE OF POTENTIALLY CLINICALLY SIGNIFICANT CHANGES IN SERUM CHEMISTRY PARAMETERS FOR POOL OF PLACEBO CONTROLLED STUDIES FOR NEW DRUG** . ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.1.7.5.1**    **HEPATOTOXICITY EVALUATION** ........ ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.2.1.1.1**    **ENUMERATION OF SUBJECTS/PATIENTS FOR NEW DRUG DEVELOPMENT PROGRAM** . ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.2.1.2.1**    **DEMOGRAPHIC PROFILE FOR PHASE 2-3 STUDIES WITH NEW DRUG** .......................................... ERROR! BOOKMARK NOT DEFINED.

**TABLE 7.2.1.3.1**    **NUMBER (PERCENT) OF PATIENTS RECEIVING NEW DRUG ACCORDING TO MEAN DAILY DOSE AND DURATION OF THERAPY IN PHASE 2-3 STUDIES (N=2500)** .. ERROR! BOOKMARK NOT DEFINED.

*Contains Nonbinding Recommendations*

52

*Contains Nonbinding Recommendations*

**Table 7.0.1**

**Index for Linking Identified Patients with Supplementary Patient Information in the NDA (CRFs, Narrative Summaries, and Patient Data Listings[1]**

| Study Number[2] | Patient Number[3] | Case Report Forms | | Narrative Summaries | | Patient Data Listings | |
|---|---|---|---|---|---|---|---|
| | | Volume[4] | Pages[5] | Volume | Pages | Volume | Pages |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[1]Separate indices should be provided for patients exposed to new drug, active control drugs, and placebo.
[2]Study numbers should be numerically ordered and tabbed as separate sections within the index.
[3]Patient numbers should be numerically ordered within each study section.
[4]The volume number provided in this index should be the unique volume number assigned to the volume as part of the complete NDA, and not a separate volume number assigned to the volume as part of a section of the NDA.
[5]The page numbers provided in this index should be the unique page numbers assigned for the entire volume, and not separate page numbers assigned to the separate sections that might be included in any particular volume.

53

*Contains Nonbinding Recommendations*

Table 7.1.1.1
Deaths Listing [1,2,3]
Treatment = New Drug [4]
Cutoff Date [5]

| Trial | Center | Patient | Age (yrs) | Sex | Dose [6] (mg) | Time [7] (Days) | Source [8] | Person Time [9] | Description [10] |
|-------|--------|---------|-----------|-----|---------------|-----------------|------------|-----------------|-------------------|
|       |        |         |           |     |               |                 |            |                 |                   |
|       |        |         |           |     |               |                 |            |                 |                   |
|       |        |         |           |     |               |                 |            |                 |                   |

[1] A footnote should describe the rule for including deaths in the table (e.g., all deaths that occurred during a period of drug exposure or within a period of up to 30 days following discontinuation from drug and also those occurring later but resulting from adverse events that had an onset during drug exposure or during the 30-day follow up period). Other rules may be equally appropriate.

[2] Deaths occurring outside the time window for this table should be listed elsewhere.

[3] This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[4] Similar lists should be provided for patients exposed to placebo and active control drugs.

[5] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[6] Dose at time of death, or if death occurred after discontinuation, note that, as well as last dose before discontinuation.

[7] Days on drug at time of death; or if death occurred after discontinuation, note how many days on drug before discontinuation and also how many days off drug at time of death.

[8] This listing should include all deaths meeting the inclusion rule, whether arising from a clinical trial or from any secondary source (e.g., postmarketing experience). The source should be identified in this column (i.e., 1[1] for deaths arising from primary source clinical trials and 2[0] for those arising from secondary sources).

[9] This column should identify patients (yes/no) for whom person-time data are available, so the reviewer can know which patients were included in the mortality rate calculations.

[10] Since narrative summaries should be available for all deaths, the description can be very brief (e.g., myocardial infarction, stroke, pancreatic cancer, suicide by drowning).

54

*Contains Nonbinding Recommendations*

Table 7.1.1.2
Mortality by Treatment Group
for Pool of Phase 2-3 Studies with New Drug[1,2,3]
Cutoff Date[4]

| Treatment Group[5] | Total Number of Patients[6] | Total Number of Deaths[7] | Crude Mortality[8] | Patient Exposure Years (PEY)[9] | Total Deaths with Person-Time[10] | Mortality per 100 PEY[11] |
|---|---|---|---|---|---|---|
| New Drug | | | | | | |
| Active Control | | | | | | |
| Placebo | | | | | | |

[1] This table provides data comparing overall mortality across treatment groups for the pool of all phase 2 to 3 studies in the development program. Similar tables may be appropriate for other subgroups within the phase 2 to 3 program (e.g., a table may be provided for a pool of all similarly designed short-term placebo controlled trials). Similar tables may be appropriate for certain individual trials of interest. All deaths should be counted, regardless of the investigator's or the sponsor's judgment about causality, including (1) any deaths occurring during participation in any of the studies in the target pool, (2) any deaths occurring after a patient leaves any of the targeted studies, whether prematurely or after completion to the nominal endpoint, if the death is (a) the result of a process initiated during the study, regardless of when it actually occurs, or (b) occurs within 4 weeks of a patient leaving a study, or longer for drugs with particularly long elimination half-lives or from drug classes with known late occurring effects. The actual rule used for including deaths should be provided in a footnote to the table. In case there are substantial deaths of specific causes, it may be appropriate to provide data for cause specific mortality as well.

[2] Patients participating in crossover trials should be enumerated for each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing new drug, active control, and placebo would be included in all three columns.

[3] This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[4] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry. Generally, this date should, be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[5] In the sample table, only 1 row is provided for an *active control* group. One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division. Similarly, for this table, only 1 row is provided for new drug, with the implication that all new drug patients, regardless of dose, should be included in the calculations for that column. Other approaches (e.g., distinguishing patients on the basis of dose) may be equally appropriate.

55

*Contains Nonbinding Recommendations*

[6]The Ns in these rows should match the N's in Table 5.1.1.1., and if not, an explanation should be provided in a footnote.

[7]This is the total number of deaths for each group.

[8]This is simply the total number of deaths divided by the total number of patients exposed in each group.

[9]This column should provide person-time in patient exposure years (PEY). This table assumes a constant hazard rate; however, in certain situations, it may be appropriate to stratify by increments of exposure.

[10]This is the subset of total deaths for which person-time is available.

[11]This is the number of deaths for whom person-time is available divided by PEY for each group, and multiplied by 100.

56

*Contains Nonbinding Recommendations*

Table 7.1.2.1
Serious Adverse Event Listing[1,2,3]
New Drug Clinical Trials
Source: Phase 2-3 Trials[4]
Sorting A: Randomized Treatment, Trial #, Investigator/Center #, Patient #[5]
Treatment = New Drug[6]
Cutoff Date[7]

| Trial | Center | Patient | Age (yrs) | Sex | Dose[8] (mg) | Time[9] (days) | Body System | Preferd Term | Adverse Event[10] | W/D[11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

[1] This is a line listing of all reported adverse events that met the sponsor's definition of being a *serious* adverse event, regardless of whether or not considered drug related, for all patients participating in the phase 2 to 3 trials in the development program. This listing is a critical component of the integrated safety summary.
[2] The variables included in this listing include:
-Trial #
-Center #
-Patient # (a unique number that identifies this patient in the NDA database)
-Age
-Sex
-Dose (in mg) at time of event onset
-Time, i.e., duration, of exposure (in days) at time of event onset
-Body system category for event (using COSTART or other thesaurus)
-Preferred term for event
-Adverse event as reported by investigator and/or patient
-An indication of whether or not the event led to withdrawal
-Serious Adverse Event Type (e.g., fatal, life-threatening).
The following additional variables may be considered for inclusion as well:
-Race
-Weight
-Height

57

*Contains Nonbinding Recommendations*

-Dose expressed as mg/kg, mg/mm$^2$, or even plasma concentration, if available
-Other drug treatment
-Severity of adverse event (mild, moderate, severe)
-Action taken (e.g., none; decrease dose; discontinue treatment)
-Outcome
-Causality assessment by investigator (definitely; probably; possibly; unlikely related)
-Location in NDA or CRF (e.g., patient narrative summary)

[3] The exact design of the table and whether or not it needs to be provided in electronic format should be established in discussions between the sponsor and the reviewing division.

[4] Similar listings may be provided for individual studies as part of full reports for such studies, and possibly for other pools that are subsets of this larger pool.

[5] It is essential to provide this listing in two different forms (i.e., sorting A (by patient) and sorting B (by adverse event)). This listing is for sorting A, by patient, and permits the reviewer to explore all the serious adverse events reported for each individual patient. Sorting B (by adverse event) should be as follows: Randomized Treatment, Body System, Preferred Term, Adverse Event, Trial, Center, Patient #, Age, Sex, Dose, Time, W/D. Sorting B permits the reviewer to explore all the reported serious adverse events of a similar type.

[6] This sample listing is for all new drug patients across all studies in the phase 2 to 3 development program. Similar listings should be provided for active control and placebo patients.

[7] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally, this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[8] This column should include the dose being administered (in mg/day) at the time the event occurred.

[9] This column should include the time (i.e., duration of exposure (in days)), at the time the event occurred. If the event occurred after discontinuation of drug, a footnote should note how long after discontinuation.

[10] This column should include the adverse event in the language reported by the investigator and/or patient (i.e., before coding).

[11] This column should include an indication of whether or not the adverse event led to discontinuation of the assigned treatment.

58

Exhibit B-87

*Contains Nonbinding Recommendations*

| Table 7.1.3.1.1 Dropout Profile: Incidence of Dropout by Treatment Group and Reason for Phase 2 to 3 Studies with New Drug[1,2,3] Cutoff Date[4]: | | | |
|---|---|---|---|
| **Reasons for Dropout**[5] | **Treatment Groups**[6] | | |
| | **New Drug N =** | **Placebo N =** | **Active Control N =** |
| **Lack of Efficacy** | %[7] | % | % |
| **Adverse Event** | % | % | % |
| **Lost to Follow up** | % | % | % |
| **Other** | % | % | % |
| **Total Dropouts** | % | % | % |

[1]This sample table should be based on a pool of all trials in the phase 2 to 3 development program. Similar tables may be appropriate for other subgroups within the phase 2 to 3 program (e.g., a table should be provided for a pool of all similarly designed short-term placebo controlled trials). Similar tables may be appropriate for certain individual trials of interest.

[2]Patients participating in crossover trials should be enumerated for each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing new drug, active control, and placebo would be included in all three columns).

[3]This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[4]This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[5]This sample table includes 4 categories for dropout, but a more detailed breakdown may be of interest as well.
- The adverse event category here would include all patients identified as dropping out for adverse events, regardless of whether or not the events were judged by the investigator or sponsor to be drug related and regardless of what other reasons may have been identified in association with dropout. Patients identified as dropping out for intercurrent illness would ordinarily be included under this adverse event category. Similarly, a patient identified as dropping out for an adverse event and lack of efficacy would also ordinarily be included under this adverse event category.
- Lost-to-follow up is an important outcome to track, since it reflects on the overall conduct of the studies.
- The *other* category is intended to include all other reasons that may generally be considered nontreatment related. This category is often identified as *administrative*, and includes such reasons as patient refused further participation, patient moved away, patient improved, patient not eligible, protocol violation, unknown.
- Decisions about what categories to include should be made in consultation with the reviewing division.

[6]In the sample table, only 1 column is provided for an *active control* group. One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division. Similarly, for this table, only 1 column is provided for new drug, with the implication that all new drug patients, regardless of dose, should be included in the calculations for that column. Other approaches (e.g., distinguishing patients on the basis of dose) may be

59

*Contains Nonbinding Recommendations*

equally appropriate.  The N's in these column headings should match the N's in Table 5.1.1.1., and if not, an explanation should be provided in a footnote.

[7]Numbers for this table should be rounded to the nearest integer.

60

Exhibit B-89

*Contains Nonbinding Recommendations*

Table 7.1.3.2.1
Adverse Event Dropout Listing[1,2,3]
New Drug Clinical Trials
Source: Phase 2-3 Database[4]
Sorting A: Randomized Treatment, Trial #, Investigator/Center #, Patient #[5]
Treatment = New Drug[6]
Cutoff Date[7]:

| Trial | Center | Patient | Age (yrs) | Sex | Dose[8] (mg) | Time[9] (days) | Body System | Prefrd Term | Adverse Event[10] | Serious[11] | Outcome[12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

61

*Contains Nonbinding Recommendations*

[1] This is a line listing of all reported adverse events identified as leading to discontinuation, regardless of whether or not they were considered drug related, for all patients participating in trials identified as sources for this listing. Thus, all events categorized as *intercurrent illness* leading to discontinuation would, nevertheless, be included in this listing, and any judgments about attribution can be included in the narrative summary. This listing is a critical component of the integrated safety summary.

[2] The variables included in this listing include:

-Trial #
-Center #
-Patient # (a unique number that identifies this patient in the NDA database)
-Age
-Sex
-Dose (in mg) at time of event onset
-Time (i.e., duration, of exposure (in days) at time of event onset)
-Body system category for event (using COSTART or other thesaurus)
-Preferred term for event
-Adverse event as reported by investigator and/or patient
-An indication of whether or not the event met definition for serious
-Outcome

The following additional variables may be considered for inclusion as well:

-Race
-Weight
-Height
-Dose expressed as mg/kg, mg/mm$^2$, or even plasma concentration, if available
-Other drug treatment
-Severity of adverse event (mild, moderate, severe)
-Action taken (e.g., none; decrease dose, discontinue treatment)
-Causality assessment by investigator (related, not related)
-Location in NDA of CRF, patient narrative summary)

[3] The exact design of the table and whether or not it needs to be provided in electronic format should be established in discussions between the sponsor and the reviewing division.

[4] Similar listings may be provided for individual studies as part of full reports for such studies and, possibly, for other pools that are subsets of this larger pool.

[5] It is essential to provide this listing in two different forms (i.e., sorting A (by patient) and sorting B (by adverse event)). This listing is for sorting A, by patient, and permits the reviewer to explore all the adverse events reported as leading to discontinuation for each individual patient. Sorting B (by adverse event) should be as follows: Randomized Treatment, Body System, Preferred Term, Adverse Event, Trial, Center, Patient #, Age, Sex, Dose, Time, Serious. Sorting B permits the reviewer to explore all the adverse events of a similar type reported as leading to discontinuation.

[6] This sample listing is for all new drug patients across all studies in the phase 2 to 3 development program. Similar listings should be provided for active control and placebo patients.

[7] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

62

*Contains Nonbinding Recommendations*

[8] This column should include the dose being administered (in mg/day) at the time the event occurred.

[9] This column should include the time (i.e., duration of exposure (in days)) at the time the event occurred.

[10] This column should include the adverse event in the language reported by the investigator and/or patient, i.e., before coding.

[11] This column should include an indication of whether or not the adverse event met the criteria for *serious* as defined for the development program overall.

[12] This column should categorize the outcome upon follow up evaluation for the adverse event leading to discontinuation, as follows:

(R)  Resolved
(P)  Persisting
(U)  Unknown

63

*Contains Nonbinding Recommendations*

Table 7.1.5.2.1
Treatment Emergent Adverse Event Listing[1,2,3]
New Drug Clinical Trials
Source: Phase 2-3 Database[4]
Sorting A: Randomized Treatment, Trial #, Investigator/Center #, Patient #[5]
Treatment = New Drug[6]
Cutoff Date[7]:

| Trial | Center | Patient | Age (yrs) | Sex | Dose[8] (mg) | Time[9] (days) | Body System | Preferred Term | Adverse Event[10] | Serious[11] | W/D[12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

[1]This is a line listing of all reported treatment emergent adverse events, regardless of whether or not they were considered drug related, for all patients participating in trials identified as sources for this listing. A footnote should identify all studies contributing to this pool.
[2]The variables included in this listing include:
-Trial #
-Center #
-Patient # (a unique number that identifies this patient in the NDA database)
-Age
-Sex
-Dose (in mg) at time of event onset
-Time (i.e., duration, of exposure (in days) at time of event onset)
-Body system category for event (using COSTART or other thesaurus)
-Preferred term for event
-Adverse event as reported by investigator and/or patient
-An indication of whether or not the event met definition for serious
-An indication of whether or not the event led to withdrawal

The following additional variables may be considered for inclusion as well:

64

Exhibit B-93

*Contains Nonbinding Recommendations*

-Race
-Weight
-Height
-Dose expressed as mg/kg, mg/mm$^2$, or even plasma concentration, if available
-Other drug treatment
-Duration of adverse event
-Timing of adverse event relative to last dose
-Severity of adverse event (mild, moderate, severe)
-Action taken (none, decrease dose, discontinue treatment)
-Outcome
-Causality assessment by investigator (definitely, probably, possibly, or unlikely related)
-Location in NDA of CRF, patient narrative summary

[3] The exact design of the table and whether or not it needs to be provided in electronic format should be established in discussions between the sponsor and the reviewing division.

[4] Similar listings may be provided for individual studies as part of full reports for such studies, and possibly for other pools that are subsets of this larger pool.

[5] It is essential to provide this listing in two different forms (i.e., sorting A (by patient) and sorting B (by adverse event)).  This listing is for sorting A, by patient, and permits the reviewer to explore all the adverse events reported for each individual patient.  Sorting B (by adverse event (i.e., 1 row for each occurrence of each adverse event)) should be as follows: Randomized Treatment, Body System, Preferred Term, Adverse Event, Trial, Center, Patient #, Age, Sex, Dose, Time, Serious, W/D.  Sorting B permits the reviewer to explore all the reported adverse events of a similar type.

[6] This sample listing is for new drug patients (i.e., for all patients exposed to New Drug in the phase 2 to 3 studies that are part of the Integrated Primary Database).  Similar listings should be provided for active control and placebo patients.

[7] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry).  Generally this date should be no more than several months prior to the submission date for an NDA.  This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[8] This column should include the dose being administered (in mg/day) at the time the event occurred.

[9] This column should include the time (i.e., duration of exposure (in days)) at the time the event occurred.

[10] This column should include the adverse event in the language reported by the investigator and/or patient (i.e., before coding).

[11] This column should include an indication of whether or not the adverse event met the criteria for *serious* as defined for the development program overall.

[12] This column should include an indication of whether or not the adverse event led to discontinuation of the assigned treatment.

65

*Contains Nonbinding Recommendations*

| Table 7.1.5.3.1<br>Treatment-Emergent Adverse Event Incidence<br>for Pool of 6-Week Placebo-Controlled Trials[1-10]<br>Cutoff Date[11]: | | | |
|---|---|---|---|
| Body System/<br>Adverse Event[12-14] | Percentage of Patients Reporting Event[15] | | |
| | New Drug<br>N[16]= | Active Control<br>N= | Placebo<br>N= |
| **Body as a Whole** | | | |
| Headache | | | |
| Etc. | | | |
| **Cardiovascular System** | | | |
| Postural Hypotension | | | |
| Etc. | | | |
| **Gastrointestinal System** | | | |
| Constipation | | | |
| Etc. | | | |
| . | | | |
| . | | | |
| **Urogenital System**<br>Impotence[17] | | | |
| Etc. | | | |
| . | | | |
| . | | | |

[1]This table compares the incidence of treatment emergent adverse events across treatment groups for a pool of similarly designed placebo-controlled trials of new drug. Generally, an arbitrary threshold incidence for new drug patients is used as a criterion for selecting adverse events to include; ≥ 1% for new drug is a commonly used rule, but others may be equally appropriate. The criterion used should be noted in the table title or in a footnote.

[2]Study pools other than those described for this sample table may be equally appropriate, and similar tables useful for individual trials may also be of interest.

[3]In the sample table, only 1 column is provided for an *active control* group. One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division.

[4]Similarly, for this table, only 1 column is provided for new drug, with the implication that all new drug patients, regardless of dose, should be included in the calculations for that column. Other approaches (e.g., dividing patients on the basis of dose), may be equally appropriate. If the studies used were fixed-dose studies,

66

*Contains Nonbinding Recommendations*

it is generally most informative to preserve the dose categories in constructing this table. However, dose categories that are not relevant to the doses that are being recommended for use may reasonably be omitted from this table. It is generally not useful to try to artificially construct dose categories from dose titration studies, since there is often confounding of dose and time.

[5]Data are often available on the investigator's opinion regarding whether or not any particular adverse event was in fact related to the drug being taken. Some reviewers consider this useful information and may construct tables that include only those events considered possibly, probably, or definitely drug-related by the investigator. Others ignore such judgments and include all reported adverse events, with the view that the control groups, especially placebo if present, should permit one to make causality decisions, regardless of the investigators' judgments about drug-relatedness. Either approach can be acceptable, but it is critical that a footnote indicate clearly when adverse events are not included due to investigators' judgments that they were not drug-related, since this approach may reduce the adverse event rates that appear in the table.

[6]Data are also often available on the intensity of the reported adverse events, generally including categories of *mild, moderate, or severe*. Adverse event tables may ignore such classifications and pool all events together, or some attempt may be made to focus only on a subset of reported events (e.g., only those classified as *severe*). Again, either approach is acceptable, but it is important to describe in a footnote what approach was taken.

[7]Not uncommonly, a new drug is developed for more than one indication. If adverse event rates appear to be to occur at similar rates across the indications, it may be reasonable to pool the data in creating an adverse event table, possibly one providing greater precision. However, it is not inconceivable that adverse event rates may vary depending on the population studied, and if this appears to be the case, pooling may not be appropriate.

[8]Adverse events that occur at a rate for placebo that is $\geq$ the rate for new drug should be removed from the table and noted only as a footnote.

[9]Patients participating in crossover trials should be included in the calculations for each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing new drug, active control, and placebo would be included in the calculations for all three columns).

[10]This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[11]This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[12]Adverse events should be organized under body system categories.

[13]Within each body system category, adverse events should be ordered according to decreasing frequency.

[14]Adverse events during exposure are generally obtained by spontaneous report and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. Generally a table of this type should use these preferred adverse event terms, and a footnote should identify the system used for coding investigator terms. Adverse event terms that convey no useful information (e.g., joint disorder), should be replaced by more clinically useful terms or deleted.

[15]Percentages should be rounded to the nearest integer. Although not strictly hypothesis testing, p-values give some feeling for the strength of the finding and should be produced for all new drug/placebo pairwise comparisons and any p-values meeting a $p < 0.05$ level of significance should be noted by an asterisk (*) as a superscript to the %.

[16]The N for each column should be provided at the column heading, so that only the percentage of patients having that adverse event need be included in the table, and not the actual number.

[17]The rates for gender specific adverse events (e.g., impotence) should be determined using the appropriate gender specific denominator, and this fact should be indicated with a footnote.

*Contains Nonbinding Recommendations*

Table 7.1.7.3.1.1
Mean Change from Baseline for Serum Chemistry Parameters [1]
in Pool of Placebo-Controlled Studies [2,3,4]
Cutoff Date [5]:

| Serum Chemistry Parameters and Units of Measure [6] | Treatment Groups [7,8] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | New Drug | | | Placebo | | | Active Control | | |
| | N [9] | BL [10] | Change from BL [11] | N | BL | Change from BL | N | BL | Change from BL |
| Albumin (g/dl) | | | | | | | | | |
| Alkaline Phosphatase (U/L) | | | | | | | | | |
| Bilirubin, total (mg/dl) | | | | | | | | | |
| BUN (mg/dl) | | | | | | | | | |
| CK (U/L) | | | | | | | | | |
| Calcium (mg/dl) | | | | | | | | | |
| Cholesterol (mg/dl) | | | | | | | | | |
| Creatinine (mg/dl) | | | | | | | | | |
| GGT (U/L) | | | | | | | | | |
| Glucose (mg/dl) | | | | | | | | | |
| LDH (U/L) | | | | | | | | | |
| Phosphorus (mg/dl) | | | | | | | | | |
| Potassium (mmol/L) | | | | | | | | | |

68

*Contains Nonbinding Recommendations*

| | | | |
|---|---|---|---|
| Sodium (mmol/L) | | | |
| Triglycerides (mg/dl) | | | |
| Uric Acid (mg/dl) | | | |

[1] This table provides data comparing the mean change from baseline across treatment groups for serum chemistry parameters. An acceptable alternative would be to provide median change from baseline. The postmeasurement is generally the worst value during treatment.

[2] This sample table is based on a pool of similarly designed placebo controlled trials. Other pools, as well as individual trials may also be of interest.

[3] Patients participating in crossover trials should be enumerated for each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing New Drug, active control, and placebo would be included in all three columns).

[4] This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[5] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[6] The parameters included in this list are for illustration. In general, the list should include all those serum chemistry parameters measured in whatever pool of studies is the focus of the table. Similarly, the units of measure are for illustration, and these details should be worked out in consultation with the reviewing division.

[7] In the sample table, only 1 column is provided for an *active control* group. One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division.

[8] Similarly, for this table, only 1 column is provided for new drug, with the implication that all new drug patients, regardless of dose, should be included in the calculations for that column. Other approaches (e.g., dividing patients on the basis of dose), may be equally appropriate. If the studies used were fixed-dose studies, it is generally most informative to preserve the dose categories in constructing this table. However, dose categories that are not relevant to the doses that are being recommended for use may reasonably be omitted from this table. It is generally not useful to try to artificially construct dose categories from dose titration studies, since there is often confounding of dose and time.

[9] N represents the number of patients who had the serum chemistry parameter of interest assessed at baseline and at least one follow up time.

[10] This column should provide the baseline means for all the serum chemistry parameters of interest.

[11] This column should provide the mean change from baseline to patient's worst on drug value for each of the serum chemistry parameters of interest. While not hypothesis testing, p-values provide some measures of the strength of the finding and should be produced for all new drug/placebo pairwise comparisons and any p-values meeting a p < 0.05 level of significance criterion should be noted by an asterisk (*) as a superscript to the mean change from baseline.

69

*Contains Nonbinding Recommendations*

Table 7.1.7.3.2.1

Incidence of Potentially Clinically Significant Changes in Serum Chemistry Parameters[1] for Pool of Placebo Controlled Studies for New Drug[2,3,4] Cutoff Date[5]:

| Serum Chemistry Parameters and PCS Criteria[7] L=Low; H=High; ULN=Upper Limits of Normal | Treatment Groups[6] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | New Drug | | | Placebo | | | Active Control | |
| | Total Pts[8] | Abnormal | | Total Pts | Abnormal | | Total Pts | Abnormal |
| | | Nbr[9] | %[10] | | Nbr | % | | Nbr | % |
| Albumin-L (< 2.5 g/dl) | | | | | | | | | |
| Alkaline P'tase-H (> 400 U/L) | | | | | | | | | |
| Bilirubin, total-H (> 2 mg/dl) | | | | | | | | | |
| BUN-H (> 30 mg/dl) | | | | | | | | | |
| CK-H (> 3XULN) | | | | | | | | | |
| Calcium-L (< 7 mg/dl) | | | | | | | | | |
| Caicium-H (> 12 mg/dl) | | | | | | | | | |
| Cholesterol-H (> 300 mg/dl) | | | | | | | | | |
| Creatinine-H (> 2 mg/dl) | | | | | | | | | |
| GGT-H (> 3XULN) | | | | | | | | | |
| Glucose-L (< 50 mg/dl) | | | | | | | | | |
| Glucose-H (> 250 mg/dl) | | | | | | | | | |

70

Exhibit B-99

*Contains Nonbinding Recommendations*

| | | | | | |
|---|---|---|---|---|---|
| LDH-H (> 3XULN) | | | | | |
| Phosphorus-L (< 2.0 mg/dl) | | | | | |
| Phosphorus-H (> 5.0 mg/dl) | | | | | |
| Potassium-L (< 3.0 mmol/L) | | | | | |
| Potassium-H (> 5.5 mmol/L) | | | | | |
| SGOT/AST-H (> 3XULN) | | | | | |
| SGPT/ALT-H (> 3XULN) | | | | | |
| Sodium-L (< 130 mmol/L) | | | | | |
| Sodium-H (> 150 mmol/L) | | | | | |
| Triglycerides-H (> 300 mg/dl) | | | | | |
| Uric Acid (F)-H (> 8.0 mg/dl) | | | | | |
| Uric Acid (M)-H (> 10.0 mg/dl) | | | | | |

[1] This table provides data comparing the incidence across treatment groups of patients who were normal at baseline meeting criteria of having had a change on any of the listed serum chemistry parameters of potential clinical significance (PCS). Separate listings should be provided for patients who were abnormal at baseline and met these PCS criteria.

[2] This sample table is based on a pool of similarly designed placebo controlled trials. Other pools, as well as individual trials may also be of interest.

[3] Patients participating in crossover trials should be enumerated for each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing New Drug, active control, and placebo would be included in all three columns).

[4] This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[5] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry. Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[6] In the sample table, only 1 column is provided for an *active control* group. One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division. Similarly, for this table, only 1 column is provided for new drug, with the implication that all new drug patients, regardless of dose, should be included in the calculations for that column. Other approaches (e.g., distinguishing patients on the basis of dose), may be equally appropriate.

Exhibit B-100

*Contains Nonbinding Recommendations*

[7]The parameters included in this list are for illustration.  In general, the list should include all those serum chemistry parameters measured in whatever pool of studies is the focus of the table.  Similarly, the proposed criteria for *potentially clinically significant* are for illustration, and these details should be worked out in consultation with the reviewing division.

[8]The total number of patients for each parameter should represent the number of patients for the treatment group who (1) had that parameter assessed at baseline and at least one follow up time and (2) for whom the baseline assessment was normal.

[9]The number abnormal represents the subset of the total number who met the criterion in question at least once during treatment.  A separate listing should provide patient identification for those patients meeting the criterion.

[10]Percentage of the total number meeting the criterion should be rounded to the nearest integer.  While not strictly hypothesis testing, p-values should be produced for all new drug/placebo pairwise comparisons and any p-values meeting a $p < 0.05$ level of significance should be noted by an asterisk (*) as a superscript to the %.

72

*Contains Nonbinding Recommendations*

**Table 7.1.7.5.1**
**Hepatotoxicity Evaluation**

I.   Data Collection
    A.   Overview of liver chemistry data (tests performed, frequency, specific follow-up plans for abnormal values)
    B.   Specific follow-up plan if chemistry is elevated at end of treatment
    C.   Re-challenge plan, if any
    D.   Exclusions from studies because of liver chemistry abnormalities, if any

II.  Observations

    A.   Abnormal liver chemistries seen in controlled trials (separate for pooled placebo controlled, active controlled) with greater than two week exposure.  Rates can be given as events/exposed; positive findings can be also analyzed as events per patient year and examined for rates over time.
        1.   Rates of 3x, 5x, 10x, 20x ULN elevations of AST (SGOT), ALT (SGPT), and either ALT or AST
        2.   Rates of any elevations of bilirubin; rate of elevated bilirubin to >1.5x ULN
        3.   Rates of alkaline phosphatase (AP) $\geq$ 1.5x ULN
        4.   Rates of elevated transaminase accompanied by elevated bilirubin.

    All rates should be given for both drug and control group.

    B.   For total database with exposure $\geq$ two weeks (i.e., including uncontrolled)
        Same as for controlled database (1-4)
    C.   Individual events
        1.   Listing of patients with any elevated transaminase (>3x ULN), without more than slight AP elevation, associated with increase in bilirubin to > ULN.
        2.   Show time course of enzyme and bilirubin elevations
        3.   For such patients, review clinical situation
            a.   Ethanol history
            b.   Evidence viral hepatitis
            c.   Symptoms and course – follow-up is particularly important to detect underlying liver disease
            d.   Special studies, notably Bx
            e.   Possible confounding, including concomitant illness, concomitant medications (known hepatotoxins, including acetaminophen)

III. Possible problems/signals
    A.   Any patient with elevated transaminase (to at least 3x ULN, generally higher), no evidence of obstruction (elevated AP) and even modestly (2X ULN) elevated bilirubin.  Greater elevation of bilirubin is stronger signal.
    B.   Greater rate than control of 3x, 5x, 10x, etc. elevations of transamisne.

Exhibit B-102

*Contains Nonbinding Recommendations*

| Table 7.2.1.1.1 Enumeration of Subjects/Patients for New Drug Development Program[1,2,3,4] Cutoff Date[5]: | | | |
|---|---|---|---|
| **Study Groups** | **Treatment Groups** | | |
| | **New Drug** | **Active Control[6]** | **Placebo** |
| **Completed Phase 1 (Clinical Pharmacology)** | | | |
| Single Dose | 120 | 30 | 30 |
| Multiple Dose | 60 | 30 | 30 |
| Ph 1 Subtotal | 180 | 60 | 60 |
| **Completed Phase 2-3 (Studies of Proposed Indication)** | | | |
| Placebo Control[7] | | | |
| Fixed Dose | 500 | 150 | 150 |
| Flexible Dose | 100 | 100 | 100 |
| Active Control | | | |
| Fixed Dose | 200 | 100 | 0 |
| Flexible Dose | 100 | 100 | 0 |
| Uncontrolled | | | |
| Short Term | 100 | 0 | 0 |
| Long Term | 700 | 0 | 0 |
| Ph 2-3 Subtotal | 1200[8] | 450 | 250 |
| **Ongoing Phase 2-3 Studies (Studies of Proposed Indication)** | | | |
| Placebo Control | | | |
| Flexible Dose | 150[9] | 0 | 150[9] |
| SD Subtotal | 120 | 30 | 30 |
| MD Subtotal | 1410 | 480 | 430 |
| Grand Total | 1530 | 510 | 460 |

[1]This table provides a count by study type of the subjects/patients exposed to new drug, active control, and placebo across the entire set of studies in the development program that contributed safety and efficacy data for new drug. It should include all subjects/patients known or assumed to have received even a single dose of assigned treatment. It should exclude subjects/patients who are known not to have received any of the assigned treatments or for whom no follow up information is available subsequent to the assumed receipt of

74

*Contains Nonbinding Recommendations*

assigned treatment.  A separate listing of all such patients should be provided.  [Note: If this list includes more than a few patients, this may indicate a potentially important problem in the conduct of studies.]

In creating this table, it is necessary to classify and group studies on the basis of several characteristics.  For the purposes of this table, the following characteristics and distinctions were deemed important:

- -Phase 1 vs Phases 2 to 3
- -Completed vs Ongoing and Blinded
- -Single Dose vs Multiple Dose
- -Controlled vs Uncontrolled
- -Short-Term vs Long-Term
- -Placebo-Controlled vs Active-Controlled
- -Fixed Dose vs Flexible Dose

Obviously, there are other features that may be important as well, and that could lead to additional breakdowns within the table or to separate tables (e.g., different indications, inpatient vs outpatient status, differences in the quality and completeness of data collected across different studies, foreign vs domestic).  The characteristics to be used in classifying studies for the purpose of this table should be decided in consultation with the designated reviewing division at FDA.

In addition to this table that enumerates patients by category of study, it would be useful to have a table that enumerates patients by each individual study in the development program.  This would be an expanded version of the above table that enumerates patients for each study (i.e., each of the categories in the above table would identify and provide data for the individual studies comprising that category).  Sponsors ordinarily provide such a table.

[2]Patients participating in crossover trials should be counted in each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing new drug, active control, and placebo would be counted in all three columns).

[3]Footnotes to this table should identify by study number all those studies comprising the various study groupings for this table.  For example, in the sample table, the fixed dose placebo controlled trials contributing to the counts for that category should be listed in a footnote, and similarly for all other categories.

[4]This table should be provided by the sponsor in electronic format.  The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[5]This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry).  Generally this date should be no more than several months prior to the submission date for an NDA.  This date as well as this table likely need to be updated during the course of NDA review as more data become available.

[6]In the sample table, only 1 column is provided for an *active control* group.  One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division.

[7]In this table, a decision was made to pool all studies having a placebo arm, whether or not an active control arm was also included.  Thus, the active control category includes only those active control studies that did not have a placebo control arm.  Other approaches to grouping studies may be equally appropriate.

[8]The intent of this table is to provide a count of unique subjects/patients exposed to new drug, etc. in the development program.  Since patients often participate in more than 1 study in a development program, it is necessary to have an approach to avoid counting patients more than once for the subtotals and grand totals.  The approach used in this table is to include in parentheses in the pertinent cells of the table a count of the patients in that cell total who have already been counted by virtue of having participated in a previous study (e.g., a patient in an open extension trial should have been previously counted in an acute, controlled phase).  The subtotals of unique individuals exposed to the assigned treatment can then be calculated by subtracting the sum of all numbers in parentheses from the sum of all the cell totals for each column (e.g., in this table, the completed phase 2 to 3 subtotal for new drug is 1700 less the 500 patients already counted in short-term controlled trials, or 1200).

75

*Contains Nonbinding Recommendations*

[9]Frequently, some studies may be ongoing and blinded at the time of NDA submission, even though some individual patients having experienced serious adverse events may have been unblinded. In these instances, the table should include estimates of the numbers of patients exposed to new drug, etc. from these studies, since exact counts may not be available. Footnotes should indicate when the table entries are based on estimates rather than exact counts.

| Table 7.2.1.2.1 Demographic Profile for Phase 2-3 Studies with New Drug[1,2,3,4,5] Cutoff Date[6]: | | | |
|---|---|---|---|
| **Demographic Parameters** | **Treatment Groups[7,8]** | | |
| | **New Drug N =** | **Placebo N =** | **Active Control N =** |
| **Age (years)** **Mean** **Range** **Groups[9]** | | | |
| < 40 | % | % | % |
| 40-64 | % | % | % |
| $\geq$ 65 | % | % | % |
| **Sex** **Female** **Male** | % % | % % | % % |
| **Race[10]** **Caucasian** **Non-Caucasian** | % % | % % | % % |
| **Weight (kg)** **Mean** **Range** | | | |

[1]This table should be based on a pool of all trials in the phase 2 to 3 development program. Similar tables may be appropriate for other subgroups within the phase 2 to 3 program and also for certain individual trials of interest. The specific trials included should be listed.
[2]Patients participating in crossover trials should be included in the calculations for each of the pertinent columns of the table (e.g., a patient receiving treatment in each of the three arms of a 3-way crossover study comparing New Drug, active control, and placebo would be included in the calculations for all three columns).
[3]Numbers for this table should be rounded to the nearest integer.
[4]This sample table includes 4 demographic categories of obvious interest, however, others may be of interest as well (e.g., height, severity on baseline measures of disease severity). It may also be of interest to look at combinations of characteristics, such as gender and age (e.g., women under 50).
[5]This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

76

*Contains Nonbinding Recommendations*

[6]This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[7]In the sample table, only 1 column is provided for an *active control* group. One such category may suffice for certain NDAs, but may not for others, and the decision regarding how to categorize active control patients should be made in consultation with the reviewing division. Similarly, for this table, only 1 column is provided for new drug, with the implication that all new drug patients, regardless of dose, should be included in the calculations for that column. Other approaches (e.g., distinguishing patients on the basis of dose), may be equally appropriate.

[8]If, as is often the case, the Ns available for calculating any particular demographic parameter are less than the Ns in the column headings, these Ns should be provided, along with an explanation, in footnotes.

[9]If there are pediatric exposures, these should be broken out as well.

[10]Other approaches to racial categorization may be substituted for that proposed in this sample table.

Exhibit B-106

*Contains Nonbinding Recommendations*

**Table 7.2.1.3.1**

Number (Percent) of Patients Receiving New Drug According to Mean[1,2,3,4,5,6,7] Daily Dose and Duration of Therapy in Phase 2-3 Studies (N=2500) Cutoff Date[8]:

| Duration (Weeks) | Dose[9] (mg) | | | | | | Total (AnyDos) | (%) |
|---|---|---|---|---|---|---|---|---|
| | 0<Dos≤5 | 5<Dos≤10 | 10<Dos≤20 | 20<Dos≤30 | 30<Dos≤50 | 50<Dos | | |
| 0<Dur≤1 | 6 | 19 | 31 | 31 | 25 | 13 | 125 | (5%) |
| 1≤Dur<2 | 6 | 19 | 31 | 31 | 25 | 13 | 125 | (5%) |
| 2≤Dur<4 | 13 | 37 | 62 | 63 | 50 | 25 | 250 | (10%) |
| 4≤Dur<12 | 31 | 94 | 156 | 156 | 125 | 63 | 625 | (25%) |
| 12≤Dur<24 | 25 | 75 | 125 | 125 | 100 | 50 | 500 | (20%) |
| 24≤Dur<48 | 25 | 75 | 125 | 125 | 100 | 50 | 500 | (20%) |
| 48≤Dur<96 | 13 | 37 | 62 | 63 | 50 | 25 | 250 | (10%) |
| 96≤Dur | 6 | 19 | 31 | 31 | 25 | 13 | 125 | (5%) |
| Total (AnyDur) | 125 | 375 | 623 | 625 | 500 | 252 | 2500 | (100%) |
| (%) | (5%) | (15%) | (25%) | (25%) | (20%) | (10%) | (100%) | |

[1]This table is calculated by first categorizing patients on the basis of the interval of exposure for each (e.g., a patient exposed for 6 weeks would be counted in the 4<Dur≤12 row). The mean daily dose is then calculated for each patient for dose categorization (e.g., a 6-week patient with a mean daily dose of 15 mg would be counted in the 10<Dos≤20 column). Patients are enumerated in only 1 cell of the matrix (i.e., this is a mutually exclusive display). The dose and duration intervals need not to be designed specifically for the drug of interest. The specific trials included should be listed. As with any table summarizing

78

*Contains Nonbinding Recommendations*

data from disparate sources, it does not address all information needs, and it should be interpreted with caution (e.g., mean doses in the 4-12 row refer to mean doses over 0-12 weeks, not 4-12 as one might think). Nevertheless, the information provided provides useful information.

[2] Similar tables can be prepared for median, for modal, and for maximum dose.

[3] The same table can be generated for any individual study or for any pool of studies.

[4] The same table can be generated for any subgroup of interest (e.g., on the basis of age, sex, race, comorbid condition, concomitant medications, or any combination of these factors).

[5] Similar tables should be provided for active control drugs and placebo.

[6] If the total N for this table does not match the total N from Table 5.1.1.1, as may be the case (e.g., if dose or duration data are not available for all exposed patients counted in Table 5.1.1.1, a footnote should provide an explanation for the discrepancy).

[7] This table should be provided by the sponsor in electronic format. The exact design of the table and the preferred electronic format should be established in discussions between the sponsor and the reviewing division.

[8] This is the data lock date for entering data into this table (i.e., the date beyond which additional exposed patients were not available for entry). Generally this date should be no more than several months prior to the submission date for an NDA. This date as well as this table may likely need to be updated during the course of NDA review as more data become available.

[9] Dose may also be expressed as mg/kg, mg/m$^2$, or in terms of plasma concentration if such data are available.

79

# EXHIBIT C

Exhibit C-109

David Healy                                                                                            - 1 -

# CURRICULUM VITAE
Prepared January 2024


**DAVID HEALY MB, MD, FRCPsych**
**Professor of Psychiatry**
**Founder and Chief Scientific Officer**
**Centre for Data Based Medicine**

**E-Mail: David.Healy54@Gmail.com**


| | |
|---|---|
| **Citizenship:** | **Republic of Ireland** |
| **Country of Residence:** | **United Kingdom** |

## APPOINTMENTS

| | |
|---|---|
| January 2023 | Chief Scientific Officer, Data Based Medicine Americas |
| July 2019 – 2022 | Professor, Dept of Family Medicine, McMaster University, Canada |
| January 2014 | Professor of Psychiatry, Bangor University, UK |
| November 2004 | Professor of Psychiatry, Cardiff University, UK |
| March 2004 | Adjunct Professor in Centre for Social and Community Research Murdoch University, Perth, March 2004 – February 2007 |
| April 2001/05 | Visiting Professor, University of Toronto Faculty of Medicine |
| Feb 1996 | Reader in Psychological Medicine Division of Psychological Medicine, University of Wales College of Medicine (UWCM). |
| Feb 1992 | Director, North Wales Department of Psychological Medicine (UWCM). |
| Jan 1990 | Senior Lecturer in N Wales Dept of Psychological Medicine Division of Psychological Medicine University of Wales College of Medicine (UWCM), & Honorary Consultant in Psychiatry, North Wales |

Exhibit C-110

David Healy                                                                                      - 2 -

## EDUCATION

**Medical Education:**            University College Dublin, 1973-1979, MB BCh BAO
                                  1st Medical Class Prize & Scholarship
                                  MD (PhD in US) awarded in December 1986

**Psychiatric Training:**         Member Royal College of Psychiatrists - Spring 1985
                                  Fellow Royal College of Psychiatrists - Spring 1996

**Post-Graduate Clinical Training:**

   1.  September 1980 – June 1984
I was a Senior House Officer based at the Psychiatric Unit in Galway University Hospital,
primarily with Professor PA Carney, but also with Professor TJ Fahy, and Dr A Carroll (child
psychiatry). The training included regular ward rounds, outpatient clinics, on-call duties,
community outreach visits, delivery of electroconvulsive therapy (ECT), case conferences, and
post-graduate education sessions.

This training was undertaken while I was also undertaking research for a doctoral thesis.

   2.  July 1984 – June 1985.
I was a Psychiatric Registrar with Dr G Mullet and Professor M Webb in St James Hospital
Dublin as part of the St Patrick's Hospital psychiatric rotation. The training included routine
ward rounds, outpatient clinics, on-call duties, community outreach, delivery of ECT, case
conferences and post-graduate education sessions.

   3.  July 1985 - December 1985
This period was devoted to writing up my doctoral thesis but also included outpatient and on-
call work in the Regional Hospital Galway..

   4.  January 1986 - March 1986
Psychiatric Registrar, St Mary's Hospital, Castlebar covering ward rounds, outpatient clinics,
on-call duties, community outreach, and delivery of ECT.

   5.  April 1986 – July 1988
I was an Honorary Senior Registrar and Clinical Research Fellow on the East Anglian
Rotational Training Scheme, based with Professor ES Paykel, and Drs J Dowson and GE
Berrios at Addenbrooke's Hospital in Cambridge and Fulbourn Hospital in Fulbourn. My duties
involved taking ward rounds, outpatient clinics, and on-call, covering general adult psychiatry.
I was also involved in teaching medical students and psychiatric trainees both in Cambridge
and the wider East Anglian region.

   6.  August 1988 – July 1989
I was a Senior Registrar in Psychogeriatric Psychiatry with Drs E Tyms and P Brook based at
Fulbourn Hospital, Hinchingbrooke Hospital and centres in St Ives and St Neots, covering ward
rounds, outpatient clinics, on-call duties and the delivery of ECT.

   7.  August 1989 – January 1990.
Senior Registrar in Hellesdon Hospital Norwich with Dr Daphne Rumball covering general adult
psychiatry and substance misuse.

Exhibit C-111

David Healy                                                                                      - 3 -

    8.  January 1990 – April 1990
Locum consultant in Norwich covering Substance misuse and general adult psychiatry.

**Clinical Appointments:**

In 1990, I was appointed to a joint academic/clinical post in the psychiatry in the University of Wales and the then North Wales Health Authority, now the Betsi Cadwaladr University Health Board.

My clinical duties from May 1990 to 2019 involved:

- Inpatient cover in the Hergest Unit, a District General Hospital, mental health unit.
- Outpatient and community cover with the Roslin Community Mental Health Team in Llandudno
- Delivery of an ECT service
- Delivery of a specialist psychopharmacology consultation service
- Liaison cover for Ysbyty Gwynedd District General Hospital
- On-call cover for North West Wales

I was registered with the Irish Medical Council from July 1979 to June 1986.

I was registered with the General Medical Council in Britain from April 1986 to the present.

I was registered with the College of Physicians and Surgeons of Ontario from 2019 to 2022.

As of February 2020, I was working with the Guelph Family Health Team and the Welland-McMaster Family Health Team in Ontario.

I have had no sick leave or periods of absence from July 1979 to the present.

Exhibit C-112

David Healy                                                                 - 4 -

## ROYAL COLLEGE of PSYCHIATRISTS ACTIVITIES
Senior Organiser MRCPsych exam 1991-1993
Scheme Organiser for Senior/Specialist Registrars 1992-1997.
MRCPsych Part I examiner
College representative on Appointment Committees
Assessor of Membership Research Projects

## RESEARCH TRAINING
MD thesis commenced August 1980,
Supervised by Brian Leonard, Prof. of Pharmacology, U College, Galway
& Directed by Professor T B Counihan, Dept of Medicine, U College, Dublin.
Thesis "Biochemical Correlates of Depression" submitted Dec 1985
A study of platelet 5HT uptake and 5HT induced aggregation responses, platelet alpha
adrenoceptor binding and lymphocyte beta adrenoceptor binding in depression.

Clinical Research Associate - Dept of Psychiatry, Cambridge, April 86 - March 88
Funded by a Wellcome Trust Major Grant Award: Biological Markers in Depression.
My Cambridge research also included work on concentration & memory in depression

## FOUNDATIONS

Founder and Board Member Centre for Data Based Medicine:       2010 to present
Board Member Foundation for Excellence in Mental Health:        2010 to present
Founder and Board member Data Based Medicine Limited:          2010 to present

Data Based Medicine aims at facilitating patient adverse event reporting and provision of state
of the art consumer information using website technology RxISK.org.  This is a multinational
collaboration with multidisciplinary input across primary care, general medicine, psychiatry,
pharmacology, pharmaco-epidemiology, genetics and anthropology as well as across the
primary-secondary care interface and is linked to the WHO Uppsala Monitoring Centre for
pharmacovigilance.  The platform will provide opportunities for epidemiological investigations,
genetic studies, drug discovery, and a range of opportunities to explore sociological/
anthropological issues in qualitative studies and the aim is to have the Centre for Data Based
Medicine as a self funding institute with links to a major academic institution.

Exhibit C-113

David Healy                                                                    - 5 -

**RESEARCH GRANTS**
1. Research Fellowship Dept of Pharmacology, U Coll Galway, 1980-82.
2. MRC Ireland Research Grant to investigate circadian variations in biological markers in depression, 1982-1984.
3. Research Fellow 1986 to 1988; Wellcome Trust Major Grant Award held by Prof E S Paykel in Cambridge.
4. Grant holder from the Welsh Scheme for Health & Social Services Research for a Cognitive Therapy of Delusions, Jan 1992 to Jan 1994, £43,000.
5. Grant holder Clwyd H.A.: Cognitive Therapy of Delusions; £50,000.
6. Grant holder Wellcome Trust for equipment for investigating the cognitive neuropsychology of neuroleptic drugs. £5,000.
7. Grant holder SmithKline Beecham for work on the cognitive neuropsychology of drugs active on the 5HT system. £50,000.
8. Clinical trial of a 5HT-1A agonist in depression, Duphar, £25,000.
9. Co-Holder of a MRC/Welsh Office/NW Reg H Authority Grant with R Bentall, R Stevenson and J Day (U of Liverpool), A Rogers (U of Manchester) G9322371, A multidisciplinary study of the management of neuroleptic medication in schizophrenia: educational and collaborative approaches. 1994-1998, £300,000.
10. Collaborator with M Jones and P Michael (UWB) on a Wellcome Trust Grant to research the history of the North Wales Hospital 1992-1995.
11. Co-holder Wellcome Trust Grant with Dr M Fraser and Professor N Rose, Dept of Sociology, Goldsmith's College London, Ethical Aspects of Psychiatric Drug Development, £88,000. Grant no. 065209/Z/01/Z/CM/CD/SW, 2001-2004.
12. Co-holder with Professor E Shorter, Dept of History, U of Toronto, of a Canadian Institutes of Health Research grant 116654: "The renewal of the pharmacopoeia for mood and anxiety 1966-2003", $312,000: 1.10.03 to 30.09.06.
13. Coholder with Mark Rapley: Medicating the Unruly Child: A genealogy of ADHD, = $AUS18, 500, MU Research Excellence Grants Scheme, no #.
14. Coholder with F Bayliss, J Downey et al States of Mind: Emerging issues in Neuroethics, Canadian Institutes of Heath Research.  Spring 2006, NNF 80045, Can $1,376,500.
15. Holder grant on Toxoplamosis infection in psychosis from Stanley Medical Research Foundation, granted Summer 2007, $300,000.
16. Co-Holder with Dr S Linden, War trauma and mental illness: Psychopathology and the natural histories of patients admitted to the North Wales Asylum during WWI. Reference: SG090329
17. Data Based Medicine Development Funds: $500,000.

Exhibit C-114

David Healy                                                                - 6 -

**MEMBERSHIP OF SOCIETIES**
Royal College of Psychiatrists - 1985.
    Fellow - 1996.
British Association of Psychopharmacology -
    Council Member & Hon Asst Secretary, 1989-1992
    Secretary 1992-1995
Member of the Association of European Psychiatrists.
Member of European College of Neuropsychopharmacology
Fellow of Collegium Internationale Neuropsychopharmacologium
Member of the History Group Royal College of Psychiatrists
Member of the European Association for the History of Psychiatry
Member of the History Section of the World Psychiatric Association
    Secretary 2009 ongoing.
Member of the European Society for Chronobiology
Member Advisory Board of European College of Study Methods in Clinical Trials
Member of ECNP working party for the History of Neuropsychopharmacology

Associate of BIOS: Centre for the study of Bioscience, Biomedicine, Biotechnology and Society at the London School of Economics and Political Science


**DISTINCTIONS**
- First Mental Health Foundation Essay Prize for 1988
- Awarded a CINP Rafaelson Scholar Award in 1988
- Keynote Speaker at 30th Annual RANZCP Meeting - May 1995.
- Visiting Lecturer at the Clarke Institute of Psychiatry & Guest Lecturer on the History of Medicine Program, Univ. of Toronto, October 1995.
- Chair Wellcome Trust Witness Seminar March 1997.
- Guest Lecturer. 7th Japanese Clin Neuropharmacology Assoc. Tokyo, Nov 1997.
- Invited Lecture – American Psychopathological Association March 1999.
- Annual Raths-Steiger Lecture, Collegium Helveticum, ETH Zurich June 1999.
- Distinguished Guest Lecture, Dept of Psychiatry, Oslo, March 2000.
- Eric T Carlsson Memorial Grand Rounds, Cornell University, N York, Dec 2000
- Annual MIND-Institute of Psychiatry Lecture, February 2002.
- Bartlett Visiting Professorship, U of Rochester, N York, Nov 2003.
- Studium Generale Lecture Groningen April 2005
- Chancellor's Distinguished Guest Lecture, Louisiana State University Oct 2005
- ACNP Oakley Ray Annual Lecture on History of Psychopharmacology 2008
- Studium Generale Lecture Gent, February 2012
- Willis Cunningham Lecture in Law & Medicine Queens' University Kingston, Sept 2016

Exhibit C-115

David Healy                                                                                                    - 7 -

## CLINICAL WORK

I have practised for over 3 decades as a consultant psychiatrist initially in Wales and later Canada.

My clinical work has spanned the full spectrum of clinical activities from in-patient care to out-patient and community care, covering all mental health conditions including organic, psychotic, drug dependence and personality-based conditions, in all ages from centenarians to adolescents.

My training was in urban settings – Dublin, Cambridge, Galway.  My clinical practice in Wales was rural in some of the most deprived regions of the UK.  My practice in Canada was urban and in advantaged areas.

In Wales, I established multidisciplinary working in a sectorized service, with a clinical service that from the start had service users copied into all correspondence on them.  This has been subject to a number of studies and has given rise to articles listed in the reference section.  It has been highly praised by a number of service auditors and others.

In Canada, I introduced similar practices with a deprescribing focus – see below.

For two decades, I ran the ECT service in North-West Wales

My work also involved covering a liaison service with the general medical services in Bangor, handling all aspects of mental health presentations in general medical settings.

Through 1990-94, I was Chairman of the North West Wales group of psychiatric consultants. During this time, the psychiatric services moved from acute to community unit management and the North Wales psychiatric services adopted Trust status. By virtue of my position, I was centrally involved in developments.

At a Directorate level:
From 2002 I have been the Chair of the Local Consultant group.
I chair the Mental Health Clinical Governance Group.
From 2002 to 2007 I was deputy clinical director

I was the psychiatric representative the Research Committee, & chaired the Research Governance Review Committee, which scrutinized research for compliance with regulations such as the ionizing radiation regulations, human tissue act, capacity and consent, and for cost implications to the clinical service.

My clinical and academic input has been regularly cited as one reason why North West Wales had all substantive and training posts filled until recently, and why morale was particularly good in this service.   There has since been a set of mergers and change in management approach that has probably taught me more in the last 3 years than I learnt in the previous 3 decades.

Exhibit C-116

David Healy                                                                                          - 8 -

**Post 2012 Pharmacotherapy Developments**

In 2012, my research, teaching and clinical focus shifted with the establishment of Data Based Medicine Americas.  This led to the creation of RxISK.org – a site for patients to submit adverse events on medicines, which now likely receives a larger number of patient reports than any site other than FDA's adverse event reporting site.

RxISK has led in being the site where several significant medicine-induced problems have had important early airings and where ongoing campaigns have aimed at raising the profiles of these problems.  These include:

- SSRI, Finasteride, and Isotretinoin induced permanent sexual dysfunction.
- SSRI and other psychotropic drug induced alcoholism and substance abuse problems.
- Birth defects and in particular post-birth behavioural problems such as Autistic Spectrum Disorders and ADHD.
- The role of a range of drugs from antibiotics to medicines used for respiratory or gut conditions in triggering suicidality.
- Establishing the dependence that drugs from antibiotics to gut and respiratory medicines can cause.

Drawing attention to the hazards of polypharmacy has been among the primary roles of RxISK.  We have developed a TaperMD App that has now been in clinical trials in Canada, Australia, and New Zealand and is being rolled out in Long-Term Care facilities in Canada.

At present this App is physician and pharmacist facing but later this year an additional public-facing option will be introduced.

TaperMD is aimed at addressing today's single greatest medical problem – the consumption of 3 or more drugs per day by most individuals.  This consumption appears to be playing a significant part in a fall in Life Expectancies in the United States and much of the Western World that has been gathering pace since the early 1980s. Polypharmacy also plays a part in a falling Population Replacement Rate.

There is a pressing need to develop effective strategies to reduce medication burdens.  This is far from simple, given that many of these medicines produce dependence and some can be extremely difficult to stop.

As a problem, polypharmacy is now extending from older adults to adolescents and especially women of child-bearing years.

Exhibit C-117

David Healy                                                                    - 9 -

**BOOKS**

### 1.  THE SUSPENDED REVOLUTION
**Psychiatry and Psychotherapy Re-examined**
Faber & Faber, January 1990

### 2.  IMAGES OF TRAUMA
**From Hysteria to Post-traumatic Stress Disorder**
Faber & Faber, March 1993

### 3.  PSYCHIATRIC DRUGS: EXPLAINED.
Mosby Yearbooks Ltd, March 1993
Second Edition Harcourt Brace & Jovanovitch Winter 1996
Third Edition Churchill Livingstone 2001
Fourth Edition Elsevier Churchill Livingstone 2005
Fifth Edition 2008.
Japanese & French Translations 2009
Chinese Translation 2015
Sixth Edition 2016

### 4.  PSYCHOTROPIC DRUG DEVELOPMENT:
**Social, Economic and Pharmacological Aspects**
A British Association for Psychopharmacology Monograph
Chapman and Hall, Spring 1996
Co-Editors: D Healy, D Doogan

### 5.  THE PSYCHOPHARMACOLOGISTS
Chapman & Hall, London, 1996
Second Edition, Arnold, London, 2002

### 6.  THE ANTIDEPRESSANT ERA
Harvard University Press, Cambridge Mass, 1997
Paperback Edition 1999
French Translation – Le Temps des Antidepresseurs, 2002.
Japanese Translation 2003

### 7.  THE PSYCHOPHARMACOLOGISTS (Vol 2)
Chapman & Hall, London, 1998
Second Edition, Arnold, London 1999.

### 8.  THE PSYCHOPHARMACOLOGISTS (Vol 3)
Arnold, London (2000)
With a reissue of Volumes 1 & 2.

### 9.  THE RISE OF PSYCHOPHARMACOLOGY& THE STORY OF THE CINP
Animula, 1998
Co-Editors: T Ban, D Healy, E Shorter

Exhibit C-118

David Healy                                                                  - 10 -

**10. TEN YEARS THAT CHANGED THE FACE OF MENTAL ILLNESS**
**(LES DIX ANS QUI ONT CHANGÉ LA FOLIE)**
Martin Dunitz, London 1999
Jean Thuillier
Translated from the French by Gordon Hickish & David Healy

**11. DIFFERENTIAL EFFECTS of The ANTIDEPRESSANTS**
Leonard BE, Healy D (1999).
Martin Dunitz, London.
British Medical Association Book Prize;
Translated into Spanish (2000).

**12. THE TRIUMPH OF PSYCHOPHARMACOLOGY AND THE CINP.**
Ed Ban T, Healy D, Shorter (2000).
Animula, Budapest.

**13. THE CREATION OF PSYCHOPHARMACOLOGY**
Harvard University Press,
Cambridge Mass 2002.
Paperback Edition, 2004

**14. FROM PSYCHOPHARMACOLOGY TO NEUROPSYCHOPHARMACOLOGY**
**& THE STORY OF THE CINP**
Ed Ban T, Healy D, Shorter E (2002)
Animula, Budapest

**15. LET THEM EAT PROZAC**
**David Healy (2003)**
James Lorimer, Toronto
With linked website www.healyprozac.com
**Second Edition New York University Press (2004)**
**Japanese Translation 2005**
**Paperback Edition 2006**

**16. CLINICAL PSYCHIATRY in EUROPE**
**An Historical Perspective**
**from Selected Papers by Pierre Deniker**
**Translated by David Healy & Alden Press (2004)**
Royal Society of Medicine Press, London

**17. EUROPEAN CLINICAL PSYCHIATRY**
**An Historical Perspective**
**from Selected Scientific Papers by Pierre Deniker**
**Translated by David Healy & Alden Press (2007)**
Pierre Deniker Association, www.association-pierre-deniker.org Paris

Exhibit C-119

18.     **REFLECTIONS ON TWENTIETH CENTURY PSYCHOPHARMACOLOGY**
**Ed T Ban, D Healy, E Shorter**
Animula Press, Budapest, 2004

**19. SHOCK THERAPY**
**A History of Electroconvulsive Treatment in Mental Illness**
**E Shorter and D Healy**
**Rutgers University Press**
**University of Toronto Press**
**September 2007**

**20. MANIA**
**A Short History of Bipolar Disorder**
**Johns Hopkins University Press**
**Spring 2008**
**Paperback 2010**

**21. TRAITÉ MÉDICO-PHILOSOPHIQUE SUR L'ALIÉNATION MENTALE**
**Philippe Pinel**
**Translated G Hickish, D Healy, L Charland**
**J Wiley & Sons 2008**

**22. PHARMAGEDDON**
**University of California Press**
**Spring 2012**
**Paperback 2013**
**Japanese Translation 2015**
**Italian Translation 2016**

**23. THE DECAPITATION OF CARE**
**A short history of the rise and fall of Healthcare**

**La Santé décapitée**
**Brève histoire de l'avènement et de la chute du système de soins**

**La decapitation del cuidado**
**Una breve historia del auge y caída de la atención médica**

**La Sanita Decapita**
**Breve storia dell'ascesa e del declina della cura mediche**

**Samizdat – Health Writers Cooperative**
**Toronto Ontario Spring 2020.**

**24. CHILDREN OF THE CURE**
**Missing Data, Lost Lives and Antidepressants**
**D Healy, J Le Noury, J Wood**

**Samizdat – Health Writers' Cooperative**
**Toronto Ontario, Summer 2020**

Exhibit C-120

David Healy                                                                    - 12 -

**25. SHIPWRECK OF THE SINGULAR**
**Healthcare's Castaways**
**Healy D**

**Samizdat – Health Writers' Cooperative**
**Toronto Ontario, Spring 2021**

**El Naufragio de lo Singular**
**Trans A Oncina & M Casanas**

**Samizdat – Health Writers' Cooperative**
**Toronto Ontario, Autumn 2021**

**26. WE DON'T CARE, YOU DON'T MATTER**
**Dilemmas of Healthcare Paternalism**

**27. THE MADNESS OF NORTH WALES**

Exhibit C-121

David Healy                                                                          - 13 -

## PEER- REVIEWED JOURNAL PUBLICATIONS

1. Healy D, Dunne M, Duignan J & Heffernan S J (1980).  The use of ultrasonography in the diagnosis of retroperitoneal abscesses of the appendix.  Irish J Med Sci, 149, 479.

2. Healy D, Carney PA & Leonard BE (1983).  Monoamine- related markers of depression: change following treatment.  Journal of Psychiatric Research, 17, 251-260.

3. Carney P A, Healy D, Leonard B E (1984).  A double-blind study to compare trazodone with amitriptyline in depressed patients.  Psychopathology 17, supp 2, 37-38.

4. Healy, D, Carney, P A & Leonard, B E  (1984).  Biochemical correlates of antidepressant response.  Psychopathology, 17, supp 2, 82-87.

5. Healy, D, Carney, P A & Leonard, B E  (1984).  5HT induced platelet aggregation, a useful clinical index in depression? British J Clinical Pharmacology, 17, 202-203.

6. Healy D & Egan E (1984).  Centrifugal and anticoagulant induced variations on platelet rich plasma and their influence on platelet aggregation. Scand J Haematol, 32, 452-456.

7. Healy D, O'Halloran A, Carney PA & Leonard, BE (1985). Peripheral adrenoceptors and serotonin receptors: changes associated with response to treatment with trazodone or amitriptyline.  Journal of Affective Disorders, 9, 285-296.

8. Healy D, O'Halloran A, Carney PA & Leonard BE (1986).  Normal and abnormal variation in platelet 5HT uptake in control and depressed patients.  Journal of Psychiatric Research, 20, 345-354.

9. Healy D, O'Halloran A, Carney PA & Leonard BE (1986). Platelet 5HT uptake in delusional and nondelusional depression.  J Affective Disorders, 10, 233-239.

10. Healy D, O'Halloran A & Leonard B E (1986).  Increases in platelet 5HT uptake rates following treatment with "uptake inhibiting drugs".  Int Clin Psychopharmacol 1, 332-339.

11. Healy D (1986).  Platelet monoamine uptake in depression: both chicken and egg deserve attention.  Human Psychopharmacology 1, 48-49.

12. Healy D & Leonard BE (1987).  Monoamine transport in depression: kinetics and dynamics.  Journal of Affective Disorders 12: 91-105.

13. Healy D (1987).  The structure of psychopharmacological revolutions.  Psychiatric Developments, 5, 349-376.

14. Healy D (1987).  Rhythm and Blues: neurochemical, neuropharmacological and neuropsychological implications of a hypothesis of circadian rhythm dysfunction in the affective disorders.  Psychopharmacology: 93, 271-285.

15. Healy D (1987).  The comparative psychopathology of animal and human affective disorders.  Journal of Psychopharmacology, 1, 193-210.

Exhibit C-122

David Healy                                                                      - 14 -

16. Healy D & Williams JMG (1988).  Dysrhythmia, dysphoria and depression; the interaction of circadian dysrhythmia and learned helplessness in the pathogenesis of depression.  Psychological Bulletin 103: 163-210.

17. Healy D (1988).  Neuropsychopharmacology - gazing into the crystal ball; a reply to Arvid Carlsson.  Human Psychopharmacology, 3, 221-223.

18. Healy D & Williams JMG (1989).  Moods, misattributions and mania: an interaction of cognitive and neurobiological factors in the pathogenesis of mania.  Psychiatric Developments, 7, 49-70.

19. Healy D (1989).  Neuroleptics and psychic indifference.  J Royal Society of Medicine, 82, 615-619.

20. Williams JMG, Healy D, Teasdale J, White W, Paykel ES (1990).  Dysfunctional attitudes and vulnerability to persistent depression.  Psychological Medicine, 20, 375-381.

21. Healy D, Waterhouse JM (1990).  The circadian system and affective disorders: clocks and rhythms. With commentary by T Wehr, A Lewy Chronobiology International, 7, 5-24.

22. Healy D (1990).  Schizophrenia: basic, release, reactive and defect processes.  Human Psychopharmacology, 5, 105-122.

23. Watts FN, Dalgleish T, Bourke P, Healy D (1990).  Memory deficit in clinical depression: processing resources and structure of material.  Psychological Medicine, 20, 345-349.

24. Healy, D, Theodorou, A, Whitehouse, A M, White, W, Wilton- Cox, H, Lawrence, K M, Kerry, S, Horton, R W, Paykel, E S (1990).  Tritiated imipramine binding to previously frozen platelet membranes from depressed patients before and after treatment.  British Journal of Psychiatry 157, 208-218.

25. Healy D, Paykel ES, White W, Whitehouse AM, Wilton-Cox H, Johnson T, Lawrence KM, Horton RW (1991).  Platelet 3H Imipramine and alpha 2 adrenoceptor binding in normal subjects taking desipramine. Neuropsychopharmacology 4, 117-124.

26. Healy, D, (1990).  The psychopharmacological era: notes toward a history.  Journal of Psychopharmacology 4, 152-167.

27. Healy, D & Waterhouse J M (1991).  Reactive rhythms and endogenous clocks: a shift work model of affective disorders.  Psychological Medicine 21, 557-564.

28. Healy, D, Paykel, E S, Whitehouse, A M, White W, Ashby M, Brown M, Theodorou A E, Lawrence, K M, Horton, R W (1992).  Plasma noradrenaline, adrenaline and DHPG responses to clonidine in control and depressed subjects.  Human Psychopharmacology 7, 167-174.

29. Healy, D, Paykel, E S, White, W, Whitehouse, A M, Wilton- Cox, H, Theodorou A E Lawrence, K M, Horton, R W (1991). Acid alpha-1 glycoprotein in eating disorders and depression.  Journal of Affective Disorders 22, 13-20.

Exhibit C-123

David Healy

30. Theodorou A E, Lawrence K M, Healy, D, Whitehouse, A M, White W, Wilton-Cox, H, Kerry S M, Horton, R W Paykel E S (1991). Platelet alpha-2-adrenoceptors defined with agonist and antagonist ligands in depressed patients prior to and following treatment. Journal of Affective Disorders 23; 99-106.

31. Healy D (1991).  The marketing of 5HT: anxiety or depression.  British J of Psychiatry, 158, 737-742.

32. Healy D (1991).  What do 5HT reuptake inhibitors do in obsessive-compulsive disorder. Human Psychopharmacology, 6, 325-328.

33. Creaney W, Murray I, Healy D (1991).  Antidepressant induced suicidal ideation.  Human Psychopharmacology, 6, 329-332.

34. Healy D (1991).  D-1 and D-2 and D-3.  British J of Psychiatry 159, 319-324.

35. Healy D (1991).  The ethics of psychopharmacology. Changes, 9, 234-247.

36. Healy D (1991).  Alprazolam and panic disorder.  Psychiatric Bulletin 15, 682-683.

37. Browne I & Healy D (1992).  In Conversation with Ivor Browne.  Psychiatric Bulletin 16, 1-9.

38. McGrath D & Healy D (1992).  In Conversation with Des McGrath.  Psychiatric Bulletin 16, 129-137.

39. Katona C L E, Healy D, Paykel E S, Theodorou A E, Lawrence K M, Whitehouse A M, White W, Horton R W (1993).  Growth hormone and physiological responses to clonidine in depression.  Psychological Medicine 23, 57-63.

40. Healy D (1993).  Psychopharmacology and the ethics of resource allocation.  British Journal of Psychiatry 162; 23-29.

41. Healy D (1992).  Altered states of consciousness: Phenomenology and pharmacology. Journal of Psychopharmacology 6, 425- 435.

42. Healy D (1993).  One hundred years of psychopharmacology.  Journal of Psychopharmacology 7, 207-214.

43. Healy D, Minors D, Waterhouse J M (1993).  Shiftwork, helplessness and depression. Journal of Affective Disorders 29, 17- 25.

44. Moore J N P, Healy D, (1993).  Interview with Norman Moore.  Irish Bulletin of Psychiatry 1, 7-16.

45. Healy D (1993).  5HT and physical illness.  J of Psychopharmacology 7, S1, pp 107-111.

46. Beaumont G, Healy D (1993).  The place of clomipramine in the history of psychopharmacology.  Journal of Psychopharmacology 7, 378-388.

Exhibit C-124

David Healy                                                                    - 16 -

47. Minors D, Healy D, Waterhouse J M (1994).  The attitudes and general health of student nurses before and immediately after their first eight weeks of nightwork.  Ergonomics 37, 1355-1362.

48. Sandler M, Healy D (1994).  The Place of Chemical Pathology in the development of Psychopharmacology.  J of Psychopharmacology 8, 124-133.

49. Watson F L, Pasteur M A, Healy D, Hughes E A (1994). Nine Parallel versions of four memory tests: An assessment of form equivalence and the effects of practice on performance. Human Psychopharmacology 9, 51-61.

50. Healy D (1994).  The fluoxetine and suicide controversy. CNS Drugs 1 223-231.

51. Claridge G, Healy D (1994).  The psychopharmacology of individual differences. Human Psychopharmacology 9, 285-298.

52. Wheatley D, Healy D (1994).  The foundation of the British Association for Psychopharmacology.  J Psychopharmacology 8, 268-278.

53. Healy D, Waterhouse J M (1995).  The circadian system and the therapeutics of the affective disorders.  Pharmacology and Therapeutics 65, 241-263.

54. Fear C, Sharp H, Healy D (1995).  Obsessive-compulsive disorder: Notes on its History and Nosology.  Journal of Serotonin Research 1, Suppl 1, 1-18.

55. Fitzgerald K, Healy D (1995).  Dystonias and dyskinesias of the jaw associated with the use of SSRIs.  Human Psychopharmacology 10, 215-220.

56. Fear C, Sharp H, Healy D (1996).  Cognitive processes in Delusional Disorders.  Brit J Psychiatry 168, 61-67.

57. Healy D (1995).  Social Phobia.  Primary Care Psychiatry 1, 31-38.

58. Fitzgerald K, Williams B, Healy D (1997).  Shared Care? Some effects of patient access to medical communications.  Journal of Mental Health 6, 37-46.

59. Sharp H M, Fear C F, Williams, J M G, Healy D, Lowe C F, Yeadon H, Holden R (1996). Delusional phenomenology: Dimensions of change.  Behaviour Research and Therapy 34, 123-142.

60. Minors D S, Pirmohamed J, Williams G, Edwards R, Healy D, Waterhouse J. (1995). Circadian rhythms of activity and rectal temperature at home and in hospital: the effects of lifestyle.  Chronobiology International 12, 199-205.

61. Richter D, Healy D (1995). The origins of mental health-oriented neuroscience in Britain. Journal of Psychopharmacology 9, 392-399.

62. Adeniran R, Healy D, Sharp HM, Williams J M G Minors D S, Waterhouse J M (1996). Interpersonal sensitivity predicts depressive symptom response to the circadian rhythm disruption of night work.  Psychological Medicine 26, 1211-1221.

Exhibit C-125

David Healy                                                                      - 17 -

63. Harborne G C, Watson F L, Healy D, Groves L (1996).  The effects of sub-anaesthetic doses of ketamine on memory, cognitive performance and subjective experience in healthy volunteers. Journal of Psychopharmacology 10, 134-140.

64. Zohar J, Judge R, Healy D et al.  Paroxetine versus Clomipramine in the Treatment of Obsessive–Compulsive Disorder. British Journal of Psychiatry 1996; 169, 468-474

65. Rees W L, Healy D (1997).  The Place of Clinical Trials in the Evolution of Psychopharmacology.  History of Psychiatry, 8, 1-20.

66. Fear C, Healy D (1997). Probabilistic reasoning in obsessive-compulsive and delusional disorders. Psychological Medicine 27, 199-208.

67. Fear C F, Healy D (1996).  The use of the Emotional Stroop Test to assess neuroleptic activity.  Human Psychopharmacology 11, 373-377.

68. Sharp H, Fear C F, Healy D (1997).  Attributional style and delusions: An investigation based on delusional content.  European Psychiatry 12, 1-7.

69. Sharp H M, Healy D, Fear C F (1998).  Symptoms or side-effects?  Methodological hazards and therapeutic principles.  Human Psychopharmacology 13, 467-475.

70. Healy D (1998). Meta-analysis of trials comparing antidepressants and active placebos. British Journal of Psychiatry 172, 232-234.

71. Fear CF, McMonagle T, Healy D (1998).  Delusional Disorders.  Boundaries of a Concept.  European Psychiatry 13, 210-218 (Comment by P Pichot and H-J Moller).

72. Healy D, Farquhar G (1998).  The immediate effects of droperidol.  Human Psychopharmacology 13, 113-120.

73. Williams B, Coyle J, Healy D (1998).  The meaning of patient satisfaction.  An explanation of high reported levels.  Social Science & Medicine 47, 1351-1360.

74. Rogers A, Day JC, Williams B, Randall F, Wood P, Healy D, Bentall RP (1998).  The meaning and management of neuroleptic medication; A study of patients with schizophrenia.  Social Science & Medicine 47, 1313-1323.

75. Healy D, Mc Monagle TM (1997).  Enhancement of Social Functioning as a Therapeutic Principle in the Treatment of Depression.  J Psychopharmacology 11, S25-S31.

76. Healy D, Nutt D (1997).  British Association for Psychopharmacology Consensus on Statement on Childhood and Learning Disabilities Psychopharmacology.  J Psychopharmacology 11, 291-294.

77. Tranter R, Healy D (1998).  Neuroleptic discontinuation syndromes.  Journal of Psychopharmacology 12, 306-311.

78. Healy D, Savage M (1998).  Reserpine Exhumed.  British J Psychiatry 172, 376-378.

Exhibit C-126

David Healy                                                                                      - 18 -

79. Healy D, Langmaak C, Savage M (1999).  Suicide in the Course of the Treatment of Depression.  Journal of Psychopharmacology 13, 94-99.

80. Healy D (1998).  Reboxetine, fluoxetine and social functioning as an outcome measure in antidepressant trials: implications.  Primary Care Psychiatry 4, 81-89.

81. Healy D, Nutt D (1998).  Prescriptions, licenses and evidence.  Psychiatric Bulletin 22, 680-684.

82. Healy D, Tranter R (1999).  Pharmacologic Stress Diathesis Syndromes.  J Psychopharmacology 13, 287-290; Comments by H Ashton, A Young and N Ferrier, R Baldessarini, A Viguera and L Tondo, L Hollister, P Haddad and I Anderson, P Tyrer, pp 291-298 & Reply by Healy D & Tranter R – In the shadow of the benzodiazepines p 299.

83. Healy D (1999). Guest Editorial: A Failure to Warn.  International Journal of Risk & Safety in Medicine 12, 151-156.

84. Healy D (1999).  Reboxetine's effects on a social adaptation self-evaluation scale.  Acta Psychiatrica Scandinavia 101, suppl 402, 45-51.

85. Healy D (1998).  Pioneers in Psychopharmacology.  International Journal of Neuropsychopharmacology 1, 191-194.

86. Healy D, Healy H (1998).  The clinical pharmacological profile of reboxetine: does it involve the putative neurobiological substrates of wellbeing?  J Affective Disorders 51, 313-322.

87. Healy D (1999). The Three Faces of the Antidepressants.  Critical Comments on the Clinical-Economic Framework of Diagnosis.  J Nervous & Mental Disease 187, 174-180.

88. Healy D (1999).  Antidepressant psychopharmacotherapy: at the crossroads.  International Journal of Psychiatry in Clinical Practice 3, S9-S15.

89. Healy D (1999).  Clinical trials and legal jeopardy.  Bulletin of Medical Ethics 153, 13-18.

90. Fear C F, Sharp H M, Healy D (2000).  Obsessive-compulsive disorder with delusions.  Psychopathology 33, 55-61.

91. Healy D (2000).  Some continuities and discontinuities in the history of the physical therapies before and after chlorpromazine.  History of Psychiatry 11, 393-412.

92. Healy D (2000).  A Dance to the Music of the Century. Psychiatric Bulletin 24, 1-3.

93. Healy D (2000). Good Science or Good Business?  Hastings Center Report 30, 19-23.  One of a series of 5 articles on aspects of the Prozac phenomenon with Carl Elliott, Peter Kramer, James Edwards and David DeGrazia.

    Republished in Zlatna Greda 14, pp 6-9, with commentary on the circumstances surrounding publication.

Exhibit C-127

David Healy                                                                    - 19 -

94. Healy D (2000).  The case for an individual approach to the treatment of depression. Journal of Clinical Psychiatry 61, supplement 6, 24-28.

95. Healy D (2000).  The assessment of outcome in depression. Measures of social functioning.  Reviews in Contemporary Pharmacotherapy 11, 295-301.

96. Healy D (2000).  Emergence of antidepressant induced suicidality.  Primary Care Psychiatry 6, 23-28.

97. Healy D (2000).  Pioneers in Psychopharmacology II.  Int J Neuropsychopharmacology 3, 351-354.

98. Healy D (2001).  Evidence biased psychiatry.  Psychiatric Bulletin 25, 290-291.

99. Healy D, Savage M, Michael P, Harris M, Hirst D, Carter M, Cattell D, McMonagle T, Sohler N, Susser E (2001). Psychiatric bed utilisation: 1896 and 1996 compared. Psychological Medicine 31, 779-790.

100.     Williams B, Healy D (2001).  Perceptions of illness causation among new referrals to a community mental health team: "explanatory model" or "exploratory map". Social Science & Medicine 53, 465-476.

101.     Boardman A, Healy D (2001).  Modeling suicide risk in affective disorders. European Psychiatry 16, 400-405.

102.     Williams B, Healy D (2001).  Development of an explanatory model for "minor" mental health problems.  Journal of Advanced Nursing 35, 108-116.

103.     Healy D (2001).  The dilemmas posed by new and fashionable treatments. Advances in Psychiatric Therapy 7, 322-327.

104.     Healy D (2001).  Psychopharmacology and the Government of the Self.    A) Nature, Medicine, Website publication complete with slides, 28th June.

105.     B) This has also appeared on AcademyAnalyticArts.org.

106.     C) The has been translated as Psicofarmcologia y dominacion del ego, and appeared complete with slides in the periodical La Insignia,                at www.insignia.org/2003/enero/cyt_001.htm

107.     D) Also published in The Rights Tenet, Spring 2002, pages 6-20 &

108.     E) In Misuzu (Japanese) in November 2004, pp 18-32.

109.     G) La Psychopharmacologie et le Gouvernement de Soi.  In Psythère.  Revue de Psychiatrie.  www.psythere.free.fr//article.php?id_article=39 posted 15/06/2005.

110.     F) Trajectory in Psychopharmacology: The role of the clinician and industry. Indian J Psychiatry 2003, 45, 49-56,  Comment H Meltzer p 57 and J Kane p 58.

Exhibit C-128

David Healy                                                                                    - 20 -

111.     Tranter R, Healy H, Cattell D, Healy D (2002).  Functional variations in agents differentially selective to monoaminergic systems.  Psychological Medicine 32, 517-524.

112.     Healy D (2002).  Conflicting interests in Toronto.  Anatomy of a Controversy at the Interface of Academia and Industry.   Perspectives in Biol & Medicine 45, 250-263.

113.     Herxheimer A, Healy D (2002).  Arrhythmias and sudden death in patients taking antipsychotic drugs.  British Medical Journal 325.

114.     Healy D (2002).  Mandel Cohen and the Origins of the Diagnostic and Statistical Manual, Third Edition: DSM-III.  History of Psychiatry 13, 209-230.

115.     Foster J, Finlayson S, Bentall R, Day J, Randall F, Wood P, Reid D, Rogers A, Healy D (2003).  The perceived expressed emotion in staff scale.  Journal of Psychiatric and Mental Health Nursing 10,109-117.

116.     Harris M, Chandran S, Chakroborty N, Healy D (2003).  Mood stabilizers: the archaeology of the concept. Bipolar Disorders 5, 446-452, Commentary by Paul Grof.

117.     Healy D, Thase M (2003).  Is academic psychiatry for sale? Brit J Psychiatry 182, 1-3.

118.     Healy D (2003).  Lines of Evidence on SSRIs and Risk of Suicide. Psychotherapy and Psychosomatics 72, 71-79.

119.     Healy D, Cattell D (2003).  The Interface between authorship, industry and science in the domain of therapeutics.  British J of Psychiatry 182, 22-27.

120.     Healy D, Whitaker CJ.  (2003) Antidepressants and suicide; Risk-Benefit Conundrums.  J Psychiatry & Neuroscience 28 (5) 331-339, with response by Y Lapierre 340-349.

121.     Healy D (2003). In the grip of the python: conflicts at the university-industry interface.  Science and Engineering Ethics, Special Issue Ethical Issues in Research Relationships at the University Industry Interface. 9, 59-72.

122.     Healy D (2003).  Psychopharmacology 102. What they neglected to mention in psychopharmacology 101.  The Clinical Psychologist 56, 10-27. Commentaries by D Antonuccio & W Danton, I Kirsch, R Levant & M Sammons, M Mavissakalian, & M Thase.

123.     Healy D (2004).  Shaping the Intimate.  Influences on the Experience of Everyday Nerves.  Social Studies of Science 34, 219-245.

124.     Healy D (2004).  Conflicting Interests: The evolution of an issue.  Monash Review of Bioethics 23, 8-18.

125.     Healy D (2004).  Perspective.  Manufacturing Consensus.  Hasting Center Reports July-August, 53.

Exhibit C-129

David Healy

126.     Healy D (2004).  Psychopharmacologie et Histoire: Un Manifeste.  Psychiatrie, Sciences Humaines et Neurosciences 2, 3-7.

127.     Healy D, Harris M, Cattell D, Michael P, Chalasanni P, Hirst D (2005).  Service Utilisation in 1896 and 1996: Morbidity and Mortality data from North Wales.  History of Psychiatry 16, 27-41

128.     Chalassani P, Healy D, Morriss R (2005).  Presentation and frequency of catatonia in new admissions to two acute psychiatric admission units in India and Wales.  Psychological Medicine 35, 1667-1675.

129.     Harris M, Chandran S, Chakraborty N, Healy D (2005).  Service Utilization in Bipolar Disorder, 1890 and 1990 compared. History of Psychiatry 16, 423-434.

130.     Fergusson D, Doucette S, Cranley-Glass K, Shapiro S, Healy D, Hebert P, Hutton B (2005).  The association between suicide attempts and SSRIs: A systematic review of 677 randomized controlled trials representing 85,470 participants.  British Medical Journal 330, 396-399.

131.     Healy D, Aldred G (2005).  Antidepressant drug use and the risk of suicide.  International Review of Psychiatry 17, 163-172.

132.     Day JC, Bentall RP, Roberts D, Randall F, Rogers A, Cattell D, Healy D, Rae P, Power C (2005).  Attitudes towards antipsychotic medication.  The impact of clinical variables and relationships with health professionals.  Arch Gen Psychiatry 62, 717-724.

133.     Healy D (2005).  Contra Pfizer.  Ethical Human Psychology & Psychiatry 7, 181-195.

134.     Healy D, Herxheimer A, Menkes D (2006).  Antidepressants and violence: Problems at the interface of medicine and law.  PLoS Medicine 3,  DOI: 10.1371/journal.pmed.0030372

135.     Healy D, Herxheimer A, Menkes D (2007).  Antidepressants and violence: Problems at the interface of medicine and law.  Int J Risk & Safety Medicine 19, 17-33.

136.     Healy D (2006).  Manufacturing Consensus. Culture, Medicine and Psychiatry 30, 135-156.  DOI 10.1007/s11013-006-9013-3

137.     Healy D (2006).  The Antidepressant Tale: Figures Signifying Nothing? Advances in Psychiatric Treatment 12, 320-328.

138.     Healy D (2006).  Neuroleptics and mortality: a 50-year cycle.  British Journal of Psychiatry 188, 128.

139.     Healy D, Harris M, Tranter R, Gutting P, Austin R, Jones-Edwards G, Roberts AP (2006).  Lifetime suicide rates in treated schizophrenia: 1875-1924 and 1994-1998 cohorts compared. British Journal of Psychiatry 188, 223-228.  Commentary by T Turner, 229-230.

Exhibit C-130

David Healy                                                                   - 22 -

140.     Healy D (2006).  Did regulators fail over selective serotonin reuptake inhibitors. BMJ 333, 92-95.

141.     Healy D (2006).  The Latest Mania. Selling Bipolar Disorder.  PloS Medicine. http://dx.doi.org/10.1371/journal.pmed.0030185

142.     Tschinkel S, Harris M, Le Noury J, Healy D (2007).  Postpartum Psychosis: Two Cohorts Compared, 1875-1924 & 1994 – 2005.  Psychological Medicine 37, 529-536. doi:10/1017/S0033291706009202.

143.     Farquhar F, Le Noury J, Tschinkel S, Harris M, Kurien R, Healy D (2007).  The incidence and prevalence of manic-melancholic syndromes in North West Wales: 1875-2005. Acta Psychiatrica Scandinavica 115, (suppl 433), 37-43.

144.     Healy D (2007).  The New Engineers of Human Souls and Academia. Epidemiologia e Psichiatria Sociale 16. 205-211.

145.     Healy D, Le Noury J (2007). Paediatric Bipolar Disorder. An object of study in the creation of an illness.  Int J Risk & Safety in Medicine 19, 209-221.

146.     Healy D (2007).  The New Anecdotes.  Ethical Human Psychology & Psychiatry 9, 131-137.

147.     Healy D, Savage M, Tranter R, Austin R, Ijaz Q, Hughes JA, Oberholzer D, Gutting P, Roberts AP (2007).  Guidelines, Tramlines, and Faultlines.  Ethical Human Psychology and Psychiatry 9, 238-244.

148.     Reseland S, Le Noury J, Aldred G, Healy D (2008).  National suicide rates 1961-2003: further analysis of Nordic data for suicide, autopsies and ill-defined death rates, Psychotherapy and Psychosomatics 77, 78-82

149.     Healy D (2008).  Our Censored Journals.  Mens Sana Monographs 6, 244-256,

150.     Healy D (2008).  Irrational Healers?  Psychotherapy and Psychosomatics 77, 198-200. Doi: 10.1159/000126070

151.     Healy D, Harris M, Farquhar F, Tschinkel S, LeNoury J (2008).  Historical overview: Kraepelin's impact on psychiatry.  Eur Arch Psychiatry Clin Neurosci 258, suppl 2, 18-24.

152.     Le Noury J, Khan A, Harris M, Wong W, Williams D, Tranter R, Healy D (2008). The incidence and prevalence of diabetes in patients with serious mental illness in North West Wales: Two cohorts 1875-1924 and 1994-2006 compared.  BMC Psychiatry 8: 67. doi:10.1186/1471-244X-8-67.

153.     Healy D (2009). Trussed in Evidence: Ambiguities at the interface of clinical practice and clinical evidence.  Transcultural Psychiatry 46, 16-37. 10.1177/1363461509102285.

154.     Healy D, Brent D (2009).  Are Selective Serotonin Reuptake Inhibitors a risk factor for adolescent suicides?  Canadian Journal of Psychiatry 54, 69-71.

Exhibit C-131

David Healy                                                                    - 23 -

155.      Healy D (2009).  Perplexity is our product.  Canadian J Psychiatry 54, 76.

156.      Tranter R, Bell D, Gutting P, Harmer C, Healy D, Anderson I (2009).  The effect of serotonergic and noradrenergic antidepressants on emotional processing in clinically depressed patients.  Journal of Affective Disorders118, 87-93.

157.      Healy D, Morgan R, Chinnaswamy S (2009).  Transient global amnesia associated with statin intake.  BMJ Case Reports doi:10.1136/bcr.06.2008.0033.

158.      Healy D, Mangin D (2009). The Once and Future Psychiatry.  Academic Medicine 84, 418-420.

159.      Linden S, Harris M, Whitaker C, Healy D (2010).  Religion and psychosis.  The effects of the Welsh Religious Revival 1904-1905. Psychological Medicine 40, 1317-1324.  doi:10.1017/S0033291709991917

160.      Davies P, Healy D, Davies E, Green P (2009).  Selenium and stereotypies in a mental health setting.  BMJ Case Reports 2009, doi: 10.1136/bcr.07.2009.2053

161.      Healy D, Mangin D, Mintzes B (2010).  The ethics of randomized placebo controlled trials of antidepressants with pregnant women.  Internat J of Risk and Safety in Medicine 22, 7-16 DOI 10.3233/JRS-2010-0487

162.      Johnston S, Boehm S, Healy D, Goebel R, Linden DE (2010). Neurofeedback: a promising tool for the self-regulation of emotion networks. Neuroimage 49, 1066-1072.

163.      Linden SC, Jackson MC, Subramanian L, Wolf C, Green P, Healy D, Linden DEJ (2010).  Emotion-cognition interactions in schizophrenia: Implicit and explicit effects of facial expression Neuropsychologia

164.      Le Noury J, Tatineni R, Healy D (2010).  Perceptions of adult ADHD.  International J of Risk and Safety in Medicine 22, 55-58. DOI 10.3233/JRS-2010-0492

165.      Parker G, Fink M, Shorter E, Taylor MA, Akiskal H, Berrios G, Bolwig T, Brown WA, Carroll B, Healy D, Klein DF., Koukopoulos A,  Michels R,  Paris J, Rubin RT, Spitzer R, Swartz C (2010)  Whither Melancholia? The Case for its Classification as a Distinct Mood Disorder.  American J Psychiatry 167, 745-746.

166.      Johnston S, Linden DE, Healy D, Goebel R, Habes I, Boehm S (2010). Upregulation of emotion areas through neurofeedback with a focus on positive mood. Cognitive, Affective and Behavioral NeuroScience DOI.1013758/s13415-010-0010-1.

167.      Linden DEJ, Habes I, Johnston SJ, Linden S, Tatineni R, Subramanian L, Sorger B, Healy D, Goebel R (2012).  Real-time self-regulation of emotion networks in patients with depression. PLoS One 7 (6) e38115.  Doi: 10;1371/journal.pone.0038115

168.      Harris M, Farquhar F, Healy D, LeNoury J, Baker D, Whitaker CJ, Linden S, Green P, Roberts AP (2011). The incidence and prevalence of admissions for Melancholia in two cohorts 1875-1924 & 1995-2005. J of Affective Disorders 134, 45-51. doi:10.1016/j.jad.2011.06.015

Exhibit C-132

David Healy                                                            - 24 -

169.     Francis AN, Fink M, Appiani F, Bertelsen A, Bolwig T, Braeunig P, Caroff SN, Carroll BT, Cavanna A, Cohen D, Cottencin O, Cuesta NJ, Daniels J, Dhossche D, Fricchione G, Gazdag G, Neera G, Healy D, Klein D, Krueger S, Lee J, Mann S, Mazurek M, McCall V, McDaniel W, Northoff G, Peralta V, Petrides G, Rosebush P, Rummans T, Shorter E, Suzuki K, Thomas P, Vaiva G, Wachtel L.  Catatonia in DSM 5, Journal of ECT, 26, 246-247.

170.     Rosenlicht N, Tsai AC, Parry PI, Spielmans G, Jureidini J, Healy D  (2011).  Aripiprazole in the maintenance treatment of bipolar disorder:  A critical review of the evidence and its dissemination into the scientific literature.  PLoS Medicine, 8, e10000434.

171.     Linden SC, Jackson MC, Subramanian L, Healy D, Linden D (2011).  Sad benefit in face working memory: an emotional bias in melancholic depression.  J Affective Disorders 135, 252-257.  doi:10.1016/j.jad.2011.08.002

172.     Healy D, Le Noury J, Linden SC, Harris M, Whitaker CJ, Linden D, Baker D, Roberts AP (2012). The Rise and Fall in the Incidence of Admissions for Schizophrenia: 1875-1924 & 1994-2010. BMJ Open 2:e000447. doi:10.1136/bmjopen-2011-000447.

173.     Wolf C, Linden S, Jackson MC, Healy D, Baird A, Linden D, Thome J (2011).  Brain activity supporting working memory accuracy in patients with paranoid schizophrenia: a functional magnetic resonance imaging study.  Neuropsychobiology 64, 93-101.

174.     Body D, Edwards IR, Hartigan Go K, Herxheimer A, Labadie J, Healy D (2011).  Is there a need for Forensic Pharmacovigilance as a specialty.  International Journal of Risk & Safety in Medicine 23, 31-42.

175.     Healy D (2011).  Science, rhetoric and the causality of adverse events.  Int J Risk & Safety in Medicine 24, 149-162, DOI 10.3233/JRS-2011-534

176.     Healy D, Le Noury J, Whitaker C, Harris M, Linden S, Linden D, Roberts AP (2012).  Mortality for Schizophrenia & Related Psychoses in two cohorts: 1875-1924 & 1994-2010. BMJ Open. 2:e001810.doi:10.1136/bmjopen-2012-001810

177.     Healy D, Le Noury J, Whitaker C, Harris M, Linden S, Linden D, Roberts AP.  Service Utilization and other outcomes for Schizophrenia & Related Psychoses in two cohorts: 1875-1924 & 1994-2010. (In prep).

178.     Herxheimer A, Healy D, Menkes D (2012).  Case Histories as evidence.  International J Risk & Safety in Medicine 24, 23-29. DOI 10.3233/JRS-2012-0549

179.     Persaud N, Healy D (2012).  Epidemiology in forensic pharmacovigilance.  International J Risk & Safety in Medicine 24, 31-35. DOI 10.3233/JRS-2012-0550

180.     Healy D (2012).  Medical Partizans?  Why doctors need conflicting interests.  Australian & New Zealand Journal of Psychiatry 46(8) 704–707, DOI: 10.1177/0004867412454197

Exhibit C-133

David Healy

- 25 -

181.    Healy D (2012).  Controlled trials and adverse events: lessons from the history of antidepressants and suicide.  Radical Statistics

182.    Habes I, Krall SC, Johnson SJ, Yuen KSL, Healy D, Goebel R, Sorger B, Linden DEJ (2013). Pattern classification of valence in depression.  Neuroimage: Clinical 2, 675-683.

183.    Healy D, Mangin D, Antonuccio D (2013).  Data Based Medicine & Clinical Judgement.  International J of Risk & Safety in Medicine 25, 111-121.  With commentary by Edwards R Data and Evidence, There is a Difference, IJRSM 25, 123-129.

184.    Harris M, Farquhar F, Healy D, Le Noury J, Linden S, Hughes A, Roberts AP (2013). Aspects of melancholia: Two Cohorts 1875-1924 & 1995-2005 compared. History of Psychiatry 24, 3-14.

185.    Healy D (2013). Catatonia from Kahlbaum to DSM 5.  Australian and NZ Journal of Psychiatry  DOI: 10.1177/0004867413486584

186.    Doshi P, Dickersin K, Healy D, Vedula SS, Jefferson T (2013).  Restoring invisible and abandoned trials: a call for people to publish the findings.  BMJ 346: f2865 doi: 10.1136/bmj.f2865

187.    Healy D (2012). Brand "fascism" and academic stalking.  Journal of Biological Physics and Chemistry.

188.    Atigari O, Kelly AM, Jabeen Q, Healy D (2013).  New onset alcohol dependence linked to treatment with SSRIs. Int J of Risk & Safety in Medicine 25, 105-109.

189.    Atigari O, Healy D (2013). Proconvulsant effects. A neglected dimension of psychotropic activity.  Australian and New Zealand Journal of Psychiatry 47, 998-1001.

190.    Healy D (2013).  Melancholia: Past and Present.  Can J Psychiatry 58, 190-194.

191.    Atigari O, Healy D (2013). Sustained antidepressant response to ketamine.  BMJ Case Reports, doi 10.1136/bcr-2013-200370.

192.    Lefever-Watson G, Arcona, A, Antonuccio D, Healy D (2013).  Shooting the messenger: the case of ADHD.  J Contemporary Psychotherapy. 10.1007/s10879-013-9244-x

193.    Basa F, Harris M, Syed MA, LeNoury J, Healy D (2014).  Mental health admissions in paediatric populations in North Wales: Two cohorts; 1875-1925 and 1994-2008.  BMJ Open. 4:e004331. doi:10.1136/bmjopen-2013-004331

194.    Atigari O, Healy D (2013).  Etanercept and schizophrenia like psychosis. BMJ Case Reports doi:10.1136/bcr-2013-200464

195.    Atigari, Hogan C, Healy D (2013).  Doxycycline and suicidality.  BMJ Case Reports doi:10.1136/bcr-2013-200723

Exhibit C-134

David Healy                                                                                    - 26 -

196.     Healy D, Bechtold K, Tolias P (2014).  Antidepressant-Induced Suicidality: How Translational Epidemiology incorporating Pharmacogenetics into Controlled Trials can Improve Clinical Care.  Personalized Medicine 11, 79-88.

197.     Healy D, Howe G, Mangin D (2014).  Sudden Cardiac Death and the Reverse Dodo Verdict.   International J Risk & Safety in Medicine 26, 71-79.

198.     Brookwell L, Hogan C, Mangin D, Healy D (2014).  One hundred cases of alcoholism triggered by serotonin reuptake inhibitor intake.  Int J Risk & Safety in Medicine 26, 99 – 107.

199.     Hogan C, Le Noury J, Healy D, Mangin D (2014). One hundred and twenty cases of enduring sexual dysfunction following treatment.  International J Risk and Safety in Medicine 26, 109-116.

200.     Healy D, Mangin D, Applbaum K (2014).  The Shipwreck of the Singular.  Social Studies of Science 44, 518-523.

201.     Healy D (2014).  Psychiatric Disease in History.  History of Psychiatry 25, 450-458.

202.     Atigari O, Harris M, Hogan C, LeNoury J, Healy D (2016).  Incidence, prevalence and outcomes of admissions for Bipolar Disorder:  Two cohorts compared 1875-1924 and 1904-2007.  History of Psychiatry 27, 1-10, DOI: 10.1177/0957154X15624601

203.     Hogberg G, Antonuccio D, Healy D (2015).  Suicidal Risk from TADS Study Was Higher than it First Appeared.  Int J Risk & Safety in Medicine 27, 85-91. DOI 10.3233/JRS-150645

204.     Healy D. Interview with Steven Katz & Kevin Peters. Dementia 2015; 14; 361-369.

205.     Naudet F, Falissard B, Healy D, Boussageon R (2015).  Has evidence-based medicine left quackery behind?  Internal and Emergency Medicine 10, 631-634.

206.     Healy D (2015).  Serotonin and Depression.  The Marketing of a Myth.  The BMJ 350: h1771 doi: 10.1136/bmj.h1771

207.     Le Noury J, Nardo J, Healy D, Jureidini J, Raven M, Aba-Jaoude E, Tufanaru C (2015).  Restoring Study 329: A randomised, controlled trial of the efficacy and harms of paroxetine and imipramine in the treatment of adolescent major depression BMJ  2015; 351: h4320 | doi: 10 .113 6/bmj.h4320

208.     Healy D, Le Noury J, Mangin D (2016).  Links between Serotonin Reuptake Inhibition Pregnancy & Neurodevelopmental Delay Spectrum Disorders: A Review of Epidemiological and Physiological Evidence. Int J Risk & Safety in Medicine 28, 125–141 DOI 10.3233/JRS-160726

209.     Le Noury J, Nardo J, Healy D, Jureidini J, Raven M, Tufanaru C, Abi-Jaoude E (2016).  Study 329 continuation phase: Safety and efficacy of paroxetine and imipramine

Exhibit C-135

David Healy

in extended treatment of adolescent major depression. Int J Risk and Safety in Medicine 28, 143–161 DOI 10.3233/JRS-160728.

210.    Healy D, Le Noury J, Jureidini J (2018). Los antidepresivos en pediatría: ¿el mayor fracaso de la asistencia sanitaria?  Revista de la Asociación Española de Neuropsiquiatría 37, 133 / Healy

211.    Healy D, Le Noury J, Jureidini J (2019). Paediatric antidepressants; benefits and risks. International J or Risk & Safety in Medicine 30, 1-7.

212.    Healy D, Le Noury J, Mangin D (2018). Enduring sexual dysfunction after treatment with antidepressants, 5α-reductase inhibitors and isotretinoin: 300 cases. Int J Risk and Safety in Medicine, 29, 3, 125-134. DOI 10.3233/JRS-180744

213.    Healy D, Le Noury J, Mangin D et al. (2018). Citizen petition: Sexual side effects of SSRIs and SNRIs. Int J Risk and Safety in Medicine, 29, 135-147. DOI 10.3233/JRS-180745

214.    Berard A, Levin M, Sadler T, Healy D (2018) Selective Serotonin Reuptake Inhibitor Use During Pregnancy and Major Malformations: The Importance of Serotonin for Embryonic Development and the Effect of Serotonin Inhibition on the Occurrence of Malformations. Bioelectricity  2018, 1, 18-29.  doi.org/10.1089/bioe.2018.0003

215.    Healy D. The crisis in Cochrane: Evidence Debased Medicine. *Indian J Med Ethics.* 2019; 4: 52-4.

216.    Healy D.  Antidepressants for Minors: Benefits, Risks and Peter Gøtzsche. Bipolar Disorder 2019, 21, 797-798.

217.    Healy D, Le Noury J, Mangin D.  Post-SSRI sexual dysfunction: Patient experiences of engagement with healthcare professionals. International Journal of Risk & Safety in Medicine 2019, 31, 167–178, DOI 10.3233/JRS-191005

218.    Healy D (2019). Post-SSRI sexual dysfunction & other enduring sexual dysfunctions. Epidemiology and Psychiatric Sciences 29: 1–2.

219.    Healy D, LaPalme J, Levin M (2019).  Post-Selective Serotonin Reuptake Inhibitor Sexual Dysfunction: A Bioelectric Mechanism? Bioelectricity https://doi.org/10.1089/bioe.2019.0010

220.    Healy D, Mangin D (2019).  Clinical judgments, not algorithms, are key to patient safety. BMJ 367: l5777

221.    Healy D (2020). Antidepressants and sexual dysfunction, a history.  Journal of the Royal Society of Medicine 113, 133-135.

222.    Bijl D, Healy D  (2020) Inadequate evaluation of potential side effects of sildenafil in preterm stopped Dutch trial.  Int J Risk and Safety in Medicine 31, 145-148.

Exhibit C-136

David Healy                                                                                    - 28 -

223.      Healy D (2020).  Medical Nihilism by Jacob Stegenga; Is operationalism the answer to nihilism?  Studies in the History and Philosophy of Biology and Biomedical Sciences 81, 101272.

224.      LaPorte, JR, Healy D.  In the midst of the SARS-CoV-2 pandemic, caution is needed with commonly used drugs that increase the risk of pneumonia.  At a time when the BMJ and Lancet were taking any articles that mentioned Covid, even from Surgisphere, this article was turned down by both journals. It was published on RxISK.org and 3 studies have now supported the central thesis of the piece.

225.      Johnson RM, Doshi P, Healy D (2020). Covid-19: Should doctors recommend treatments and vaccines when full data are not publicly available? BMJ 2020;370:m3260

226.      Healy D (2022). Reducing medication burden has become a privilege of wealth in western settings. Indian Journal of Medical Ethics 30, 226-229.

227.      Healy D (2022). Whistleblowing without names is hearsay.  Indian Journal of Medical Ethics 30, 194-196.

228.      Healy D, Lochhead J, Mangin D (2022). Development and persistence of patient reported visual problems associated with serotonin reuptake inhibiting antidepressants. Int J Risk & Safety in Medicine 2021, 33, 37-47.

229.      Healy D, Bahrick A, Bak M, Barbato A, Calabrò RS, Chubak BM, Cosci F, Csoka AB, D'Avanzo B, Diviccaro S, Giatti S, Goldstein I, Graf H, Hellstrom WJ, Irwig MS, Jannini EA, Janssen PK, Khera M, Kumar MT, Le Noury J, Lew-Starowicz M, Linden DE, Lüning C, Mangin D, Melcangi RC, Shaban Rodríguez OW, Panicker JN, Patacchini A,. Pearlman AM, Pukall CF, Raj S, Reisman Y, Rubin RS, Schreiber R, Shipko S, Vašečková B, Waraich A. Diagnostic criteria for enduring sexual dysfunction after treatment with antidepressants, finasteride and isotretinoin. Int J Risk and Safety in Medicine 2022, 1-7

230.      Goetzsche P, Healy D. Restoring the two pivotal fluoxetine trials in children and adolescents with depression. Int J Risk & Safety in Med 2022, 33, 385-408.

231.      Healy D.  Toward Zombie Psychiatry.  Indian J Med Ethics, 2022, 7.

232.      Healy D, Roux A, Dressen B. The coverage of medical injuries in company trial informed consent forms. Int J Risk & Safety in Med 2023. 34, 121-128. doi: 10.3233/JRS-220043

233.      Selley P, Healy D. Boytchev H. Maternal RSV vaccine: Further analysis is urged on preterm births. BMJ 2023; 381: p1021.  See also Healy D, Selley P. Medical Writing and BMJ Ambiguities on DavidHealy.org.

234.      Healy D. Diagnosis, Verdict, Conclusion and Causality. Ethical Human Psychology and Psychiatry 2023 http://dx.doi.org/10.1891/EHPP-2023-0001

235.      Healy D. The Past, Present and Future of Anticholinergic Drugs.  Therapeutic Advances in Psychopharmacology 2023, 13, 1-9. DOI: 10.1177/ 20451253231176375

Exhibit C-137

David Healy — 29 -

236.    Healy D. Randomized Controlled Assays and Randomized Controlled Trials.  A Category Error with Consequences. Ethical Human Psychology and Psychiatry 2023, 25, 119-134, http://dx.doi.org/10.1891/EHPP-2023-0006

237.    Healy D, Laporte J-R, Denoyel A. Pharmacovigilance. An Ethical Issue for Clinical Psychology, Psychiatry and Pharmacists?

238.    Healy D. Auditing Electroconvulsive Therapy.  Ethical Human Psychology and Psychiatry 2023.

239.    Healy D.  Zen and the Art of Moodcycle Maintenance.  Ethical Human Psychology and Psychiatry 2023

240.    Gandhi P, Healy D Bozinoff N. Severe Alcohol Use Disorder After Initiation of Selective Serotonin Reuptake Inhibitor Therapy.  Canadian Medical Association Journal 2023; 195: E1380-2. doi: 10.1503/cmaj.231015.

241.    Boytchev H, Selley P, Healy D.  Concerns over informed consent for pregnant women in Pfizer's RSV vaccine trial. BMJ 2023; 383: p2620

Other articles are in preparation on:
    Acute and Transient Psychosis: Historical and Contemporary Trajectories,
    Acute and Transient Mental Illness: Lessons from Historical Records.

Exhibit C-138

David Healy

## BOOK CHAPTERS

1. Healy D, Carney PA & Leonard B E (1985).  Circadian abnormalities in platelet 5HT reuptake in depression.  In Circadian Rhythms in the Central Nervous System, ed Redfern PH et al.  Macmillan Press, Basingstoke, 249-252 (CPA).

2. Healy D (1988).  Olfactory Bulbectomy and Depression.  In Animal Models of Psychiatric Disorders ed Soubrie P et al, 1, 110-114, Karger, Basel (PA).

3. Healy D and Paykel ES (1989).  The Neurochemistry of Depression.  In Modern Perspectives in the Psychiatry of the Affective Disorders, ed Howells, J G, Brunner/Mazel, New York. pps 20-50 (PA).

4. Healy, D (1990).  Rhythm and Blues.  In Antidepressants: Thirty Years On,  ed Leonard B E, Spencer P  CNS Neuroscience Publishers, London, 169-175 (PA).

5. Healy D (1991).  The Role of Irish Members in the Medico- Psychological Association.  Plus ca Change.  In  150 Years of British Psychiatry ed Berrios G E, Freeman H L, Gaskell, pp 314- 320 (PA).

6. Healy D, Paykel E S (1992).  Neurochemical Correlates of Affective Processes.  In Asbury A K, McKhann G M & McDonald W I, Diseases of the Nervous System, Harcourt Brace and Jovanovich, PP 815-830 (PA).

7. Lynch T & Healy D (1993).  In Conversation with Tom Lynch.  In Talking About Psychiatry, ed Wilkinson G, Gaskell Press, London (CPA).

8. Healy D (1993).  Dysphoria.  In Symptoms of Depression.  ed Costello G   Wiley J., pp 24-45 (PA).

9. Healy D  (1993).  Neuropsychology, pharmacopsychology and schizophrenia.  in Schizophrenia: Aspects and Controversies ed Bogte H, Verhoeven W M A,  Foundation of Neuropsychiatry, Maastricht, pp 30 – 40 (PA).

10. Healy D (1995).  Involving users in mental health services in the era of the word- processor and the database.  in Community Care: Evaluation of the Provision of Mental Health Services ed Crosby C, Barry M, Avebury Press, Aldershot, 209-231.

11. Healy D, Watson F (1995).  Human volunteers in human psychopharmacology: Problems and opportunities.  in Hindmarch I, Stonier P eds.  Human Psychophar- macology: Materials and Methods, Vol 5, J Wiley, Chichester, pp 63-87 (CPA).

12. Healy D (1996).  Psychopharmacology in the new medical state.  in Eds Healy D, Doogan D Psychotropic Drug Development: Social Economic and Political Issues, Chapman and Hall, London, pp 15-39 (PA).

13. Healy D, Doogan D (1996).  Psychopharmacology in a time of transition.  in Eds Healy D, Doogan D, Psychotropic Drug Development: Social Economic and Political Issues, Chapman and Hall, London (PA).

14. Healy D  (1996).  Irish Psychiatry in the Twentieth Century: Notes Towards a History.  in 150 Years of British Psychiatry, Vol 2  ed Freeman H & Berrios GE, Athlone Press, London, 268-291 (PA).

Exhibit C-139

David Healy

15. Healy D (1996).  The history of British Psychopharmacology. in 150 Years of British Psychiatry, Vol 2 ed Freeman H, Berrios GE, Athlone Press, London, p 61-88 (PA).

16. Bentall R, Day J, Rogers A, Healy D, Stevenson R C  (1996).  Side effects of Neuroleptic Medication: Assessment and impact on outcome of psychotic disorders. in Hdbk of Mental Health Economics and Health Policy, Vol 1 Schizophrenia Ed Moscarelli M, Rupp A & Sartorius N, J Wiley & Sons Chichester, p 133-148 (CPA).

17. Healy D (1998).  Drugs & Industry.  In Ban TA, Healy D, Shorter E (eds).  The Rise of Psychopharmacology & The Story of the CINP, Animula, Budapest. p 51-55 (PA).

18. Healy D (1999). The Origin of the Antidepressants.  In Freeman HF (Ed), A Century of Psychiatry, Volume 1, Mosby London, pp 169-173 (PA).

19. Healy D (1999).  Arvid Carlsson. In Freeman HF (Ed), A Century of Psychiatry, Volume 1, Mosby, London pp 180-181 (PA).

20. Healy D (1999).  Psychopharmacology 2000.  In Freeman HF (ed), A Century of Psychiatry, Volume 2, Mosby London, 352-358 (PA).

21. Healy D, McMonagle T (1998).  The Prophylaxis of Affective Episodes, O'Mahoney G, Lucey JV, Understanding Psychiatric Treatment, J Wiley & Sons, pp 115-131.

22. Healy D (2000).  The Antidepressant Story.  In Nowotny H, Folkers G, Sternwarten-Buch Vol 2, Haffmans Sachbuch Verlag Zurich, pp (PA).

23. Healy D (2001).  The Antidepressant Drama.  In Weissman M ed.  Treatment of Depression.  Bridging the 21st Century.  Proc Am Psychopathological Assoc Meeting March 1999, APA Press, Washington D.C pp 7-34  (PA).

24. Healy D (2001).  The SSRI Suicides. In Newnes C, Holmes G, Dunn C (ed), This is Madness Too.  PCSS Books, Ross-on-Wye, pp 59-69.

25. Healy D (2001).  Fifty Years of Depression. In Dawson A, Tylee A (eds.) Depression: social and economic timebomb.  BMJ Books, London, pp.45-48.

26. Randall F, Wood P, Day J, Bentall R, Rogers A, Healy D (2001).  Enhancing appropriate adherence with neuroleptic medication: Two contrasting approaches.  In Morrison AP (ed).  A Casebook of Cognitive Therapy for Psychosis.  Brunner-Routledge, London, 281-298.

27. Healy D (2002).  Antipsychotics: The Historical Record.  In Green B (ed). Focus on Antipsychotics, Petroc Press, Berkshire, pp 4-9.

28. Healy D (2002).  Depression.  In The New Dictionary of Pastoral Studies, ed Carr W, et al, SPCK Press, London, pp 92-94.

29. Healy D, Kuhn R, Simon P, Broadhurst A, Shorter E, Battegay R, Voelkel A, Cahn CH (2002). The Imipramine Dossier.  In Ban T, Healy D, Shorter E (ed), From

Exhibit C-140

David Healy                                                                    - 32 -

Neuropsychopharmacology to Psychopharmacology in the 1980s. Animula, Budapest, pp 281-352.

30. Healy D (2004). Psychopharmacology at the Interface between the market and the New Biology. In Rose SPR, Bateson P, Perils and Progress, Cambridge University Press, Cambridge, pp 232-248.

31. Healy D (2005). Psychopharmacological histories through the looking glass of advancing years. In Curran S, Bullock R (eds), Psychopharmacology for the Aged, Practical Aspects, Ratcliffe Medical Press.

32. Healy D (2004). You Have No Right to Present this Research. In Bruneau W, Turk JL (ed.) Disciplining Dissent. Lorimer Toronto, pp 53-73.

33. Healy D (2004). The Foundation of the British Association of Psychopharmacology. In Ban T, Healy D, Shorter E, Psychopharmacology Retrospective, Animula, Budapest.

34. Healy D (2004). Good Science or Good Business. In Chambers T, Elliott C (eds). Prozac as a Way of Life. University of North Carolina Press, Chapel Hill S Carolina, 72-79.

35. Healy D (2005). The Medico-legal interface between Law and Science: From Thalidomide to Prozac. In Tomossy G, et al.

36. Healy D (2004). Drug Regulation and the introduction of psychotropic drugs in the United Kingdom. In Ban T, Healy D, Shorter E. Reflections on Twentieth Century Psychopharmacology. Animula, Budapest, pp 94-97.

37. Healy D (2004). Michael Shepherd, Founder and Vice-President (1957-1958). In Ban T, Healy D, Shorter E. Reflections on Twentieth Century Psychopharmacology. Animula, Budapest, pp 577-578.

38. Healy D (2004). The History of the British Association for Psychopharmacology. In Ban T, Healy D, Shorter E. Reflections on Twentieth Century Psychopharmacology. Animula, Budapest, pp 628-630.

39. Healy D (2005). Shaping Discontent. The Roles of Science and Marketing. In Pietekainen P (ed). Modernity and Its Discontents: Sceptical Essays on the Psycho-medical Management of Malaise. Stockholm: Ax: son Johnson Foundation, pp 33-48.

40. Healy D (2004). A l'heure des antidépresseurs. In Chapelle G (ed). Le Moi. Du Normal au pathologique. Éditions Sciences Humaines, Auxerre, 319-325.

41. Healy D (2006). The New Medical Oikumene. In Petryna A, Lakoff A, Kleinman A (ed) Global Pharmaceuticals. Ethics, Markets, Practices. Duke University Press, Durham, pp 61-84

42. Healy D (2006). Psychopharmacology and the Quantities of the Brain. In Ban T, Ucha Udabe R, (Ed) The Neurotransmitter Era in Neuropsychopharmacology in a Historical Perspective. Editorial Polemos, Buenos Aires, pp 247-254.

Exhibit C-141

David Healy

43. Healy D (2007).  Folie to Folly, The Modern Mania for Bipolar Disorders and Mood Stabilizers.  In Tone A, Watkins ES (ed).  Medicating Modern America.  Prescription Drugs in History.  New York University Press pp 42-62.

44. Healy D, Le Noury J (2007).  Bipolar Syndrome by Proxy.  The Strange Case of Pediatric Bipolar Disorder.  In Olfman S (ed).  Bipolar Disorder in Children: Cutting Edge Controversies.  Praeger Press, 12-27

45. Healy D (2008).  The Intersection of Psychiatry and Psychopharmacology in the Second Half of the Twentieth Century.  In Wallace ER, Gach J (eds) History of Psychiatry and Medical Psychology.  New York, Springer, pp 419-437.

46. Healy D (2008).  Birth, Ritalin, Prozac, Viagra, Death. In Bennett , Carney T, Karpin I (eds).  The Brave New World of Health.  Federation Press, Sydney p 112-127.

47. Healy D, Moore N (2008).  Treatment of Psychiatric Disorders.  In Boxtel CJ van, Santoso B, Edwards IR (eds).  Drug Benefits and Risks: International Textbook of Clinical Pharmacology.  IOS Press, p 675-684.

48. Healy D (2008).  Academic Stalking and Brand Fascism. In Turk J, Thompson J Universities at Risk: How Politics, Special Interests and Corporatization Threaten Academic Integrity. Lorimer Press, Toronto p 108-137.

49. Healy D (2009).  Notes Towards A Future History of Treatments for Cognitive Failure.  In Treating Dementia. Do We Have a Pill for That? Ed. Jess Ballenger, Peter Whitehouse, Constantine Lyketsos, Peter Rabins and Jason Karlawish.  Johns Hopkins University Press, Baltimore pp 25-41.

50. Healy D (2010).  From Mania to Bipolar Disorder,  Yatham L, Maj M (eds) Bipolar Disorder: Clinical and Neurobiological Foundations, J Wiley & Sons, New York, pp 1-7.

51. Healy D (2011).  Dependence on Drugs.  HAI Holland

52. Healy D (2013).  Le Meilleur de Marchés.  Ed Borch-Jacobsen M.  Big Pharma.  Une industrie toute-puissante qui joue avec notre santé.  Les Arenes Paris, 399-426.

53. Healy D (2014).  Challenging the dominance of the pharmaceutical industry in psychiatry.  In Higgins A and McDaid S (eds).  Mental Health in Ireland.  Gill & MacMillan, Dublin, pp 251-269.

54. Healy D, Le Noury J (2014).  Pediatric Bipolar Disorder. An Object of Study in the Creation of an Illness.  In Holmes D, Jacob JD, Perron A. Power and the Psychiatric Apparatus.  Ashgate, Surrey pp 117-133.

55. Healy D (2014).  The Cardinals of Psychiatry.  In Speed E, Moncrieff J, Rapley M (eds). De-Medicalizing Misery II.  Palgrave MacMillan, London pp 174-189.

56. Healy D, Mangin D (2016).  Does my Bias look Big in This?  In Baylis F, Ballantyne A, Clinical Research Involving Pregnant Women.  Springer International Publishing, Switzerland, pp 197-208,  DOI 10.1007/978-3-319-26512-4_11

Exhibit C-142

David Healy                                                                  - 34 -

57. Healy D, Le Noury J, Jureidini.  The Greatest Failing in Healthcare.

58. Healy D.  The Pharmaceutical Industry and the Standardization of Psychiatric Practice. In Ikkos G, Bouras N (Eds) Mind, State and Society.  Social History of Psychiatry and Mental Health in Britain 1960-2010.  Cambridge U Press 163-170.  (2021).

59. Healy D. The Pharmaceutical Industry and American Health Services.  Halliwell M, Jones S (Eds). The Politics of American Health.  Edinburgh University Press (2022).

Exhibit C-143

David Healy                                                          - 35 -

**JOURNAL REVIEWER FOR:**

1. Academic Medicine
2. Acta Psychiatrica Scandinavia
3. Acta Neurological Scandinavia
4. Annals of Internal Medicine
5. Anthropology and Medicine
6. Archives of General Psychiatry
7. Australasian Psychiatry
8. Behavioural Pharmacology
9. British Journal of Psychiatry
10. British Journal of Clinical Pharmacology
11. British Journal of Hospital Medicine
12. British Medical Journal
13. Biological Psychiatry
14. Biomedical Central
15. Bipolar Disorders
16. BMJ Case Reports
17. BMJ Evidence Centre
18. Bulletin of History of Medicine
19. Business History Review
20. Canadian Medical Association Journal
21. Chemical Heritage
22. Chronobiology International
23. Clinical Practice & Epidemiology in Mental Health
24. CNS Drugs
25. Contemporary Psychology
26. Culture, Medicine & Psychiatry
27. Current Medical Research & Opinion
28. Current Anthropology
29. Depression and Anxiety
30. Disease Management & Health Outcomes
31. European Neuropsychopharmacology
32. Evidence Based Mental Health
33. Expert Review of Neurotherapeutics
34. Harvard Review of Psychiatry
35. Hastings Center Report
36. History of Psychiatry
37. History of Psychology
38. History of the Human Sciences
39. Human Psychopharmacology
40. International Journal of Geriatric Psychiatric
41. International Journal of Clinical Medicine
42. International Journal of Clinical Psychopharmacology
43. International Journal of Law and Psychiatry
44. International Journal of Neuropsychopharmacology
45. International Journal of Psychiatry in Clinical Practice
46. Internet Journal of Mental Health
47. Irish Journal of Medical Science
48. Irish Journal of Psychological Medicine
49. Journal of Abnormal Psychology

Exhibit C-144

David Healy                                                                    - 36 -

50. Journal of Affective Disorders
51. Journal of Attention Disorders
52. Journal of Child Psychology and Psychiatry
53. Journal of Clinical Psychiatry
54. Journal of the History of the Behavioral Sciences
55. Journal of Mental Deficiency Research
56. Journal of Nervous & Mental Disease
57. Journal of Mental Health
58. Journal of Personality & Social Psychology
59. Journal of Psychiatry & Neuroscience
60. Journal of Royal Society of Medicine
61. Journal of Sex and Marital Therapy
62. Journal of Social and Clinical Psychology
63. Journal of Psychopharmacology
64. Lancet
65. Life Sciences
66. MD Adviser
67. Medical History
68. Medical Hypotheses
69. Mens Sana Monographs
70. Monash Bioethics Review
71. Nature Medicine
72. Nature Neuroscience
73. Neuropsychiatric Disease & Treatment
74. Neuropsychopharmacology
75. Perspectives in Biology & Medicine
76. Pharmacogenomics.
77. Pharmacology, Biochemistry & Behaviour
78. Philosophy, Psychology & Psychiatry
79. Philosophy, Ethics and Humanities in Medicine
80. PLoS Medicine
81. PLoS One
82. Primary Care Psychiatry
83. Progress in Neuropharmacology & Biological Psychiatry
84. Psychiatric Bulletin
85. Psychiatry Reseach
86. Psychological Medicine
87. Psychology & Psychotherapy
88. Psychopharmacology
89. Psychosis
90. Psychotherapy & Psychosomatics
91. Public Library of Science: Medicine
92. Public Library of Science: One
93. Quarterly Journal of Mental Health
94. R&D Management
95. Science & Engineering Ethics
96. Science Studies
97. Social History of Medicine
98. Social Science and Medicine
99. Social Studies of Science
100.        Studies in History and Philosophy of Biological and Biomedical Sciences

Exhibit C-145

David Healy                                                    - 37 -

    101.      The Hedgehog Review
    102.      The Psychologist
    103.      Transcultural Psychiatry
    104.      World Psychiatry


**ASSESSOR FOR:**

1/      Agence d'évaluation des technologies et des modes d'intervention
en santé de Quebec.

2/      American Psychological Association:
Guidelines on the Treatment of Children & Adolescents.

3/      Royal Australian College of Physicians:
Revision of guidelines for ethical relationships between physicians and industry

4/      Royal College of Psychiatrists:
Revision of guidelines on relationships between physicians and the pharmaceutical industry


Drugs and Therapeutics Bulletin
Fullbright Fellowship Program
Health Which?
Medicine's Resource Centre Bulletin
Welsh Health Gains Initiative

Exhibit C-146

David Healy                                                              - 38 -

**UNIVERSITY PRESS & PUBLISHER REVIEWS**
1. Anansi Press
2. Basic Books
3. Bloomsbury USA
4. Bodley Head
5. Cambridge University Press
6. Chapman & Hall
7. Columbia University Press
8. Duke University Press
9. Encyclopedia of Social Measurement – Elsevier
10. Harvard University Press
11. Hodder & Arnold
12. Johns Hopkins University Press
13. Martin Dunitz Press.
14. New York University Press
15. Oxford University Press
16. Pantheon Books
17. Praeger Publishers
18. Random House
19. Routledge
20. Simon & Shuster
21. St Martins' Press
22. Times Literary Supplement
23. University of California Press.
24. University of Regina Press
25. University of South Carolina Press
26. Vanderbilt University Press

**EDITORIAL BOARD**

| | |
|---|---|
| Human Psychopharmacology | 1990 – 2000 |
| Primary Care & Community Psychiatry | 1995 – 2005 |
| History of Psychiatry | 2002 – Associate Editor 2012 |
| Medical Hypotheses | 2003 – 2010 |
| Mens Sana Monographs | 2007 – |
| Psychosis | 2007 – |

**GRANT REVIEWER**
1. ESRC
2. Canadian Institutes of Health Research
3. MacArthur Fellowship Reviewer
4. Medical Research Council of Canada
5. Medical & Social Science Research Board
6. Mental Health Foundation
7. National Institute for Health Research
8. National Lotteries Charities Board
9. National Science Foundation
10. Scottish Health Board
11. Social Sciences & Humanities Research Council of Canada
12. Wellcome Trust
13. Welsh NHS Research and Development Board

Exhibit C-147

David Healy                                                                    - 39 -

**Academic Promotion Review**

1. Renselaar Polytechnic Institute
2. Trent University
3. University of California, Los Angeles

**GOVERNMENT CONSULTANT**
Medical and HealthCare Devices Regulatory Agency (UK) 2001-2004 on SSRIs
Senator Grassley's Office US re SSRIs
Congressmen Barton and Greenwood US re SSRIs
House of Commons Health Select Ctte on the Influence of the Pharmaceutical Industry.
Comité d'évaluation des pratiques médicales en matière de médicaments (Belgium)

Exhibit C-148

David Healy

## ABSTRACTS, REVIEWS, CONSENSUS STATEMENTS, LETTERS

1. Healy D, Carney A P, Leonard B E (1984). Abnormalities in the Circadian Regulation of 5HT Uptake into the Platelets of Depressed Persons.  Clinical Neuropsychopharmacol.

2. Healy D, Carney A P, O'Halloran A (1984). Use of a Microcomputer to rate Depression in a West of Ireland Population.  Clinical Neuropsychopharmacology.

3. Healy D, Paykel E S, Theodorou A E, Horton R (1988). The effect of treatment with and withdrawal from antidepressants on platelet 3H Imipramine binding in volunteers. Journal of Psychopharmacology, 2, 2

4. Healy, D (1988).  Antidepressants and Mania.  American J of Psychiatry, 145, 706-707.

5. Healy D (1988).  Rhythm & Blues: the role of the circadian rhythm disturbances in the pathogenesis of the affective disorders.  J Psychopharmacology, 2, 3 abstract.

6. Healy D (1987).  Depression & Mania; Modern Lithium Treatment.  J Psychopharmacology 1, 274-275.

7. Healy D, Paykel ES, Whitehouse AM, White W, Brown M, Ashby M, Theordorou AE, Horton RW (1989).  Plasma noradrenaline, adrenaline and DHPG levels in depression before and after clonidine.  J Psychopharmacology 3, 4.

8. Healy D (1990).  Prescribing rights for psychologists?  The Psychologist 556-557.

9. Healy D  (1991).  Biological bases of dementia.  J Psychopharmacology  5, 437-444.

10. Creaney W, Murray I, Healy D (1992). Antidepressant induced suicidal ideation.  Journal of Psychopharmacology 6, Abstracts of Annual BAP Meeting, 120.

11. Healy D, Calvert J, White W, Whitehouse AM Paykel E S (1992) Acid Alpha-1 Glycoprotein levels in Depression.  J Psychopharmacol 6, Abstracts Ann Meeting 1991.

12. Healy D (1991). Altered States of Consciousness: Phenomenology and Pharmacology. Journal of Psychopharmacology Abstracts of Annual Meeting.

13. Healy D (1992).  Pandora's Box.  Journal of Psychopharmacology 6, 444-446.

14. Healy D (1991).  The Anxiolytic Jungle.  Where Next?  Psychol Medicine 21, 791-812.

15. Healy D (1991).  Medical Choices; Medical Chances.  Irish J Psychological Med 8, 189

16. Healy D, Creaney W (1991).  Antidepressant induced suicidal ideation.  British Medical Journal 303, 1058-1059.

17. Healy D, Waterhouse (1992). Endogenous Rhythms, Reactive Clocks and Non-Specific Drugs. Journal of Psychopharmacology A29, abstract 113

18. Healy D (1993).  The psychological treatment of insomnia.  Irish J Psychological Medicine 10, 62.

Exhibit C-149

David Healy                                                                    - 41 -

19. Healy D (1990).  A new science of insanity.  New Scientist 128, 34-38.

20. Healy D (1990).  Prescribing rights for psychologists?  Psychologist 3, 556-557.

21. Healy D (1991).  The Hamilton Scales.  British Journal of Psychiatry 158, 877.

22. Healy D (1991).  Sounds from the Bell Jar.  British Journal of Psychiatry 159, 755-756.

23. Todrick A (1991).  Imipramine and 5HT reuptake inhibition.  Journal of Psychopharmacology 5, 263-267.  (ed  D Healy).

24. Healy D (1991).  Symposia summaries.  J Psychopharmacology 1, 437-438.

25. Healy D (1992).  The Diagnosis of Depression.  Human Psychopharmacology 7, 154.

26. Lynch T & Healy D (1992).  In Conversation with Tom Lynch  Psychiatric Bull 16, 65-72.

27. Healy D (1992).  Psychopharmacology for the psychotherapist.  Human Psychopharmacology 7, 68.

28. Healy D (1992).  The Scientific Basis of Psychiatry.  British Journal of Hospital Medicine.

29. Healy D (1992).  The indemnification of psychopharmacology.  BAP Newsletter Aut 1992.

30. Healy D, Waterhouse A M (1992). Reactive rhythms, endogenous clocks and non-specific drugs.  J Psychopharmacology, Abstracts of Ann Meeting 1992, A 29.

31. Healy D (1993).  Grangegorman.  Irish Journal of Psychological Medicine 10, 130-131.

32. Lader M, Healy D et al (1992).  The Medical Management of Insomnia in General Practice.  Royal Society of Medicine, Round Table Series no 28.

33. Healy D (1993).  Grangegorman.  History of Psychiatry 4, 297-298.

34. Healy D (1992).  The Beta-Adrenergic Receptors.  Human Psychopharmacology 7, 357.

35. Healy D (1993).  The Aspirin Wars.  BAP Newsletter Spring 1993.

36. Healy D (1993).  Matching the Drug to the Patient's Needs. The prescription of hypnotics.  Prescriber 4, 12, 36-45.

37. Healy D (1993).  Oedipus at Delphi.  British Journal of Psychiatry 163, 119 - 121.

38. Healy D (1993).  Human Psychopharmacology: Materials and Methods Volume 4. Human Psychopharmacology 8, 223.

39. Healy D (1993).  Beyond the Receptor: the role of Molecular Biology in Psychopharmacology.  Journal of Psychopharmacology 8, 69-70.

Exhibit C-150

David Healy

40. Healy D (1994).  Human Psychopharmacology: Materials and Methods Volume 4. British Journal of Psychiatry 164, 428-429.

41. Healy D. (1993) 'Make Believes' in Psychiatry or the Perils of Progress.  Human Psychopharmacology 8, 448.

42. Healy D (1993).  Brain Dead, Brain Absent, Brain Donor.  Irish Journal of Psychological Medicine 10, 170-171.

43. Healy D (1993).  The psychological treatment of insomnia.  Irish J of Psychological Medicine 10, 62.

44. Healy D (1994). The Psychological Management of Schizophrenia: Problems and Opportunities.  Br J Psychiatry, Royal Coll Psychiatrists Annual Meeting 1994.

45. Harborne G, Healy D, Watson F L, Groves L (1993).  The neuropsychological effects of ketamine: the dog that didn't bark.  J Psychopharmacol, Abstracts BAP Ann Meet  A19.

46. Pasteur M-A L, Watson F L, Healy D (1993).  The cognitive effects of paroxetine in healthy and depressed elderly subjects.  J Psychopharmacol, Abstracts Ann Meet A18.

47. Healy D (1994).  La Mettrie: Medicine, Philosophy and Enlightenment.  Irish J Psychological Med 11, 50.

48. Healy D (1994).  Chronic Fatigue Syndrome.  J Psychopharmacology 8, 191.

49. Healy D (1994).  Psychobiology & cognitive therapy of the neuroses.  J Psychopharmacol 8, 279.

50. Healy D (1994).  Listening to Prozac (Kramer versus Kramer).  Psychological Medicine 24, 1048-1050.

51. Wilkinson G, Fahy T, Russell G, Healy D, Marks I, Tantam D, Dimond B (1995).  Case reports and confidentiality.  British Journal of Psychiatry 166, 555-558.

52. Nakielny J, Healy D (1994).  The fluoxetine and suicide controversy.  CNS Drugs, 2, 252-254.

53. Healy D (1994).  Beyond the receptor; the significance of gene expression for psychopharmacology.  J Psychopharmacology 8, 69-70.

54. Healy D (1995).  Biology of Depressive Disorders.  Human Psychopharmacology 10, 68.

55. Healy D (1994).  Cocaine.  Drugs of Abuse: A comprehensive series for clinicians.  Human Psychopharmacology 9, 447.

56. Healy D (1995).  From fasting saints to anorexic girls.  Irish J Psychological Medicine 12, 41-42.

57. Healy D.  (1995).  Cocaine: Physiological and Physiopathological Effects.  Human Psychopharmacology 10, 163.

Exhibit C-151

David Healy

58. Healy D (1995).  Clinical Evaluation of Psychotropic Drugs.  Human Psychopharmacology 10, 249.

59. Healy D (1994).  Psychobiology and cognitive therapy of the neuroses.  Journal of Psychopharmacology 8, 279.

60. Healy D (1995).  The proscription of prescription.  The Psychologist April, pp 223 et seq.

61. Healy D (1995).  Current insights on obsessive-compulsive disorder.  Human Psychopharmacology 10, 248.

62. Healy D (1995).  Critical Issues in the Treatment of Affective Disorders.  Human Psychopharmacology 10, 357.

63. Healy D (1995).  Bipolar affective disorder. in Mental Health.  A Technical Document produced by the Welsh Health Gain Panel of Review.  Ed Farmer A, p 145-156.

64. Healy D (1995).  Clinical Psychopharmacology.  Human Psychopharmacology 10, 495.

65. Healy D (1995).  Clinical Measurement in Drug Evaluation.  Human Psychopharmacology 10, 494.

66. Watson F, Harborne CG, Tipper ST, Healy D (1995).  Ketamine, negative priming and the breakdown of integrative perceptual processes.  J Psychopharmacol 9, 3, A3, abstract 170.

67. Johnstone F, Rickard I, Healy D (1995).  The costs of psychotropic medication. British Journal of Psychiatry 167, 112-113.

68. Healy D (1995).  Alzheimers and Parkinson's disease.  J Psychopharmacology 10, 257.

69. Healy D (1996).  The NMDA receptor.  J Psychopharmacology 10, 171.

70. Healy D (1996).  Drugs and Addictive Behaviour.  J Psychopharmacology 10, 257.

71. Healy D (1996).  Biological Psychiatry.  Human Psychopharmacology 11, 429.

72. Healy D (1996).  Handbook for the Treatment of the Seriously Mentally Ill.  Human Psychopharmacology 11, 527.

73. Guest JF, Hart WM, Cookson RF, Lindstrom E (1996).  Pharmacoeconomic evaluation of long-term treatment with risperidone for patients with chronic schizophrenia.  British J Medical Economics 10, 59-67.  Based on Delphi panel contributions for DH and others.

74. Healy D (1997).  In Brodie's shadow.  J Psychopharmacology 11.

75. Healy D (1997).  Narrative, history and accuracy.  J Psychopharmacology 11, 95.

76. Healy D (1997).  Blues in the Night.  The Nursing Times. April 9th.

Exhibit C-152

David Healy

- 44 -

77. Healy D (1997).  Clinical Handbook of Psychotropic Drugs.  J Psychopharmacol 11, 96.

78. Healy D (1997).  Reply to AJ Goudie – what is the clinical significance of the discontinuation syndrome seen with clozapine?  J Psychopharmacology 14, 191.

79. Healy D (1997).  Architects of the Great Depression.  Times Higher Ed Suppl June 18th

80. Healy D (1997).  Child and adolescent clinical psychopharmacology.  Human Psychopharmacology 12, 168.

81. Healy D (1997).  Pleasure and Quality of Life.  Human Psychopharmacology 12, 168.

82. Healy D (1997).  History of Psychiatry.  Human Psychopharmacology 12, 398.

83. Healy D (1998). Deconstructing Psychopathology.  Psychological Medicine 28, 744-745.

84. Healy D (1998).  The Invention of Depression.  Openmind

85. Healy D, Farquhar G, Watson F, Tipper S (1998).  Varieties of hallucinatory experience and their neural basis.  J Psychopharmacology 12, A2, abstract 5.

86. Tansey EM, Christie DA, Reynolds LA (1998).  Wellcome Witnesses to Twentieth Century Medicine. Vol2.  Drugs in Psychiatric Practice. Pp 133-205.

87. Mortimer A, Healy D, Gray R, Peveler R, Pratt P, Sharma T, Turner T (1998).  Consensus statement on schizophrenia standards in care for maintenance therapy and poorly responding/treatment intolerant patients.  Int J Neuropsychopharmacology.

88. Healy D, Savage M, Thomas P (1998).  Abusive Prescribing.  Openmind September.

89. Healy D (1998).  Conquering Schizophrenia.  Human Psychopharmacology 13.

90. Hirschfeld RM, Keller M, Bourgeois M, Baldwin DS, Healy D, Humble  M, Kasper S, Montgomery S (1998).  Focus on social functioning in depression.  Int J of Psychiatry in Clinical Practice 2, 241-243.

91. Healy D (1998).  The Management of Depression.  Int J Psychiatry in Clin Pract 2, 313.

92. Healy D (1999).  Staying Sane.  Psychological Medicine 29, 496-498.

93. Healy D (1998).  From Placebo to Panacea: Putting Psychiatric Drugs to the Test.  Human Psychopharmacology 13, 591.

94. Healy D (subm).  Noradrenaline, serotonin and social functioning: an overview of implications for the patient.  Psychiatric Services.

95. Healy D (1999).  Differential effects of reboxetine and fluoxetine on social functioning: implications for treatment.  In Depression and Social Functioning: the role of reboxetine, a new selective noradrenaline reuptake inhibitor.  Pennine Press, Macclesfield, pp 49-54.

Exhibit C-153

David Healy

96. Healy D (1999).  The clinical and theoretical significance of differences between reboxetine and fluoxetine on measures of social functioning.  In Improving Social Functioning Through Effective Antidepressant Therapy: the role of reboxetine, a selective noradrenaline reuptake inhibitor.  Pennine Press.

97. Healy D (1999).  The Discovery of the Antidepressants. In Depression and Social Functioning: the role of reboxetine, a new selective noradrenaline reuptake inhibitor. Pennine Press, Macclesfield pp 4-10.

98. Boardman A, Healy D (1999).  Suicide rates in primary care affective disorders.  J Psychopharmacology 13, abstract P140.

99. Healy D (1999).  Trouble in the Freudian Gulf.  British Medical Journal 318, 949.

100.     Healy D (1999).  On the History of Lunacy.  British Medical Journal 319, 63.

101.     Healy D (1999).  History of the Treatment of the Schizophrenias.  Current Opinion in Psychiatry 12, S-135-3, p 281.

102.     Healy D (1999).  Prescriptions, licences and evidence: a reply.  Psychiatric Bulletin 23, 442-443.

103.     Hirschfeld RM, Montgomery SA, Keller M, Kasper S, Schatzberg A, Moller HJ, Healy D, Baldwin D, Humble M, Versiani M, Montenegro R, Bourgeois ML (2000). Social functioning in depression.  J Clinical Psychiatry 61, 268-275.

104.     Healy D (1999).  Loss of anxiety and increased aggression in a 15 year old  boy taking fluoxetine.  Psychopharmacology 13, 421.

105.     Healy D (2000).  The Evolution of Hypnotism.  British Medical Journal 320, 1015.

106.     Healy D (2000). Sitting on it.  Feature on Drug-induced akathisia.  Openmind, March p 18.

107.     Healy D (2000). Drugs, therapy, and professional power: Problems and pills  Journal of the History of the Behavioral Sciences 36: 58-59

108.     Healy D, Langmaak C, Savage M (2000).  Suicidio en el curso del tratamiento antidepresivo.  Revista de Toxicomanias 25, 4, 31-40.

109.     Healy D (2000).  Medicating Schizophrenia.  J Nervous & Mental Disease 188, 717-719.

110.     Healy H, Cattell D, Tranter R, Jaffar K, Healy D (2000).  Better than Well on antidepressants.  J Psychopharmacology 14, 3, abstract PC22.

111.     Healy D (2000).  Antidepressant associated suicidality.  J Psychopharmacology 14, 3, abstract PC23.

112.     Hirschfeld R, Montgomery S, Keller M, Kasper S, Schatzberg A, Moller H-J, Healy D, Baldwin D, Humble M, Versiani M, Montenegro R, Bourgeois M. Social

Exhibit C-154

David Healy                                                                                    - 46 -

Functioning in Depression: A Review. The Journal of Clinical Psychiatry 2000, 61: 268-75  DOI: 10.4088/JCP.v61n0405

113.      Healy D (2001).  From neuroplegics, through neuroleptics to antipsychotics.  World J Biological Psychiatry 2, 15, 167S.

114.      Healy D (2001).  When Interests Conflict.  Pharmaceutical Executive, Aug p 98.

115.      Healy D (2001).  Have drug companies hyped social anxiety disorders to increase sales?  Yes. Marketing hinders the discovery of long-term solutions; Response from David Sheehan.  Western Journal Medicine 175, 364-365.

116.      Berrios GE, Healy D (2002).  How Tainted has Medicine Become?  Lancet 359, 1775-1776.

117.      Healy D (2002). SSRIs and deliberate self-harm.  British Journal of Psychiatry 180, 547-548, with replies from Pfizer and Glaxo SmithKline.

118.      Healy D (2002).  SSRI withdrawal: how to avoid problems.  The Prescriber 13, 91-92.

119.      Serlin D, Healy D (2002).  Me, Myself and SuperMe.  An interview with David Healy.  Cabinet, Fall issue, pp 75-78.

120.      Healy D (2002).  Mad in America.  Mental Health Today, December p 40.

121.      Healy D (2003).  Pharmaceutical Ethics.  Mental Health Today Feb, p 34.

122.      Shepherd M, Healy D (2003).  Psychopharmacology: Specific and Non-Specific.  In Epidemiologia e Psichiatrica Sociale 12, 22-43.

123.      Translation from Delay JM, Deniker P, Harl JM.  (1952/2003). The psychiatric use of a selective centrally acting phenothiazine (RP 4560).  Annales Medico-Psychologiques.

124.      Translation from Deniker P, Sempe J-C (1967/2003).  Psychopathic Personalities.  An attempt at a structural definition.  L'Encephale 56, 5-32.

125.      Translation from Deniker P (1969/2003).  Hysteria with minimal symptoms.  Confrontations Psychiatriques 4, 87-98.

126.      Translation from Deniker P (1975/2003).  Who invented the Neuroleptics?  Confrontations Psychiatriques 13.

127.      Translation from Deniker P, Ginestet D (1975/2003).  The psychological effects of the neuroleptics.  Confrontations Psychiatriques 13,

128.      Translation from Deniker P, Colonna L, Loo H, Petit M (1979/2003).  Pharmacopsychoses and the 'Deficit' syndrome. L'Evolution Psychiatrique .

129.      Healy D (2003).  Agensi zivotnog stila.  Vreme, March 28th, pp 36-40.

Exhibit C-155

David Healy                                                                                          - 47 -

130.     Healy D (2003).  A l'heure des antidepresseurs.  Sciences Humaines 138, May, 28-31.

131.     Healy D (2003). The Hour of our Death.  British Medical Journal 327, 230.

132.     Healy D (2003).  Madness Explained.  The Independent Magazine, Saturday 10th August page 22.

133.     Healy D (2003).  Inside the Company Mind.  OpenMIND.

134.     Healy D, Harris M, Chandran S, Chakraborty N (2003).  Mood-Stabilisers: Impact on Clinical Practice.  Journal of Psychopharmacology 17, A 46

135.     Healy D (2002). Are concerns about the ethics of placebos a stalking horse for other issues?  American Journal of Bioethics 2, 17-19.  Commentary on Miller F, Brody H, What makes placebo-controlled trials unethical? (PA- R)

136.     Healy D, Harris M, Tranter R, Austin R, Gutting P, Jones-Edwards G, Roberts AP (2003).  Suicide in the Course of the Treatment of Schizophrenia.  J Psychopharmacol 17, E47.

137.     Do SSRIs increase the risk of suicide?  Correspondence from Drs Rihmer and Benazzi, with reply.  Psychotherapy and Psychosomatics 2003, 72, 357-360.

138.     Do SSRIs increase the risk of suicide?  Correspondence with Drs P Casey, Painuly and Basu with replies from DH.  Psychotherapy & Psychosomatics 2004, 73, 260-264

139.     Healy D (2003).  Conspiracy of Consensus.  Mental Health Today, Nov, 27-31.

140.     Healy D (2004). The impact of psychopharmacology on psychiatry and society.  European Psychiatry 19 suppl 1, Abstract 48.05, page 28.

141.     Healy D, Aldred G (2004).  Death, Dependence and Deception.  Journal of Psychopharmacology 18, 285-287.

142.     Healy D (2004).  In the Balance.  Treating Young People with Psychotropic Medication.  Young Minds 70, 20-21.

143.     Healy D (2004).  The impact of psychopharmacology on psychiatry and society.  European Psychiatry 19, suppl 1, page 28, Abstract S48.05.

144.     Herxheimer A et al (2004).  Open letter to Annette King, Minister of Health, New Zealand.  British Medical Journal 329, 51.

145.     Healy D (2004).  Prozac.  Les bonnes fortunes d'une molécule.  L'enfance turbulente de la star des antidépresseurs.  La Recherche hors Série August 16th 12-19.

Exhibit C-156

David Healy

146.    Healy D (2004).  ISRS.  Un risque trop vite effacé.  La littérature médicale a occulté la risque suicidaire lié aux antidépresseurs ISRS.  La Recherche hors Série August 16th 24-27.

147.    Aldred G, Healy D (2004). Antidepressants and the risk of suicide.  British Medical Journal 329, 461.

148.    Healy D (2004).  Hey, this new drug – it's to die for… The Times Higher Education Supplement, September 10th, 20-21.

149.    Healy D (2004).  Transparency and trust.  British Medical Journal 329, 1345.

150.    Healy D (2005).  With this Prize, everyone will be a winner.  Review of Strong Medicine.  Times Higher Education Supplement July 8th p 27.

151.    Healy D (2005).  Essential Evidence Based Medicine. Times Higher Education Supplement.

152.    Healy D (2005).  Do selective serotonin reuptake inhibitors cause suicide? British Medical Journal 330, 1148.

153.    Fergusson D, Doucette S, Healy D, Shapiro S (2005).  Do selective serotonin reuptake inhibitors cause suicide?  British Medical Journal 330, 1150.

154.    Healy D (2005).  The First Cut.  A review of The Lobotomist.  Nature Neuroscience 8, 695.

155.    Healy D (2005).  In Open Water.  A review of The Trouble with The Drug Companies.  Monash Review of Bioethics 24, 58-59.

156.    Healy D (2005).  Concerns about conflict of interest.  J Psychopharmacology 19, 314-315.

157.    Healy D (2005). Prozac on the Couch.  J of Sex & Marital Therapy 31.

158.    Healy D (2005).  Manufacturing consensus: More important than manufacturing drugs. Neuropsychopharmacologia Hungarica 7, suppl 1, 33-34.

159.    Healy D (2005).  The Drug Trial.  Monash Review Bioethics 24, 4, 50-55.

160.    Healy D (2006).  Obituary: Roland Kuhn.  History of Psychiatry 16

161.    Healy D (2006).  Poles Apart.  New Scientist 15th April, 38-41.

162.    Healy D, Ghaemi N (2006).  The best hysterias; the newest mania.  PLoS Medicine,plosjournals.org/perlserv/?request=readresponse&doi=10.1371/journal.pmed.0030185

163.    Healy D (2006).  This new pill will fix it … The Medicalization Debate.  Hospital Doctor June 1st, p 23, with response by R Barker.

Exhibit C-157

David Healy

164.    Healy D (2006).  Hasty bolt down the aisle or well-considered union.  Academic freedom and commercialism.  Times Higher Education Supplement August 18th with response by Robert Jackson MP.

165.    Translation from Delay J, Deniker P (1952/2006).  38 Cas de psychoses traitées par la cure prolongée et continue de 4560 RP.  C.R.Congrès Méd Alién Neurol France 50, 497-502.

166.    Translation from Delay J, Deniker P, Ropert R (1955/2006).  Etude de 300 dossiers de maladies psychotiques traits par la chlorpromazine en service fermé depuis 1952.  Encéphale 528-535.

167.    Translation from Delay J, Deniker P, Garnier Mlle (1951/2006).  Une grande amnésie de guerre.  Ann Méd Psychol 109, 544-551.

168.    Translation of Delay J, Deniker P, Green A (1959/2006).  Essai de description et de definition psycho-pathologique des parents de schizophrènes.  In Second International Psychiatric Congress, Symposium on the Family Milieu of Schizophrenics, Zurich, Sept 4th 1957.

169.    Translation from Delay J, Deniker P, Volmat R, Alby J-M (1956/2006). Une demande de changement de sexe: le trans-sexualisme.  Encéphale 45, 41-80.

170.    Translation from Delay J, Deniker P, Lempérière T, Benoit J-C (1954/2006). Histoire d'un travesty: L'éonisme.  Encéphale 43, 385-398.

171.    Translation from Deniker P, Quintart JC (1961/2006).  Les signes pseudo-névrotiques dans les formes limites de la schizophrénie.  Encéphale 50, 307-323.

172.    Translation from Delay J, Deniker P, Dalle B (1966/2006).  Les syndromes hallucinatoires idiopathiques chroniques de l'adulte.  Encéphale 55, 79-94.

173.    Healy D (2007).  Panic Diaries: A Review.  Bull History of Medicine 81, 902-904.

174.    Healy D (2007).  One Flew over the Conflict of Interest Nest.  World Psychiatry 6, 26-27; Invited response to Fava G, Financial conflicts of interest in psychiatry.

175.    Healy D (2007).  Media care and patient pressure.  J Psychopharmacology 21, 668-670.

176.    Healy D (2007).  The Cult of Pharmacology.  Perspectives in Biology and Medicine 50, 467-471.

177.    Healy D (2007).  Antidepressant medication and other treatments for depressive disorders: A CINP Task Force Report.  Int J Neuropsychopharmacol 10, S179-181.

178.    Antonuccio D, Healy D (2008).  The researcher's credo.  BMJ 336, 629.

179.    Healy D (2008).  SSRIs have a specific risk among antidepressants to cause suicidality.  Int J Neuropsychopharmacology 11, supplement 1, p 4.

Exhibit C-158

David Healy

180.    Healy D (2008).  Paediatric bipolar disorder.  Australasian Psychiatry 16, 295.

181.    Healy D (2009).  Psychiatry and the pharmaceutical industry.  Br J Psychiatry 194, 85.

182.    Healy D, Charlton BG (2009).  Electroshock in Zen and the Art of Motorcycle Maintenance – Fictional not factual.  Medical Hypotheses 72, 485-486.

183.    Kraepelin E, Freud S (2009).  Kraepelin-Fraud syndrome.  Medical Hypotheses 72, 378-380.(Editorial Responsibility).

184.    Healy D (2009).  On Speed.  Journal of Attention.

185.    Healy D (2009).  How marketing created the illusion antidepressants work.  Italian J of Psychopathology 15, 113-114.

186.    Healy D (2009).  Psychedelics. Bulletin of the history of Medicine

187.    Healy D (2009).  Amphetamine's Missing History.  Chemical Heritage 27, p 45.

188.    Healy D (2009).  Dilemmas of Mind and Soul.  Times Higher Ed Supp, May 28th.

189.    Healy D (2009).  Not the Last Word.  BMJ 339.

190.    Healy D (2009).  Spontaneous Publications and Academic Miscarriages (SPAM), BMJ 339: b4293, p 933.

191.    Healy D (2009).  Happy Pills in America.  Social History of Medicine doi:10.1093/shm/hkp083

192.    Healy D (2009).  Psychedelic Psychopharmacotherapy. Bulletin of the History of Medicine

193.    Healy D (2009).  Obsession.  Bulletin of History of Medicine.

194.    Healy D, Herxheimer A, Menkes D (2010).   Induction of violence by psychotropic drugs:  signal detection.  Internat Soc of Pharmacovigilance 9th Annual meeting, poster abstract 213 *Drug Safety* 2009;32: 964.

195.    Healy D (2010).  Treatment induced stress syndromes.  Medical Hypotheses 74, 764-768 doi:10.1016/j.mehy.2010.01.038

196.    Kraepelin E, Freud S (2009).  Kraepelin-Fraud syndrome.  Medical Hypotheses. 72, 378-380.

197.    Parker G, Fink M, Shorter E, Taylor MA, Akiskal H,  Berrios G,  Bolwig T,  Brown WA,  Carroll B, Healy D, Klein DF., Koukopoulos A,  Michels R,  Paris J, Rubin RT, Spitzer R, Swartz C (2010)  Reply to Kocsis letter.  Am J Psychiatry 167, 1534-1535.

198.    Entrevista e David Healy.  VERTEX Rev. Arg. de Psiquiat. 2010, Vol. XXI: 459 – 461.

Exhibit C-159

199.      Healy D, Mangin D, Mintzes (2010).  Risky Business.  Hastings Center Reports, July-August P 7.

200.      Urato AC et al (2011).  SSRIs and Pregnancy: Failing to Warn Patients of Risks. Obstetrics and Gynecology.

201.      Mangin D, Healy D, Mintzes B (2011).  Paroxetine is associated with malformation during pregnancy.  BMJ 343:d5060 doi: 10.1136/bmj.d5060

202.      Healy D (2011).  The strangeness of normal things. Times Higher Ed Supp August.

203.      Healy D (2011).  What is Madness? Times Higher Ed Supp October.

204.      Healy D (2012).  Pharmaceutical Selves.  Transcultural Psychiatry.

205.      Healy D (2011).  The Man who got inside their heads.  Times Higher Education Supplement, December

206.      Healy D (2012).  Hard times are not happy times.  Times Higher Education Supplement, January

207.      Healy D (2013). Comment for Evidence Based Mental Health on "Talaslahti T, Alanen HM, Hakko H, Isohanni M, Häkkinen U, Leinonen E. Mortality and causes of death in older patients with schizophrenia. Int J Geriatr Psychiatry. 2012; 27:1131-7.

208.      Healy D (2013).  Bad Pharma.  London Review of Books

209.      Healy D (2013).  Our Necessary Shadow.  The Literary Review

210.      Herder M, Doshi P, Healy D et al FDA to begin releasing clinical study reports in pilot programme. BMJ 2018; 360 doi: https://doi.org/10.1136/bmj.k294

211.      Healy D.  (2020). Love and the Dream Drugstore.  Indian Journal of Medical Ethics DOI:10.20529/IJME.2020.029.

212.      Healy D. (2021). How Modern Medicine became Dangerous.  Neoliberalism isn't what you think it is. https://iai.tv/articles/how-modern-medicine-became-dangerous-auid-1834?_auid=2020

213.      Healy D (2022). Towards a Zombie Psychiatry. Indian J of Medical Ethics DOI: 10.20529/IJME.2022.014

214.      Healy D (2022). Drowning in Drugs. Big Pharma is Making us Sicker

215.       Bobat H, Healy D, Lochhead J.  Comment on 'Visual Snow Syndrome and Migraine: A review'" Eye doi.org/10.1038/s4143-023-02789-1

216.      Healy D. What does 'work' mean in the case of the antidepressants. BMJ 2022, 379, o2352

Exhibit C-160

David Healy

- 52 -

Exhibit C-161

David Healy                                                                        - 53 -

## INVITED PRESENTATIONS

1.  Functional variations in platelet rich plasma - Irish Blood Club, September 1981

2.  A serotonin receptor assay - Irish Blood Club, Sept 1982

3.  The role of adrenergic receptors in mental illness - Irish Neurosciences Group, March 1983.

4.  Ambiguities in the uptake of 5HT in platelets from both depressed patients and from controls - Irish Neurosciences Group, October 1984.

5.  Two Crows sitting on a Fence - Irish Neurosciences Group, March 1985.

6.  Platelet & Neuroendocrine studies in Depression - Irish Neurosciences Group, March 1987.

7.  Biochemical Markers in Depression - Pontedilegno Workshop on Membrane Mechanisms in Synaptic Transmission, June 1982 (poster).

8.  The Uptake of Serotonin in Depression - Royal College of Psychiatrists, July 1983.

9.  Is 5HT induced platelet aggregation a useful index to depression? - British Pharmacological Society, September 1983.

10. Serotonergic Markers in Depression - Brain and Behaviour Workshop, Zuoz, January 1984 (poster).

11. Abnormalities in the Circadian Regulation of 5HT Uptake into the Platelets of Depressed Persons - 14th CINP, Florence, June 1984.

12. Use of a Microcomputer to rate Depression in a West of Ireland Population - 14th CINP, Florence, June 1984 (poster).

13. Rhythm and Blues - Invited Speaker to Symposium on Recent Advances in Biological Psychiatry, Queens University, Belfast, September 1985.

14. Normal and Abnormal Variations in Platelet 5HT Uptake from Control and Depressed Populations - Royal College of Psychiatrists, November 1985.

15. One Hundred and One Uses for a Dead Psychiatrist. Invited Speaker at a Symposium on Animal Models of Depression, BAP Summer Meeting, Cambridge 1987.

16. Mourning, Melancholia and Mood-Altering Drugs - Invited Speaker at a BAP Symposium on Current Developments on Psychopharmacology, in Birmingham, Spring 1988.

17. The effect of treatment with and withdrawal from antidepressants on platelet 3H Imipramine binding in volunteers.  BAP Cambridge 1988.

18. Rhythm and Blues - Invited Speaker at a BAP Symposium "Thirty Years Since Imipramine" in Galway, September 1988.

Exhibit C-162

David Healy

19. Plasma noradrenaline (NA), adrenaline (A) and DHPG levels in depression before and after clonidine.  Spring Quarterly Meeting of Royal College of Psychiatrists, Galway, 1990.

20. Antidepressant induced suicidal ideation.  Free Communications BAP Annual General Meeting, York 1991.

21. Acid Alpha-1 Glycoprotein levels in Depression.  Free Communications, BAP Annual General Meeting, York 1991.

22. Altered States of Consciousness: Phenomenology and Pharmacology.  BAP Annual General Meeting York 1991, Invited Speaker.

23. Clinical Chickens and Marketing Eggs.  BAP Spring Meeting, North Wales 1992, Invited Speaker.

24. Endogenous Rhythms and Reactive Clocks.  BAP Annual General Meeting Cambridge 1992, Invited Speaker.

25. Neuropsychology, Pharmacopsychology and Schizophrenia.  Second International Symposium on Schizophrenia, Maastricht Nov 1992.

26. The Enigma of Irish Psychiatry.  European Association for the History of Psychiatry, Third General Meeting London August 1993.

27. The Role of Drug Treatment in Psychiatric Rehabilitation.  Third World Congress for Psychosocial Rehabilitation, Dublin Sept. 1993.

28. The Enigma of Irish Psychiatry.  Third World Congress for Psychosocial Rehabilitation, Dublin Sept. 1993.

29. Altered Circadian Rhythms and Depression.  European Society for Chronobiology 9th Annual Meeting, Bath, September 1993.

30. The Marketing of Psychotropic Drugs: How the Industry Gets it Right.  BAP Winter Meeting, Nov 1993.

31. Healthy Volunteer Research in Psychopharmacology.  Milford Symposium IV, Univ of Surrey Guildford January 1994.

32. Psychiatry, Psychotherapy and the Future of Mental Health Services in Primary and Secondary Care.  Royal Society of Medicine, Section of General Practice.  Jan 1994.

33. Human Psychopharmacological Research with Healthy Volunteers: Problems and Opportunities.  BAP Spring Meeting, Birmingham 1994.

34. The Psychological Management of Schizophrenia: Problems and Opportunities.  Royal College of Psychiatrists Annual General Meeting Cork 1994.

Exhibit C-163

David Healy                                                                  - 55 -

35. Psychotropic Medication and compliance: a patient-centred approach.  Twentieth
    European Conference on Psychosomatic Medicine, Gent, August 1994.

36. The Industrialisation of Psychiatric Language.  Royal College of Psychiatrists.  Winter
    Meeting, Glasgow, 1995.

37. The Role of Abuse in Psychiatric Presentations.  Royal Australian and New Zealand
    Colleges of Psychiatry, Annual Meeting, Port Douglas Preconference Symposium, May
    1995.

38. The psychotherapy of psychosis.  Royal Australian and New Zealand Colleges of
    Psychiatry, Annual Meeting, Cairns, May 1995.

39. The evaluation of psychotherapies. Royal Australian and New Zealand Colleges of
    Psychiatry, Annual Meeting, Cairns, May 1995.

40. Horizons in addiction therapy.  Addiction Section of Royal Australian and New Zealand
    Colleges of Psychiatry, Annual Meeting, Hamilton Island May 1995.

41. The Discovery of the Antidepressants to the History of Medicine Department, University
    of Toronto, October 1995.

42. The Influence of Pharmaceutical Developments on Psychiatric Nosology, To the Clarke
    Institute of Psychiatry - Visiting Lecturer, October 1995.

43. Negative Priming and Psychosis, CINP Melbourne, June 1996.

44. The Invention of Antidepressants, AEP and Royal College of Psychiatrists Meeting
    London, July 1996.

45. Negative priming in healthy volunteers after neuroleptics, minor tranquillisers and
    ketamine and in treated and untreated psychotic subjects.  ACNP, Dec 1996 (poster).

46. Rhythm & Blues.  British Psychological Society,  Winter Meeting, London Dec 1996.

47. Innovation in Drug Treatment.  NHS Executive (West Midland), Commissioning and
    Provision of Services for the Severely Mentally Ill.  Birmingham March 1997.

48. Wellcome Witness Seminar on The Impact of Psychopharmacology on Psychiatry,
    March 1997 (serial contributions).

49. The Church, Nationalism and Mental-Illness in Early Twentieth Century Ireland.
    Wellcome Trust Specialist Seminar on Asylums, Trinity College Dublin June 30th 1997.

50. The Enhancement of Social Functioning as a Therapeutic Principle in the Treatment of
    Depression. Satellite Symposia at Royal College of Psychiatrists Summer Meeting,
    Bournemouth 1997

51. The Enhancement of Social Functioning as a Therapeutic Principle in the Treatment of
    Depression. Satellite Symposia at BAP Annual Meeting Cambridge 1997

Exhibit C-164

David Healy                                                              - 56 -

52. The Enhancement of Social Functioning as a Therapeutic Principle in the Treatment of Depression. ECNP Annual Meeting Vienna, Sept 1997

53. Methods of Rating Depression in Clinical Trials.  7th Japanese Clinical Neuropharmacology Association meeting.  Tokyo, Nov 1997.

54. The Invention of Depression.  Scottish Division of Royal College of Psychiatrists, Winter 1998.

55. Does Technology Drive History.  Enhancement Technologies Research GroupSeminar, University College London, Feb 1998.

56. New Drugs and Old Problems, Mind Conference, London, April 1998.

57. Social Functioning in Depression.  Scandinavian Society for Psychopharmacology, Copenhagen, April 1998.

58. Reboxetine, the first selective norepinephrine reuptake inhibitor.  American Psychiatric Association Meeting, Toronto, June 1998, New Research Symposium abst NR 228.

59. Physical Treatments in Psychiatry Before 1948.  Royal College of Psychiatrists Annual General Meeting, Belfast June 1998.

60. Hallucinations and Psychopharmacology, Invited Symposium Speaker, BAP Annual Meeting, Cambridge July 1998.

61. The History of the Antidepressants, in XX1st CINP Meeting, Glasgow July 1998.

62. The Role of Consensus Statements on Psychotropic Drugs in Therapeutics in Learning Disabilities Conference, Nottingham November 1998.

63. The Antidepressant Project.  American Psychopathological Association Meeting, New York, March 1999.

64. The Antidepressant Era, The Annual Raths-Steiger lecture, Zurich, June 1999.

65. Modelling suicide risk in primary care primary affective disorders.  British Association of Psychopharmacology Annual Meeting Harrogate July 25th 1999 (poster).

66. History of the Treatment of the Schizophrenias, World Psychiatric Association meeting History of Psychiatry Section Symposium, Hamburg August 1999.

67. The rational basis for prescribing antidepressants. European College of Neuropsychopharmacology London, Sept 1999.

68. Neuroleptic Discontinuation Syndromes.  United Kingdom Psychiatric Pharmacists Annual Meeting, November 1999.

69. The expansion of the therapy industry in North Wales: 1896 and 1996 compared.  St David's Day Conference – Health and Medicine in Wales.

Exhibit C-165

David Healy                                                                                        - 57 -

70. Discovery and Development of the Antidepressants: What the History Books won't tell you.  McLean Hospital Psychopharmacology Service, Harvard University Boston, March 24th 2000.

71. Psychopharmacology and the Disease Concept. Oslo Department of Psychiatry Annual Psychiatry Symposium, March 31st 2000.

72. Beyond the Disease Concept.  Oslo Department of Psychiatry Annual Psychiatry Symposium, March 31st 2000.

73. Antidepressant Associated Suicidality (poster).  This was presented at The Royal College of Psychiatrists meeting in July 2000.

74. Antidepressant Associated Suicidality (poster).  The British Association of Psychopharmacology meeting in July 2000

75. Antidepressant Associated Suicidality (poster).  The European College of Neuropsychopharmacology in Munich Sept 2000.

76. Better than Well on Antidepressants (poster). This was presented at The Royal College of Psychiatrists meeting in July 2000,

77. Better than Well on Antidepressants (poster). The British Association of Psychopharmacology meeting in July 2000

78. Better than Well on Antidepressants (poster). The European College of Neuropsychopharmacology in Munich Sept 2000.

79. The Social Adaptation Self-evaluation Scale: Effects of antidepressants (poster).  This was presented at The Royal College of Psychiatrists meeting in July 2000.

80. The Social Adaptation Self-evaluation Scale: Effects of antidepressants (poster).  The European College of Neuropsychopharmacology in Munich Sept 2000.

81. Let Them Eat Prozac.  Centre for Freudian Analysis & Research, London, October 2000.

82. The Interface between Psychopharmacology & Society: 1952-2002.  In Looking Back, Looking Ahead. Psychiatry in the 21st Century: Mental Illness & Addiction.  75th Anniversary of the U of Toronto's Dept of Psychiatry, November 2000.

83. Psychopharmacology and the Silence of the Cemetery.  Grand Rounds Westchester Division, Cornell University, December 2000.

84. The Creation of Depression.  Eric T Carlsson Memorial Grand Rounds, Payne Whitney Division, Cornell University, December 2000.

85. Psychotropic Drugs & The Social Contract.  Richardson Research Seminar Institute for the History of Psychiatry, Cornell University, December 2000.

86. Psychopharmacology and The Government of the Self.  Centre Nationales de Research, Paris, February 2001.

Exhibit C-166

David Healy

- 58 -

87. The Rise of Corporate Psychiatry.  Departments of Psychiatry and Bioethics, University of Minnesota, April 2001.

88. Treating More Patients than Ever Before.  6th Hannah International Symposium, April 2001, Toronto.

89. Good Science or Good Business, SSRIs & Suicide.  Joint Centre for Bioethics, University of Toronto, April 19th 2001.

90. The History of Antidepressant Therapies.  Korean Society for Psychiatry, April 27th 2001, Seoul.

91. Making an Antipsychotic.  First Greek Society of Psychophysiology Meeting, Thessalonika, June 2001.

92. From Neuroplegics to Antipsychotics.  World Federation of Biological Psychiatry. July 2001, Berlin.

93. The Drug Dependence at the Heart of European Social Democracy. Royal College of Psychiatrists & World Psychiatric Association Meeting, July 2001, London.

94. Reshaping Personhood and Identity.  At Visions of Life, Molecular Politics and Normalisation, Hinxton Hall, Cambridge, July 17th 2001.

95. Evidence Biased Psychiatry.  BRAF meeting, University College London, September 19th 2001.

96. Where Neuroscience and Culture Meet. Robert Mayne Annual Lecture, Trinity College Dublin, September 27th 2001

97. What History Teaches Us.  Inaugural Meeting of the Irish Psychiatric Association, Kilkenny, October 28th 2001.

98. Cognitive Effects of Psychotropic Drugs.  UK Psychiatric Pharmacists Annual Meeting, Reading October 2001.

99. National Institutes of Health Symposium: New Frontiers of Biomedical Research 1945-1980; Psychopharmacology & Behavior, Bethesda, Maryland, Oct 29th 2001.

100.      McLean Hospital Grand Rounds – Treating More Patients than Ever Before, Boston November 1st 2001.

101.      Harvard Medical Anthropology Program – Psychopharmacology & The Appearances of Science, November 2nd 2001.

102.      Social Science: 4S Conference – Analysing Tanya Luhrman's In Two Minds, Invited Discussant November 2001.

103.      Hidden Effects of Antidepressants.  Adverse Reactions to Psychotropic Drugs Meeting, London, November 8th.

Exhibit C-167

David Healy                                                    - 59 -

104.    Science and Human Agency: Genes, Drugs and Behaviour.  Invited Discussant, Gresham College & The Royal Society, London December 2001.

105.    The Appearances of Science – London Medical Sociology Group, January 2002

106.    Psychiatry™. The troubled relationship between psychiatry and the pharmaceutical industry.  Annual Mind Lecture, Institute of Psychiatry February 2002

107.    The Appearances of Science, Bradford University, February 2002.

108.    Treating More Patients Than Ever Before, Nottingham, March 2002

109.    Science & the Degradation of Psychiatric Care, Invited Plenary Lecture Psychotherapy Section of Royal College of Psychiatrists, Annual Meeting Cambridge April 2002.

110.    The Fate of Bipolar Disorders 1900 and 2002 Compared, Yorkshire Section of Royal College of Psychiatrists, April 2002.

111.    The New Medical Oikumene.  Invited Plenary Lecture, Harvard University Dept of Social Medicine, Workshop on Pharmaceuticals and Globalization.  May 2002.

112.    The Appearances of Science, University of California, Los Angeles, Dept of Psychiatry, UCLA Medical Classics Lecture, May 2002

113.    Evidence Biased Psychiatry, Leading Edge Seminars, Toronto May 2002.

114.    Psychopharmacology and the Government of the Self, Public Lecture, Toronto May 2002.

115.    Psychopharmacology: What you're not being told.  Teesside University Conference – The Fish Ain't Sick, the Water's Dirty, September 2002.

116.    Dependence on SSRIs.  Addiction Research Forum, Durham, September 2002.

117.    This House believes that psychiatry has been compromised by its links with the pharmaceutical industry.  Debate in the General and Community Faculty Meeting of the Royal College of Psychiatrists, Newcastle, October 18th

118.    The Rise of Corporate Psychiatry, Grand Rounds, Ann Arbor, Michigan, October 23rd 2002.

119.    Psychopharmacology and the Government of the Self. History of Psychiatry Group, Harvard University Faculty Club October 21st 2002

120.    The Emergence of Corporate Psychiatry Grand Rounds, Cambridge City Hospital. October 29th 2002

121.    The Corporate Colonisation of the Campus.  Queens University, Kingston Ontario, First Annual Lecture on Academic Freedom. November 1st 2002.

Exhibit C-168

David Healy

122.     The Silencing of Dissent.  Canadian Association of University Teachers' Meeting on Disciplining Dissent Ottawa, November 1-3, 2002.

123.     Psychopharmacology in Historical Perspective.  History of Psychiatry Group, Cambridge University. November 2002.

124.     Drugs – Whose Profit & Whose Loss?  Café Scientifique and The Royal Society, Leeds, Nov 18th.

125.     The not-so-everyday psychopharmacology of everyday nerves.  University of Toronto, History of Medicine Conference – the Social Sources of Psychopharmacology, February 25th 2003.

126.     Risk Societies and the future of psychopharmacology.  Dept of Bioethics, University of Toronto, Feb 26th, 2003.

127.     Brownbag Research Seminars: Gripped by a Python: How Pharmaceutical Companies Control the Medical Marketplace, February 27th. York University Toronto

128.     That this house believes SSRI treatment causes a significant risk of increased suicidality.  Affective Disorders Group, North West, Manchester March 2003.

129.     The Creation of Psychopharmacology.  Salon International de la Salud, Santiago de Compostella, Spain March 2003.

130.     This House believes that Suicide is caused by SSRIs. Irish College of Psychiatrists Dublin March 2003.

131.     The Role of New Antipsychotics in Mood Stabilization.  Plenary Lecture, General Practice Psychotherapy Association Toronto April 4th 2003.

132.     Why do we say Doctoring the Data?  Robert TM James Memorial Lecture, General Practice Psychotherapy Association Toronto April 3rd, 2003.

133.     Academic Freedom and your Sex Life.  Academic Freedom & The Public Interest, Simon Fraser University, Vancouver, April 25th.

134.     This House Believes that Antidepressants Cause Dependence.  Maudsley Hospital/Institute of Psychiatry, Mental Health Care Debate, July 16th, London.

135.     Mood Stabilizers: Possible Impact on Service Utilization.  British Association for Psychopharmacology – Poster July 2003.

136.     Suicide in Schizophrenia.  British Association for Psychopharmacology – Poster July 2003.

137.     The Construction of the Psychopharmaceutical Marketplace.  Plenary Lecture in Vital Politics: Health, Medicine, and Bioeconomics into the 21st Century.  London School of Economics Sept 2003.

Exhibit C-169

David Healy                                                              - 61 -

138.     The Psychiatric Dance.  Theory and Practice of Mental Health Care During the Twentieth Century.  U of Amsterdam – Sept 2003.

139.     Psychopharmacology and the Government of the Soul.  In Stockholm, Swedish Medical Society, Axel and Margaret Ax:son Johnson Foundation, Seminar: From Hysteria to Depression: Modernity & its Discontents.  Sept 25th 2003.

140.     Risk Management: the Way of the future in psychopharmacology.  In Stockholm, Swedish Medical Society, Axel and Margaret Ax:son Johnson Foundation, Seminar: From Hysteria to Depression: Modernity & its Discontents.  Sept 25th 2003.

141.     The Construction of the Pharmaceutical Marketplace: Legal Implications. Symposium on Medicine & Industry. 28th International Congress on Law & Mental Health Law, Sydney, Sept 2003.

142.     Legal Scientism. 28th International Congress on Law & Mental Health Law, Sydney, Sept 2003.

143.     The Interface between Business and Science.  Queensland University of Technology, Guest Lecture, October 2003.

144.     Emerging trends in Clinical Litigation.  Queensland University of Technology, Faculty of Law.  Brisbane, October 2003.

145.     Depressed, Bothered and Bewildered.  Debate on ABC radio with Ian Hickie, Murdoch University Perth, Australia, October 2003.

146.     Shaping the Intimate, Guest Lecture, Murdoch University, Perth, October 2003.

147.     Academic Freedom in the New Medical State.  University of New Brunswick Academic Freedom Lecture, October 2003.

148.     Manufacturing patients, Panel Discussion, University of New Brunswick, October 2003.

149.     Psychopharmacology and Freedom.  World Mental Health Day, Toronto October 2003.

150.     Prozac and Paxil: Fireworks at the medicolegal interface.  University of Toronto Faculty of Law Seminar Series, October 2003.

151.     The New Language of Marketing.  Trent University, Ontario, October 2003.

152.     How Pharmaceutical Companies Mould Consciousness.  Grand Rounds Neuropsychiatric Institute UCLA, Los Angeles, October 2003.

153.     Suicide in the Course of the Treatment of Schizophrenia.  Grand Rounds, Harbor-UCLA campus, October 2003.

154.     Manufacturing Consensus.  Plenary Lecture at Is Psychiatry for Sale, A Mind and Critical Psychiatry Meeting, London, November 17th

Exhibit C-170

David Healy                                                                    - 62 -

155.     Ghostwriting in the Scientific Marketplace.  The political economy of psychiatric drugs and medical authorship.  American Anthropological Association Annual Meeting, Chicago, November 19th 2003

156.     Shaping the Intimate, Bartlett Visiting Professorship, University of Rochester, New York, Nov 22nd 2003.

157.     Mental Health Service Utilization: 1900 and 2000 Compared.  Rochester Psychiatric Institute, Grand Rounds, Nov 22nd 2003

158.     SSRIs and Suicidal Behavior.  Bartlett Visiting Professorship, Workshop, University of Rochester, New York, Nov 23rd 2003.

159.     The Interface between Academia and Industry.  British Association of Pharmaceutical Physicians Annual Meeting, Industry Sponsored Research, Tainted or Unfairly Maligned, Commonwealth Institute, London, January 2004

160.     The Fault line in the Drugs Approval System; Risk First, Safety Later, Health Coalition Canada forum, Ottawa, January 28th 2004

161.     Freud – The Second Coming? What the Antidepressant Story says about Psychoanalysis.  Emory University, Atlanta January 2004.

162.     The Creation of Depression.  Georgia Tech, Atlanta, January 2004.

163.     Healy D, Debate: This House Believes that Academic Research in Schizophrenia is in bondage to the pharmaceutical industry. In 12th Schizophrenia Annual Winter Workshop, Davos, February.

164.     The role of medication in mental health nursing - the Debate.  Royal College of Nursing Annual Meeting, Dublin February 2004.

165.     How Pharmaceutical Companies Manufacture Cultures.  Clinical Trials Research Group, McGill University.

166.     Drug Development in Alzheimer's Dementia.  Lessons from the History of Drug Development.  Johns Hopkins Baltimore March 2004.

167.     The impact of psychopharmacology on psychiatry and society.  World Psychiatric Association Meeting, Geneva, April 2004.

168.     Suicide in the Course of the Treatment of Schizophrenia.  American Association for the Advancement of the History of Medicine, Madison Wisconsin April 2004.

169.     Marketing Illness.  Let Them Eat Prozac.  Health Ethics Quarterly Rounds St Boniface Research Centre, Winnipeg May 2004.

170.     A conversation with DH.  Winnipeg Regional Health Authority, Health Sciences Centre, May 2004.

Exhibit C-171

David Healy                                                              - 63 -

171.     Let Them Eat Prozac, Suicide and Psychotropic Drugs.  Nevada State
         Psychological Association, Annual Conference, Reno Nevada, May 2004.

172.     Manufacturing Consensus:  The End of Psychiatry as a Science? Scottish
         Division of Royal College of Psychiatrists, June 2004

173.     Schizophrenia: the dangers of current treatments, the need for new approaches.
         First Horrobin Annual Prize Lecture, London, June 2004.

174.     Manufacturing Consensus.  How Companies Get Experts Onside. Conference on
         Integrity in Science Washington July 12th.

175.     Manufacturing Consensus.  American Association for the Advancement of
         Science Washington July 13th.

176.     The Creation of Depression.  American Psychological Association meeting
         Honolulu July 2004.

177.     Birth, Ritalin, Prozac, Viagra, Death.  4S and EASST meeting Paris August 2004.

178.     Manufacturing Consensus.  4S and EASST meeting Paris, August 2004

179.     Suicide on Antidepressants.  International Society of Pharmacoepidemiology,
         Bordeaux August 2004.

180.     Birth, Ritalin, Prozac, Viagra, Death. In Gender and the Meaning of Mental
         Health, Ann Arbor, Michigan, October 2004

181.     Shaping the Intimate, Culture, Brain and Development Program Hampshire
         College Amherst, October 2004

182.     Psychopharmacology & the Government of the Self.  Postgraduate Mental Health
         Seminar Series, Institute of Social Medicine, Rutgers University October 2004.

183.     Manufacturing Consensus, The end of psychiatry as a science?  International
         Center for the Study of Psychiatry and Psychology New York October 2004.

184.     The Influence of the Pharmaceutical Industry on Psychiatry.  Dept of Psychiatry,
         Vienna.  November 2004.

185.     Suicide and SSRIs.  Brigham and Women's Dept of Epidemiology Boston
         January 2005.

186.     Madness and Medication.  The Third Ronnie Laing Conference, London, March
         2005.

187.     Birth, Ritalin, Prozac, Viagra, Death.  Studium Generale Lecture Groningen April
         2005

188.     Intimate Psychopharmacology.  The Psyences Project, Princeton University April
         2005.

Exhibit C-172

David Healy                                                                                              - 64 -

189.    Manufacturing Consensus.  Social Sources of Psychopharmacology, U of
Toronto.  April 2005

190.    Dr Jekyll Takes an SSRI; Antidepressants and Homicide.  Social Sources of
Psychopharmacology, Toronto April 2005

191.    Evidence Based Medicine: how it can be misused.  American Psychiatric
Association Annual Meeting Atlanta May 2005 Symposium 37A

192.    Psychopharmacology and Government of the Self.  Grey Nuns Hospital,
Edmonton Alberta, May 2005

193.    Schizophrenia 1900 and 2000 compared.  Third Pierre Flor-Henry Lecture,
Edmonton Alberta, May 2005.

194.    Notes Toward a History of Mood Stabilizers.  Royal College of Psychiatry Annual
General Meeting, Edinburgh June 2005

195.    Shaping the Intimate.  Royal College of Psychiatry Annual General Meeting
Edinburgh June 2005.

196.    Manufacturing Consensus, Annual Invited Guest Lecture, The Priory Hospitals,
London.

197.    From Folie Circulaire to Bipolar Disorder, International Association for Law and
Mental Health Annual Meeting Paris July 2005.

198.    This house believes that evidence based medicine has debased psychiatry.
North West Regional Meeting Royal College of Psychiatrists Debate with Clive Adams,
Bolton Sept 2005.

199.    Cognitive Enhancement: Experience with psychotropics.  Sheffield
Psychopathology Symposium, Sept 2005.

200.    Ethics Roundtable: Hazards and Benefits of Antidepressants.  Peter Gaszner,
Zoltan Rihmer, Gabor Kovacs, Bela Buda, Joszef Kovacs: Hungarian
Psychopharmacology 8th Annual Meeting. Tihany October 2005.

201.    Manufacturing Consensus is more important than Manufacturing Drugs.
Hungarian Psychopharmacology 8th Annual Meeting. Tihany October 2005.

202.    To Err is Human: To really foul up needs evidence based medicine.  New
Philosophies for Community Psychiatry: Recovery-Oriented, Evidence-Based, and
Beyond.  8th Int Conf on Philosophy, Psychiatry and Psychology, Yale, October 2005

203.    Psychopharmacology in Turmoil: a Scientific or Ethical Crisis.  PET Seminars,
Dept of Public Health, Columbia University New York, October 2005

204.    The Root of All Evil:  Money, People or Power?  Canadian Association of
Bioethics, Dalhousie University, October 2005

Exhibit C-173

205.      Psychopharmacology in Turmoil: A Scientific or Ethical Crisis.  Louisiana State University Dept of Psychology & Philosophy

206.      Shaping the Intimate.  Chancellor's Distinguished Guest Lecture Louisiana State University, Baton Rouge, October 2005.

207.      Birth, Ritalin, Prozac, Viagra and Death.  Constructions of Health.  U of Sydney Dept of Health Law. November 2005.

208.      Antidepressants and Homicide.  Medications and Criminal Justice, Institute of Criminology & U of Sydney, Dept of Health Law. November 2005

209.      The Medico-Legal consequences of pharmaceutical company involvement in developing new drugs.  Adverse Drug Reactions, Litigation and Drug Regulation, Sydney Bar Association, October 2005

210.      The consequences of ghostwriting and lack of access to clinical trial data in the medico-legal arena. Expert evidence in Health Law. Faculty of Law University of Sydney, November 2005

211.      The psychopharmacology of bipolar disorder.  Welsh Psychiatric Society, Llandudno, November 2005.

212.      Erasmus Prize Public Debate:  Is there a crisis of scientific authority?  Simon Schaffer, Steven Shapin, Josee van Eijndhoven, David Healy, Hugh Pennington.  De Rode Hoed, Amsterdam November 2005

213.      Psychopharmacology in Turmoil: an Ethical or Scientific Crisis.  Instituto Superiore de Sanitate, Rome December 16th 2005.

214.      Psychopharmacology and Modern Cultures.  Australian and New Zealand Society for Psychiatry, Psychology and Law, Sydney April 3rd

215.      Birth, Ritalin, Prozac, Viagra, Death, Royal Adelaide Hospital Grand Round April 4th

216.      The Latest Mania, Women's & Chidren's Hospital Grand Round, Adelaide, April 5th

217.      Suicide rates and other outcomes in Schizophrenia. Royal Adelaide Hospital psych dept internal CME, April 6th

218.      Antidepressants: Suicidality, Homicidality & Efficacy. RANZCP college CME in conjunction with Healthy Skepticism, April 6th -  Public Lecture.

219.      Suicide rates and other outcomes in Schizophrenia. Flinders Medical Centre Psych Dept CME, April 7th

220.      Antidepressants & Homicide.  Australian and New Zealand Society for Psychiatry, Psychology and Law, Sydney April 8th

Exhibit C-174

David Healy                                                                          - 66 -

221.     Antidepressants & Homicide.  New South Wales Defence Lawyers Forum, Sydney April 10th

222.     The Latest Mania.  First International Conference on Disease Mongering, Plenary Lecture, Newcastle Australia, April 11th

223.     Melancholia in the 19th, 20th and 21st centuries: similarities and differences. Copenhagen Dept of Psychiatry Symposium on Melancholia, May 2006

224.     The New Anecdotes: Evidence Based Medicine and the Degradation of Clinical Practice and Research. In Searching for Gold Standards – the Construction and Governance of RCTs & EBM in Psychiatry. Institute of Psychiatry, June 2006.

225.     Bipolar Disorder: a communal disorder.  Philosophy, psychiatry and psychology, Leiden University, Holland June 2006.

226.     Mood enhancement?  Mood Enhancement Workshop.  Maastricht, Holland, June 2006.

227.     Trussed in Evidence: Guidelines, Tramlines and Faultlines.  Health Action International, 25th anniversary meeting, Amsterdam, October 2006

228.     Ist die Wirkung von Antidepressiva klinisch bedeutsam? Pro Hans-Juergen Moeller, and Thomas Schlaepfer, Con D Healy.  Deutsche Gesellschaft fur Psychiatrie, Psychotherapie und Nervenheilkunde, Berlin, Nov 2006

229.     Cargo Cult Science.  In Perspectives on Scientific Practice from Science and Scientific Studies, Lorentz Center, Leiden University November 2006

230.     A Pleasing Look of Truth.  Public Lecture, Leiden University November 2006.

231.     Global Business Masquerading as Science.  The Human Laboratory.  Tokyo December 2006

232.     Antidepressants and Suicide. Tokyo University December 2006.

233.     Antidepressants and Suicide in the Elderly.  Welsh Geriatric Society, Caernarfon, March 2007.

234.     Mental Health Services in North Wales.  Welsh Assembly Government Meeting Caernarfon, March 2007.

235.     This House believes that the UK MHRN should have access to data from studies carried out on behalf of pharmaceutical companies?  Mental Health Research Network, London, April 2007.

236.     Enhancing and stimulating.  Second Mood Enhancement Workshop Maastricht April 28th

Exhibit C-175

David Healy                                                                    - 67 -

237.     Kraepelin's impact on psychiatry.  Letten Foundation Meeting Emil Kraepelin's Dichotomy.  Ludwig Maximilians Universitat, Munich April 30th

238.     Trussed in Evidence.  UCLA, May 2007.

239.     Disease Mongering.  American Psychiatric Association Meeting May 2007.

240.     The Use of Antidepressants for Anxiety Disorders.  Consensus conference on the use of antidepressants for anxiety disorders. Comité d'évaluation des pratiques médicales en matière de médicaments.  Brussels May 2007

241.     Bipolar Syndrome by Proxy.  Pointpark University Pittsburgh June 2007.

242.     Cargo Cult Science. McGill Advanced Study Institute, Globalisation and Pharmaceuticals June 2007

243.     Brand New Psychiatry.  University of Western Ontario, London June 2007

244.     Recovery in Psychosis.  Royal College of Psychiatrists Annual Meeting Edinburgh 2007.

245.     Homicide and Antidepressants.  International Association for Law and Mental Health, Padua June.

246.     Trussed in Evidence:  Ambiguities at the interface between evidence and clinical practice.  International Association for Law and Mental Health, Padua June.

247.     Tracing pharmaceuticals in South Asia: Regulation, Distribution and Consumption.  The Centre for International Public Health Policy.  Edinburgh July 2007

248.     Academic Stalking.  American Psychological Association Annual Meeting San Francisco August 2007.

249.     Brand Fascism.  Demedicalising misery.  University of East London. September 14th.

250.     Growing up in a Mad World.  Wellcome Collection Public Forum, London September 27th.

251.     Academic Stalking.  Canadian Association for University Teachers, Annual Meeting, Ottawa, November 2007.

252.     Guerilla guide to mental health systems.  Ethics and Mental Health, public lecture, Manchester Metropolitan University.

253.     Business as usual.  The triumph of pharmacology in mental health care.  U of Helsinki, Dept of Sociology November 2007.

254.     The Human Laboratory.  Patients and the Medico-pharmaceutical complex. Mielenterveysmessut, Helsinki, November 2007

Exhibit C-176

David Healy                                                                     - 68 -

255.     Swallowing it whole:  this house believes that psychiatrists are unable to resist the seductive messages of the pharmaceutical industry.  Institute of Psychiatry, November 2007

256.     The Human Laboratory.  Public Lecture, University of California, San Diego, December 2007

257.     So What's the problem with Ghostwriting?  European Medical Writers Association and Institute of Clinical Research, Annual Meeting – Publishing Clinical Trials: Ethics and the Pharmaceutical Industry, February 2008

258.     Brand Fascism.  European Molecular Biology Lab, Heidelberg April

259.     Lowering Suicide Rates: Realistic or Quixotic?  Association of European Psychiatrists, Nice 2008

260.     Does anything stabilize moods?  Royal College of Psychiatrists Annual Meeting London June 2008/

261.     Antidepressants and Suicide.  CINP Meeting Munich July 2008

262.     Trussed in Evidence.  European Molecular Biology Summer Workshop, Heidelberg, August 2008

263.     Selling out or Win-win: the benefit of industry involvement on training of healthcare providers outweighs the harm?  International Association of Medical Science Educators, Salt Lake City, July 2008.

264.     Trussed in Evidence.  European Molecular Biology Laboratories, Summer Workshop, Heidelberg, August 2008.

265.     Can psychiatry play a part in reducing suicide rates?  Celtic Conference Royal College of Psychiatrists, Edinburgh September 2008

266.     Mania.  American College of Neuropsychopharmacology Annual Meeting, Plenary Lecture, Phoenix 2008

267.     How marketing created the illusion that antidepressants work.  13th National Congress of the Italian Society for Psychopathology (SOPSI) – Rome Feb 13th 2009.

268.     The Future of Medical Care.  Pitzer College, South California, February 2009.

269.     From Jekyll and Hyde to Forensic Psychopharmacology.  Patton State Hospital. February 2009.

270.     The Future of Medical Care.  Society and Genetics, UCLA February 2009.

271.     Can Obama's Healthcare Plan Work?  UCLA, March 2009.

272.     Hypnotizing clinicians: the role of statistical significance testing.  UCLA/NPI workshop-seminar March 2009

Exhibit C-177

David Healy                                                                                      - 69 -

273.      Whither Medicine?  Eric Nordlander Lecture, Cornell University, New York March 2009.

274.      General overview of the history of standardisation in the making and taking of psychotropic drugs.  European Science Foundation Workshop on Standardizing Psychoactive Drugs and Drug Uses in the 20th Century.  Utrecht April 2009.

275.      Academic Stalking and Brand Fascism. York University, Toronto, Whistleblower Protection workshop, May 2009

276.      The Future of Medical Care.  Science and Technology Studies, Global Health Forum, University of California, Davis, May 2009.

277.      Does anything stabilize moods?  American Psychiatric Association Annual Meeting San Francisco May 2009

278.      Psychedelic Psychopharmacotherapy: something old, something new?  Royal College of Psychiatrists, Annual Meeting June 2009

279.      We're all Indian Now.  Tracing Pharmaceuticals in South Asia Workshop, Edinburgh, June 2009

280.      Antidepressants and Violence.  Broadmoor Hospital, Crowthorpe July 2009.

281.      The Future of Medical Care, London Ontario, September 2009

282.      Bioethical Devils and Neuroscientific Details. Halifax Bioethics Sept 2009

283.      The Future of Medical Care.  Grand Rounds, Dalhousie University, Sept 2009

284.      The Future of Medical Care.  Can Universal Healthcare Survive?  University of New Brunswick, Public Lecture, Fredericton, New Brunswick, Sept 2009.

285.      Hearts & Minds.  Antidepressants in Pregnancy.  Fredericton, New Brunswick, Sept 2009.

286.      Hearts & Minds.  The Risk from MotheRisk.  U of Toronto, Oct 2009.

287.      The Future of Medical Care.  Festschrifft for Ruth Kajander, U Western Ontario, London, 2009.

288.      The Politics of Evidence.  5th Annual Ronald Laing Lecture.  Royal College of Psychiatrists, London, October 2009.

289.      Antidepressants and Birth Defects.  U of Toronto, Jan 2010.

290.      Conflict of Interest: The Original Sin?  Debate with Arthur Schafer, U of Toronto Jan 15th.

291.      The Future of Medical Care.  University College London, Feb 1st 2010.

Exhibit C-178

David Healy                                                                    - 70 -

292.     Hearts & Minds.  Antidepressants in Pregnancy.  Emory University Dept of Public Health March 2010

293.     Hearts & Minds.  Antidepressants in Pregnancy.  Veterans Hospital Grand Rounds, UCLA, March 2010.

294.     Hearts & Minds.  Antidepressants in Pregnancy.  Medwatcher Japan, Annual Symposium, June 2010.

295.     The Wisdom of Psychopharmacology.  Debate with Dilip Jeste, CINP Meeting, Hong Kong 2010.

296.     Pharmageddon.  University of Paris, Department of Psychiatry. June 2010.

297.     The Disappearance of Depression.  Tristesse ou Depression, Universite Paris – Rene Descartes, Paris June 2010

298.     Lessons from the History of Electroconvulsive Therapy.  Royal College of Psychiatrists Annual Meeting Edinburgh 2010.

299.     Data Based Medicine.  American Psychological Association, Annual Meeting, San Diego, August 2010

300.     Data Based Medicine v Evidence Based Medicine.  Rigshosptaliet Copenhagen, October 2010

301.     Ghosts are in the Medical Machine.  In Current Challenges in Medical Communication: Diagnosis and Curing of Unethical Practices.  Polish Academy of Sciences.  Warsaw  October 2010

302.     The End of Medical Care.  Colloque on Science, Clinical Practice and Psychotropic Drugs, Free University of Bruxelles, October 2010.

303.     Data Based Medicine v Evidence Based Medicine.  Gent October 2010.

304.     Is Medicine Terminally Ill? Mario Negri Institute Milan November 2010

305.     The History of the Antidepressants: From Switzerland to Japan.  The Burgholzli Hospital, Zurich November 2010.

306.     The Rise and Fall of the Psychoses.  Oslo University, Rikshospitalet December 2010.

307.     Antipsychotics and Mental Health Legislation.  Norwegian Dept of Health, December 2010.

308.     Is Evidence Based Medicine the Enemy of Adverse Event Reporting.  Uppsala Monitoring Centre, Uppsala Sweden, February 2011

Exhibit C-179

David Healy                                                                    - 71 -

309.    The Changing Face of Psychosis.  Therapeutics Initiative, Vancouver March 2011

310.    The changing face of psychosis.  History of Science Colloquium UCLA March 2011.

311.    The changing face of psychosis.  Harbor UCLA, March 2011.

312.    Is Evidence Based Medicine the Enemy of Good Medical Care, Center for Health Services Research, UCLA, April 2011

313.    The Mania for Bipolar Disorder, University of Wisconsin, Milwaukee April 2011.

314.    Is Evidence Based Medicine the Enemy of Good Medical Care, Center for Health Services Research, Harbor UCLA, May 2011

315.    Ghosts in the Machine. University of Toronto Faculty of Law Meeting on Ghostwriting.  May 2011

316.    Threats from restrictions to the dissemination of the results of scientific research. In Threats to the Universities, Humanities and Science Conference, London Cambridge July 2011

317.    Has Evidence Based Medicine become the problem it was designed to solve. Dunedin School of Medicine, Public Lecture – Department of Bioethics, Sept 2011.

318.    The Eclipse of Medical Care.  Royal New Zealand College of General Practitioners Annual Meeting Sept 2011.

319.    Antidepressants and Suicide.  Sponsored by Casper, Auckland Sept 11.

320.    The Cardinals of Psychiatry, Health Action International Meeting, Cork Sept 2011.

321.    Making Markets.  American Association of Anthropology Annual Meeting November 2011

322.    Lets have more conflicts of interest.  The Scottish Mental Health Research Network.  December 2011

323.    The Eclipse of Medical Care.  Lancaster University Management School – Feb 2012.

324.    From Mania to Bipolar Disorder.  Lyon.  France 2012

325.    The Money in Mania.  Studium Generale Lecture, Gent, February 2012

326.    Hiding the Bodies.  Radical Statistics, London, February 2012

327.    Quality Prescribing.  North Staffordshire Annual Meeting of Non-Medical Prescribers

Exhibit C-180

David Healy                                                             - 72 -

328.    The Changing Face of Psychosis.  Tufts University, Boston March 2012.

329.    The Psychology of Drugs and Risk.  Rutgers University , New Jersey March 2012.

330.    The Changing Face of Psychosis.  Rutgers University, New Jersey, March 2012

331.    The Psychology of Drugs and Risk.  City University New York March 2012.

332.    The Eclipse of Medical Care.  College of Pharmacy U of Toronto March 2012.

333.    The Eclipse of Medical Care.  McMaster University March 2012.

334.    The Psychology of Drugs and Risk, Commonwealth Club San Francisco

335.    Antidepressants and Pregnancy, Harbor UCLA March 2012

336.    The Changing Face of Psychosis, VA UCLA, March 2012

337.    The Psychology of Drugs and Risk.  Providence Tarzana UCLA Medical Center March 2012.

338.    Professional Suicide?  Royal College of Psychiatrists Annual Meeting June 2012.

339.    Professional Suicide.  APA's Institute of Psychiatric Services Meeting New York, October 2012.

340.    Changing Face of Psychosis. Plenary Lecture. APA's Institute of Psychiatric Services Meeting New York, October 2012.

341.    The power of the pharmaceutical industry over healthcare. 13th Annual Interdisciplinary Research Conference, Trinity College Dublin November

342.    RCTs: A gold standard method for hiding adverse events.  DUAG symposium, Copenhagen, November 2012

343.    The Eclipse of Medicine, American Medical Student Association, Rush University, February 2013.

344.    Antidepressants and Homicide.  Kent College of Law, Chicago, February 2013

345.    Antidepressants and Violence, University of Illinois Chicago, February 2013.

346.    Scaremongering: How RxISK will keep us all safe. Selling Sickness, Washington DC February 2013

347.    The efficacy of antidepressants.  APA annual meeting San Francisco May 2013.

348.    Do controlled trials work?  Welsh-Breton Psychiatrists Meeting, Dinard June 2013

Exhibit C-181

David Healy                                                              - 73 -

349.     The man who changed psychiatry and the day it changed.  Welsh-Breton
Psychiatrists Meeting, Dinard June 2013

350.     The Creation of Knowledge in Medicine.  University of Insubria, Faculty of
Medicine Annual Guest Lecture July 2013

351.     The Impact of Drugs on Dimensional Aspects of Personality.  XIII International
Congress on Disorders of Personality, Copenhagen September

352.     Antidepressants and the Politics of Health, Portcullis House, All-Party Group on
Involuntary Tranquilizer Addiction.

353.     Antidepressants and the Politics of Health.  Health and Wellbeing Public Lecture
Series IV, Bangor University, Llandudno October 2013.

354.     Do Antidepressants work?  Presidential Debate with Irving Kirsch, Hans-Jurgen
Moeller and Elias Erikson Annual DGGPN meeting Berlin November.

355.     The Open Society and Drug Transparency.  The Open Society, Berlin November

356.     The Shipwreck of the Singular.  Is Evidence Based Medicine bad for Medicine.
St Bartholomew's Global Health Week.

357.     Slow Medicine.  Centre for Bioethics & Culture, The Sind Institute, Bioethics
Seminar – Karachi December

358.     The Changing Face of Psychosis, Aga Khan University, Dept of Psychiatry
Karachi, December

359.     Study 329 and Access to Clinical Trial Data.  Agenas, Rome December

360.     RCTs as an Act of Authorship.  Annual Cochrane Meeting, Napoli, December

361.     The Shipwreck of the Singular.  Madrid Mental Health Association, February
2014

362.     When does my opinion count?  Annual Non-Medical Prescriber Meeting,
Stafford.

363.     Study 329 and Access to Clinical Trial data.  Dept of Bioethics.  Dalhousie
Bioethics Visiting Professorship, March 2014

364.     Slow Medicine.  Department of Pharmacy and Bioethics.  Dalhousie Bioethics
Visiting Professorship, March 2014

365.     Academic Stalking and Wikipedia Trolling.  Dept of Radiology Grand Rounds
Dalhousie Bioethics Visiting Professorship, March 2014

366.     The Shipwreck of the Singular.  Public Lecture.  Dalhousie Bioethics Visiting
Professorship, March 2014

Exhibit C-182

David Healy                                                                                        - 74 -

367.    Commercialization and its effects on Academic Medicine.  Dept of Bioethics Workshop.  Dalhousie Bioethics Visiting Professorship, March 2014

368.    Study 329 and Access to Clinical Trial Data.  Northern Ireland Medico-Legal Society Annual Meeting, Belfast. March 2014

369.    Slow Medicine, Trieste Department of Pharmacology and Psychiatry, April 2014.

370.    Do Antidepressants work?  The Scandinavian Society for Psychopharmacology, April 2014

371.    How adverse events can improve clinical practice and advance research.  The Mario Negri Institute Milan. April

372.    Madness Incorporated: Debate with Richard Bentall and Dinesh Bhughra. How the Light Gets In.  Hay-on-Wye Literary Festival, May

373.    Docs in the Dock.  Debate with Clare Gerada and Gisella Stuart. How the Light Gets In.  Hay-on-Wye Literary Festival, May

374.    The Persecution of Heretics.  How the Light Gets In.  Hay-on-Wye Literary Festival, May

375.    The role of evidence in clinical practice.  European Orthopaedics Meeting London June 2014

376.    Authority in Biomedicine, Department of History of Science, UCLA, November

377.    Die on Your Feet.  International Society for Ethical Psychology and Psychiatry, UCLA November 2014

378.    Authorship and Authority in Medicine.  Rutgers University November 2014.

379.    Die on Your Feet or Live on Your Knees: What does Recovery Mean?  FEMHC Conference, Yale University, April 2015

380.    Violence & Antidepressants: New Medico-Legal Issues. Medico-Legal Society Meeting of Ireland.  Dublin May 2015.

381.    Positive Thinking and the Name Game.  How the Light Gets In Festival. Hay-on-Wye, Debate with Dinesh Bhugra & Harvi Carel, May 24, 2015.

382.    Are Hospitals Bad For Us?  How the Light Gets In Festival. Hay-on-Wye, Debate with Natalie Bennett, Diane Abbott, & Mark Salter, May 24, 2015.

383.    When the Drugs Don't Work.  How the Light Gets In Festival. Hay-on-Wye, May 25, 2015.

384.    Balance in Healthcare in On Balance: Lifestyle, Health and WellBeing. Exeter University Department of History, June 25th 2015.

Exhibit C-183

David Healy                                                                        - 75 -

385.      Strengths and Limitations of Surveillance methods for Adverse Effects.  MHRA
          Expert Working Group on Hormone Based Pregnancy Tests, London December 4th
          2015.

386.      Some Questions for NICE.  Improving Access to Psychological Therapies Annual
          General Meeting, London, Feb 3rd 2016.

387.      Can Medical Science be Trusted if its Authors are Ghosts, Ryerson University
          Toronto, March 17th 2016.

388.      Managing the Side Effects of Antidepressants.  Hospital Medicine Treating
          Depression Meeting, March 24th London.

389.      The Danger Industry.  How the Light Gets In, Hay-on-Wye May 2016.

390.      Is Science Authoritative?  St George's Hospital, Grand Rounds, September
          2016, London

391.      Medicine: Caught Between Law and Science. Willis G. Cunningham Lecture in
          Law and Medicine Queens' University, Kingston, September 28th 2016

392.      Psychopharmacology.  The British Neuropsychiatric Association, 30th
          Anniversary Meeting, London February 22nd 2017

393.      A Call to Harms.  WHO Meeting Trieste Italy November 2017

394.      Safety or Efficacy: Which is more Important?  Staffordshire, Non-Medical
          Prescribers, Annual Meeting, November 2017.

395.      A Call to Harms.  Students Global Health Annual Meeting Aberdeen, February
          2018.

396.      The Politics of Neuroscience, King's College London Neurosciences Forum,
          February 2018

397.      Minds, Madness and Medicine; How the Light Gets In Festival. Hay on Wye. May

398.      Sex Lies and Pharmacology; How the Light Gets In Festival. Hay on Wye. May.

399.      Your Life in the Balance.  How the Light Gets In Festival. Hay on Wye. May 2018

400.      Failing Health Systems and What we can do about them.  Exeter U June 2018

401.      The Closing of the Psychiatric Mind.  International Symposium Epistemology,
          Psychopathology and Neurosciences, Sao Paolo Brazil, June 2018

402.      Making Medicines Safer for all of us, TedX Talk Aberystwyth, Nov 2018

403.      The Greatest Failure in Medicine.  Welsh Senate Symposium on Prescription
          Drug Dependence December 2018

Exhibit C-184

David Healy                                                                                  - 76 -

404.    A Call to Harms, Lincoln Mental Health Services February 2019

405.    Brave New World, London School of Economics March 2019

406.    Health Care and Health Systems, Maastricht University March 2019

407.    AI in Healthcare: Debate.  How the Light Gets In.  London, Sept 2019.

408.    Potential Solutions to Post-Licensing Problems. Improving the detection, analysis and reporting of harms in medicines Exploring, Enhancing and Empowering in Erice Sicily (4Es forum). October 2019

409.    Enduring Sexual Dysfunction following Antidepressants. International Society of Drugs Bulletins Paris October

410.    A Pill for Neo-Liberalism.  Faculty of Journalism.  University of Grenoble, October 2019.

411.    A Pill for Neo-Liberalism.  Faculty of Psychiatry, Vinatier Hospital, Lyons, October 2019.

412.    Study 329. Faculty of Psychiatry, Vinatier Hospital, Lyons, October 2019.

413.    Does my Bias look Big in This? Mad in America Webinar Series May 2019.

414.    The Problems with Randomized Controlled Trials.  Harveian Society Annual Guest Lecture May 2020.

415.    The Evidence behind the use of Medicines. University College London Jan 5th 2021. https://www.youtube.com/watch?v=uLxT54Fhguw&t=29s.

416.    Sex and Evidence Based Medicine.  Therapeutics Initiative Methods Seminar Series, February 2021.

417.    Antidepressants and Dependence.  Medicating Normal Outreach Webinar May 14th. 2021 London.

418.    Psychiatric Drugs: Post Withdrawal Syndromes.  Mad in America, Webinar Series May 15th 2021. https://youtu.be/XB77kMdoNBs

419.    Antidepressants, Sexual Dysfunction and Medical Groupthink.  Medicating Normal Outreach, June 9th 2021.

420.    Post-SSRI (PSSD) Sexual Dysfunction: History and Relevance.  International Society for Sexual Medicine, July 29th 2021.

421.    The Standardization of Psychiatry. Mind, State and Society, Royal Society of Medicine October 5th 2021.

Exhibit C-185

David Healy

422.    "L'enquête déclinée en fiction, à l'ère des essais cliniques truqués" Journalism and Medicine. Grenoble University Workshop, October 11 2021.

423.    Where Does the Misinformation Come From? Queen Mary University of London Symposium Dec 6th

424.    Physicist quizzes doctor re science in medicine. Bournemouth Dec 9th

425.    SSRIs and Global Health.  World Council for Health, London Dec 13th

426.    Who's Afraid of Science. New Mexico Technical Institute Feb 2022.

427.    Reducing Medication Burden is now a Privilege of Wealth.  Grand Rounds, North York General Hospital November 2022.

428.    Standardizing Psychiatry and its Clinicians.  Grand Rounds, Mount Sinai Hospital, New York, January 2023.

429.    Beware Doctors Bearing Gifts.  Invited Public Lecture University of Lethbridge Alberta Jan 2023.

430.    The Dark Side of Clinical Trials.  The Devon and Exeter Medical Society, February 2023.

431.    Faulty Evidence and Moral Hazard, Brigham Hospital Law and Medicine Group Forum February 2023.

432.    Clinical Trials: Blessing or Curse.  In Science and Power, RV College of Engineering, Bangalore India March 2023.

433.    Bodies, Brains and Mental Health.  How the Light Gets In Festival, Hay on Wye. Sunday 28th May, 10:00 GMT

434.    Life, Death and Specialization David Healy, Caitjean Gainty, Esther Dyson, Nick Lane How the Light Gets In Festival, Hay on Wye Sunday 28th May, 13:15 GMT

435.    Medicine: The Need for a New Paradigm  How the Light Gets In Festival, Hay on Wye Monday 29th May, 13:30

436.    If God Doesn't Play Dice, Should Doctors.  Consilium Scientific, London, May.

437.    Si Dieu ne lancer les dés, les médecins devraient-ils?  Plenary Lecture. Société Française de Pharmacologie et de Thérapeutique. Annual Meeting, Limoges June 12, 2023.

438.    Surmédication psychiatrique : les ados et adultes dans la ligne de mire. Paris  Centre de Recherches Psychanalyse, Médecine et Société Université Paris-Cité Conférence le 7 June 2023,

Exhibit C-186

David Healy                                                                      - 78 -

439.    Mon psychiatre est-il néolibéral? et s'il l'est, quelles sont les conséquences pour moi? Centre de Recherches Psychanalyse, Médecine et Société Université Paris-Cité Conférence le 7 Juin 2023

440.    Surmédication psychiatrique: enfants, adolescents et adultes en danger. Voiron, June 2023.

441.    Qu'ils mangent des medicaments.  Aix-en-Provence, June 2023.

442.    Medicine: From the French Revolution to Artificial Intelligence, Lyon Dept of Pharmacology June 2023.

443.    Medicine: From the French Revolution to Artificial Intelligence Medical Neoliberalism, Barcelona June 2023

444.    Post-SSRI Sexual Dysfunction.  World Council of Health Online October 2023.

445.    Randomization and Madness International Society for Ethical Psychology and Psychiatry Marina del Ray, October 2023.

446.    David Healy, Maëva Musso, Ariane Denoyel.  Debate les psychotropes en question. Lanceurs d'Alerte, Paris November 2023

447.

Exhibit C-187

David Healy                                                                                      - 79 -

Here is a proposed Can Medicine be Scientific without being Relationship-Based?

*Until recently, as part of our efforts to govern ourselves we sought healthcare for problems like heart attacks or psychoses.  Since 1990, health services have given us problems with our numbers, figures for risks, for which they claim to have answers. David Healy, a Professor of Psychiatry, shows how this intimate neoliberalism – a governance by numbers – came about and what we can do to regain control.*

1.  ***Part One: Medical Neoliberalism***
    *How we surrendered control over our lives to an ideology - Evidence Based Medicine.*

2.  ***Part Two: The Moral and Scientific Case for Relationship Based Medicine***
    *How the judgements we and our doctors arrive at together are more scientific than clinical trials.*


**Video:**


CPD Online website: http://www.psychiatrycpd.co.uk/default.aspx?page=28660

Exhibit C-188

David Healy                                                                          - 80 -

## WEBSITES & BLOGS

Linked to the publication of Let Them Eat Prozac in 2003 I set up a website HealyProzac.com to make available a raft of documents, primarily linked to the Fentress and Forsyth homicide and suicide cases that were referenced in the book. This site also hosted material on the topic of academic stalking – how someone attempting to draw attention to treatment related adverse events can run into difficulties and risks losing their employment. The site contained material on ghost-writing also.

In February 2012 I set up a blog - DavidHealy.org. This was aimed at preparing the way for the opening of RxISK.org. David Healy.org has since had 280 posts, approximately 450,000 words, on topics primarily linked to the creation of medical knowledge, the duties of doctors, and the role of medicine today.

In late 2012, RxISK.org launched. RxISK makes available all FDA data on adverse events from 2004 onwards, along with Canadian adverse event data and data posted to RxISK. The primary aims are to inform people about the safety profile of the treatment they are taking, to offer them a chance to report adverse event data, to give them an assessment as to the likelihood that their adverse event is linked to the treatment they are taking in a report they can take to their doctor in the hope that the earliest possible intervention might reduce the risks of a treatment going wrong.

The RxISK.org site also has a blog and to date there have been 215 posts, with approximately 360,000 words. These have primarily covered accounts of the nature of and impact of adverse effects of a range of treatments. Between davidhealy.org and RxISK.org there have been over 800,000 words spread over 2000 pages.

In 2014, Study329.org was launched. This site makes available a vast array of documents linked to the SSRIs and suicide controversy from the 1980s through to the present day, in particular as this has affected children and led to Black Box Warnings for suicide risks on antidepressants. The site hosts many of the key media programs that have helped shape the debate as well as the story of how Study 329 came to Restored and the difficulties in attempting to get it published in the BMJ.

In 2016, with colleagues I launched MadnessofNorthWales. This site is dedicated to the history of mental illness and mental health services in North Wales. It makes available 50 years of mental health records of patients entering the old Asylum between 1875 and 1924 and also offers contemporary data between 1994 and 2010 allowing us to show the changing incidence of various disorders and the responses to treatment. It is a unique facility. There is nothing like it anywhere else. The hope is in treating mental illness and the issues surrounding it in an intensely local way we can shed light on a global story.

Exhibit C-189

David Healy                                                           - 81 -

**Workshop/Training Programmes**

When psychopharmacology goes wrong.  Leading Edge Seminars, Toronto May 2002.

What a therapist needs to know about psychopharmacology.  Centre for Training in Psychotherapy, April 23rd 2005, Toronto

When psychopharmacotherapy goes wrong.  Leading Edge Seminars, Toronto, April 26th 2005

One of its outcomes was both the same.  Statistical Methods in Psychopharmacology, Welsh Psychiatric Society, November 2005

Antidepressants & Homicide, RANZAPPL, Hunter Valley, April 10-11th 2006

How to recognise and deal with the hazards of psychotropic medication.
Open Doors, U West of England, Bristol, February 27 2009.

The Marketing of Psychotropic Drugs, University of Minneapolis, May 2009.

I have also lectured in Departmental & Regional forums in Bradford, Bristol (x3), Cardiff (x 12), Cambridge (x4), Dumfries, Edinburgh (x2), Wrexham (x2), Glasgow, Leicester, Leeds, Maastricht, Newcastle (x3), Northampton, Norwich, Oxford, Sheffield, St Bartholomew's, The Clarke Institute Toronto (x4), The Institute of Psychiatry (x3), a number of Irish departmental settings, on general practice training schemes in North Wales, Royal College of Psychiatrists membership schemes in a number of locations, & on several occasions to the Welsh Psychiatric Society.

I have lectured in a variety of pharmaceutical company sponsored meetings throughout the UK (Newcastle, Glasgow, Cardiff, Bournemouth, Cambridge (x3), Merseyside (x3), London (x3)), as well as in Denmark, Greece (x2), Finland, Italy, Portugal, Spain (x2), Sweden, South Africa & at Satellite Symposia at major meetings such as ECNP & BAP.

These lectures have been on the history of the antidepressants or antipsychotics or on aspects of the methodologies for evaluating psychotropic efficacy and adverse effects of treatment.

I have lectured on a number of occasions for patient groups and for other professionals allied to mental health. Lectures to patient groups have included 3 annual guest lectures for MIND in North Wales.

I have presented in forums such as the Café Scientifique in Leeds in 1999, 2002, and 2012, as well as for the British Association for the Advancement of Science, Imperial College, Sept 2000.

I have been consulted on a range of programmes dealing with psychotropic drugs including File on Four, Panorama, Channel 4's The Secret History of Drugs, & Discovery TVs The Psychopharmacological Era, as well as CBC television and radio in Canada, including the Fifth Estate.  I have also participated in a nationally broadcast debate on Australia's All in the Mind radio programme on issues surrounding the contemporary use of antidepressants, and participated in ABC in the US 20-20 and CBS programmes on hazards linked to the use of antidepressants.

Exhibit C-190

David Healy                                                                  - 82 -

**SYMPOSIA & MEETINGS ORGANISED**

I have organised Symposia for BAP Annual Meetings:
- In 1991 on Dementia: Biological Bases
- & Altered Consciousness: Phenomenology and Pharmacology
- In 1992 on: The Circadian System and Affective Disorders
- In 1993 on: Beyond the Receptor: The Significance of Gene Expression for Psychopharmacology
- In 1995 on: Social Phobia.
- In 1996 on: The Psychopharmacology of Aggression
- In 1997 on: Compliance and Psychopharmacology
- In 2000 on: Suicide and Psychotropic Treatment.
- In 2005 on: Dependence & Psychotropic Agents

The North Wales Regional Meeting of the BAP Spring 1992:
- Psychopharmacology: Big Business or Successful Science.
- Psychopharmacology in Primary Care

The BAP Winter Meeting 1993
- Psychotropic Drug Development: Social, Economic & Clinical Issues

A BAP Round-Table on Paediatric Psychopharmacology - London Jan 1997.
- This was attended by an international experts, regulators, the Royal Coll Psychiatrists and the pharmaceutical industry. I organised the meeting and wrote the resulting consensus statement.

For the Royal College of Psychiatrists (RCP)
- I have organised a 1-day meeting & publication of proceedings in Sept 1989, on : History of Biological Psychiatry
- & Symposia for the RCP, Winter Meeting in Glasgow 1995 on:
  The Relations between Psychiatry and the Pharmaceutical Industry
- & for the Joint RCP & Assoc European Psychiatrists meeting in London 1996 on The History of Physical Treatments in Psychiatry
- & a symposium for the 1998 CINP meeting in Glasgow on:
  Neuropsychopharmacology: The Historical Record.
- & for the Joint Royal College & World Psychiatric Assoc meeting in London 2001 on: The History of Drug Dependence

For the Int Assoc of Law & Mental Health:
- When medical and legal worlds collide: SSRIs homicide and suicide Paris 2005
- Homicide and Psychotropic Drugs: Padua 2007.

For the World Psychiatric Association Annual Meeting in Buenos Aires Sept 2011 on :
   The Historiography of Mental Illness

Exhibit C-191

David Healy                                                                              - 83 -

## FORMAL TEACHING

In Galway, I taught on pharmacological and psychiatric topics in lecture, seminar and tutorial formats.

In Cambridge I gave lectures, tutorials and clinics to medical students and on MRCPsych courses - covering schizophrenia, affective disorders, psychopharmacology, substance abuse and the management and assessment of dementia. I was Asst. Tutor to Dr G Berrios for the MRCPsych and was involved in organising and assessing psychiatric and medical student training.

In N Wales, I train medical students from Cardiff and Liverpool, post-graduate psychiatric and GP trainees and contribute to paramedical training.

I have an Honorary appointment with the Dept. of Psychology in Bangor, where from 1990 to 1997 I lectured on abnormal psychology and the history of psychiatry.

I contribute to the College of Medicine's Diploma in Therapeutics, organised by Prof. Philip Routledge.

From 1990 to 2001, I organised a weekly multidisciplinary post-graduate training slot in Bangor with input from national and international guest lecturers.

From 1995 to the present I have organised an annual Guest Lecture slot with contributions from Edward Shorter, Richard Dawkins, Anthony Clare, Roy Porter, Simon Wessely, David Weatherall, David Goldberg & others.

I have lectured on the MRCPsych course for the U of Liverpool from 1997 to 2005.

I organised and taught the psychopharmacology module for the U of Birmingham's Diploma in Community Mental Health, while this was being offered.

From 1992 through to the end of 1997, I was the S.R/Sp.R Programme Director in North Wales. During this time, the rotation expanded from three A.M.I and one learning disability post to seven A.M I and old age posts, one clinical lecturer post, two learning disability posts and there was always at least one research senior registrar.

I have been the N Wales representative on the All-Wales Speciality Training Committee through the process of Calmanisation.

I was also the Audit Convenor in Gwynedd and the medical representative on the Clinical Effectiveness Committee from 1994 to 2001.

## DOCTORAL THESES SUPERVISED:

North West Wales has had no medical student and no formal post-graduate medical training during the period of time that I have been there. There have, furthermore, been no formal arrangements for collaborative research between the College of Medicine and the University of Wales Bangor.

Trainees on the psychiatric training scheme do not choose North Wales for research purposes. There have nevertheless been a relatively high number of trainees who have their names on articles and small though the numbers are there has been a greater proportion of trainees who have gone on to undertake higher research degrees than can be readily found elsewhere.

Dr C F Fear, MD.  Cognitive Processes in Obsessive-Compulsive and Delusional Disorders. Awarded August 1995.
Dr B Williams, PhD.  The Role of the Person in People Centred Mental Health Care. Awarded. November 1995.
Dr M-A Pasteur, PhD.  The Role of Monoamine systems in Memory Functioning. Awarded. November 1995.

Exhibit C-192

David Healy                                                                                    - 84 -

Dr R Tranter, PhD, The Role of Personality in Depressive Disorders and their Response   to Antidepressants. Awarded December 2008
Tarang Sharma, University of Copenhagen, Adverse Effects of Antidepressants and their Effects on the Quality of Life of Patients
Shubha Srinivasan, Bangor University, Emotional Processing in Mood Disorders
I currently have 2 whole-time research scientists working with me and I am supervising Paul Green & Margaret Harris in PhD programmes.

I have been an external PhD thesis examiner for:
        University of London - psychiatry
        University of London – psychology
        University of New South Wales - history and philosophy of science
        Lampeter University    - philosophy of science
        Brighton University – medical sociology
        Copenhagen University – medical sociology

As well as external examiner for final MB exams at St Bartholomew's Hospital 1996-98.
& external examiner on the Aston University's Distance Learning Psychiatric Pharmacy Diploma & Certificate from 2002 – 2005.

**INDUSTRIAL CONSULTANCIES:**
Astra-Zeneca
Boots Pharmaceuticals
Eli Lilly
Janssen Pharmaceuticals
Lundbeck
Organon
Pharmacia-Upjohn
Rhone-Poulenc Rorer
SmithKline Beecham

Exhibit C-193

David Healy                                                                         - 85 -

**LEGAL CASES: 1997-2023**

**Trial**

| | | | |
|---|---|---|---|
| Forsyth  D | Prozac | Suicide Homicide | 1999 |
| Tobin   D | Paxil | Suicide Homicide | 2001 |
| Comer  (UK) | Prozac | Assault | 2003 |
| Kilker  (UK) | Paxil | Birth Defects | 2009 |
| Novopharm (Can) | Zyprexa | Patent | 2010 |
| Torrence | Zoloft | Malpractice Suicide | 2010 |
| Dolin   D | Paxil | Suicide | 2017 |
| McCarthy | Risperdal | Malpractice Suicide | 2021 |
| Kiy-Adonai (UK) | Paroxetine | Homicide -- Tribunal | 2018 |

D = Daubert Hearing; F = Frye

**Trial Criminal**

| | | | |
|---|---|---|---|
| Houston (UK) | Paxil | Assault | 2003 |
| Pitman (US) | Zoloft | Homicide | 2005 |
| Langley (UK) | Citalopram | Assault | 2015 |
| Holmes (US) | Sertraline | Homicide | 2015 |
| Nijhawan (UK) | Sertraline | Homicide | 2021 |

**Inquests and Other Hearings**

| | | | |
|---|---|---|---|
| Clancy (IRL) | Celexa | Suicide/Homicide | 2009 |
| Woodley (UK) | Celexa | Suicide | 2010 |
| Bradshaw (AUS) | Risperidone | Suicide | 2014 |
| O'Neill (UK) | Zoloft | Suicide | 2019 |
| Cutland (UK) | Doxycycline | Suicide | 2020 |
| Morgan (UK) | Citalopram | Suicide | 2020 |
| Connell (IRL) | Doxycycline | Suicide | 2021 |

**Daubert/Frye Hearings**

| | | | |
|---|---|---|---|
| Berman  F/D | Prozac | Suicide | 2001 |
| Cassidy  D | Prozac | Suicide | 2003 |
| Miller    D | Zoloft | Suicide | 2000 |
| Ilich    D | Celexa | Suicide | 2014 |

**Report & Deposition**

| | | | |
|---|---|---|---|
| Berman  F/D | Prozac | Suicide | 2001 |
| Cassidy  D | Prozac | Suicide | 2003 |
| Lown, | Prozac | Suicide | 2002 |
| Prior | Prozac | Suicide | |
| Blowers | Prozac | Suicide | |
| Miller     D | Zoloft | Suicide | 2000 |
| Motus | Zoloft | Suicide | 2001 |
| Witczak | Zoloft | Suicide | 2005 |
| Torrence | Zoloft | Suicide | 2010 |
| Coburn | Paxil | Suicide | 2001 |
| Tucker, | Paxil | Suicide | 2006 |
| Van Dyke, | Paxil | Suicide | 2007 |

Exhibit C-194

David Healy                                                                              - 86 -

| Turek | Paxil | Suicide | 2007 |
| Collins | Paxil | Suicide | 2007 |
| Kohler | Paxil | Suicide | 2009 |
| Thompson | Paxil | Suicide | 2009 |
| In Re Paxil | Paxil | Dependence | 2005 |
| Ebel | Zyprexa | Suicide | 2007 |
| Moote | Zyprexa | Suicide | 2010 |
| | | | |
| Forest Securities | Celexa | Securities | 2007 |
| In Re Celexa | Celexa Lexapro | Suicide | 2012 |
| Krivicich | Celexa | Suicide | 2014 |
| Ilich    D | Celexa | Suicide | 2014 |
| Ackerman | Efexor | Suicide | 2006 |
| Ham | Isosorbide | Suicide | 2018 |
| | | | |
| Novak | Paxil | Birth Defect | 2010 |
| Kuykendall | Lexapro | Birth Defects | 2014 |
| Foster | Zoloft | Birth Defects | 2014 |
| Niemann | Lexapro | Birth Defects | 2015 |
| Goulet | Zoloft | Birth Defects | 2015 |
| Porter | Zoloft | Birth Defects | 2015 |
| | | | |
| Lindsay (UK) | Prozac | Suicide | 2002 |
| Bartram et al (Can) | Paxil | Birth Defect Class Action | 2016 |
| Singh et al (Can) | Paxil | Birth Defect Class Action | 2017 |
| Price et al (Can) | Celexa | Birth Defect Class Action | 2017 |
| Newman (UK) | Malpractice Celexa | Suicidality | 2018 |
| | | | |
| Richardson (Idaho) | Prozac | Suicidality | 2022 |

**Criminal Cases**

| Pierre (UK) | Prozac | Assault | 2000 |
| Hawkins (Aus) | Zoloft | Homicide | 2001 |
| Bentley (Aus) | Efexor | Attempted Homicide | 2004 |
| Rule    (UK) | Celexa | Homicide | 2010 |
| Baymiller (US) | Paxil | Homicide | 2010 |
| Fields   (US - Mixed) | Efexor | Homicide | 2010 |
| O'Brien (UK) | Efexor | Armed Robbery | 2015 |
| Holmes (US) | Zoloft | Homicide | 2015 |
| Stones (UK – Neg) | Zoloft | Homicide | 2015 |
| Zaman  (UK - Neg) | Celexa | Homicide | 2015 |
| Danysh (US) | Prozac | Homicide | 2015 |
| Kiy-Adonai (UK) | Paxil | Homicide | 2018 |
| Carmichael (Can) | Paxil | Homicide | 2018 |
| Lemak (US) | Zoloft | Homicide | 2021 |
| Dawson (UK) | Celexa | Fraud | 2012 |
| Benitez (US) | Cocktail | Sex Molestation | 2014 |
| Cox (US) | Montelukast | Sex Molestation | 2015 |
| Kelly (UK) | Paroxetine | Public Nuisance | 2015 |
| Marshall (UK) | Celexa | Sexual Abuse | 2018 |

Exhibit C-195

David Healy                                                                    - 87 -

| Woodburn (US) | Paroxetine | Alcohol/RTA | 2018 |

**Singulair Neuropsychiatric**

| Brown (US) | Montelukast | Neuropsychiatric | 2023 |
| Parker (US) | Montelukast | Neuropsychiatric | 2023 |
| Bueno (US) | Montelukast | Neuropsychiatric | 2023 |
| McLaughlin (US) | Montelukast | Neuropsychiatric | 2023 |

**Other Cases**

| NHS    (UK) | LSD x 50 | Harms | 2002 |
| NHS    (UK) | ECT x 2 | Harms | 2005 |
| McCraw | Paxil | ASD | 2015 |
| Bailey et al v GSK | Paxil | Dependence | 2019 |
| Short (US) | Sertraline | Homicide/Suicide | 2021 |
| Johnson (Canada) | Fluoxetine | Suicide | 2022 |
| Schmitt (France) | Paroxetine | Suicide | 2022 |

**Registration Board Hearings/Inquests**

| GMC   (UK) | Fitness to Practice | (Paxton v Buckley) | 2003 |
| Torrence (US) | Malpractice | Suicide | 2010 |
| Bradshaw (AUS) | Inquest/ Malpractice | Case Ref: 2009/471819 | 2010 |
| Hughes (AUS) | Fitness to Practice | | 2018 |

**Patent Exploration**

| Novopharm | Zyprexa | Canada | 2008 | |
| Fineberg (Can) | Aripiprazole | Canada | 2016 | |
| Fineberg (Can) | Lurasidone | Canada | | 2021 |

**Amicus Brief**

| Short | Park Nicollet Clinic | Minnesota Supreme Court | 2022 |

**Clemency Hearing**

| Lemak | Zoloft | Homicide - Illinois | 2022 |

Exhibit C-196