ALEXANDER G. CALFO, SBN 152891
acalfo@kslaw.com
SUSAN V. VARGAS, SBN 177972
svargas@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER BUENO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-00522-H-BLM<br><br>**DECLARATION OF SUSAN V. VARGAS IN SUPPORT OF DEFENDANTS MERCK & CO., INC., MERCK SHARP & DOHME CORP., ORGANON & CO., AND ORGANON LLC'S REPLY IN SUPPORT OF MOTION TO EXCLUDE THE OPINIONS OF DIMA MAZEN QATO, MPH, PH.D**<br><br>Hearing:      **August 19, 2024**<br>Time:          **10:30 a.m.**<br>Courtroom:  **12A**<br>Judge:         **Hon. Marilyn L. Huff**<br><br>Action Filed:      March 3, 2022<br>Action Removed: April 15, 2022<br>Trial Date:          November 12, 2024 |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Case No. 3:22-cv-00522-H-BLM
DECLARATION OF SUSAN V. VARGAS IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF DIMA QATO, MPH, PH.D.

I, Susan V. Vargas, hereby declare and state as follows:

1. I am an attorney licensed to practice law in California, including in the United States District Court for the Southern District of California, and am an attorney at King & Spalding LLP, counsel of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC, Organon & Co., and Organon LLC (collectively, "Defendants"). I have personal knowledge of the matters stated below and, if called upon, could and would testify competently thereto.

2. This declaration is submitted in support of Defendants' Reply in Support of their Motion to Exclude the Opinions of Dima Mazen Qato, PharmD, MPH, Ph.D. ("Dr. Qato").

3. Attached hereto as **Exhibit 34** is a true and correct copy of additional excerpts from the deposition transcript (Volume I) of Dr. Qato, taken on February 26, 2024.

4. Attached hereto as **Exhibit 35** is a true and correct copy of the report of Defendants' expert, Patrick T. Ronaldson, Ph.D., FAAPS, which was served in this case on February 2, 2024.

5. On January 19, 2024, Plaintiff served the report of his expert, Jack E. Fincham, Ph.D., R.Ph., who offered opinions concerning contraindications in patients without asthma and "Dear Doctor" letters. On May 20, 2024, Plaintiff's counsel sent an email to Defendants' co-counsel, Stephen E. Marshall, stating that Plaintiff was withdrawing his designation of Dr. Fincham as an expert in this case.

6. Attached hereto as **Exhibit 36** is a true and correct copy of the December 1, 1997 FDA Pharmacology Review for Singulair.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of July, 2024, in Los Angeles, California.

            */s/ Susan V. Vargas*
            SUSAN V. VARGAS

**TABLE OF CONTENTS OF EXHIBITS**

| | Page |
|---|---|
| EXHIBIT 34 | 3 |
| EXHIBIT 35 | 10 |
| EXHIBIT 36 | 142 |