1  ALEXANDER G. CALFO, SBN 152891
   acalfo@kslaw.com
2  SUSAN V. VARGAS, SBN 177972
   svargas@kslaw.com
3  **KING & SPALDING LLP**
   633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone:  +1 213 443 4355
5  Facsimile:   +1 213 443 4310

6  Attorneys for Defendants
   MERCK & CO., INC.; MERCK SHARP
7  & DOHME CORP.[1]; ORGANON & CO.;
   and ORGANON LLC

8

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 SPENCER BUENO, an individual,          Case No. 3:22-cv-00522-H-BLM

13                        Plaintiff,       **DECLARATION OF SUSAN V.
                                           VARGAS IN SUPPORT OF
14            vs.                          DEFENDANTS' REPLY TO MOTION
                                           FOR SUMMARY JUDGMENT OR, IN
15 MERCK & CO., INC., a New Jersey         THE ALTERNATIVE, PARTIAL
   Corporation; MERCK SHARP &             SUMMARY JUDGMENT**
16 DOHME CORP., a New Jersey
   Corporation; ORGANON & CO., a          **Hearing Date:    August 19, 2024**
17 Delaware Corporation; ORGANON LLC,     **Hearing Time:    10:30 a.m.**
   a Delaware Limited Liability Company;   **Courtroom:       12A**
18 and DOES 1-10, Inclusive,              **Judge:           Hon. Marilyn L. Huff**

19                        Defendants.
                                          Action Filed:   May 23, 2024
20                                         Trial Date:     November 12, 2024

21

22

23

24

25

26

27

28 _____
   [1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

                                          1                Case No. 3:22-cv-00522-H-BLM
              DECLARATION OF SUSAN V. VARGAS ISO DEFENDANTS' REPLY TO
                          MOTION FOR SUMMARY JUDGMENT

I, Susan V. Vargas, hereby declare and state as follows:

1.     I am an attorney licensed to practice law in California, including in the United States District Court for the Southern District of California, and am an attorney at King & Spalding LLP, counsel of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC, Organon & Co., and Organon LLC (collectively, "Defendants").  I have personal knowledge of the matters stated below and, if called upon, could and would testify competently thereto.

2.     This declaration is submitted in support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

3.     Attached hereto as **Exhibit 100** is a true and correct copy of excerpts from the deposition transcript of Christiane Scott taken on July 24, 2023.

4.     Attached hereto as **Exhibit 101** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Spencer Bueno taken on May 12, 2023.

5.     While Plaintiff's "warnings expert," Jack E. Fincham, Ph.D., R.Ph., had offered expert opinions concerning contraindications in patients without asthma and "Dear Doctor" letters, Plaintiff withdrew his designation of Dr. Fincham as an expert in this case on or about May 20, 2024.

6.     Attached hereto as **Exhibit 102** is a true and correct copy of excerpts from the deposition transcript of Dr. Pablo Arango taken on June 30, 2023.

7.     Attached hereto as **Exhibit 103** is a true and correct copy of an FDA Briefing Document for Montelukast dated May 2, 2014, entitled "Risk/Benefit Considerations for Use of Montelukast as an OTC Allergy Symptom Reliever."

8.     Attached hereto as **Exhibit 104** is a true and correct copy of excerpts from the deposition transcript of Plaintiff's expert, Dr. Dima Qato, taken on February 26, 2024.

DECLARATION OF SUSAN V. VARGAS ISO DEFENDANTS' REPLY TO
MOTION FOR SUMMARY JUDGMENT

1      I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3      Executed on this 23rd day of July, 2024, in Los Angeles, California.

4

5                                    */s/ Susan V. Vargas*
                                    Susan V. Vargas

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SUSAN V. VARGAS ISO DEFENDANTS' REPLY TO
MOTION FOR SUMMARY JUDGMENT

1

## TABLE OF CONTENTS OF EXHIBITS

2                                                                            **Page**

3    EXHIBIT 100.................................................................................. 5

4    EXHIBIT 101.................................................................................. 14

5    EXHIBIT 102.................................................................................. 22

6    EXHIBIT 103.................................................................................. 43

7    EXHIBIT 104.................................................................................. 61

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:22-cv-00522-H-BLM
DECLARATION OF SUSAN V. VARGAS ISO DEFENDANTS' REPLY TO
MOTION FOR SUMMARY JUDGMENT