# EXHIBIT 100

Exhibit 100
5

```
 1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
 2

 3    SPENCER BUENO, an individual, and
      RICHARD PARKER, an individual,
 4
                        Plaintiffs,
 5
      vs.                                    Case No.
 6                                           3:22-cv-00522-H-BLM
      MERCK & CO., INC., a New Jersey
 7    Corporation; MERCK SHARP &
      DOHME CORP., a New Jersey
 8    Corporation; ORGANON & CO., a
      Delaware Corporation; ORGANON LLC,
 9    a Delaware Limited Liability Company;
      and DOES 1-10, Inclusive,
10
                        Defendants.
11    _____/
12
13
14
15             VIDEOTAPED DEPOSITION OF
                    CHRISTIANE SCOTT
16
             Taken on Behalf of the Defendants
17
             DATE TAKEN:   July 24, 2023
18           TIME:         9:17 AM - 3:42 PM
             PLACE:        200 S. Biscayne Boulevard
19                         Miami, Florida
20
21
22
23
24
25
```

Exhibit 100

6

```
 1   APPEARANCES:
 2   On Behalf of the Plaintiffs and Ms. Scott:
     BECK LAW CENTER
 3   BY:  KIMBERLY BECK, ESQ.
     201 East 5th Street, Suite 1900
 4   Cincinnati, Ohio 45202
 5
     On Behalf of the Defendants:
 6   KING & SPALDING
     BY:  SUSAN VARGAS, ESQ.
 7   633 West 5th Street, Suite 1600
     Los Angeles, California 90071
 8   svargas@kslaw.com
 9
10
11
     Also present:  Anthony Estevez, videographer
12                  Spencer Bueno
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Exhibit 100**

7

```
 1    A.    I don't think so.  I don't -- I didn't
 2  observe him drinking in excess, so I don't know if he
 3  was intoxicate -- I mean I don't know what the
 4  definition of "intoxicated" is, but once we got on the
 5  road he was not normally.  He was not behaving in the
 6  same way he was when we were at the restaurant, when we
 7  were at the drag show.  It was different.  I don't
 8  know.
 9    Q.    So not using the word "intoxicated", would
10  you describe Spencer when you got into your vehicle to
11  leave the restaurant -- or -- strike that.
12          Would you describe Spencer when you got back
13  into your vehicle to head home as being drunk?
14          MS. BECK:  Objection, form.
15    A.    I don't know if he was drunk or not.  I don't
16  know.
17    Q.    Do you know if Spencer took any medication on
18  the day you went to Art Basel together?
19    A.    I don't know.
20    Q.    Okay.  And when you left Art Basel, what seat
21  was Spencer sitting in in your car?  Was he sitting in
22  the back, in the right front seat?  Was he driving?
23    A.    I was driving.  I -- it's confusing for me to
24  answer this because he got out of the -- he was trying
25  to get out of the car.  And I'm trying to remember if
```

Exhibit 100

8

```
 1   he was in the front passenger seat or the seat behind
 2   me.  I was recording how he was acting because it was
 3   so bizarre.
 4        Q.    Let's go back to when you left the drag show.
 5        A.    I think he was in the passenger seat next to
 6   me.
 7        Q.    In the right front?
 8        A.    I believe so, yeah.
 9        Q.    All right.  And then how do you get home from
10   the restaurant?  Do you take the highway?
11        A.    I95.
12        Q.    Okay.
13        A.    Is the majority of the drive, yes.
14        Q.    So you get on I95 heading north?
15        A.    Correct.
16        Q.    And you said it's approximately a 40-mile
17   drive?
18        A.    Yes.
19        Q.    Okay.  And at some point you attempt to exit
20   the highway?
21        A.    I got off of an exit prematurely because he
22   was acting very erratically, he was yelling, he was
23   trying to open the door of the car.
24        Q.    Okay.  So let's --
25        A.    And I was afraid he was going to die.
```

**Exhibit 100**

9

```
 1      Q.    Let's take it one step at a time.  So you're
 2   on I95 heading north.  And how long had you been
 3   driving before he began to act erratically?  Is that
 4   the right word that you -- to use that -- for your
 5   description of him?
 6      A.    Yes.
 7      Q.    Okay.  How long had -- had you been driving?
 8      A.    I didn't get very far.  I mean, I didn't
 9   get -- I think I started recording him once he was
10   outside of the vehicle.  That would gauge how -- when I
11   had gotten off or how long we had been driving before
12   this started happening.  Because I that's gauge the
13   have.  I don't remember how long honestly.  I'm -- I'm
14   probably a little traumatized from the event, so I
15   probably don't recall how long we were driving before I
16   pulled off.
17      Q.    Okay.
18      A.    But he was sitting on the side, wouldn't get
19   in the car.
20      Q.    So let me back you up.
21      A.    Yeah.
22      Q.    You were driving, and he began to act
23   erratically in the vehicle.
24      A.    Mm-hmm.
25      Q.    And at some point something happened that
```

Exhibit 100
10
Golkow Litigation Services                                Page 156

1  made you want to exit the highway.
2      A.    He was trying to -- he was almost jumping out
3  of the car.
4      Q.    Okay.  When you say "he was almost jumping
5  out of the car", he removed his seatbelt?  Was he
6  wearing his seatbelt?
7      A.    He was wearing his seatbelt because the car
8  won't stop beeping at you if you don't wear your
9  seatbelt.  So he was wearing his seatbelt originally.
10 He must have undone his seatbelt, opened the door, and
11 I started pulling over as he was doing that.  But I
12 mean I was driving on I95, so speeds excess -- you
13 can't just open a door easily.  But the -- and my -- my
14 doors are so heavy you can't just open them easily.
15 But he was starting to open the door, and I pulled off.
16     Q.    Did the door actually open?
17     A.    Yes.
18     Q.    Okay.  Did the chime sound?
19     A.    Yes.
20     Q.    Was he still wearing his seatbelt?
21     A.    I don't think so.
22     Q.    How far did he open the door?
23     A.    He probably got it open a few inches, an
24 inch.  Enough to scare me extensively, startle me so
25 much that I very quickly tried to pull over.  Slow

Exhibit 100
11
Golkow Litigation Services                                Page 157

1  down, pull over.
2      Q.   And when -- when you started to pull over,
3  were you still on I95 or were you exiting on an off
4  ramp?
5      A.   I wasn't exiting while he was doing this.
6      Q.   Okay.
7      A.   I was getting off because he was jumping out
8  of the car.
9      Q.   So when you say he was jumping out of the
10 car, he was attempting to open --
11     A.   Jumping is maybe the wrong adjective.  But he
12 was attempting to open the door I assume to remove
13 himself from the vehicle while it was moving.  I do not
14 know the intent behind it, but it was scary and it
15 seemed like he was trying to hurt himself.
16     Q.   And you were still on I95 when this --
17     A.   Yes.
18     Q.   -- began to happen.
19     A.   Yes.
20     Q.   And then do you know what exit that you went
21 off of?
22     A.   I don't, no.
23     Q.   Okay.
24     A.   Maybe some of the video I have.  I -- in the
25 video I took there may be clues as to what exit it was.

Exhibit 100

12

Golkow Litigation Services                               Page 158

1                CERTIFICATE OF REPORTER

2   STATE OF FLORIDA              )
    COUNTY OF MIAMI-DADE           )

3           I, Michele Anzivino, Court Reporter, do
4   hereby certify that I was authorized to and did
5   stenographically report the deposition of
6   CHRISTIANE SCOTT, that a review of the transcript was
7   requested; and that the foregoing transcript, pages 1
    through 192, is a true and correct record of my
8   stenographic notes.

9           I FURTHER CERTIFY that I am not a relative,
10  employee, or attorney, or counsel of any of the
11  parties, nor am I a relative or employee of any of the
12  parties' attorney or counsel connected with the action,
13  nor am I financially interested in the action.
14
15          DATED this 24th day of July, 2023.
16
17  _____
18          MICHELE ANZIVINO, Court Reporter
19          Notary Public - State of Florida
20          My Commission Expires: 03/19/2027
21          My Commission No.: HH-375658
22
23
24
25

Exhibit 100
13