# EXHIBIT 101

Exhibit 101
14

```
 1                  UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF CALIFORNIA

 3
    SPENCER BUENO, an individual, and   )
 4  RICHARD PARKER, an individual,      )
                                        )
 5                       Plaintiffs,    )
            vs.                         )  Case No.
 6                                      )  3:22-cv-00522-H-BLM
    MERCK & CO., INC., a New Jersey     )
 7  Corporation; MERCK SHARP & DOHME    )
    CORP., a New Jersey Corporation;    )
 8  ORGANON & CO., a Delaware           )
    Corporation; ORGANON LLC, a Delaware)
 9  Limited Liability Company; and DOES )
    1-10, Inclusive,                    )
10                       Defendants.    )
    _____)
11

12

13              VIDEOTAPED DEPOSITION OF

14                  SPENCER R. BUENO

15   *** WITH CONFIDENTIAL TESTIMONY EXCERPTS REDACTED ***

16           FRIDAY, MAY 12, 2023, 9:10 A.M.

17              LOS ANGELES, CALIFORNIA

18

19

20

21

22   STENOGRAPHICALLY REPORTED BY:

23   CHERYL M. HAAB, RDR, CRR, CCRR
     CA CSR No. 13600
24   WA CCR No. 3499
     NV CCR No. 1003
25   Job No. 10120437
```

```
 1                  UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF CALIFORNIA

 3
    SPENCER BUENO, an individual, and    )
 4  RICHARD PARKER, an individual,       )
                                         )
 5                       Plaintiffs,     )
           vs.                           )  Case No.
 6                                       )  3:22-cv-00522-H-BLM
    MERCK & CO., INC., a New Jersey      )
 7  Corporation; MERCK SHARP & DOHME     )
    CORP., a New Jersey Corporation;     )
 8  ORGANON & CO., a Delaware            )
    Corporation; ORGANON LLC, a Delaware )
 9  Limited Liability Company; and DOES  )
    1-10, Inclusive,                     )
10                       Defendants.     )
    _____)
11

12

13           VIDEOTAPED DEPOSITION OF SPENCER R. BUENO,

14    *** WITH CONFIDENTIAL TESTIMONY EXCERPTS REDACTED ***,

15    taken at 633 West Fifth Street, Suite 1600, Los Angeles,

16    California, on Friday, May 12, 2023, at 9:10 a.m.,

17    before Cheryl M. Haab, RDR, CRR, CCRR, Certified

18    Shorthand Reporter No. 13600 in and for the State of

19    California, Certified Court Reporter No. 3499 in and for

20    the State of Washington, and Certified Court Reporter

21    No. 1003 in and for the State of Nevada.

22

23

24

25
```

```
 1                    A P P E A R A N C E S
                            --oOo--
 2
      For Plaintiffs:
 3
           THE BECK LAW CENTER
 4         BY:  KIMBERLY BECK, ESQ.
           201 East Fifth Street, Suite 1900
 5         Cincinnati, Ohio 45202
           888.434.2912
 6         kim@becklawcenter.com

 7
      For Defendants:
 8
           KING & SPALDING LLP
 9         BY:  SUSAN V. VARGAS, ESQ.
                BRITTANY LITZINGER, ESQ.
10         633 West Fifth Street, Suite 1600
           Los Angeles, California 90071
11         213.443.4355
           svargas@kslaw.com
12         blitzinger@kslaw.com

13
      Also Present:
14
           JULIE PARKER, VIDEOGRAPHER
15

16

17

18

19

20

21

22

23

24

25
```

Case 3:22-cv-00522-H-BLM   Document 107-4   Filed 07/23/24   PageID.10979   Page 5 of 8

Spencer R. Bueno | Non-Confidential | Bueno vs. Merck and Co., Inc.

```
 1    remember?
 2    A    I don't recall.
 3    Q    You don't recall doing that, or you don't
 4    recall whether you did that or not?
 5    A    I just, I don't recall, yeah.  I've picked
 6    up -- I've purchased cigarettes, but I've also
 7    purchased a lot of alcohol for people at a party and
 8    it's just part of the list.
 9    Q    When did you start smoking?
10    A    Approximately 2000.
11    Q    Okay.  And you still occasionally smoke?
12    A    Very rarely, but mostly that ended in 2004.
13    Q    You said that you had suicidal thoughts.
14    When did you first have suicidal thoughts?
15    A    After taking Singulair.
16    Q    And you said at least one suicidal --
17    suicide attempt?
18    A    Yes.
19    Q    And when was that?
20    A    This was during Art Basel in Miami.
21    Q    I'm sorry.  During what?
22    A    Art Basel.  It's an art fair, sales event.
23    I think that's approximately in December.  I don't
24    recall the year, but it was the more recent one, so
25    this would be December of last year.
```

Case 3:22-cv-00522-H-BLM   Document 107-4   Filed 07/23/24   PageID.10980   Page 6 of 8

Spencer R. Bueno | Non-Confidential | Bueno vs. Merck and Co., Inc.

```
 1    depending on traffic?
 2        A    If there's no traffic, it can take as little
 3    as 40 minutes.
 4        Q    Okay.
 5        A    If there is traffic, which in Miami,
 6    especially during a time like that, I assume that
 7    there'd be substantial traffic.
 8        Q    Okay.
 9        A    It can take as long as two hours and change.
10        Q    Okay.
11        A    Depending on if you take surface streets or
12    the interstate.
13        Q    Okay.
14        A    Which I believe we took the interstate.
15        Q    Okay.  Is that 95?
16        A    I-95.  Yeah.
17        Q    And how long had you been on the highway
18    before you opened the door of the vehicle?
19        A    I don't know.
20        Q    Okay.  And were you sitting in the right
21    front seat?
22        A    That's correct.
23        Q    Okay.  And do you know if you were on the
24    highway when the incident occurred?
25        A    I was told, so I don't know.  I don't
```

Case 3:22-cv-00522-H-BLM   Document 107-4   Filed 07/23/24   PageID.10981   Page 7 of 8

Spencer R. Bueno | Non-Confidential | Bueno vs. Merck and Co., Inc.

```
 1    physical harm, happened, I believe, after this was
 2    published.
 3    Q    So the attempted suicide was the incident
 4    that happened at Art Basel?
 5    A    That is correct.
 6    Q    And that was in December of 2022?
 7    A    Yes.
 8    Q    Okay.  Your discovery responses were
 9    signed -- were served on April 3rd of 2023.
10    A    Okay.
11    Q    So that's why I'm asking why all of a sudden
12    are we hearing about new -- new symptoms that
13    weren't previously reported if you experienced them
14    a month and a half to two months --
15    A    To add a little color to that, I actually
16    have a video -- or my girlfriend does -- she took
17    video of all this stuff, of me on the side of the
18    off-ramp; she was extremely distraught and scared,
19    me punching out this light.  I don't know if she has
20    the actual punch part, but you can tell what
21    happened in the video.  It's very upsetting.  It's
22    difficult for me to speak about it.  I still carry a
23    lot of guilt.  It shows me incredibly aggressive
24    behavior, throwing chairs.  Apparently, I threw a
25    fake candle at a storm window and it exploded.  My
```

```
 1              CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2                   The undersigned Certified Shorthand Reporter and
 3       Deposition Notary Public of the States of California,
 4       Washington and Nevada does hereby certify:
 5                   That the foregoing deposition was taken before me
 6       at the time and place therein set forth, at which time the
 7       witness was duly sworn by me;
 8                   That the testimony of the witness and all
 9       objections made at the time of the deposition were
10       recorded stenographically by me and were thereafter
11       transcribed, said transcript being a true and correct copy
12       of the proceedings thereof.
13                   I further certify that I am neither counsel for
14       nor related to any party to said action, nor in any way
15       interested in the outcome thereof.
16                   Further, that if the foregoing pertains to the
17       original transcript of a deposition in a federal case,
18       before completion of the proceedings, review of the
19       transcript was requested/offered on the record.
20                   In witness whereof, I have subscribed my name,
21       this date:  May 16, 2023
22
23                             [signature]
24       _____
                  Cheryl M. Haab, RDR, CRR, CCRR
25                CSR No. 13600/WA CSR No. 3499/NV CCR No. 1003
```