# EXHIBIT 102

Exhibit 102
22

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
 2
 3   SPENCER BUENO, an individual, and
     RICHARD PARKER, an individual,
 4
                  Plaintiffs,
 5
     vs.                              Case No.
 6                                    3:22-cv-00522-H-BLM
     MERCK & CO., INC., a New Jersey
 7   Corporation; MERCK SHARP &
     DOHME CORP., a New Jersey
 8   Corporation; ORGANON & CO., a
     Delaware Corporation; ORGANON LLC,
 9   a Delaware Limited Liability Company;
     and DOES 1-10, Inclusive,
10
                  Defendants.
11   _____/
12
13
14
15            VIDEOTAPED DEPOSITION OF
                 PABLO ARANGO, M.D.
16
           Taken on Behalf of the Defendants
17
        DATE TAKEN:   July 21, 2023
18      TIME:         1:21 PM - 4:57 PM
        PLACE:        200 S. Biscayne Boulevard
19                    Miami, Florida
20
21
22          Confidential Information -
23      Subject to Further Confidentiality Review
24
25
```

**Exhibit 102**

23

Confidential - Information Subject to Further Confidentiality Review

```
 1    APPEARANCES:

 2    On Behalf of the Plaintiffs:

      BECK LAW CENTER

 3    BY:  KIMBERLY BECK, ESQ.

      201 East 5th Street, Suite 1900

 4    Cincinnati, Ohio 45202

      PRESENT VIA ZOOM

 5

 6    On Behalf of the Defendants:

      KING & SPALDING

 7    BY:  HEATHER HOWARD, ESQ.

      1180 Peachtree Street, NE

 8    Suite 1600

      Atlanta, Georgia 30309

 9    hhoward@kslaw.com

10

      On Behalf of the Witness:

11    CHASE LAW & ASSOCIATES, P.A.

      BY:  BRIAN D. FELL, ESQ.

12    1141 71st Street

      Miami Beach, Florida 33141

13    bfell@chaselaw.com

14

15

16    Also present:  Paul Smith, videographer

17

18

19

20

21

22

23

24

25
```

**Exhibit 102**

24

1    Q.    And you generally available of this

2  information around this time period, right?

3    A.    Yes.

4    Q.    Have you ever made any reports to FDA of any

5  side effects in your own patients taking Singulair or

6  Montelukast?

7    A.    No.

8    Q.    Doctor, I'll hand you what we'll mark as

9  Exhibit 11 to your deposition which is tab I as in

10  igloo.

11         (Exhibit No. 11 marked for identification.)

12  BY MS. HOWARD:

13    Q.    And Doctor, do you see that --

14         MR. FELL:   Sorry, is this the same one?

15         MS. HOWARD:   It shouldn't be.

16  BY MS. HOWARD:

17    Q.    If you --

18    A.    One says 1/13/2009.   Okay.

19    Q.    Correct.

20    A.    Okay.

21    Q.    So yes.   Do you see that this is another

22  safety communication that FDA issued in 2009?

23    A.    Yes.

24    Q.    And it begins "this information reflects

25  FDA's current analysis of available data concerning

Exhibit 102
25

1    this drug".

2              Do you see that?

3        A.    Yes.

4        Q.    And then it references -- if you go to the

5    first lengthy paragraph where it says "FDA requested",

6    do you see that it shows "Merck submitted results from

7    41 placebo controlled clinical trials"?

8        A.    Yes.

9        Q.    And it sounded based on your testimony that

10   you were generally aware of those -- of that being

11   reported?

12       A.    Yes, generally.

13       Q.    And further down there is a section that

14   starts postmarketing reports of neuropsychiatric

15   events.  Do you see that?

16       A.    I'm sorry.  Yes, I see it.

17       Q.    And it notes that events have been reported

18   to FDA's adverse event reporting system?

19       A.    Yes.

20       Q.    Do you see that?  And then it noted "the

21   clinical details of some reports involving montelukast

22   are consistent with a drug induced effect".

23              Do you see that?

24       A.    Yes.

25       Q.    And you recall this discussion occurring in

Exhibit 102
26
Golkow Litigation Services                                    Page 106

Confidential - Subject to Further Confidentiality Review

1    the 2009 time frame, right?

2        A.    I remember being -- had heard mention of

3    this, that it was something that had got -- that had

4    been -- or that the FDA was looking at.

5        Q.    And do you agree that this communication

6    reflects Merck and FDA working together to assess a

7    potential safety issue?

8            MS. BECK:   Objection.   Objection, form.

9        A.    Yes.

10       Q.    And whether you saw this specific

11   communication or were just generally or -- strike that.

12           Whether you saw this specific communication,

13   you were generally aware of this issue being discussed

14   in the 2009 time frame, right?

15       A.    Yes.

16       Q.    Did you make any changes to the way you

17   prescribed montelukast as a result of this FDA

18   communication?

19       A.    No, not really.

20       Q.    Thinking back again to the 2009 time frame,

21   were you aware that the FDA issued another safety

22   communication that year?

23       A.    I was not aware of the specific -- how many

24   communications there were, no.

25       Q.    But you were generally following and aware of

Exhibit 102

27

Golkow Litigation Services                                    Page 107

1  about the risks and benefits of medications at that

2  visit, correct?

3      A.    Yes.

4      Q.    And you would ask the patient if they have

5  any question before starting any of those medications,

6  right?

7      A.    Yes.

8      Q.    Would you have any reason to believe that you

9  deviated from that practice with Mr. Bueno?

10     A.    No.

11     Q.    And consistent with the FDA's

12 recommendations, would you have asked at the first

13 visit someone -- a new patient such as Mr. Bueno to let

14 you know if he experienced any changes or concerns

15 after starting any medication?

16     A.    Yes.

17     Q.    Do you recall if Mr. Bueno had any questions

18 about any of his medication at his first visit?

19     A.    At his --

20     Q.    First visit?

21     A.    At the first visit if he had any questions,

22 nothing specific.

23     Q.    Now Doctor, would it be your standard

24 practice to tell your patients that -- strike that.

25          So would you instruct a patient with Mr.

**Exhibit 102**
28
Golkow Litigation Services                        Page 112

```
 1    Bueno's diagnoses and presentation to return to your

 2    office?

 3         A.     Yes.

 4         Q.     And you said in -- strike that.

 5                How soon would you typically have a patient

 6    who you prescribed maximum medical therapy to follow

 7    up?

 8         A.     Two to four weeks would be a standard.

 9         Q.     And was that both to see if a patient

10    experienced improvement and to see if he was having any

11    issues?

12         A.     Yes.

13         Q.     Do you generally tell your patients that they

14    can contact you before their next scheduled appointment

15    if they have any issues or concerns?

16         A.     I tell my patients those specific words.  If

17    there's any issues to can call the office.

18         Q.     And do you have any reason to believe that

19    you didn't follow that approach with Mr. Bueno?

20         A.     No.

21         Q.     Is there any indication in your records that

22    Mr. Bueno contacted you between this first visit and

23    then his next visit later in October, 2019?

24         A.     No.

25         Q.     Let's go ahead and take a look at the record
```

**Exhibit 102**

29

1    A.    The -- the effects of the symptoms had

2    reduced significantly, and he felt better.

3    Q.    And the maximum medical therapy is the

4    reference to the five prescriptions you had written?

5    A.    Yes.

6    Q.    And based on Mr. Bueno's presentation on

7    October 23rd, did you believe that the combination of

8    treatments that you prescribed to him including

9    montelukast was effective in treating Mr. Bueno's

10   condition?

11   A.    Yes.

12   Q.    Did Mr. Bueno express any concerns about his

13   treatment regimen?

14   A.    No.  He said he felt better, so there were no

15   concerns expressed to me.

16   Q.    And would you have asked him consistent with

17   your standard practice if he had any concerns or felt

18   any side effects from any of his medications?

19   A.    Yes.  I would hope he would let me know.

20   Q.    And so you would have asked that question?

21   A.    I would have.

22   Q.    If he had expressed any concerns, would it

23   have been your practice to note that?

24   A.    Yes.

25   Q.    If he had expressed any concerns about any

**Exhibit 102**

30

1    side effects or any perceived changes in mood or

2    behavior since his first visit, would it have been your

3    practice to note that?

4        A.    Yes.

5        Q.    Now at the top of the second page I note, I

6    believe it's the same language as from the first visit,

7    "the nature of the patient's condition was thoroughly

8    explained to the patient.  A plan of care was

9    discussed.  Any and all questions were answered.  The

10   patient and agreed and accepted the plan of care".

11           Is that right?

12       A.    Yes.

13       Q.    And in a follow-up visit like this, what type

14   of discussion would you have?

15       A.    The follow-up visit after -- for a chronic

16   sinusitis is to see if the treatment is effective.  If

17   maximum medical therapy doesn't work, the next step

18   would be imaging to see if you want radiographic

19   evidence or the extent of -- of the disease.  If

20   they're doing better then -- then we continue medical

21   treatment with controlled medications, the sprays and

22   the montelukast, and then have them follow up at some

23   point in the future, a few months down the line, four

24   to six months generally speaking.

25       Q.    And in Mr. Bueno's case it appears that you

**Exhibit 102**

31

Confidential - Subject to Further Confidentiality Review

```
 1              (Exhibit No. 14 marked for identification.)

 2    BY MS. HOWARD:

 3        Q.    Do are -- are --

 4        A.    Yes.

 5        Q.    And is that a message that you received --

 6        A.    Yes.

 7        Q.    -- from the patient?

 8        A.    That's correct.

 9        Q.    And then there was another document that was

10    part of the file as well that you provided today that

11    has been marked as Exhibit 2 to your deposition that I

12    will mark as Exhibit 15 to your deposition.

13              (Exhibit No. 15 marked for identification.)

14    BY MS. HOWARD:

15        Q.    And it states -- well first of all -- strike

16    that.

17              Doctor, what is -- what type of document is

18    Exhibit 15?

19        A.    This is an action or a telephone encounter.

20    I -- so these are ways that my staff can communicate

21    with me with questions, and it just keeps it organized

22    in the patient's chart.  I think this is an action, so

23    there was a question or issue so my staff will document

24    it, send it me, and then I will respond.

25        Q.    And is this part of the same exchange related
```

**Exhibit 102**
32

```
 1    to the voice mail that we just marked as Exhibit 14?

 2         A.    Yes, just to see if the dates -- yeah.  So

 3    the email is November 4th.  I probably received the

 4    message through my cell phone, and then on the 7th I --

 5    after either getting the message through my cell phone

 6    or through the action resent the medication and then

 7    just -- I wrote a note saying antibiotics refilled.

 8         Q.    And so you authorized the refill of

 9    antibiotics?

10         A.    Yes.

11         Q.    And when Mr. Bueno contacted your office,

12    were all of the symptoms that he expressed of an ear,

13    nose and throat nature?

14         A.    Yes.

15         Q.    If he had expressed any other concerns, would

16    you have documented them?

17         A.    Yes.

18         Q.    And you would have instructed him to report

19    any other concerns if he had them, correct?

20         A.    Yes, I probably would have wanted him to come

21    in so I could examine him directly if there was

22    something more significant.

23         Q.    And Doctor, I'll go ahead and mark as Exhibit

24    16 to your deposition, this is tab 6.

25               (Exhibit No. 16 marked for identification.)
```

**Exhibit 102**

33

 1      A.     I don't know if he never made the appointment

 2    or if he was a no-show.   There's probably a way we can

 3    look in the system.   I don't have that.   So I'm not

 4    sure if he decided not to make it or he didn't show or

 5    canceled.

 6      Q.     But either way, he did not appear for an

 7    appointment four months later as instructed?

 8      A.     That's right.

 9      Q.     And despite that, he subsequently made

10    requests to you refills?

11      A.     Yes.

12             MS. BECK:   I'll object to the form on that

13      question, too.

14    BY MS. HOWARD:

15      Q.     Did Mr. Bueno request refills from you

16    subsequent to November, 2019?

17      A.     Yes.

18      Q.     What is your policy in providing patients

19    with refills when they have been instructed to follow

20    up and do not?

21      A.     Generally speaking I don't -- I'm not a fan.

22    I -- there's a reason I want to lay eyes on the patient

23    just to see what they are doing.   I understand people

24    are busy.   And if it's for maintenance medication, a

25    lot of times I'll refill it up to a certain point.   If

**Exhibit 102**
**34**

1  generally speaking after around a year if I haven't

2  seen them in a 12-month period I will probably, not

3  always but I'll probably request that they come in.

4      Q.    And if a patient was having a concern with a

5  medication, would you expect the patient to ask for a

6  refill of the medication as opposed to contacting your

7  office in a different way?

8          MS. BECK:  Objection, form.

9      A.    If the patient's having a problem I -- with

10  the medication I would not expect them to ask for a

11  refill, no.

12     Q.    And Doctor, I will go ahead and mark as

13  Exhibit 17 to your deposition a document that was part

14  of Exhibit 2.

15         (Exhibit No. 17 marked for identification.)

16         MS. HOWARD:  Madam court reporter, for now

17     I'm just going to do that and we can add a sticker

18     later.

19  BY MS. HOWARD:

20     Q.    Doctor, is this -- and there's a copy in your

21  file, as well.

22         Is this the document that you were referring

23  to with regard to the refill request?

24     A.    Yeah.  This is a prescription log.  So it

25  shows which prescriptions were sent or -- and what the

**Exhibit 102**

35

```
 1   next time need to see him in person.
 2       Q.   And if the patient had any concerns with
 3   montelukast, would you have anticipated that another
 4   refill request would have come through for you on
 5   December 31st of 2020?
 6       A.   Over a year from the initial visit, no.
 7       Q.   No, you would not expect that?
 8       A.   No, I would not expect that.
 9       Q.   And why is that?
10       A.   I'm just speaking generally.  If someone's
11   having an issue or concern or potential side effect
12   they -- I would expect them to voice that and
13   communicate with me and let me know.  That happens
14   relatively frequent with other medications.  It's
15   pretty standard.  I like to know what's going on with
16   my patients.
17       Q.   And you have been reachable at the same
18   office location since November of 2019, correct?
19       A.   Yes.
20       Q.   And other than via these refill requests, Mr.
21   Bueno has not contacted you regarding treatment since
22   November of 2019, correct?
23       A.   That's correct.
24       Q.   And when he did contact you in November, 2019
25   it was with pretty specific sinus-related complaints?
```

**Exhibit 102**

36

```
 1      A.    Yeah.  He was asking specifically for an
 2   antibiotic.  He felt he was sick, and that was the
 3   message that was conveyed.  So that -- that's what was
 4   prescribed.  He had the other medications available.
 5      Q.    And if Mr. Bueno had contacted your office
 6   with any questions or concerns at any time since
 7   November, 2019 it would have been documented, correct?
 8      A.    Yes.
 9      Q.    Other than the refill requests, do you have
10   any firsthand knowledge of Mr. Bueno's treatment course
11   since November, 2019?
12      A.    No.  I assumed if he's asking for refills he
13   was doing okay.
14           MS. HOWARD:  Could we go off the record for
15      just a moment, please?
16           THE VIDEOGRAPHER:  Going off the record at
17      4:03 p.m.
18           (Brief recess taken.)
19           THE VIDEOGRAPHER:  Back on record at 4:12.
20   BY MS. HOWARD:
21      Q.    Doctor, I don't have any more questions for
22   at this time.  Thank you so much for your time, but
23   I'll pass the witness.
24   CROSS-EXAMINATION BY MS. BECK:
25      Q.    Hello, Doctor.  I introduced myself earlier
```

**Exhibit 102**

1    occur".

2            Do you recall looking at that language

3    earlier today?

4        A.    Yes.

5        Q.    Do you agree that advising patients to be

6    alert for a neuropsychiatric event wasn't a new warning

7    in 2020?

8        A.    Not -- it wasn't a new warning.

9        Q.    And you were aware that -- strike that.

10           You wanted patients to be alert for changes

11   in their behavior, and you would have told patients to

12   let you know if they experienced any changes when you

13   treated them, correct?

14       A.    Generally speaking I tell -- if there's

15   any -- if they're having any issues or they feel

16   they're having any adverse reactions they're encouraged

17   to me.

18       Q.    It doesn't matter what it is, right?  You

19   want your patients to contact you if they have any

20   concerns?

21       A.    It can be upset stomach.  It can be a rash.

22   It can be anything, yes.

23       Q.    And the concerns that you tell your patients

24   to express aren't limited.  You don't give them a list,

25   tell me if you experience one of these five things.

**Exhibit 102**
38

1  You tell them let me know if you have any new changes

2  or concerns, right?

3      A.    Yes, almost -- yes, that's almost the wording

4  I used, yes.

5      Q.    Doctor, counsel asked you some questions

6  today about a contraindication.  There is not a

7  contraindication in the montelukast label, is there?

8      A.    Not that I'm aware of.

9      Q.    And the fact that a there's a Boxed Warning

10  doesn't mean that you can't prescribe it, right?

11      A.    Correct.

12      Q.    Do you agree the FDA knows how to

13  contraindicate a medication if it wants to, right?

14          MS. BECK:  Objection, form.

15      A.    I would assume they -- it would specifically

16  use that wording.

17      Q.    And FDA has not done that for montelukast,

18  correct?

19      A.    I don't see that.

20      Q.    And as it does in other instances, FDA lets

21  physicians such as yourself make individualized

22  prescribing decisions for your patients, right?

23      A.    Yes.

24      Q.    And Doctor, nothing that Ms. Beck asked you

25  during her questioning changed the fact that you told

**Exhibit 102**
39

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA            )

4    COUNTY OF MIAMI-DADE        )

5           I, Michele Anzivino, Court Reporter, do

6    hereby certify that I was authorized to and did

7    stenographically report the deposition of

8    PABLO ARANGO, M.D., that a review of the transcript was

9    requested; and that the foregoing transcript, pages 1

10   through 171, is a true and correct record of my

11   stenographic notes.

12

13          I FURTHER CERTIFY that I am not a relative,

14   employee, or attorney, or counsel of any of the

     parties, nor am I a relative or employee of any of the

15   parties' attorney or counsel connected with the action,

     nor am I financially interested in the action.

16

17          DATED this 21st day of July, 2023.

18

19

20   _____

21          MICHELE ANZIVINO, Court Reporter

22          Notary Public - State of Florida

23          My Commission Expires: 03/19/2027

24          My Commission No.: HH-375658

25

**Exhibit 102**
**40**

8/27/2020       Drug Safety Information for Heathcare Professionals > Follow-up to the March 27, 2008 Communication about the Ongoing Safety Revie...

You are viewing an archived web page, collected at the request of U.S Food and Drug Administration using Archive-It. This page was captured on 19:16:48 Jul 22, 2017, and is part of the FDA.gov collection. The information on this web page may be out of date. See All versions of this archived page. Found 0 archived media items out of 0 total on this page.       hide

**FDA**

**Archived Content**
The content on this page is provided for reference purposes only. This content has not been altered or updated since it was archived.

Search Archive

Home Drugs Drug Safety and Availability Postmarket Drug Safety Information for Patients and Providers Drug Safety Information for Heathcare Professionals

Drugs

**Follow-up to the March 27, 2008 Communication about the Ongoing Safety Review of Montelukast (Singulair)**

[See 8/28/2009 Update for current information on this safety issue][1]

1/13/2009
*This information reflects FDA's current analysis of available data concerning this drug.*

On March 27, 2008, FDA announced that it was reviewing safety data that raised concerns about a possible association between the use of montelukast and behavior/mood changes, suicidality (suicidal thinking and behavior) and suicide.

FDA requested manufacturers of products indicated for the treatment of asthma and/or allergic rhinitis that act through the leukotriene pathway (montelukast, zafirlukast, zileuton) to submit adverse event data for suicidality adverse events as well as mood and behavioral-related adverse events from all available placebo-controlled clinical trials. (Early Communication About an Ongoing Safety Review of Montelukast (Singulair)[2]. FDA stated at the time that it expected its preliminary review to take about 9 months and that it would communicate its conclusions and any resulting recommendations to the public at the completion of its review.

FDA requested that Merck, Astra Zeneca, and Cornerstone Therapeutics use the Columbia Classification Algorithm of Suicide Assessment (C-CASA) to classify suicidal events. Merck submitted results from 41 placebo-controlled clinical trials in patients 6 years of age and older, of which 9929 were treated with montelukast and 7780 were treated with a placebo. One adult patient (0.01%) out of 9929 patients treated with montelukast had suicidal ideation and there were no completed suicides. No patients in the placebo group had suicidal ideation or suicide. Astra Zeneca submitted results from 45 placebo-controlled clinical trials in patients 5 years of age and older, of which 7540 were treated with zafirlukast and 4659 were treated with a placebo. No patients treated with zafirlukast had suicidal ideation or completed suicide. Two patients in the placebo group (0.04%) had suicidality (one suicide attempt and one suicidal ideation). Cornerstone Therapeutics submitted results from 11 placebo-controlled clinical trials in patients 12 years of age and older, of which 1745 were treated with zileuton and 1063 were treated with a placebo. No patients treated with zileuton or placebo had suicidal ideation or completed suicide. Although these data do not suggest that montelukast, zafirlukast, or zileuton are associated with suicide or suicidal behavior, these clinical trials were not designed specifically to examine neuropsychiatric events. As a result, some events may not have been reported.

FDA is continuing to review *clinical trial data* to assess other neuropsychiatric events, (mood and behavioral adverse events) related to drugs that act through the leukotriene pathway (montelukast, zafirlukast, zileuton). As a result, FDA has not yet reached a definitive conclusion regarding the clinical trial data on mood and behavioral adverse events associated with montelukast, zafirlukast, and zileuton. We will communicate our conclusions and any resulting recommendations to the public at the conclusion of the review, which may take months to complete.

*Post-marketing reports* of neuropsychiatric events associated with montelukast, zafirlukast and zileuton have been reported to FDA's Adverse Event Reporting System (AERS). Most of the reports of neuropsychiatric events are associated with montelukast, currently the most commonly prescribed drug that acts through the leukotriene pathway. The clinical details of some reports involving montelukast are consistent with a drug-induced effect. Because of the paucity of reports involving zafirlukast and zileuton, assessment of a drug-induced effect with these is limited. Accordingly, at this time, patients and prescribers should monitor for the possibility of neuropsychiatric events associated with these agents.

Singulair (montelukast) is a medicine in the drug class known as leukotriene receptor antagonists. Leukotriene receptor antagonists work by blocking substances in the body called leukotrienes. Leukotrienes are chemicals the body releases in response to an inflammatory stimulus, such as when a person breathes in an allergen. Singulair is used to treat asthma and the symptoms of allergic rhinitis (sneezing, stuffy nose, runny nose, itching of the nose) and to prevent exercise-induced asthma. Accolate (zafirlukast) is also a medicine in the drug class known as leukotriene receptor antagonists. Accolate is used to treat asthma. Zyflo and Zyflo CR (zileuton) are medicines in the drug class known as leukotriene synthesis inhibitors. Leukotriene synthesis inhibitors work by stopping the formation of certain natural substances that cause swelling, tightening, and mucus production in the airways. Zyflo and Zyflo CR are used to treat asthma.

The FDA urges both healthcare professionals and patients to report side effects from the use of Singulair, Accolate, Zyflo, and Zyflo CR to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax, using the contact information at the bottom of this page.

**Contact FDA**
1-800-332-1088
1-800-FDA-0178 Fax
Report a Serious Problem
MedWatch Online[3]

**Regular Mail:** Use postage-paid FDA Form 3500[4]
**Mail to:** MedWatch 5600 Fishers Lane
Rockville, MD 20857

Page Last Updated: 08/15/2013
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Site Map Nondiscrimination Website Policies

**FDA**

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA





DEFENDANT'S EXHIBIT

**Exhibit 102**

8/27/2020          Drug Safety Information for Heathcare Professionals > Follow-up to the March 27, 2008 Communication about the Ongoing Safety Revie...

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

 U.S. Department of **Health & Human Services**

**Links on this page:**

1. /7993/20170722191648/https://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/DrugSafetyInformationforH
2. /7993/20170722191648/https://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/DrugSafetyInformationforH
3. https://wayback.archive-it.org/7993/20170722191648/https://www.accessdata.fda.gov/scripts/medwatch/medwatch-online.htm
4. https://wayback.archive-it.org/7993/20170722191648/http://www.fda.gov/downloads/Safety/MedWatch/DownloadForms/UCM082725.pdf

Exhibit 102

42