# EXHIBIT 103

Exhibit 103
43

# FDA Briefing Document
# Nonprescription Drugs Advisory Committee Meeting

## Montelukast
## (Singulair Allergy)
## NDA 204804

Proposed Indication:
Temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
- nasal congestion
- runny nose
- itchy, watery eyes
- sneezing
- itching of the nose

Topic: Risk/Benefit Considerations for
Use of Montelukast as an OTC Allergy Symptom Reliever

Meeting Date: May 2, 2014

1 of 207



**Exhibit 103**
**44**

## Disclaimer Statement

The attached package contains background information prepared by the Food and Drug Administration (FDA) for the panel members of the advisory committee. The FDA background package often contains assessments and/or conclusions and recommendations written by individual FDA reviewers. Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office. We have brought the application for montelukast to this Advisory Committee in order to gain the Committee's insights and opinions, and the background package may not include all issues relevant to the final regulatory recommendation and instead is intended to focus on issues identified by the Agency for discussion by the advisory committee. The FDA will not issue a final determination on the issues at hand until input from the advisory committee process has been considered and all reviews have been finalized. The final determination may be affected by issues not discussed at the advisory committee meeting.

## Table of Contents

| | | Page |
|---|---|---|
| 1 | Draft Topics for Advisory Committee Discussion………………………… | 4 |
| 2 | Division Director Memorandum……………………………………………… | 5 |
| 3 | Review Findings | |
| | 3.1 Overview of Regulatory Background and Clinical Trials…………… | 19 |
| | 3.2 Statistical Assessment of Efficacy………………………………………… | 37 |
| | 3.3 Overview of Post-marketing Experience……………………………… | 51 |
| | 3.4 Pharmacovigilance Update…………………………………………… | 66 |
| | 3.5 Literature Update on Risk of Suicide Association…………………… | 111 |
| | 3.6 Drug Use Update……………………………………………………… | 120 |
| | 3.7 Consumer Studies……………………………………………………… | 134 |
| Appendix 1 | Prescription Label…………………………………………………… | 174 |
| Appendix 2 | Proposed Carton Label……………………………………………… | 199 |
| Appendix 3 | Proposed Drug Facts Label and Consumer Information Leaflet………… | 200 |

# FDA Clinical Review: Overview of Post-marketing Experience for Singulair

## Division of Nonprescription Clinical Evaluation (DNCE) Review

Date:      March 31, 2014
From:      Linda Hu, MD, Medical Officer, DNCE
Through:   Lucie Yang, MD, PhD, Team Leader, DNCE

To:        Members, Nonprescription Drugs Advisory Committee (NDAC)

Subject:   Post-marketing data for the Singulair partial over-the-counter (OTC) switch for individuals ≥18 years of age with allergic rhinitis

---

This section summarizes the safety data for prescription montelukast submitted by the applicant from

- Post-marketing databases, including the applicant's pharmacovigilance database (MARRS), FDA's Adverse Event Reporting System (FAERS), the World Health Organization (WHO Vigibase), the American Association of Poison Control Centers (AAPCC), the Drug Abuse Warning Network (DAWN)

- Published literature, which focused on neuropsychiatric events and Churg-Strauss Syndrome (CSS)

Review of post-marketing adverse events for montelukast consistently, across databases, revealed high reporting frequencies for neuropsychiatric events and CSS, among other events. We reviewed the submitted post-marketing data, including case descriptions, and determined that the reported events are generally reflected in the current prescription labeling.

The FDA reviews of post-marketing data assessed the association of montelukast use with neuropsychiatric events and concluded that the clinical details of some post-marketing reports involving montelukast appear consistent with a drug-induced effect. There also appear to be cases in patients on montelukast for a short time in which a delay in effective treatment of an acute asthma attack resulted in death.

An important consideration for the partial switch is whether montelukast can be safely used in the OTC setting. Montelukast is a widely used prescription medication for asthma, where a substantial portion of the prescription use is also in children. Currently

there is no approved OTC controller medication for the treatment of asthma. The present application is a partial switch of montelukast only for allergic rhinitis symptoms and only in adults. If montelukast is approved OTC, consumers may recognize it as a prescription asthma medication and use it to treat asthma -- including childhood asthma. The proposed label states, "DO NOT USE TO TREAT ASTHMA"; whether such labeling is effective is an important issue (see FDA Social Science Review by Barbara Cohen). Due to the potential for increased inappropriate OTC use of Singulair if marketed OTC for some, but not all, prescription indications and age groups, extrapolation of post-marketing safety from the prescription product to the proposed OTC product must be interpreted with caution.

## Background

The first prescription approval for montelukast was in Mexico in 1997. In 1998, montelukast was approved in the U.S. as prescription medication for prophylaxis and chronic treatment of asthma. Additional indications were approved in the U.S. in 2002 (seasonal allergic rhinitis), 2005 (perennial allergic rhinitis), and 2012 (exercise induced bronchoconstriction). Montelukast has been approved in over 100 countries worldwide for prescription treatment of asthma and in over 50 countries for prescription treatment of allergic rhinitis. Montelukast has not been approved for nonprescription use in any country.

The prescription label warns against use in acute asthma. There are additional warnings regarding the need to taper concomitant corticosteroids gradually, aspirin sensitivity, neuropsychiatric events, systemic eosinophilia (including Churg-Strauss Syndrome), and phenylketonuria (chewable tablet only).

## Post-marketing Databases

The applicant reports 24.2 billion units distributed worldwide for all indications since market introduction to May 30, 2013. Montelukast has not been withdrawn from marketing in any country for reasons related to safety or efficacy.

Interpretation of spontaneously reported adverse events (AEs) has limitations such as voluntary submission of reports, unknown magnitude of underreporting, inability to calculate incidences, limited clinical information in reports, inability to determine causality for most cases, duplicate cases, and reporter bias. Additionally, information from publications, lawsuits, or public health agencies may stimulate reporting.

Table 1 illustrates that the proportion of cases with serious reports is highest (81.0%) in the FDA's FAERS database, whereas non-serious reports predominate in WHO's VigiBase (~17.5%). MARRS is intermediate, with 28.7% of cases having serious reports. FDA's reporting requirements for serious, unexpected (unlabeled) events may contribute to the skew toward cases with serious outcomes in FAERS.

Table 1. Overview of montelukast postmarket safety databases

| Database | Dates | Total Cases | Cases with SAEs (% total cases) | AEs | SAEs |
|---|---|---|---|---|---|
| MARRS | 31 Jul 1997 to 31 Mar 2013 | 46527 | 13346 (28.7%) | 95517 | 34787 |
| FAERS | 20 Feb 1998 to 31 Oct 2012 | 8815 | 7139 (81.0%) | 33832 | 28989 |
| WHO | 20 Feb 1998 to 31 Oct 2012 | 5342 ex-US | 935 (17.5%) | 10810 | 2550 |

SAE: serious adverse events

To explain the apparent discrepancy between the total number of AEs reported in MARRS and FAERS, the sponsor notes that ex-US non-serious and listed serious adverse experiences are not reportable to the FDA. It is unclear whether such reports are submitted to the WHO as the sum of the 5342 ex-US cases and the FAERS cases is still far lower than the total MARRS cases.

A causal relationship between the use of montelukast and any particular AE is difficult to determine. An event may be coincidental to use of the drug or occur due to a patient's underlying disease, past medical history, or concomitant medications.

Below we describe the cases included in each database.

### MARRS – Merck's Pharmacovigilance Database

Of the 13,346 cases (95,517 events) reported through March 2013, the mean age was ~25 years, the median age was 12 years with a wide range (<1 to 102 years).

*Deaths*

Of the 412 cases with a fatal outcome, the sponsor determined 367 to be unique, with 916 AEs. Most of the 367 fatal cases were U.S. reports. We found an additional 19 cases which appear to be duplicates, leaving 348 unique cases. Of the 220 cases we could classify by type based on review of narratives, suicides appear to be the most frequent type of death reported (Table 2). We caution that determining cause of death from post-marketing reports can be difficult.

**Table 2. MARRS fatal reports for which type could potentially be classified**

| Type of Fatal Report (n=348) | Number (%) |
|---|---|
| Suicide | 117 (33.6%) |
| Abortion or miscarriage | 42 (12.1%) |
| Asthma, without Churg-Strauss | 39 (11.2%) |
| Churg-Strauss Syndrome | 13 (3.7%) |
| Hepatic toxicity or failure | 9 (2.6%) |
| TOTAL | 220 (63.2%) |

Of the cases for which age could be determined (n=286), it appears that over 80% of the fatal reports occurred in adults, over 70% of suicides occurred in adults, and suicides accounted for 80% (24/30) of deaths in 13-17 year olds (Table 3).

**Table 3. Fatal reports by age through March 31, 2013**

|  | 0-12 years | 13-17 years | 18-65 years | >65 years | Total (known age) |
|---|---|---|---|---|---|
| All deaths | 23 (8.0%) | 30 (10.5%) | 156 (54.5%) | 77 (26.9%) | 286 |
| Suicides | 4 (4.1%) | 24 (24.7%) | 62 (63.9%) | 7 (7.2%) | 97 |

One potential concern regarding montelukast use in the OTC setting is that consumers may assume montelukast is effective for acute asthma attacks and delay effective treatment. Some examples from the MARRS database follow patients on montelukast for a short time, where there appears to be a delay in effective treatment for acute asthma attacks--with fatal outcome.

4

- 16 year old male with asthma visited his physician to "get ready for football." Never hospitalized or seen in ER for asthma. The patient was previously managed with inhalers (regimen not changed) and was given montelukast sodium. The patient took one dose of montelukast sodium and on the next day, visited his primary care physician with complaints of breathlessness and bronchospasm. At nighttime one day after the first montelukast dosing, the patient's asthma symptoms worsened; in the morning 36 hours after first dosing, while in the car on the way to the physician's office, the patient suddenly stopped breathing. Autopsy was consistent with acute bronchial asthma.

- 7 year old female diagnosed with asthma and seen in ER three times in two weeks. Sixteen days after asthma was diagnosed, given montelukast sodium tablet, 5 mg daily for the treatment of asthma with concomitant Albuterol prn. Five days after given montelukast, the patient complained of a stomach ache, had trouble breathing, went to bed, woke up and collapsed in ventricular fibrillation. The autopsy showed signs consistent with reactive airway disease, no suggestion of eosinophilia, no history of sinusitis or cardiac dysrhythmias. No suggestion of medication overdose.

- 59 year old female with arthralgia and hypercholesterolemia and history of smoking until five years before montelukast therapy, but no history of cardiac disease, was placed on therapy with montelukast sodium for asthma. Concomitant therapy included diclofenac and misoprostol. One month after given montelukast, the patient experienced status asthmaticus and died. The patient's husband commented that the patient's asthma attack was quite different from her previous attacks.

*Serious Adverse Events*

In general, the percent of serious AEs in each system organ class (SOC) largely mirrored the percents in SOCs among all reported AEs (serious and non-serious). The top five SOCs with the highest percent serious AEs were injury, poisoning and procedural complications (51%); psychiatric disorders (24%); general disorders and administration site conditions (24%); nervous system disorders (14%); and respiratory, thoracic and mediastinal disorders (14%). By age, 62% of serious AEs were in children, with 40% in 2-5 year olds.

*Most Common SOC Categories and Adverse Events*

According to the sponsor, the top five most frequent events in each of the top five most common SOCs from MARRS are as follows. Numbers of events are in ( ).

- Psychiatric SOC – insomnia (1816), aggression (1756), nightmare (1729), abnormal behaviour (1617), depression (1567)
- General disorders – no adverse event (2082), drug ineffective (1341), irritability (1072), crying (677), fatigue (659)
- Injury, poisoning and procedural complications – accidental exposure (3756), headache (2703), overdose (2111), maternal exposure during pregnancy (808), accidental overdose (558), maternal exposure timing unspecified (521)
- Nervous system disorders – headache (2703), dizziness (860), psychomotor hyperactivity (749), paraesthesia (616), somnolence (616)
- Gastrointestinal disorders – abdominal pain (1169), nausea (1031), diarrhea (1012), vomiting (819), abdominal pain upper (605)

In general, the adverse events listed above are listed in the prescription label. The sponsor explains that "no adverse event" refers to events of overdose or maternal exposure where no clinical effect is reported. The majority of overdoses were cases in 0-5 year old subjects reported to the Texas Poison Center Network in a retrospective study from 2000 to 2005. In that report, the majority of ingestions produced no effects, and no outcomes greater than minor effects were reported.

Overdose information in the current prescription label describes trials administering doses up to 200 mg/day for 22 weeks and up to 900 mg/day for ~ 1 week without clinically important adverse experiences. There are no adverse experiences in the majority of overdose reports. The prescription label describes the most frequently occurring adverse experiences in overdose as abdominal pain, somnolence, thirst, headache, vomiting and psychomotor hyperactivity.

### FDA's Adverse Event Reporting System and WHO's Vigibase (ex-US)

Please see FDA's Pharmacovigilance Review for a detailed review of FAERS data through October 2013. Below we review the FAERS information submitted by the applicant.

The applicant's search of FAERS from February 1998 to October 2012 identified 8815 case reports with 33832 adverse events. Cases were not analyzed by age or indication for which montelukast was prescribed.

Table 4 shows the 25 most frequently reported adverse events (Preferred Terms) in FAERS over the time period from U.S. montelukast approval through June 2012. Most of the AEs came from the Psychiatric Disorders SOC (13 of the top 25 events). The most common event was depression (866 events, 2.56% of all AEs), followed closely by suicidal ideation (852 events, 2.52% of AEs). Abnormal behavior, aggression, anxiety, insomnia and anger are all among the top 10 most common terms, and all occurred at rates between 1 and 2% of all AEs. Crying, nightmare, mood swings, mood alteration, irritability, and agitation appear among the top 20 most common AEs, and these occurred at rates between 0.75% and 1% of all AEs. Other frequently reported events in FAERS relate to suicidality, such as suicidal ideation (2.52% of all events) and suicide attempt (0.58% of all events) as well as other behavior-related events such as depression and anxiety.

Allergic granulomatous angiitis (Churg-Strauss Syndrome) was third in terms of frequency (829 events, 2.45% of AEs).

Headache, pyrexia, cough, vomiting, abdominal pain and nausea are also among the most frequently reported AEs.

Table 4 Twenty-five most frequently reported events, FAERS (February 1998 – June 2012)[1]

| Primary System Organ Class | Preferred Term | Number of events (% of total 33,832 events) |
|---|---|---|
| Psychiatric disorders | Depression | 866 (2.56%) |
| Psychiatric disorders | Suicidal ideation | 852 (2.52%) |
| Respiratory, thoracic and mediastinal disorders | Allergic granulomatous angiitis | 829 (2.45%) |
| Psychiatric disorders | Abnormal behavior | 637 (1.88%) |
| Psychiatric disorders | Aggression | 631 (1.87%) |
| Psychiatric disorders | Anxiety | 589 (1.74%) |
| Respiratory, thoracic and mediastinal disorders | Asthma | 503 (1.49%) |
| Nervous system disorders | Headache | 428 (1.27%) |
| Psychiatric disorders | Insomnia | 416 (1.23%) |
| Psychiatric disorders | Anger | 343 (1.01%) |
| General disorders and administration site conditions | Fatigue | 332 (0.98%) |
| Respiratory, thoracic and mediastinal disorders | Dyspnea | 332 (0.98%) |
| Psychiatric disorders | Crying | 326 (0.96%) |
| Psychiatric disorders | Nightmare | 293 (0.87%) |
| Psychiatric disorders | Mood swings | 292 (0.86%) |
| General disorders and administration site | Irritability | 290 (0.86%) |
| Psychiatric disorders | Mood altered | 263 (0.78%) |
| Psychiatric disorders | Agitation | 255 (0.75%) |
| General disorders and administration site | Pyrexia | 224 (0.66%) |
| Nervous system disorders | Paresthesia | 224 (0.66%) |
| Respiratory, thoracic and mediastinal disorders | Cough | 204 (0.60%) |
| Gastrointestinal disorders | Vomiting | 203 (0.60%) |
| Gastrointestinal disorders | Abdominal pain | 195 (0.58%) |
| Psychiatric disorders | Suicide attempt | 195 (0.58%) |
| Gastrointestinal disorders | Nausea | 193 (0.57%) |

---

[1] NDA 204804 Integrated Summary of Safety, p103

The applicant's search of WHO's Vigibase from February 1998 to October 2012 identified 5342 ex-US case reports (cases reported from outside the US to avoid overlap with FAERS) with 10,810 adverse events. Table 5 shows the 25 most frequently reported adverse events (Preferred Terms) in Vigibase (ex-US cases) over this time period.

While behavior-related AEs such as depression, anxiety, aggression, irritability, nightmare, and hallucinations are found in this dataset, suicidality related terms are not in the 25 most frequently reported events in the ex-US WHO VigiBase. Headaches, abdominal pain, rash, nausea, allergic granulomatous angiitis, dyspnea, palpitations and asthma are among the 25 most frequently reported events.

Table 5. Twenty-five most frequently reported events, WHO (ex-US), (February 1998 – October 2012)[2]

| Primary System Organ Class | Preferred Term | Number of events (% of total 10,810 events) |
|---|---|---|
| Nervous system disorders | Headache | 498 (4.61%) |
| Gastrointestinal disorders | Abdominal pain | 262 (2.42%) |
| Psychiatric disorders | Insomnia | 257 (2.38%) |
| Skin and subcutaneous tissue disorders | Rash | 228 (2.11%) |
| Psychiatric disorders | Nightmare | 220 (2.04%) |
| Gastrointestinal disorders | Nausea | 207 (1.91%) |
| Psychiatric disorders | Aggression | 192 (1.78%) |
| Skin and subcutaneous tissue disorders | Pruritus | 186 (1.72%) |
| Skin and subcutaneous tissue disorders | Urticaria | 179 (1.66%) |
| Nervous system disorders | Dizziness | 177 (1.64%) |
| Gastrointestinal disorders | Diarrhoea | 176 (1.63%) |
| Respiratory, thoracic and mediastinal disorders | Allergic granulomatous angiitis | 169 (1.56%) |
| Musculoskeletal and connective tissue disorders | Myalgia | 159 (1.47%) |
| Musculoskeletal and connective tissue disorders | Arthralgia | 142 (1.31%) |
| Gastrointestinal disorders | Vomiting | 141 (1.30%) |
| General disorders and administration site conditions | Fatigue | 136 (1.26%) |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea | 134 (1.24%) |
|  | (Term under evaluation or not accepted) | 123 (1.14%) |
| Psychiatric disorders | Depression | 109 (1.01%) |
| General disorders and administration site conditions | Irritability | 107 (0.99%) |
| Respiratory, thoracic and mediastinal disorders | Asthma | 106 (0.98%) |
| Psychiatric disorders | Anxiety | 105 (0.97%) |
| Cardiac disorders | Palpitations | 103 (0.95%) |
| Psychiatric disorders | Hallucination | 97 (0.90%) |
| Respiratory, thoracic and mediastinal disorders | Cough | 93 (0.86%) |

[2] NDA 204804 Integrated Summary of Safety, p104

10

60 of 207

**Exhibit 103**
**56**

AERS reports related to suicide increased in 2008, consistent with stimulated reporting after FDA's March 2008 Early Communication regarding its ongoing safety review of drugs that act via the leukotriene pathway (including montelukast) and their potential association with neuropsychiatric events, including suicidality.

Table 6. AERS Reports related to suicide by year[3]

|  | Completed suicide | Suicidal behavior | Suicidal ideation | Suicide attempt |
|---|---|---|---|---|
| 1998 | 0 | 0 | 1 | 1 |
| 1999 | 0 | 0 | 1 | 1 |
| 2000 | 0 | 0 | 1 | 1 |
| 2001 | 0 | 0 | 3 | 1 |
| 2002 | 1 | 0 | 1 | 0 |
| 2003 | 1 | 0 | 4 | 1 |
| 2004 | 1 | 0 | 3 | 1 |
| 2005 | 0 | 0 | 2 | 3 |
| 2006 | 0 | 1 | 2 | 0 |
| 2007 | 1 | 0 | 4 | 1 |
| 2008 | 66 | 27 | 443 | 119 |
| 2009 | 29 | 5 | 149 | 35 |
| 2010 | 14 | 3 | 142 | 13 |
| 2011 | 20 | 3 | 75 | 8 |
| 2012 (Q1, Q2) | 20 | 2 | 21 | 10 |

---

[3] NDA 204804 Integrated Summary of Safety, p105

11

Outside the US, fewer cases related to suicide were reported (Table 7).

Table 7. Ex-U.S. WHO reports related to suicide by year[4]

|  | Completed suicide | Suicidal behavior | Suicidal ideation | Suicide attempt |
|---|---|---|---|---|
| 1998 | 0 | 0 | 0 | 1 |
| 1999 | 0 | 0 | 0 | 0 |
| 2000 | 0 | 0 | 0 | 0 |
| 2001 | 0 | 0 | 1 | 1 |
| 2002 | 0 | 0 | 0 | 0 |
| 2003 | 0 | 0 | 0 | 0 |
| 2004 | 0 | 0 | 0 | 0 |
| 2005 | 0 | 0 | 0 | 0 |
| 2006 | 0 | 0 | 0 | 0 |
| 2007 | 0 | 0 | 1 | 1 |
| 2008 | 0 | 0 | 5 | 2 |
| 2009 | 0 | 0 | 5 | 3 |
| 2010 | 2 | 0 | 18 | 3 |
| 2011 | 2 | 0 | 16 | 3 |
| 2012 (Q1, Q2) | 0 | 0 | 8 | 2 |

Updates of FAERS and WHO data provided by the Sponsor through March 2013 are generally consistent with the above.

## AAPCC

The applicant searched the American Association of Poison Control Centers (AAPCC) database containing information collected from case records at poison control centers nationwide. From January 1998 through November 2012, the applicant identified 127,793 reports listing montelukast as a drug. Over 85% of the reports were among children 12 years of age or under.

Across all formulations (tablet, chewable tablet, granules, unknown formulation), the reason for exposure for the majority of reports was 'unintentional general' (>65%) and 'unintentional therapeutic error' (>25%). Ten percent of the total reports were attributed to 'unintentional general' exposure to the tablet, and nearly 10% were attributed to 'unintentional therapeutic error' with the tablet. There were 3049 (2.3%) reports of intentional suspected suicide with the tablet.

Through October 2012, there were 15 fatal cases of which 14 involved the 10 mg tablet; the remaining case was of unknown formulation. All of these cases involved multiple

---

[4] NDA 204804 Integrated Summary of Safety, p106

12

concomitant medications. Twelve of the cases were suspected intentional suicides. For all AAPCC reports, the contribution of montelukast is unclear. Updated AAPCC data through March 2013 are generally consistent with the earlier reports.

### DAWN

The applicant searched the Drug Abuse Warning Network (DAWN) database, a surveillance system monitoring drug-related emergency department visits. Based on the available data for 2004 through 2010, the applicant identified 1339 reports listing montelukast as a drug. The majority (~60%) of reports were in adults; among children, ~60% were from individuals $\leq 5$ years old. A total of 126 (9%) suicide attempts were reported, of which none resulted in death and 14 identified montelukast as the sole drug of record.

## Safety Topics of Interest

### Neuropsychiatric Events

Please see the Division Director's memo and FDA's Pharmacovigilance Review for additional details and history regarding neuropsychiatric events in the post-marketing setting. We note that the reported neuropsychiatric events are not limited to suicide or related behaviors, but include abnormal behavior, depression, aggression, insomnia, and nightmares. From an updated FDA review of FAERS and datamining results (see FDA Pharmacovigilance Review), association of neuropsychiatric events with montelukast continue to be found consistent with previous FDA reviews.

Table 8 provides summaries of ten sample suicide case reports for which the behavior change appears to be correlated with use of the drug or the suicide occurs within a short time after starting or restarting montelukast.

No new neuropsychiatric signals have been detected with this review.

Table 8. Post-market reports of suicide consistent or possibly consistent with relation to montelukast

| Events | Time on drug |
|---|---|
| 15 yo male completed suicide. Approximately 2 weeks prior to death, the patient started montelukast to treat allergic rhinitis. The parents noted increasing anxiousness, agitation, insomnia, mood swings and muscle aches. Subsequently, around the time of his death, patient became angry, irritable, had difficulty sleeping, feeling of hopelessness, poor energy level. Symptoms worsened over the course of 17 days while on treatment. Had outbursts of anger. All of these behaviors were uncharacteristic. No concomitants, no psychiatric history or depression. Hanged himself. | 17 day |
| 17 yo female completed suicide. Physician father said no sign of depression, happy girl, active in school. Concomitant budesonide, occasionally inhaler. Coroner listed cause of death "suicide due to depression." | >5.5 yr |
| 22 yo male completed suicide. Physician initially stated patient did not have any psychiatric history or history of depression, and patient did not state he was depressed, nor did he appear depressed (in follow-up MD reported questionable depression, no further information provided). Concomitants albuterol (rarely, for exercise), fluticasone, topical acne medications, allergy shots. | 6 month |
| 17 yo male completed suicide; history moody suicidal ideation on montelukast. Psychiatric help found him depressed but parents did not put him on medication. Montelukast script lapsed. Put back on montelukast age 15 when he switched doctors. Moodiness came back. Parents attributed it to "teen-age years." Report states moodiness correlated with montelukast (as if bipolar). | >7 years, not continuous |
| 63 yo female completed suicide. Was treated with montelukast for allergies for 2.5 months. Prior to her suicide, became easily annoyed, frustrated and depressed. No concomitants. | 2.5 month |
| 41 yo male with asthma and allergies was switched to montelukast for 2 weeks when he committed suicide. History also of acid reflux. Montelukast was only recent medication switch. Experienced extreme depression in the last 2 weeks of his life, cold sweats, palpitations, vacant or exhausted look. | 2 wks |
| 15 yo male completed suicide "fun loving kid," took when needed for asthma, on and off montelukast for 26 months. Experienced severe leg cramps, headaches, sleeplessness, then sleeping for 18 hrs and occasional moodiness. Restarted on montelukast the month of the suicide and was emotional at times. No suicide note. | 26 month, on and off |
| 65 yo male completed suicide, diabetes, history depression (treated 15 yr), was treated for bronchitis with azithromycin and montelukast which he took for 4 days. While on medications, he was very tense, unable to sleep, constantly pacing, agitated, stressed. Stopped montelukast and was still tense and unable to sleep for 2 days. Was very depressed and exhausted, and "took his own life" the following day. | 4 days |
| 7 yo female completed suicide, not depressed according to physician. Concomitant albuterol. Patient was watching a violent show on television. Physician reported that he was not sure if suicide was attributed to the montelukast. | ~7 mo, also years before started and stopped twice |
| 15 yo male completed suicide, on montelukast for allergic rhinitis. No history of mental illness. Was an A student, favorite of office staff. Patient was on montelukast 5 mg for years, however was switched to 10 mg of montelukast when he turned 15, off of it for 2 months while waiting for insurance to approve the medication. Restarted drug and 5 days later stabbed himself. Concomitant azelastine, loratadine. | off for 2 months, then on monte-lukast 10 mg for 5 days |

14

64 of 207

**Exhibit 103**
**60**