ALEXANDER G. CALFO, SBN 152891
acalfo@kslaw.com
SUSAN V. VARGAS, SBN 177972
svargas@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER BUENO, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>                    Defendants. | Case No. 3:22-cv-00522-H-BLM<br><br>**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' OBJECTIONS TO AND MOTION TO STRIKE DECLARATION OF DR. PABLO ARANGO (PLAINTIFF'S EXHIBIT 29) RE MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:** August 19, 2024<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Marilyn L. Huff<br>**Courtroom:** 12A<br><br>Action Filed: May 23, 2024<br>Trial Date: November 12, 2024 |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Case No. 3:22-cv-00522-H-BLM

CERTIFICATE OF COMPLIANCE REGARDING OBJECTIONS TO AND MOTION TO STRIKE DECLARATION
OF DR. PABLO ARANGO (PLAINTIFF'S EXHIBIT 29) RE MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF COMPLIANCE

Pursuant to Civil Local Rule 26.1(b), I certify that on July 16, 2022, I telephonically met and conferred with Lynne Kizis, counsel for Plaintiff Spencer Bueno ("Plaintiff"), at which time I advised her that it was likely Defendants would object to and move to strike the Declaration of Dr. Pablo Arango (Plaintiff's Exhibit 29) submitted in Opposition to Defendants' Motion for Summary Judgment.  On July 22, 2024, I telephonically met and conferred with Plaintiff's co-counsel, Kimberly Beck, and discussed the grounds raised in the concurrently-filed Objections to and Motion To Strike Declaration of Dr. Pablo Arango (Plaintiff's Exhibit 29) Re Motion For Summary Judgment.  Ms. Beck informed me that Plaintiff would not agree to withdraw the Declaration of Dr. Pablo Arango filed on July 9, 2024 (ECF No. 100-40).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2024, in Los Angeles, California.

KING & SPALDING LLP

*/s/ Susan V. Vargas*
Susan V. Vargas
Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ORGANON & CO.; and ORGANON LLC