

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spencer Bueno, an individual; Richard Parker, an individual | Civil Action No.  22-cv-00522-H-BLM |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment regarding Plaintiff's negligence and negligent misrepresentation claims. The Court directs the Clerk of Court to enter a judgment in favor of Defendants and against Plaintiff.

Date:     8/27/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M.Williams

M.Williams, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  22-cv-00522-H-BLM

Defendants
Merck & Co., Inc.,a New Jersey Corporation; Merck Sharp & Dohme Corp.,a New Jersey Corporation; Organon & Co.,a Delaware Corporation; Organon LLC,a Delaware Limited Liability Company; Does 1-10